UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allyson M. Smith (AS-4750)
OGLETREE, DEAKINS, NASH
SMOAK & STEART, P.C.
521 Fifth Avenue, Suite 1700
New York, New York 10117
(212) 292-4314
allyson.smith@odnss.com
Attorneys for Defendant

---

| | |
|---|---|
| SUE EARL, | Hon. Richard J. Holwell, U.S.D.J. |
| Plaintiff, | Civil No.: 07 CIV 9595 (RJH) |
| v. | NOTICE OF APPEARANCE |
| NOVARTIS CONSUMER HEALTH, INC. | *Document Electronically Filed* |
| Defendant. | |

---

PLEASE TAKE NOTICE, that I have been retained by Novartis Consumer Health, Inc. the above named defendant. I was admitted to practice in this District in 2007.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*[signature]*
ALLYSON M. SMITH (AS-4750)
Attorneys for Defendant
(212) 292-4314

## PROOF OF SERVICE

I hereby certify that on February 25, 2008, the following document:

## NOTICE OF APPEARANCE

was filed with the Clerk of the Court and served upon Jeremy Heisler, David Sanford, Esq., William R. Weinstein, Esq. and Steven Lance Wittels, Esq. of Sanford Wittels & Heisler, LLP, attorneys for plaintiff Sue Earl, in accordance with the Federal Rules of Civil Procedure, and/or the Southern District of New York's Local Rules and/or Rules on Electronic Service. The above document is available for viewing and downloading from the ECF system.

_____
Allyson M. Smith (AS-4750)

Dated: February 25, 2008

5513224.1 (OGLETREE)