UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allyson M. Smith (AS-4750)
OGLETREE, DEAKINS, NASH
SMOAK & STEART, P.C.
521 Fifth Avenue, Suite 1700
New York, New York 10117
(212) 292-4314
allyson.smith@ogletreedeakins.com
Attorneys for Defendant

---

| | |
|---|---|
| SUE EARL, | |
| Plaintiff, | Hon. Richard J. Holwell, U.S.D.J. |
| | Civil No.: 07 CIV 9595 (RJH) |
| v. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| NOVARTIS CONSUMER HEALTH, INC. | *Document Electronically Filed* |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies as follows:

1. The parent corporations of Defendant Novartis Consumer Health, Inc. are Novartis Finance Corporation and Novartis Consumer Health, S.A.

2. Novartis Finance Corporation is the 100% owner of the preferred stock of Defendant Novartis Consumer Health, Inc. and 80% of its common stock and that Novartis Consumer Health, S.A. owns the remaining 20% of the common stock of Novartis Consumer Health, Inc.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendants

By: *Allyson M. Smith*
Allyson M. Smith

Dated: February 25, 2008

## PROOF OF SERVICE

I hereby certify that on February 25, 2008, the following document:

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

was filed with the Clerk of the Court and served upon Jeremy Heisler, David Sanford, Esq., William R. Weinstein, Esq. and Steven Lance Wittels, Esq. of Sanford Wittels & Heisler, LLP, attorneys for plaintiff Sue Earl, in accordance with the Federal Rules of Civil Procedure, and/or the Southern District of New York's Local Rules and/or Rules on Electronic Service. The above document is available for viewing and downloading from the ECF system.

_____
Allyson M. Smith (AS-4750)

Dated: February 25, 2008

5518295.1 (OGLETREE)