UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUE EARL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>NOVARTIS CONSUMER HEALTH, INC,<br><br>　　　　　Defendant. | (Judge Richard J. Holwell)<br><br>2007 Civ. 09595 (RJH) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Sue Earl, by and through undersigned counsel, respectfully submits this Motion for Leave to File an Amended Complaint. This motion is based upon the memorandum in support filed herewith, the applicable law, and the pleadings filed in this case.

Dated: April 2, 2008　　　　By:　　　　　　s/ Steven Wittels
　　　　　　　　　　　　　　　　　　Steven Wittels, (SLW-8110)
　　　　　　　　　　　　　　　　　　Jeremy Heisler, (JH-0145)
　　　　　　　　　　　　　　　　　　**SANFORD WITTELS & HEISLER, LLP**
　　　　　　　　　　　　　　　　　　950 Third Avenue
　　　　　　　　　　　　　　　　　　10th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　Telephone: (646) 723-2947
　　　　　　　　　　　　　　　　　　Facsimile: (646) 723-2948

　　　　　　　　　　　　　　　　　　David W. Sanford, D.C. Bar No. 457933
　　　　　　　　　　　　　　　　　　**SANFORD WITTELS & HEISLER, LLP**
　　　　　　　　　　　　　　　　　　1666 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　Suite 310
　　　　　　　　　　　　　　　　　　Washington, D.C. 20009
　　　　　　　　　　　　　　　　　　Telephone: (202) 742-7780
　　　　　　　　　　　　　　　　　　Facsimile:  (202) 742-7776

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, a copy of the foregoing was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

>Allyson Marie Smith
>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**
>10 Madison Avenue, Suite 402
>Morristown, NJ 07960
>
>*Attorney for Novartis Consumer Health, Inc.*

>\_\_\_s/ Steven Wittels\_\_\_
>Steven Wittels