UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allyson M. Smith (AS-4750)
OGLETREE, DEAKINS, NASH
SMOAK & STEART, P.C.
521 Fifth Avenue, Suite 1700
New York, New York 10117
(212) 292-4314
allyson.smith@odnss.com
Attorneys for Defendant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

----------------------------------------

SUE EARL,

         Plaintiff,

v.

NOVARTIS CONSUMER HEALTH, INC.

         Defendant.

----------------------------------------

Hon. Richard J. Holwell, U.S.D.J. Case No.
Civil No.: 07 CIV 9595 (RJH)

*Civil Action*

**ORDER ADMITTING PETER O.
HUGHES, ESQ.,** *PRO HAC VICE*
**PURSUANT TO LOCAL RULE 1.3(c)**

**THIS MATTER,** having come before the Court upon the application of defendant Novartis Consumer Health, Inc. for an Order pursuant to Local Rule 1.3(c);

**IT IS** on this ___8___ day of ___April___ 2008

**ORDERED** that Peter O. Hughes, Esq., in good standing, be admitted as a visiting attorney, *pro hac vice*, to participate in all proceedings relative to the above-captioned matter.

                                      SO ORDERED

                                      Richard J. Holwell U.S.D.J.

5524153.1 (OGLETREE)