UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| SUE EARL, | : | |
| | : | Hon. Richard J. Holwell, U.S.D.J. |
| Plaintiff, | : | Civil No.: 07 CIV 9595 (RJH) |
| | : | |
| v. | : | **STIPULATION TO EXTEND** |
| | : | **TIME TO RESPOND TO** |
| NOVARTIS CONSUMER HEALTH, | : | **PLAINTIFF'S MOTION TO** |
| INC. | : | **AMEND COMPLAINT** |
| | : | |
| Defendant. | : | *Document Electronically Filed* |

---

Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as attorneys for Defendant Novartis Consumer Health, Inc., and Sanford Wittels & Heisler, as attorneys for Plaintiff Sue Earl, do hereby stipulate and agree that the time by which Defendant must serve a response to Plaintiff's Motion to Amend the Complaint filed on April 2, 2008 is extended by 14 days, up to and including April 30, 2008.


OGLETREE, DEAKINS, NASH  
SMOAK & STEWART, P.C.  
Attorneys for Defendant

SANFORD WITTELS & HEISLER  
Attorneys for Plaintiff


By: /s/ Allyson M. Smith  
    Allyson M. Smith

By: /s/ Jeremy Heisler  
    Jeremy Heisler


Dated: April 14, 2008

Dated: April 14, 2008

**IT IS SO ORDERED.**

_____  
Clerk of the Court

6217927.1 (OGLETREE)