UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUE EARL,                                            :
                                                     :
                        Plaintiff,                   :     07 Civ. 9595 (RMB)
        -against-                                    :
                                                     :     **ORDER**
NOVARTIS CONSUMER HEALTH, INC.,                      :
                                                     :
                        Defendants.                  :
------------------------------------------------------------X

The above captioned case has recently been reassigned from Judge Richard J. Holwell to the undersigned. A status conference is scheduled for 10:00 a.m. on Tuesday, April 29, 2008 in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York.

**No motions are to be filed with the Court prior to the April 29, 2008 conference.**

**SO ORDERED**.

Dated: New York, New York
       April 16, 2008

                                                     _RMB_____
                                                     Richard M. Berman, U.S.D.J.