**MEMO ENDORSED**
As Amended

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUE EARL,

    Plaintiff,

v.

NOVARTIS CONSUMER HEALTH, INC.

    Defendant.

Hon. Richard J. Holwell, U.S.D.J.
Civil No.: 07 CIV 9595 (RJH)

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

*Document Electronically Filed*

---

~~Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as attorneys for Defendant Novartis Consumer Health, Inc., and Sanford Wittels & Heisler, as attorneys for Plaintiff Sue Earl, do hereby stipulate and agree that the time by which Defendant must serve a response to Plaintiff's Motion to Amend the Complaint filed on April 2, 2008 is extended by 14 days, up to and including April 30, 2008.~~ RMB

**SEE Court's ORDER, DATED APRIL 16, 2008.**

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
Attorneys for Defendant

By: /s/ Allyson M. Smith
    Allyson M. Smith

Dated: April 14, 2008

SANFORD WITTELS & HEISLER
Attorneys for Plaintiff

By: /s/ Jeremy Heisler
    Jeremy Heisler

Dated: April 16, 2008

IT IS SO ORDERED.

RMB
~~Clerk of the Court~~

HON. RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/08