# Ogletree Deakins

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*Attorneys at Law*

10 Madison Avenue
Suite 402
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletreedeakins.com

APR 28 2008

April 25, 2008

**Via Federal Express**
Hon. Richard M. Berman, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
Courtroom: 21D
New York, NY 10007

**MEMO ENDORSED**

Re:  *Sue Earl v. Novartis Consumer Health, Inc.*
     Civil Action No. 07-cv-9595-RMB

Dear Judge Berman:

This firm represents defendant Novartis Consumer Health, Inc. in the above-entitled matter. A status conference on this matter is scheduled before Your Honor on Tuesday April 29, 2008 beginning at 10:00 a.m. Due to a pre-existing conflict, we respectfully request that this status conference be moved to Monday, May 5, 2008 at 10:00 a.m. Plaintiff's counsel does not object to moving the conference to May 5. Please advise whether the new date and time is acceptable to the Court.

Thank you for your courtesies in this matter.

*Adjourned to 5/6/08 @ 9:30*

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Allyson M. Smith*

Allyson M. Smith

**SO ORDERED:**
Date: AMS 4/28/08  *Richard M. Berman*
Richard M. Berman, U.S.D.J.

cc:  David Sanford, Esq. (via email)
     Steven L. Wittels, Esq. (via email)
     Andrew Meltzer, Esq. (via email)
     Angela Corridan, Esq. (via email)
     Howard Locker (via email)

4/28/08

6250974.1 (OGLETREE)

Atlanta • Austin • Birmingham • Bloomfield Hills • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Greensboro • Greenville • Houston • Indianapolis • Jackson • Kansas City
Los Angeles • Memphis • Miami • Morristown • Nashville • Philadelphia • Phoenix • Pittsburgh • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Tampa • Torrance • Tucson • Washington

A South Carolina Professional Corporation
Mark Diana ■ New Jersey Managing Shareholder