UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EARL          Plaintiff(s),

- v -

NOVARTIS
              Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

07 CV. 9595 (MB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by _____

(ii)  Amend the pleadings by _____

(iii) All discovery to be **expeditiously** completed by _____

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions _____

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions _to amend (filed); response by 6/16; reply by 7/16; surreply by 7/30 (on submission)._

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)  Final Pre-Trial Conference _____

(x)   Trial _____

(xi)  Other _Page limits apply_

SO ORDERED: New York, New York
              5/6/08

                                                          RMB
                                              _____
                                              Hon. Richard M. Berman, U.S.D.J.