UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUE EARL,<br><br>        Plaintiff,<br><br>v.<br><br>NOVARTIS CONSUMER HEALTH, INC,<br><br>        Defendant. | (Judge Richard J. Holwell)<br><br>2007 Civ. 09595 (RJH) |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Sue Earl, by and through undersigned counsel, respectfully submits this Motion for Leave to File an Amended Complaint. This motion is based upon the memorandum in support filed herewith, the applicable law, and the pleadings filed in this case.

Dated: April 2, 2008      By:            s/ Steven Wittels
                                                                       Steven Wittels, (SLW-8110)
                                                                       Jeremy Heisler, (JH-0145)
                                                                         SANFORD WITTELS & HEISLER, LLP
                                                                         950 Third Avenue
                                                                         10th Floor
                                                                         New York, NY 10022
                                                                         Telephone: (646) 723-2947
                                                                         Facsimile: (646) 723-2948

                                                                         David W. Sanford, D.C. Bar No. 457933
                                                                         SANFORD WITTELS & HEISLER, LLP
                                                                         1666 Connecticut Avenue, N.W.
                                                                         Suite 310
                                                                         Washington, D.C. 20009
                                                                         Telephone: (202) 742-7780
                                                                         Facsimile: (202) 742-7776

                                                                         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, a copy of the foregoing was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

> Allyson Marie Smith
> **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**
> 10 Madison Avenue, Suite 402
> Morristown, NJ 07960
>
> *Attorney for Novartis Consumer Health, Inc.*

                                                      s/ Steven Wittels
                                                      Steven Wittels