# SUSAN J. EARL

115 Conestoga Trail  
Sparta, NJ 07871

973-699-8418  
susanearl@earthlink.net

## NOVARTIS SALES AWARDS

Acute Care Account Manager of the Year - 1st Place (2003)  
Career Achievement Award and President's Club Award, Acute Care and Home Care (2002)  
President's Gold Award (2000 - 2001, 2003)  
President's Club Award (2000 - 2001)  
Gold Elite Winner (2000)  
Trip Winner (1997 - 1999; 1992 - 2001)  
Member of 100% Club (1997 - 1999)  
Top 10 (1994 - 2002); Top 10 VIVONEX (1992)  
#1 Sandosource Peptide Sales  
#1 Impact Sales (1994)  
Silver Eagle Winner (1994 - 1995)  
Winner "Art of Achievement" and Home Health Care Contest (1995)  
National Sales Leader (1993)  
Golden Eagle Winner (1992 - 1993)  
Sales Representative of the Month (March, July and August 1993)  
Rookie of the Year and #2 Salesperson (1992)

## PROFESSIONAL EXPERIENCE

**NOVARTIS MEDICAL NUTRITION**, Minneapolis, MN　　　　　　　　　　　　　　　　　　　　7/91 - Present  
**Account Manager / Acute Care**

* Sell and service enteral nutrition products to physicians, dieticians, nurses and administrators in hospitals, home health care companies, distribution centers and nursing homes.
* Consistently recognized for increasing new business, ensuring customer satisfaction and demonstrating outstanding sales performance.
* Elected to a contributing position on Market Advisory Board (2002 and 2003).
* Organized and executed impact case reports (2000).
* Achieved 220% of budget with Impact (2000).
* Selected as National Medicare Speaker (1996) and National Sales Trainer (1995).
* Organized and presented Home Health Care and Acute Care workshop (1995)
* Structured and initiated Compleat Case Reports (1995) and Impact Case Reports (2000)
* During first year of employment chosen to attend ADA Convention.

**THE GREAT GORGE RESORT**, Vernon, NJ　　　　　　　　　　　　　　　　　　　　　　　　11/85 - 7/91  
**Corporate Sales Manager**

* Marketed $15 million spa and country club and three outing facilities including Action Park and a 27-hole golf course to major corporations in the New York/New Jersey area for meetings, seminars and conferences.
* Consistently increased sales by at least 20% achieving top sales position from 1985 through 1991.
* Trained all personnel.

**FOUR SEASONS HEALTH SPA**, Glassboro, NJ　　　　　　　　　　　　　　　　　　　　　　12/84 - 11/85  
**Assistant Manager**

* Promoted health spa services to surrounding community and corporations.
* Supervised staff of 30 employees.
* Prescribed individual exercise programs for clients.
* Instructed aerobics and nautilus activities and computerized fitness programs.

## EDUCATION

**JAMES MADISON UNIVERSITY**, Harrisonburg, VA　　　　　　　　　　　　　　　　　　　　　　　1984  
**B.S. Physical Education**

* Emphasis on management, public relations, anatomy, physiology, kinesiology and muscle physiology
* President's Club, member (1980 - 1982); Judicial Council, member (1982 - 1983)
* Cheerleading Squad Captain (1980); Cheerleader (1980 - 1983)

# SUSAN J. EARL
115 Conestoga Trail
Sparta, New Jersey 07871
(973) 729-0754

## PROFESSIONAL EXPERIENCE

7/91 – Present  **ACCOUNT MANAGER/ACUTE CARE**
Novartis Nutrition, Minneapolis MN

Responsibilities
- Selling and servicing enteral and oral nutrition products to hospitals, doctors, home health care companies, distributors and nursing homes.

Accomplishments

2002
Elected to sit on the Market Advisory Board
Promoted to Acute Care Manager

2001
President's Gold Award
President's Club Award
Tier 1 Trip Winner

2000
Gold Elite Winner
Tier 1 Trip Winner
Organized and executed impact case reports.
Accomplished 220% of budget with Impact.

1999
Trip Winner
Achieved 120% of budget
Member of 100% Club for all quarters

1998
Trip Winner
Achieved 107% of budget
Member of 100% Club for all quarters

1997
Trip Winner
Territory increased 114.85%
Finished Top 20%
Member of 100% Club for all quarters

EARL 000215

SUSAN J. EARL                                                                                      Page 3
_____

## PROFESSIONAL EXPERIENCE
(continued)

11/85 – 7/91    **CORPORATE SALES MANAGER**
                **The Great Gorge Resort**, Vernon, NJ

Responsibilities
- Selling and organizing meetings to corporations in the New York / New Jersey area.
- Facilities included: $15 million Spa and country club, three outing facilities including Action Park and 27-hole golf course.

Accomplishments
Achieved top Sales for 1985 – 1991.
Increased sales by at least 20% each year.
Trained all personnel.

12/84 – 11/85   **ASSISTANT MANAGER**
                **Four Seasons Health Spa**, Glassboro, NJ

Responsibilities
- Promoted outside and corporate sales.
- Supervised staff of 30 employees.
- Prescribed individual exercise programs.
- Trained and instructed aerobics, nautilus and computerized fitness programs.

## EDUCATION

1984    **BS Physical Education**
        **JAMES MADISON UNIVERSITY**, Harrisonburg, VA
- Emphasis on management, public relations, anatomy, physiology, kinesiology and muscle physiology.
- Four year member of the President's Club.
- Member of the Judicial Council in 1982 and 1983.
- Cheerleader, 1980 – 1983; Captain of the University's Cheerleading Squad, 1983.

*Professional Acknowledgments and References (see attached).*

EARL 000216

SUSAN J. EARL                                                              Page 2

## PROFESSIONAL EXPERIENCE
(continued)

1996
Trip Winner
Finished Top Ten
Territory Increased $115,000
*Chosen as the National Medicare speaker.

1995
Trip Winner
Silver Eagle Winner
Finished Top Ten
*Won the "Art of Achievement" Home Health Care Contest
*Organized and presented Home Health Care and Acute Care work shop
Selected as the National Sales Trainer
Structured and Initiated Compleat Case Reports.

1994
Trip Winner
Silver Eagle Winner
Finished Top Ten

1993
Awarded National Sales Leader
Golden Eagle Winner
Sales Representative of the month – March, July and August
Trip Winner

1992
Awarded Rookie of the Year
Finished Second Nationally
Golden Eagle Winner
Number One in trip category
Top ten in VIVONEX sales
Chosen to attend ADA Convention