# PRDP
# 2002
# SUSAN EARL

**Comments:**

As a dedicated twelve year clinical veteran of Novartis Nutrition, I have been consistently recognized throughout my career as an over achiever dedicated to the continued success of this company.

I recently was informed by Ken Notaro, Philidelphia Market Director, that my commission payout for 2002 will total $5,100 reflecting a "solid" performance rating.

Throughout 2002, the input which I received from the management of this company clearly placed me, and recognized me, as an exceptional and advanced performer.

On February 8, 2003, I received the "Career Achievement Award" which confirmed my exceptional performance for 2000 through 2002. To quote from a company document;

> This award will acknowledge the outstanding, consistent performance of Market Directors, RAM's, CAM's, Account Managers or Account Specialists. Candidates will have reached a required tenure of 10 years with the company, have performed at a high level <u>(Excellent or Advanced Performance Appraisal Rating) for 3 or more consecutive years and have demonstrated Novartis Values and Capabilities.</u>

EARL 000218

Several weeks after being recognized with the above, in addition to "The Big Dog Club" and "Home Run" award, I received my PRDP rating from Joe Bernauer. I was consistently rated as "exceeding expectations" across all performance categories. Providing further evidence supporting my receipt of the "Career Achievement Award".

I hope you can understand that receiving a "solid performance rating", verses an "Advanced/Exceptional" rating will have a tremendous negative financial impact on me and my family. I'm perplexed over the disconnect between the "Exceptional" input I received for my performance verses my overall rating.

I would appreciate your input in assessing my concerns and/or rectifying what may simply be an error or oversight.

Sincerely,
Susan Earl
Acute Account Manager

*Susan Earl*