## Novartis Nutrition Position Description

**Job Title:** Account Manager, Acute Care    **Reports To:** Market Director

### I. Summary:

This position contributes to the goals and objectives of the Novartis Nutrition (NN) sales organization. The primary responsibility of this position is to sell all NN products to assigned Acute Care facilities and related Home Care Companies (as assigned). Assignment of accounts will be determined by the Market Director.

The AM, AC develops and executes an Account Plan for each assigned facility to maximize profitable growth and territory coverage of all accounts on an on-going basis. Chain Account Plans will leverage the work effort of the Corporate Account Managers. Account Plan execution will be supported by TeleSupport Representatives (Source Value, Sustained Advantage program administration), Account Specialists (system accounts, Quality Assurance audits, conversions, in-services) and other Account Managers (for product/program specific support).

### II. Essential Duties and Responsibilities

The following outlines the major accountabilities/duties of the position. Other duties may be assigned.

  **A. Territory Development**

  1. Analyzes, understands, and develops Annual Sales Plan and Individual Account Plans.

  2. Penetrates accounts and develops partnerships with all key personnel.

  3. Sells all products in Novartis Nutrition (NN) portfolio.

  4. Manages sales activities in assigned market to uncover and develop business opportunities.
     a. Corporate Account Customers
        - Partners with Corporate Account Managers (CAMs) to leverage efforts at the headquarter level down to the unit operating level.

     b. End-Users
        - Calls on accounts in proper call frequency.
        - Develops, expands and maintains market share.
        - Prospects for new business and new opportunities through account penetration.
        - Services accounts in terms of sales, information, returns and complaints.
  5. Participates in approved industry shows/conventions.

EARL 000264

B. **Implementation of Products, Programs, Policies/Procedures and Sales Methods**

  1. Utilizes NN and competitive product knowledge to position products and Novartis to customers.

  2. Utilizes available sales tools, support materials and company education programs to support customers with their nutritional, formulary, product, informational and conversion needs.

  3. Implements Annual Sales Plan and Individual Account Plans, as well as daily, weekly and monthly itineraries based on these action plans.

  4. Understands and effectively utilizes company sales methods, strategies, procedures and policies.

  5. Plans and executes sales calls for the purpose of building business, as well as, taking protective measures to maintain business.

  6. Provides quality and timely feedback in regards to implementation of products, programs, policies, procedures and sales methods.

  7. Provides input/recommendations and implements adjusted plans strategies.

  8. Coordinates efforts between appropriate organizational components.

C. **Sales Budget Attainment**

  1. Analyzes, monitors and evaluates quantitative and qualitative sales effort and results in regards to attaining sales budget by market and product categories.

  2. Follows corrective action plans once completed/agreed upon by management.

  3. Provides quality and timely feedback to sales management in regards to markets degree of budget attainment.

  4. Accurately predicts sales volume.

  5. Meets assigned sales and cost goals.

EARL 000265

D. **Professional Development**

1. Exhibits commitment to achieving professional and personal success.

2. Understands and utilizes clinical and financial product knowledge - NN and competitive to enhance sales and service opportunities.

3. Conducts self-assessment of strengths and areas for development.

4. Generates ideas to increase, and improve upon, abilities and skills necessary to further self-development.

5. Improves on designated/agreed upon competencies to further professional and personal growth and development.

6. Attends approved seminars and conventions, as well as, participates in corporate meetings.

7. Reads business/industry related periodicals to increase nutritional, medical and business knowledge.

8. Develops, works and achieves assigned Management By Objectives.

9. Embraces the Novartis mission and represents NN in a professional and ethical manner.

E. **Administration**

1. Completes quality, timely and accurate verbal and/or written communication.

2. Completes, maintains, updates and submits all required reports, contracts, requests (bids, expense reports, literature and sample requests, etc.) and account records in accordance to company policy.

3. Monitors and reports account information to include sales results (wins/dollar projections), opportunities and competitive activity.

4. Reads/comprehends information, provides feedback as requested.

5. Utilizes allocated funds in a way that demonstrates measurable return and stays within assigned cost budget.

6. Maintains all company property.

III.  **MINIMUM QUALIFICATIONS:**

- Bachelors degree in a business or medical related field.

- 2 to 3 years of successful sales experience, preferably in a health care environment.

- Excellent communication, and interpersonal skills.

- RD or RN certification/licensure is a plus.

EARL 000267