## 2005 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2005 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 18641.06 | Social Security Tax Withheld Box 4 of W-2 | 1123.89 | NJ. State Income Tax Box 17 of W-2 | 365.80 |
| Fed. Income Tax Withheld Box 2 of W-2 | 1365.19 | Medicare Tax Withheld Box 6 of W-2 | 262.84 | SUI/SDI Box 14 of W-2 | 172.43 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NJ. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 18,641.06 | 18,641.06 | 18,641.06 | 18,641.06 |
| Plus GTL (C-Box 12) | 16.70 | 16.70 | 16.70 | 16.70 |
| Less 401(k) (D-Box 12) | 988.43 | N/A | N/A | 988.43 |
| Less Other Cafe 125 | 530.46 | 530.46 | 530.46 | N/A |
| Reported W-2 Wages | 17,138.87 | 18,127.30 | 18,127.30 | 17,669.33 |

Note - Fringe benefits include : Co Car Personal Use-Full Value $1,981.38

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

SUSAN EARL
115 CONESTOGA TRAIL
SPARTA, NJ 07871

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL:    4    $10 Additional Tax
STATE:    1    $10 Additional Tax
Married Filing Jointly   Table B

© 2005 AUTOMATIC DATA PROCESSING, INC.

---

Safe, accurate, FAST! Use ~eFile~   Visit the IRS Website at www.irs.gov.
Copy C for employee's records.

## W-2 Employee Reference Copy
### Wage and Tax Statement
### 2005
OMB No. 1545-0008

| a Control number 052217 73/NM2 | Dept. 827654 | Corp. T | Employer use only 179 |
|---|---|---|---|

c Employer's name, address, and ZIP code
NOVARTIS NUTRITION CORP
5320 W 23RD STREET
MINNEAPOLIS MN 55416

Batch #01840

| b Employer's FED ID number 41-099I082 | d Employee's SSA number 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 |
|---|---|
| 1 Wages, tips, other comp. 17138.87 | 2 Federal income tax withheld 1365.19 |
| 3 Social security wages 18127.30 | 4 Social security tax withheld 1123.89 |
| 5 Medicare wages and tips 18127.30 | 6 Medicare tax withheld 262.84 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  C  16.70 |
| | 12b  D  988.43 |
| | 12c |
| 14 Other  1981.38  AUTO  79.22  UI/HC/WF  93.21  NJ DI | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address, and ZIP code
SUSAN EARL
115 CONESTOGA TRAIL
SPARTA,NJ 07871

| 15 State Employer's state ID no. 16 State wages, tips, etc. | |
|---|---|
| NJ 41099I082/000 | 17669.33 |
| 17 State income tax 365.80 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

EARL 000277

# 2005 W-2 and EARNINGS SUM

This blue Earnings Summary section is included with your W-2 to help desc
The reverse side includes general information that you may also find helpful

## 1. The following information reflects your final 2005 pay stub plus any adjustment

| Gross Pay | 18641.06 | Social Security Tax Withheld Box 4 of W-2 | 1123.89 | NJ. State I Box 17 of W |
|---|---|---|---|---|
| Fed. Income Tax Withheld Box 2 of W-2 | 1365.19 | Medicare Tax Withheld Box 6 of W-2 | 262.84 | SUI/SDI Box 14 of W |

## 2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W |
|---|---|---|---|
| Gross Pay | | 18,641.06 | 18,641.06 | 18,64 |
| Plus GTL (C-Box 12) | 16.70 | 16.70 | 1 |
| Less 401(k) (D-Box 12) | 988.43 | | |
| Less Other Cafe 125 | 530.46 | 530.46 | 53 |
| Reported W-2 Wages | 17,138.87 | 18,127.30 | 18,12 |

Note - Fringe benefits include : Co Car Personal Use-Full Value $1,981.38

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a n

SUSAN EARL
115 CONESTOGA TRAIL
SPARTA, NJ 07871

Social Security                          FEDERAL:  4
Taxable Mari                             STATE:    1
Exemptions/p                             Married Filing
                                         1

© 2005 AUTOMATIC DATA PROCESSING, INC.

---

## W-2 Wage and Tax Statement 2005

Safe, accurate, FAST! Use **e-file**  Visit the IRS Website at www.irs.gov.
Employee Reference Copy
OMB No. 1545-0008

Copy C for employee's record.

| a Control number | 052217 73/NM2 | Dept. 827654 | Corp. T | Employer use only 178 |
|---|---|---|---|---|

c Employer's name, address, and ZIP code
NOVARTIS NUTRITION CORP
5320 W 23RD STREET
MINNEAPOLIS MN 55416

Batch #01840

| b Employer's FED ID number 41-0991082 | d Employer's SSA number 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 |
|---|---|

| 1 Wages, tips, other comp. 17138.87 | 2 Federal Income tax withheld 1365.19 |
|---|---|
| 3 Social security wages 18127.30 | 4 Social security tax withheld 1123.89 |
| 5 Medicare wages and tips 18127.30 | 6 Medicare tax withheld 262.84 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  C  16.70 |
| | 12b  D  988.43 |
| 13 Stat emp/Ret. plan/3rd party sick pay  X | 12c |
| 14 Other  1981.38 AUTO | 12d |
|  79.22 UI/HC/WF |  |
|  93.21 NJ DI |  |

| 15 State Employer's state ID no. NJ 410991082/000 | 16 State wages, tips, etc. 17669.33 |
|---|---|
| 17 State income tax 365.80 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

e/f Employee's name, address, and ZIP code
SUSAN EARL
115 CONESTOGA TRAIL
SPARTA, NJ 07871

---

EARL 000278