Respiratory Care Plus, Inc.
520 No. Highland Avenue (Rt. 9W)
Upper Nyack, NY 10970
(845) 358-7700  (212) 222-4900
Fax (845) 358-4090

4/22/2002

Mrs. Susan Earl
Novartis Nutrition Corporation

Dear Sue,

Today I'm taking the time to extend my thanks to you, Mary O'Shea and Novartis for many reasons. As you know, shortly before I came on board with Respiratory Care Plus, Inc. in 1996, they had approximately 50-60 enteral patients and they did not have an "enteral program" set in place. You came along with the attempt to convert our patients and help implement some kind of order with our enteral service. You began in inservice our staff and arm them with some helpful tools when dealing with the enteral patient's needs.

With your help, RCPI began to convert patients. Unfortunately, the staff that you began to work with had changed shortly after and there was little enthusiasm shown towards the enteral program. We were simply delivering products and billing service was hired to do our claim billing. There was no personal attention given to the patient. When I first began to implement my own tools and with attempt to organize what has become unorganized, I walked into a very impersonal enteral service. I was then faced with the challenge of maintaining our delivery service as well as taking on the billing for services rendered as well as building client relationships. I desperately needed some assistance.

Then you and I met. We immediately "clicked". We had the same interests at heart. Our first concern was to choose a formulary that best suited the companies needs and secondly to meet the needs of our patients. Home-care patients have special needs. They need to be assured and reassured about enteral therapy. They continually have changes and questions that arise with each change. They need to be handled with a personal touch.

You were there to assist me with product knowledge, learning material and act as a liaison between RCPI and our patients. You and Mary O'Shea set time aside to visit us and assist me with my conversion process. You made me and our patients feel comfortable with the changes we were making and you were always available if I needed you. The service that you gave to me is priceless.

As you know, we are constantly servicing new patients that come to our program on different products. This is expected. We are consistently converting patients to Novartis products. One of the beauties of the Novartis line of formulary is there is a product for everyone. You offer a wide variety of products that can suit the needs of the majority of patients. The Novartis variety aids me in my conversion success. Thank you Novartis for continuing to provide products to meet the ever-changing needs of an enteral patient.

RCPI now averages 200-250 enteral patients. We have grown tremendously and now have greater demands. You and Mary are patient, kind and always willing to assist me with my servicing and I am greatly appreciative of you both. My patients and referral sources are spoiled from the service we have given as a team. So hats off to you, Sue and Mary! I look forward to our future teamwork.

Sincerely,

Nancy A Jodice
Enteral Program Coordinator

EARL 000162



# The Preakness Hospital

P a s s a i c   C o u n t y ,   N e w   J e r s e y

Oldham Road                                      Valley View Road

Wayne                                                   Haledon

P.O. Box V
Paterson, New Jersey 07509
Phone: (973) 904-5000
Fax:    (973) 904-9843

Arthur Roselli, President
Seymour Nochimson, MD, First Vice President
Ann Andreano, Second Vice President
William L. Adshead
William V. Cirino, Sr., DC
Victor J. Imiere, MD
Gerard J. Porter
Terence P. Corcoran, Esq., Board Attorney

Victor R. Kattak, Executive Director

Susan Earl
Novartis Nutrition
January 13, 1998

Dear Susan,

I would like to take this time to tell you how I feel Novartis stands out from amoung the rest as a superior provider of nutritional products.

First, the support that I receive from you is available to me and my facility twenty-four hours a day. For example, when we began using the closed system for our enterals you were available to inservice our staff around the clock. This enabled us to successfully make the transition from the open system to the closed system. To assist us in ensuring that we are providing appropriate tubefeeding for our residents, quarterly quality insurance reports are done by Mary O'Shea, R.N. These reports have proved helpful in that they give us insight from an outside source. In addition, when we have needed the services of a Consultant Dietitian, Novartis has met the need. In an emergency, you have dropped off formula on a few occasions to carry us to our next scheduled delivery. I have become so accustomed to this type of support that I do not feel I would receive it from other companies. One last comment on support, Novartis has always donated door prizes to our annual health fair and annual employee Christmas Party which our employees greatly appreciate.

Second, the products stand out above the rest. Within the Novartis enteral product line, a dietitian is able to choose a product to meet almost any nutritional need that arises. The products are usually well tolerated and generate positive outcomes. Most of our residents prefer to hold the brick pak to drink their supplement (so please do not change the packaging), which is an advantage over other products.

Lastly, I can not say enough about you—my sales representative. Sue, you have always been quick to respond to any questions or concerns I may have and if you do not have the answer for me you find it! You have consistently proved your committment in helping my facility meet the needs of our residents as well as helping us to keep our staff current through various inservices. Your integrity, and the integrity of your company, is refreshing and condusive to a healthy working environment. Thank you for all the support you have given and will continue to give to us in the future. One last remark, Preakness is grateful that we were able to assist Novartis in its' research through participation in two studies on site and would welcome the opportunity to do so again in the future.

Thank you for allowing me to show my appreciation to you and your company for great service and products through this letter.

