**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
Allyson M. Smith (AS-4750)
Peter O. Hughes (admitted *pro hac vice*)
Attorneys for Defendant
Novartis Consumer Health, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SUE EARL, | : | Hon. Richard M. Berman, U.S.D.J. |
| | : | Civil No.: 07 CIV 9595 (RMB) |
| Plaintiff, | : | |
| | : | |
| vs. | : | **ORDER** |
| | : | |
| NOVARTIS CONSUMER HEALTH, INC., | : | |
| | : | |
| Defendant. | : | |

**THIS MATTER HAVING** been opened to the Court by Defendant Novartis Consumer Health, Inc., on a motion for summary judgment pursuant to FED. R. CIV. P. 56; and the Court having reviewed the papers submitted in support of and in opposition to the motion; and having heard the arguments of counsel; and good cause having been shown:

IT IS on this _____ day of _____ 2008;

**ORDERED** that defendant's motion for summary judgment is hereby **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's Complaint be and hereby is **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that plaintiff's Motion to Amend the Complaint to add Nestle Healthcare Nutrition as a Defendant is **DENIED**.

SO ORDERED.

_____
Richard M. Berman, U.S.D.J.