UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY VELEZ, SONIA KLINGER, PENNI ZELINKOFF, MINEL HIDER TOBERTGA, and MICHELLE WILLIAMS,<br><br>Individually and on Behalf of Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>NOVARTIS CORPORATION and NOVARTIS PHARMACEUTICAL CORPORATION,<br><br>DEFENDANTS. | CLASS ACTION COMPLAINT<br><br>04-Civ.-09194 (GEL)<br><br>JURY TRIAL DEMANDED |

## CLASS ACTION COMPLAINT

I.  NATURE OF THIS ACTION

1.  Amy Velez, Sonia Klinger, Penni Zelinkoff, Minel Hider Tobertga and Michelle Williams ("Class Representatives") bring this action against Defendants Novartis Corporation and Novartis Pharmaceuticals Corporation (jointly "Novartis" or "Defendants") to redress gender discrimination in employment. Specifically, the Class Representatives, all of whom are present or former employees of Novartis, bring this class action against Novartis on behalf of themselves and all other female employees of Novartis who are similarly situated pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e)-5(f), et seq., as amended ("Title VII"). The Class Representatives have worked and/or continue to work for Novartis throughout the United States, including the Washington, D.C. area; St. Louis and Kansas City, Missouri; Portland, Oregon;

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY VELEZ, SONIA KLINGER, PENNI ZELINKOFF, MINEL HIDER TOBERTGA, MICHELLE WILLIAMS, JENNIFER WAXMAN-RECHT, KAREN LIGGINS, LORI HORTON, HOLLY WATERS, STEPHANIE CATES, WENDY PINSON and ROBERTA VONLINTEL,<br><br>Individually and on Behalf of Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>NOVARTIS CORPORATION and NOVARTIS PHARMACEUTICAL CORPORATION,<br><br>DEFENDANTS. | AMENDED CLASS ACTION<br><br>COMPLAINT<br><br><br>04 Civ. 09194 (GEL)<br><br><br><br>JURY TRIAL DEMANDED |

## AMENDED CLASS ACTION COMPLAINT

I. NATURE OF THIS ACTION

1. Twelve women who work or have worked for Novartis in twelve states and Washington, D.C. bring this action against Defendants Novartis Corporation and Novartis Pharmaceuticals Corporation (jointly "Novartis" or "Defendants") to redress gender discrimination in employment. Specifically, Amy Velez, Sonia Klinger, Penni Zelinkoff, Minel Hider Tobertga, Michelle Williams, Jennifer Waxman-Recht, Karen Liggins, Lori Horton, Holly Waters, Stephanie Cates, Wendy Pinson and Roberta VonLintel, the Class Representatives ("Class Representatives"), all of whom are present or former employees of Novartis, bring this

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY VELEZ, SONIA KLINGER, PENNI ZELINKOFF, MINEL HIDER TOBERTGA, MICHELLE WILLIAMS, JENNIFER WAXMAN-RECHT, KAREN LIGGINS, LORI HORTON, HOLLY WATERS, STEPHANIE CATES, WENDY PINSON, ROBERTA VONLINTEL, ASHLEY NARMOUR, CATHERINE WHITE, KELLY CORBETT, SUE EARL, JAMIE HOLLAND, JOAN DURKIN, SIMONA LOPES, MARYANNE JACOBY, MARTA DEYNE, and DONNA MARTIN, Individually and on Behalf of Others Similarly Situated, PLAINTIFFS, v. NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and THOMAS EBELING, DEFENDANTS. | SECOND AMENDED CLASS ACTION COMPLAINT<br><br>04 Civ. 09194 (GEL)<br><br>JURY TRIAL DEMANDED |

## SECOND AMENDED CLASS ACTION COMPLAINT

I. NATURE OF THIS ACTION

1. Twenty-two (22) women who work or have worked for Novartis in New York and sixteen (16) other states, as well as Washington, D.C., in the United States and in Europe bring this action against Corporate Defendants Novartis Corporation and Novartis Pharmaceuticals Corporation (jointly "Novartis" or "Corporate Defendants") and against

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY VELEZ, SONIA KLINGER, PENNI ZELINKOFF, MINEL HIDER TOBERTGA, MICHELLE WILLIAMS, JENNIFER WAXMAN-RECHT, KAREN LIGGINS, LORI HORTON, HOLLY WATERS, STEPHANIE CATES, WENDY PINSON, ROBERTA VONLINTEL, ASHLEY NARMOUR, CATHERINE WHITE, KELLY CORBETT, SUE EARL, JAMIE HOLLAND, JOAN DURKIN, SIMONA LOPES, MARYANNE JACOBY and MARTA DEYNE, Individually and on Behalf of Others Similarly Situated, PLAINTIFFS, v. NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and THOMAS EBELING, DEFENDANTS. | THIRD AMENDED CLASS ACTION COMPLAINT 04 Civ. 09194 (GEL) JURY TRIAL DEMANDED |

## THIRD AMENDED CLASS ACTION COMPLAINT

I. NATURE OF THIS ACTION

1. Twenty-one (21) women who work or have worked for Novartis in New York and sixteen (16) other states, as well as Washington, D.C., bring this action against Corporate Defendants Novartis Corporation and Novartis Pharmaceuticals Corporation (jointly "Novartis" or "Corporate Defendants") and against Defendant Thomas Ebeling ("Ebeling") (collectively "Defendants") to redress gender discrimination in employment. Specifically, Amy Velez, Sonia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY VELEZ, PENNI ZELINKOFF, MINEL HIDER TOBERTGA, MICHELLE WILLIAMS, JENNIFER WAXMAN-RECHT, KAREN LIGGINS, LORI HORTON, HOLLY WATERS, WENDY PINSON, ROBERTA VONLINTEL, ASHLEY NARMOUR, CATHERINE WHITE, KELLY CORBETT, SUE EARL, JAMIE HOLLAND, JOAN DURKIN, SIMONA LOPES, MARYANNE JACOBY and MARTA DEYNE, Individually and on Behalf of Others Similarly Situated, PLAINTIFFS, v. NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and THOMAS EBELING, DEFENDANTS. | FOURTH AMENDED CLASS ACTION COMPLAINT 04 Civ. 09194 (GEL) JURY TRIAL DEMANDED |

## FOURTH AMENDED CLASS ACTION COMPLAINT

I.  NATURE OF THIS ACTION

1. Nineteen (19) women who work or have worked for Novartis in New York and sixteen (16) other states, as well as Washington, D.C., bring this action against Corporate Defendants Novartis Corporation and Novartis Pharmaceuticals Corporation (jointly "Novartis" or "Corporate Defendants") and against Defendant Thomas Ebeling ("Ebeling") (collectively "Defendants") to redress gender discrimination in employment. Specifically, Amy Velez, Penni