## W-2 Wage and Tax Statement 2005

**Employee Reference Copy**
OMB No. 1545-0008
Employer use only 179

| Box | Description | Amount |
|---|---|---|
| a | Control number | 052217 73/NM2 827654 Corp. T |
| b | Employer's FED ID number | 41-0991082 |
| c | Employer's name, address, and ZIP code | NOVARTIS NUTRITION CORP<br>5320 W 23RD STREET<br>MINNEAPOLIS MN 55416 |
| d | Employee's SSA number | 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 |
| e/f | Employee's name, address, ZIP | SUSAN EARL<br>115 CONESTOGA TRAIL<br>SPARTA, NJ 07871 |
| 1 | Wages, tips, other comp. | 17138.87 |
| 2 | Federal income tax withheld | 1365.19 |
| 3 | Social security wages | 18127.30 |
| 4 | Social security tax withheld | 1123.89 |
| 5 | Medicare wages and tips | 18127.30 |
| 6 | Medicare tax withheld | 262.84 |
| 12a | See instructions for box 12 | C  16.70 |
| 12b | | D  988.43 |
| 13 | Stat emp/Ret plan/3rd party sick pay | X |
| 14 | Other | 1981.38 AUTO<br>79.22 UI/HC/WF<br>93.21 NJ DI |
| 15 | State; Employer's state ID no. | NJ 410991082/000 |
| 16 | State wages, tips, etc. | 17669.33 |
| 17 | State income tax | 365.80 |

Batch #01840

---

## 2005 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2005 pay stub plus any adjustments submitted by your employer.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Pay | 18641.06 | Social Security Tax Withheld Box 4 of W-2 | 1123.89 | NJ. State Income Tax Box 17 of W-2 | 365.80 | |
| | | | | SUI/SDI Box 14 of W-2 | 172.43 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 1365.19 | Medicare Tax Withheld Box 6 of W-2 | 262.84 | | | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NJ. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 18,641.06 | 18,641.06 | 18,641.06 | 18,641.06 |
| Plus GTL (C-Box 12) | 16.70 | 16.70 | 16.70 | 16.70 |
| Less 401(k) (D-Box 12) | 988.43 | N/A | N/A | 988.43 |
| Less Other Cafe 125 | 530.46 | 530.46 | 530.46 | N/A |
| Reported W-2 Wages | 17,138.87 | 18,127.30 | 18,127.30 | 17,669.33 |

Note - Fringe benefits include: Co Car Personal Use-Full Value $1,981.38

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

SUSAN EARL
115 CONESTOGA TRAIL
SPARTA, NJ 07871

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 4, $10 Additional Tax
STATE: 1, Married Filing Jointly, Table B

© 2005 AUTOMATIC DATA PROCESSING, INC.

EARL 000277



EARL 000278