**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
Allyson M. Smith (AS-4750)
Peter O. Hughes (admitted *pro hac vice*)
Attorneys for Defendant
Novartis Consumer Health, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SUE EARL, | Hon. Richard M. Berman, U.S.D.J. |
| | Civil No.: 07 CIV 9595 (RMB) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| | (by electronic filing) |
| NOVARTIS CONSUMER HEALTH, INC., | |
| Defendant. | |

---

I hereby certify that on June 16, 2008, the following documents:

**DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT;**

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;**

**DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1** (attached as Exhibit 1 to Memorandum);

**DECLARATION OF ALLYSON M. SMITH ESQ., IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** (with exhibits);

**CERTIFICATION OF GREGORY TOLE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;**

**CERTIFICATION OF MARK ARMSTRONG IN SUPPORT OF DEFENDNAT'S MOTION FOR SUMMARY JUDGMENT;**

**AFFIDAVIT OF BON LOPEZ IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;** and

## [PROPOSED] ORDER

were filed with the Clerk of the Court and served upon Sanford, Wittels & Heisler, LLP, counsel for plaintiff Sue Earl, in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules and/or the Southern District's Rules on Electronic Service. The above listed documents are available for viewing and downloading from the ECF system.

s/Allyson M. Smith
Peter O. Hughes (admitted pro hac vice)
Allyson M. Smith (AS-4750)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
521 5th Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
allyson.smith@ogletreedeakins.com
peter.hughes@ogletreedeakins.com

Attorneys for Defendant
Novartis Consumer Health, Inc.

6432239.1 (OGLETREE)