

Novartis U.S. Organization