


## Consumer Health

The Consumer Health Division creates, develops and manufactures a wide range of products designed to **restore, maintain or improve the health and well-being of our customers**.

The division focuses on three business units:



### Over-the-Counter ›

Novartis Consumer Health, Inc. is a world leader in consumer healthcare, providing self-medication products for the treatment and prevention of common illness and conditions, and the enhancement of overall health and well being.



### Animal Health ›

Novartis Animal Health focused on the well-being of companion animals and on the health and productivity of farm animals.



### CIBA Vision ›

CIBA Vision is a global leader in the research, development and manufacturing of contact lenses and lens care products.