Sincerely yours,

Rosemarie Ramirez, R.D.
Head Dietitian

EARL 000163



680 Broadway, Paterson, New Jersey 07514-1472

July 3, 2003

Dan Cullman
Novartis Nutritionals
660 Maple Hill Drive
Blue Bell PA 19422

CC: Ken Notaro

Dan,

As you know, Barnert Hospital recently went full enteral formulary Novartis with the exception of one product. This letter is to thank you and to let you know of Susan Earl's outstanding customer service and product line knowledge. We have had a customer-sales rep relationship for several years and her professionalism is second to none. She is a pleasure to deal with. It was also a pleasure meeting you.

Sincerely,

Elizabeth Babson, MS, RD
Director, Clinical Nutrition Services
Barnert Hospital

*Great Job!*

*Regards, Ken*

Tel. 973/977-6600        www.barnerthosp.com        Fax 973/742-6248        EARL 000164



February 18, 1998

Susan Earl
Senior Clinical Nutrition Specialist
Novartis Nutrition Corp.
115 Conestogo Trail
Sparta, NJ 07871

Dear Sue,

As you know, I have operated many facilities in New Jersey. Upon stabilization of Management, and always within the first three months, it has been my practice to switch over to the Sandoz, now Novartis, Enteral and Supplements programs. Rarely, did I ever meet with staff resistance, in fact more times than not, both the medical and nursing staff loved the products. Additionally, and of greater importance, the residents acceptance levels were higher, weights were better, and the nutrition, body fat to body muscle, especially with tube fed residents, outcome was so much more positive. The brick packs helped with storage and logistically aided staff by not having to run around and find straws etc. The "brick packs" added some normalcy. For instance a child in the ages 4-7 can identify with grandma or grandpa who have the same kind of "juice" as the child does. So the family relationship has a bond as simplistic as a juice pack.

For the enterals, less waste, with an emphasis on resident dignity is an important issue now solved with the Novartis products. For example, one of the most intimidating visitor concerns are "those people with the poles"... now, using intense calorie values, these individuals can be fed over a period of time when visitors are here less often and their ability to lead a dignified life, participate in leisure events, and thus enhance quality of life makes us winners all around. From a cost conscious administrative prospective, I am happy to save 10 - 30% on the products overall. As we move to Prospective Payment, all these savings will help keep us afloat and able to compete using quality products, without waste - and because it truly is a food supplement, I no longer need to waste nursing time, as my nursing assistants can now dispense, monitor, collect, and report to the nurses needing to chart and document the outcomes.

Finally, having been in the business more years than I'd like to admit, much of Novartis boils down to you, Sue. I'm not sure if I'd change my usage soley based on performance without the added compliment of you and your team. I appreciate your "its no big deal" attitude when I know someone has interrupted your family time and I truly appreciate the QI and Nutritional Consultant support. Suffice it to say that the product is an excellent one, it delivers what it says it will, but the support services starting with you make Novartis what it is today.

Sincerely,

*M. Marie D. Moore*                          *I no longer work this...*
Marie D. Moore, RNC, Ph.D., LNHA
Administrator

Marie D. Moore, RNC, Ph. D., LNHA
*Administrator*

Morristown Rehabilitation Center, Inc. • 66 Morris Street Morristown, New Jersey 07960
Tel: (973) 539-3000 • Fax: (973) 984-3976

EARL 000165

May 20, 2003

Mrs. Susan Earl
Novartis Nutrition
115 Conestoga Trail
Sparta, NJ 07871

Dear Susan,

I am writing to Novartis Nutrition to express my gratitude for a wonderful product. My son, Collin, is an eleven year old boy who is multiply handicapped and absolutely adorable! Collin had a g-tube placed about four years ago and was originally put on Pediasure with fiber. Although I loved the ease of the feedings and he did put on weight with the tube, I was disappointed with the level of constipation and discomfort he experienced. I found it necessary to add Senekot to his daily medications and also noted an increase in seizure activity. His neurologist had given me a list of seizure triggers and I found 'constipation' on this list of common triggers.

Six months ago, you gave me literature to read about your product, Compleat Pediatric. I decided to talk to Collin's pediatrician and we made a mutual decision to make the switch. It was the right decision. I have seen numerous improvements in Collin's physical and emotional well-being. He has regular bowel movements without any medication for constipation. I also have noted better control of his seizures which may be attributed to the lessening of constipation and better absorption of his seizure meds. His energy level is higher and he's actually giggling again. Collin has the sweetest giggle on this earth.

When caring for a child with severe and profound disabilities, every helpful product or medication can make a world of difference in daily life. If Collin is happy, his smiles and laughter are contagious and my whole family benefits. Collin's increased energy level , which I truly believe can be attributed to your product, Compleat Pediatric, has led to purposeful play with his switches and other toys. Wonderful to see him focused and working so hard to play!

EARL 000166

When I encounter a service, product or person involved with Collin that really impresses me, I feel it is important to share my gratitude and appreciation for the research and development of these products for people with special needs. You need to know what a difference it makes in their lives and the lives of those that care for them. Kudos to Novartis Nutrition, your sales personnel, and you, Sue, for an outstanding product!

Sincerely,

Judy McDonough

Judy McDonough