Merkeson ASCII - 9-27-05

1

```
1
2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3
    04 Civ. 9194 (GEL)
4   - - - - - - - - - - - - - - - - - - x
    AMY VELEZ, SONIA KLINGER, PENNI ZELINKOFF,
5   MINEL HIDER TOBERTGA, MICHELLE WILLIAMS,
    JENNIFER WAXMAN-RECHT, KAREN LIGGINS,
6   LORI HORTON, HOLLY WATERS, STEPHANIE CATES,
    WENDY PINSON and ROBERTA VON LINTEL,
7
    Individually and on Behalf of Others
8   Similarly Situated,

9                           Plaintiffs,

10                  v.

11  NOVARTIS CORPORATION and NOVARTIS
    PHARMACEUTICALS CORPORATION,
12
                            Defendants.
13  - - - - - - - - - - - - - - - - - - x

14                  CONFIDENTIAL

15
                        September 27, 2005
16                      10:00 a.m.

17      CONFIDENTIAL DEPOSITION OF WAYNE P. MERKELSON, ESQ.
    taken by Plaintiffs, pursuant to Notice, held at the
18  offices of White & Case, 1155 Avenue of the Americas,
    New York, New York, before Kathleen Keefe, a
19  Shorthand Reporter and Notary Public within and for
    the State of New York.
20

21

22

23

24          Hudson Reporting & Video, Inc.
                    1-800-310-1769
25
```

2

```
1               Wayne Merkelson - Confidential
```

```
                      Merkeson ASCII - 9-27-05
 2        A p p e a r a n c e s:

 3              SANFORD, WITTELS & HEISLER, LLP
                      Attorneys for Plaintiffs
 4                    2121 K Street, NW, Suite 700
                      Washington, DC  20037
 5
                BY:   STEVEN L. WITTELS, ESQ.
 6

 7
                WHITE & CASE LLP
 8                    Attorneys for Defendants
                      1155 Avenue of the Americas
 9                    New York, New York 10036-2727

10              BY:   VINCENT R. FITZPATRICK, JR., ESQ.
                      JACK E. PACE, III, ESQ.
11                    ALISON R. KIRSHNER, ESQ.

12

13              VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
                      Attorneys for Novartis Pharmaceuticals
14                    805 Third Avenue
                      New York, New York  10022
15
                BY:   JONATHAN A. WEXLER, ESQ.
16

17
                NOVARTIS PHARMACEUTICALS CORPORATION
18                    One Health Plaza
                      East Hanover, New Jersey  07936-1080
19
                BY:   ASHLEY MARSH PERTSEMLIDIS, ESQ.
20

21
                ALSO PRESENT:  EMILY MAGLIO, SANFORD,
22              WITTELS & HEISLER

23

24

25
```

                                                          3

```
 1              Wayne Merkelson - Confidential

 2                    STIPULATIONS

 3         IT IS HEREBY STIPULATED AND AGREED, by

 4    and between the attorneys for the respective parties
```

Page 2

Merkeson ASCII - 9-27-05

5    hereto, that all objections, except as to form,

6    be reserved to the time of trial.

7            IT IS FURTHER STIPULATED AND AGREED that

8    the sealing and filing of the within deposition are

9    hereby waived.

10            IT IS FURTHER STIPULATED AND AGREED

11   that the within deposition may be subscribed and

12   sworn to by the witness being examined before a

13   Notary Public other than the Notary Public before

14   whom this deposition was begun.

15

16

17

18

19

20

21

22

23

24

25

                                                        4

1            Wayne Merkelson - Confidential

2    W A Y N E   P.   M E R K E L S O N, Having been duly

3    sworn by the court reporter, testified on his oath

4    as follows:

5            COURT REPORTER:   Would you state

6    your name and address for the record, please?

7            THE WITNESS:   Yes.   My name is

Merkeson ASCII - 9-27-05

8   Wayne Merkelson and my business address is

9   Novartis Finance Corporation, 608 Fifth Avenue,

10  New York, New York 10020.

11  EXAMINATION

12  BY MR. WITTELS:

13          Q.     What's your home address,

14  Mr. Merkelson?

15          A.     My home address is the Stewart

16  House, Greenwich Village, New York 10003.

17          Q.     Good morning.  My name is Steven

18  Wittels.  I represent the plaintiffs in this

19  action who have brought an action, a lawsuit,

20  against the Novartis entities, Novartis Corp.

21  and Novartis -- I'll call them NPC for Novartis

22  Pharmaceuticals today.

23              I'm going to be asking you

24  questions about the lawsuit.  As a lawyer, I

25  know you're well familiar with the ground rules

1              Wayne Merkelson - Confidential

2   of a deposition.  You're under oath.  What you

3   say will be taken down by the reporter and can

4   later be used in a courtroom.  Do you

5   understand that?

6          A.     Yes, sir.

7          Q.     You'll answer orally, keep your

8   voice up.  Correct?  Did you hear the question?

9          A.     Was there a question?

10          (Record read.)

Merkeson ASCII - 9-27-05

11          A.     Yes, sir.

12          Q.     If you answer, I'll assume you

13   understood the question.  If it's not clear,

14   please ask me and I'll try to rephrase it.  Is

15   that clear?

16          A.     Yes.

17          Q.     You're not under any type of

18   impairment today which would affect your

19   ability to think clearly and answer my

20   questions.  Correct?

21          A.     Correct.

22          Q.     Have you ever had your

23   deposition taken before today?

24          A.     Yes.

25          Q.     Okay.  In what context?

                                                  6

1            Wayne Merkelson - Confidential

2          A.     In -- I don't recall specific

3    depositions or specific matters that I've been

4    deposed on, but as general counsel of Novartis

5    Finance, I've been deposed as to our ability to

6    pay, for example, or as to the corporate

7    organization of Novartis Corporation and U.S.

8    group of companies.

9          Q.     Just for the record, what's your

10   social security number?

11                MR. FITZPATRICK:  I don't think

12   he needs to do that.

13          A.     I apologize, but I don't want to

                        Page 5

                    Merkeson ASCII - 9-27-05
14   put that in the record.  That could become a
15   public database.
16              MR. WITTELS:  We can put that
17   under seal.
18              MR. FITZPATRICK:  It's not
19   needed.
20         A.    I apologize, but I didn't give
21   my home address that specifically and I didn't
22   give my social security number because I'd be
23   concerned that, in today's Internet age and
24   with things on a record in a database, that
25   someone could get access to them and I'd end up

                                                    7

 1              Wayne Merkelson - Confidential
 2   with problems for my credit card, my credit
 3   system, everything that I live on.  Therefore I
 4   apologize, but I won't give it.
 5         Q.    What's your date of birth?
 6         A.    April 29th, 1952.
 7         Q.    Now, how many times have you
 8   been deposed before today?
 9         A.    I was asked that question
10   before, and I can recall two or three times.
11         Q.    Do you have a record or
12   recollection of the names of the lawsuits in
13   which you were deposed?
14         A.    I don't.  I've been deposed in a
15   patent matter or two and an airplane case, the
16   SGI airplane case.  Those are the only ones I
                    Page 6

                    Merkeson ASCII - 9-27-05
17  can recall.

18          Q.      How recent were the patent

19  matters that you were deposed in?

20          A.      Within the last ten years.

21          Q.      Do you have any record in the

22  office as to the caption of the cases and --

23          A.      On the SGI Holdings case, we

24  probably do.  And the others, probably not,

25  because we have a record retention system and

                                                        8

 1              Wayne Merkelson - Confidential

 2  when cases are closed and a certain number of

 3  years go by, we don't keep the records.

 4          Q.      Was the patent matter a claimed

 5  infringement by a Novartis patent?

 6          A.      Or vice-versa, very likely.

 7          Q.      Do you recall the result or what

 8  the cases were about?

 9          A.      No, I don't.  I gave a

10  deposition, but I generally don't have anything

11  to do with litigation or litigation cases, and

12  I don't follow, believe it or not, outcomes of

13  those kind of cases unless they're material and

14  have to be reported to the SEC or in our annual

15  report, where it's so material that we have to

16  make a reserve or some kind of report.

17          Q.      Have you ever personally been

18  involved in a lawsuit?

19          A.      No, I haven't.

                        Page 7

Merkeson ASCII - 9-27-05

20          Q.     Have you ever testified at a

21    trial?

22          A.     No.

23          Q.     Before today's deposition, did

24    you look at any documents to prepare yourself?

25          A.     Yes.

9

1          Wayne Merkelson - Confidential

2          Q.     Which documents?

3          A.     I looked at corporate minutes

4    to -- I looked at legal organization charts.

5          Q.     Anything else?

6          A.     No.

7          Q.     The corporate minutes you looked

8    at were for what period?

9          A.     During the last five years.

10          Q.     So, from 2000 to 2005?

11          A.     From 2001 to 2005.

12          Q.     And which companies' corporate

13    minutes did you look at?

14          A.     I looked at Novartis

15    Corporation, Novartis Services, Inc., and

16    Novartis Finance Corporation.

17          Q.     And did you look at the complete

18    minutes?  In other words, you had access to

19    review the entire minutes?

20          A.     Yes, but I didn't look at the

21    complete minutes.  I looked at certain pages of

22    minutes referring to officers or directors.

Merkeson ASCII - 9-27-05

23              Q.      Okay.  But you had the entire
24      minutes in front of you.   You could have read
25      any page.   Correct?

                                                        10

1                  Wayne Merkelson - Confidential
2               A.      I could have.
3               Q.      So you looked at minutes,
4       separate -- minutes for three separate
5       entities.   Novartis Corporation; is that
6       correct?
7               A.      Correct.
8               Q.      Novartis Services, Inc., another
9       company.   Correct?
10              A.      Correct.
11              Q.      And Novartis Finance Corp.
12      Correct?
13              A.      Yes.
14              Q.      You also saw legal organization
15      charts for what company or companies?
16              A.      No, no.   Legal organization
17      chart is the U.S. affiliated company
18      organization chart, a legal organization chart,
19      and it periodically is updated.
20              Q.      And is that one chart, or
21      multiple charts?  Did you see periodic updates?
22              A.      It is several charts.
23              Q.      And for what company was that,
24      what legal organization chart?
25              A.      No.   I must not be making myself

Merkeson ASCII - 9-27-05

11

1              Wayne Merkelson - Confidential
2    clear.
3              Q.    I'm probably not understanding
4    you.  Go on.
5              A.    It's the legal organization
6    chart of the U.S. group of companies of
7    Novartis.
8              Q.    Okay.  Just give me an overview.
9    We'll get into it later.  What are the U.S.
10   group of companies for Novartis?
11             A.    May I draw them out to help me
12   remember what they are?
13             Q.    Sure.
14             A.    Thank you.  So, there is
15   Novartis Corporation.  There is Novartis
16   Finance Corporation.
17             Q.    Before you go too much further,
18   I don't like to necessarily interrupt the
19   witness, but is the chart that you are drawing
20   by hand the same as the written produced chart
21   that you've already given us?  As far as you
22   know.
23             A.    I don't know.
24             Q.    Okay.
25             A.    I don't know what's been given

12

Merkeson ASCII - 9-27-05

1                Wayne Merkelson - Confidential
2    to you.  I'm sorry.
3            Q.    Okay.   Go ahead.   So continue
4    with the chart.
5            A.    Novartis Services, Inc.;
6    Novartis Pharmaceuticals Corporation; Gerber
7    Life Insurance Company; Gerber Products
8    Company; Novartis Nutrition Corporation; Ciba
9    Vision Corporation; Novartis Consumer Health,
10   Inc.; Novartis Animal Health U.S., Inc.;
11   Novartis Ophthalmics, Inc.; SyStemix, Inc.
12   Those are the major U.S. affiliates.
13           Q.    Could you write on the chart --
14   what would you normally label this document, if
15   you would?
16           A.    This would be U.S. corporate
17   organization, major companies.
18           Q.    Major companies for?  Again, for
19   Novartis what?  What entity of Novartis?  You
20   wrote the word "Novartis" right at the top.
21           A.    "Novartis U.S. Corporations" --
22           Q.    Okay.
23           A.    -- "Organization, Major
24   Companies."
25           Q.    Okay.  And -- all right.  Would

                                                    13


1                Wayne Merkelson - Confidential
2    you just date it and just sign or initial that
3    you prepared this?

Merkeson ASCII - 9-27-05

    4          A.    Sure.

    5          Q.    Okay.

    6                MR. WITTELS:  Why don't we mark

    7    this as Plaintiffs' Exhibit 1?

    8                (Plaintiffs' Merkelson Exhibit 1:

    9    Marked for identification.)

   10          A.    Can I add one company?

   11          Q.    Yeah, of course.

   12          A.    Sandoz, Inc.

   13          Q.    Now, this chart that you

   14    prepared by hand for us, is this a chart of

   15    U.S. corporations that is a document that you

   16    would ordinarily prepare in the course of

   17    business?

   18          A.    I don't normally draw it out; I

   19    use Visio.  And the answer is yes.

   20          Q.    Who is your current employer?

   21          A.    The company who pays my salary

   22    is Novartis Finance Corporation.

   23          Q.    What is Novartis Finance

   24    Corporation's corporate address?

   25          A.    608 Fifth Avenue, New York, New

                                                             14

    1          Wayne Merkelson - Confidential

    2    York 10020.

    3          Q.    How long have you been employed

    4    by Novartis Finance Corporation?

    5          A.    Since the inception of Novartis

    6    Finance Corporation at January 1, 1997.

Merkeson ASCII - 9-27-05

```
 7          Q.      Have you always worked at the
 8   Fifth Avenue address?
 9          A.      Yes.
10          Q.      Has Novartis Finance Corporation
11   always been -- had its corporate address at 608
12   Fifth Avenue?
13          A.      Yes.
14          Q.      Your check then, your paycheck
15   or direct deposit, however you receive it,
16   comes from a company called Novartis Finance.
17   That's who issues it?
18          A.      The corporation, when I get my
19   pay stub and my form W-2, says Novartis Finance
20   Corporation on it.
21          Q.      Okay.  You also mentioned
22   Novartis Services, Inc.  Do you work for that
23   company?
24          A.      I'm an officer of that company.
25          Q.      What is your title for Novartis
```

                                                     15

```
 1          Wayne Merkelson - Confidential
 2   Services, Inc.?
 3          A.      I believe it's executive vice
 4   president, general counsel and secretary.  I
 5   was surprised to see executive vice president
 6   when I looked back at the minutes.
 7          Q.      What is your title at Novartis
 8   Finance Corporation?
 9          A.      Vice president, general counsel
```

Merkeson ASCII - 9-27-05

10    and secretary.

11         Q.    Do you work for any other

12    companies?

13              MR. FITZPATRICK:  Objection as

14    to form.

15         A.    I only work for one company that

16    pays my paycheck.  I'm an officer of several

17    corporations.  I'm an officer as well of

18    Novartis Corporation, vice president and

19    associate general counsel.  And there may be

20    some others that I'm an officer; for example,

21    minor companies that aren't on this chart.

22         Q.    You would be an officer of?

23         A.    I could be an officer of.

24         Q.    When you say "could be," who

25    would know if you're an officer of these minor

16

1              Wayne Merkelson - Confidential

2    companies?

3         A.    I would if I had looked at every

4    record of every minor company.  We have -- for

5    example, we have a company called Tapaj, Inc.

6    and I'm an officer of that company.  We have a

7    company called the Genomics Institute of the

8    Novartis Research Foundation and I am an

9    officer of that corporation.  I believe that's

10    it.

11         Q.    What is your title at Tapaj?

12         A.    That would be vice president and

Page 14

Merkeson ASCII - 9-27-05

13    secretary.

14         Q.    What is your title at the

15    Genomics Institute?

16         A.    That would be vice president and

17    secretary.

18         Q.    What are the addresses of these

19    two companies?

20         A.    The Tapaj address is on Airport

21    Way, Morristown, New Jersey.  The address of

22    GNF is on John J. Hopkins Drive in La Jolla,

23    California.

24         Q.    Do you have -- sorry.  Do you

25    have a CV or some bio that lists all your

                                                        17

1              Wayne Merkelson - Confidential

2    responsibilities and jobs?

3         A.    No, I don't.

4         Q.    Do you have any type of CV that

5    lists your past educational background,

6    qualifications, et cetera?

7         A.    No.  I've worked for this

8    company over 16 years.  I haven't had a need to

9    produce a CV.

10         Q.    All right.  Where did you go to

11    law school?

12         A.    I attended Cornell Law School.

13         Q.    And you graduated in what year?

14         A.    1975.

15         Q.    Where did you go as an

Merkeson ASCII - 9-27-05

16    undergrad?

17          A.     Cornell University.

18          Q.     What did you major in?

19          A.     Dual major:  Urban studies and

20    government.

21          Q.     After law school, what was your

22    first employment?

23          A.     I worked at Davies, Hardy, Ives

24    & Lawther for some months, and then at the tax

25    department, Hughes, Hubbard & Reed.

                                                    18

1           Wayne Merkelson - Confidential

2           Q.     How long were you at Hughes

3     Hubbard?

4           A.     About three years.

5           Q.     What department?

6           A.     Tax.

7           Q.     And then where did you go?

8           A.     Amstar Corporation.

9           Q.     Okay.  Where were they?

10          A.     1251 Avenue of the Americas, New

11    York, New York 10020.

12          Q.     What was your title or titles

13    there?

14          A.     Tax counsel.

15          Q.     Okay.  How long were you at

16    Amstar?

17          A.     Nine, almost ten years.

18          Q.     Okay.  Where did you go after

Merkeson ASCII - 9-27-05

19    Amstar?

20           A.    Citicorp.

21           Q.    Here in New York City?

22           A.    399 Park Avenue, New York City.

23           Q.    Okay.  And what was your title

24    at Citi?

25           A.    Vice president, tax.


                                                    19


1           Wayne Merkelson - Confidential

2           Q.    How long were you at Citi?

3           A.    About 20 months.

4           Q.    So when you were at Amstar, was

5    it about '78 to 88?  Is that right?

6           A.    July '78 to April '87.

7           Q.    And Citicorp then, you were at

8    'til about --

9           A.    '87 to '89, early '89.  And then

10    Sandoz Corporation, the predecessor to Novartis

11    Finance Corporation.

12           Q.    You joined Sandoz in what month

13    in '89?

14           A.    April 17th, 1989.

15           Q.    What position did you join as?

16           A.    Associate general counsel.

17           Q.    In any particular department?

18           A.    Law department.

19           Q.    Were you doing tax, or were you

20    doing other things at that point when you

21    started?

                    Page 17

Merkeson ASCII - 9-27-05

22        A.    Mergers and acquisitions.

23        Q.    And how long did you remain an

24   associate general counsel for Sandoz?

25        A.    Including successorships to

                                                          20

1            Wayne Merkelson - Confidential

2   Novartis?

3        Q.    Before it became Novartis.

4        A.    From 1989 to 1996, and I became

5   vice president in 1995, as I recollect.

6        Q.    Of Sandoz Corp.?

7        A.    Of Sandoz Corporation.

8        Q.    Then in 1996, did Sandoz acquire

9   or was it acquired by another company?

10        A.    Sandoz Corporation merged with

11   Ciba-Geigy Corporation to become Novartis

12   Corporation effective January 1, 1997.   The

13   assets of Sandoz Corporation became Novartis

14   Finance Corporation at January 1, 1997.

15        Q.    What was generally the business

16   of Sandoz?

17        A.    Sandoz Corporation was a holding

18   corporation, holding the stock and investing in

19   affiliated subsidiary corporations.

20        Q.    And what were those affiliated

21   subsidiary corporations doing?  What was their

22   general business?

23        A.    Sandoz affiliates had a number

24   of businesses in the United States, including

                    Page 18

Merkeson ASCII - 9-27-05

25    construction chemicals; specialty chemicals;

21

1                Wayne Merkelson - Confidential
2    nutrition, foods, including Gerber Products;
3    environmental engineering; pharmaceuticals;
4    agricultural chemicals; seeds.
5            Q.    What was your role in the merger
6    of Sandoz and Ciba?
7            A.    I am the attorney who prepared
8    and filed, often with assistance of a legal
9    assistant and sometimes with outside counsel,
10    all paperwork to arrange the merger and legal
11    documentation of the merger of Ciba-Geigy
12    Corporation and Sandoz Corporation.
13            Q.    Did you do any due diligence
14    prior to the merger on Ciba or its companies?
15            A.    No.
16            Q.    Are you certified beyond your JD
17    in any tax, or any type of courses?
18            A.    Yes.
19            Q.    In what?
20            A.    I have a master's of law in
21    taxation from New York University in 1978.
22            Q.    Do you -- have you written any
23    articles or taught?
24            A.    Yes.
25            Q.    And where is that?

```
 1              Wayne Merkelson - Confidential
 2              A.    I've taught at Harvard Business
 3    School, at Fordham University, at some
 4    institutes.  And I've written a few articles I
 5    cannot recall.  You could probably Google them
 6    and find out.
 7              Q.    The teaching you did, was that
 8    as a lecturer, or did you actually have full
 9    semester courses?
10              A.    No, no.  As a lecturer.
11              Q.    Do you have any other businesses
12    that you're involved in on the side, or are you
13    full time for the Novartis companies as you
14    mentioned?
15              A.    Full time for Novartis.
16              Q.    After the merger -- strike that.
17              Am I right that simultaneous
18    with the Sandoz/Ciba merger, Novartis
19    Corporation was formed?
20              A.    Yes.
21              Q.    Where was Novartis Corporation's
22    corporate address --
23              A.    Okay.
24              Q.    -- as of '97?
25              A.    At the merger of Sandoz
```

23

```
 1              Wayne Merkelson - Confidential
```

Merkeson ASCII - 9-27-05

2  Corporation into Ciba-Geigy Corporation?

3          Q.     Yeah.

4          A.     Ciba-Geigy Corporation, which

5  changed its name to Novartis Corporation, was

6  in Tarrytown, New York.

7          Q.     Okay.  And did this -- the new

8  company, Novartis Corp., then maintain a

9  central office in New York, or somewhere else?

10         A.     At January 1, 1997, Novartis

11  Corporation, as I recollect, moved to River

12  Road, Summit, New Jersey.

13              MR. FITZPATRICK:  Can I have a

14  second?  I think there might be a slight

15  mistake.

16          (Witness and counsel conferring.)

17              MR. FITZPATRICK:  Why don't you

18  clarify -- didn't -- Novartis Corporation came

19  into existence at that time or not?

20              THE WITNESS:  I think I said

21  that Ciba-Geigy Corporation changed its name to

22  Novartis Corporation at January, 1, 1997.

23              MR. FITZPATRICK:  In other

24  words, there was not a new corporation.  Right?

25              THE WITNESS:  Not a new

                                                    24

1          Wayne Merkelson - Confidential

2  corporation.

3          A.     Effective that date, Novartis

4  Corporation.  Ciba-Geigy Corporation had

Page 21

Merkeson ASCII - 9-27-05

5   dropped down its divisional assets to different

6   companies, such as Novartis Agribusiness or --

7   I think it was called Novartis Crop Protection

8   Corporation; Novartis Pharmaceuticals

9   Corporation; Novartis Specialty Chemicals,

10   which actually may have been Ciba Specialty

11   Chemicals.

12          Q.     Now, after the merger, when the

13   surviving company became Novartis Corp., you

14   say that they moved corporate headquarters to

15   Summit, New Jersey.  Is that right?

16          A.     From Tarrytown they moved to

17   Summit, River Road, Summit, New Jersey.

18          Q.     And you stayed on in New York at

19   the Fifth Avenue address?

20          A.     I worked in 608 Fifth Avenue and

21   sometimes also commuted to Summit, New Jersey.

22          Q.     How long --

23          A.     Sometimes.

24          Q.     How long did Novartis Corp. stay

25   at the River Road address in Summit?

25

1          Wayne Merkelson - Confidential

2          A.     I believe until year 2002 or

3   maybe 2003, when the campus was sold.  It moved

4   to 180 Park Avenue, Florham Park, New Jersey as

5   I recollect in 2002 or 2003.

6          Q.     And where is Novartis

7   Corporation's current main business address?

Merkeson ASCII - 9-27-05

8          A.     At the same location, Building
9   105 at 180 Park Avenue, Florham Park, New
10  Jersey.
11         Q.     What other companies, Novartis
12  companies, are also located, their businesses,
13  at 180 Park Avenue, Florham Park?
14         A.     Well, you added the words "their
15  businesses" and that's a difficult concept.
16  The -- there is an office of Novartis Services,
17  Inc. at 180 Park Avenue, Florham Park, New
18  Jersey.  There is an office, Building 104, at
19  that same site, of Novartis Services, Inc.
20  There is an office of Novartis Pharmaceuticals
21  Corporation in that building at that site.
22         Q.     In what building?
23         A.     In Building 105 and in Building
24  104 at that site.
25         Q.     How many offices of -- in 2002

                                                    26

1          Wayne Merkelson - Confidential
2   or '03 when they moved over there, how many
3   offices were there in Building 105 that
4   Novartis Corp. occupied?
5          A.     Out of approximately 200,000
6   square feet, perhaps 3,000 square feet for
7   Novartis Services and Novartis Corporation in
8   Building 105.  A small office.
9          Q.     How many offices would you say
10  that is, 3,000 square feet?

                       Page 23

Merkeson ASCII - 9-27-05

11      A.    I don't understand the question.

12      Q.    I mean, how many rooms.

13      A.    Oh, okay.  For Novartis

14 Corporation, four rooms.  For Novartis Services

15 in Building 105, approximately ten rooms, and

16 some cubbies -- some -- I don't know the right

17 expression for cubby rooms -- without doors and

18 full walls.

19      Q.    Now, are you giving current

20 information, or information from 2002/3?

21      A.    It's been continuous since they

22 moved in there.

23      Q.    So it's been --

24      A.    Both companies.

25      Q.    The same number of offices?

27

1          Wayne Merkelson - Confidential

2          A.    The same number of offices.

3  It's a designated area.  It says on the wall,

4  "Novartis Corporation," and "Novartis Services,

5  Inc." right on the wall.  And it's separate

6  from the Novartis Pharmaceuticals' oncology

7  division, which also occupies that space.

8          Q.    Now, when you mentioned the

9  buildings, you said Novartis Corp. was in 105

10 and Novartis Services was in 104 and 105.  Or

11 did I misunderstand that?

12         A.    Yes.  Novartis Services includes

13 the internal audit department, the security

Page 24

                            Merkeson ASCII - 9-27-05
14    department, the health, safety and environment

15    department.   They are in Building 105.   The

16    patent and trademark department is in building

17    104.   Corporation includes the insurance

18    department and the tax department in Building

19    105.

20         Q.     How many employees of Novartis

21    Corp. have worked at the Florham Park address

22    since approximately 2002?

23         A.     Three.

24         Q.     What are their names?

25         A.     Keith Boudreau, Marianne

                                                                  28


1            Wayne Merkelson - Confidential

2    Francisco, Marinell Sullivan.

3         Q.     What are their positions?

4         A.     Keith is director of tax,

5    Marianne is director of insurance, and Marinell

6    is their administrative assistant.

7         Q.     Have these three employees been

8    employees of Novartis Corp. consistently from

9    2002 to 2003 working at 180 Park Avenue out of

10    Building 105 in Florham Park?

11         A.     From the time Novartis

12    Corporation moved from Summit to Florham Park,

13    they have continuously worked there.

14         Q.     Do you know which companies

15    these individuals worked for before becoming

16    employees of Novartis Corp.?  I mean, were they

                            Page 25

Merkeson ASCII - 9-27-05

17  with Ciba, or were they with Sandoz, or you

18  don't know?

19        A.    Okay.  They worked in Novartis

20  Corporation in Summit, New Jersey.

21        Q.    Right.

22        A.    Keith Boudreau had worked for

23  Sandoz Corporation.  Marianne Francisco had

24  worked for Sandoz Pharmaceuticals Corporation

25  in the insurance department.  Marinell Sullivan

29

1             Wayne Merkelson - Confidential

2  had worked for Ciba-Geigy Corporation; I don't

3  know where.

4        Q.    Are there any other Novartis

5  Corporation employees who work in Florham Park

6  or who have worked in Florham Park since 2002?

7        A.    Not to my knowledge, no.

8        Q.    Are there any other Novartis

9  Corporation employees who have worked or work

10  in any other addresses in New Jersey since

11  2002?

12        A.    Not to my knowledge, no.

13        Q.    You say not to your knowledge.

14  Is there anyone else at Novartis Corp. who

15  would have more knowledge than you about the

16  employees?

17        A.    Definitely not.

18        Q.    Why do you say "Definitely not"?

19        A.    The corporate organization is

Merkeson ASCII - 9-27-05

20    Novartis Corporation, Novartis Finance

21    Corporation and Novartis Services, Inc.  That's

22    what we would call the corporate organization.

23    Sometimes people were put on that chart,

24    Novartis Corporation, but actually it's

25    Novartis corporate organization.  And I am the

30

1              Wayne Merkelson - Confidential

2    person who designates the company from whom

3    people get their paycheck within those three

4    companies, so I should be the party best able

5    to know which company different people work for

6    within the corporate organization.

7              (Plaintiffs' Merkelson Exhibits 2A

8    and 2B:  Marked for identification.)

9              Q.    Mr. Merkelson, let me show you

10   what was he marked as Exhibit 2A, which says at

11   the top "Novartis Corporation" and it's got a

12   Bate stamp NCORP 1584.  Have you seen this

13   document before today?

14             A.    Yes.

15             Q.    Is this a document you prepare

16   in the ordinary course of business?

17             A.    No, I don't.

18             Q.    Who would?

19             A.    This is a personnel type

20   organization chart.  As I mentioned in the

21   testimony, Novartis Corporation is often

22   designated representing the Novartis corporate

Merkeson ASCII - 9-27-05
23  organization, consisting of Novartis

24  Corporation, Novartis Finance Corporation,

25  Novartis Services, Inc., and often the


                                                            31



1                Wayne Merkelson - Confidential

2   personnel of the three companies are mixed in

3   these organization charts.

4          Q.     Who prepares these charts?

5          A.     I believe this is prepared by

6   the human resources department.

7          Q.     Of what company?

8          A.     Of Novartis Corporation.

9          Q.     Look at 2A and 2B.  2A is dated

10  November '04.  2B, which is NCORP 1585, is

11  dated April 2005 and looks essentially the same

12  as the personnel chart.  Are these personnel

13  charts documents that you ordinarily see in the

14  course of your duties?

15         A.     No.

16         Q.     So how do you -- you said that

17  you're the person who would designate where

18  people should get paid from the Novartis

19  Corporation companies.  What chart do you refer

20  to, if any, or list so you know where to

21  designate people's pay checks?

22                MR. WEXLER:  Objection to form.

23         A.     We're a very small company, as

24  you know, of the corporate organization.  In

25  total, people in all those companies is about

Merkeson ASCII - 9-27-05

32

1           Wayne Merkelson - Confidential
2    130 people.  And so Novartis Corporation human
3    resources, which actually works for Novartis
4    Finance Corporation, I am their general counsel
5    as Novartis Finance Corporation general
6    counsel.  In their role of putting people on to
7    the payroll system, they check with me, an
8    administrative assistant in that department
9    generally.  Sometimes a human resources
10   professional will check with me as to which
11   corporation within the corporate group of three
12   companies we designate the employees for
13   payroll and which one they would work for.
14           Q.    Do you have a master list that
15   you maintain of all the employees who work for
16   Novartis Corp.?  I'll say, of Novartis Corp.,
17   NSI -- which if I say NSI, I'm actually --
18   let's keep it clear.
19           A.    I'm sorry.  That would confuse
20   me.
21           Q.    Strike that question.
22           What are the names that you use
23   in the company for Novartis Corp.?  Do you call
24   it Corp?  Novartis?  What do you call it?
25           A.    I'd feel most comfortable

33

Merkeson ASCII - 9-27-05

 1            Wayne Merkelson - Confidential
 2   calling it Novartis Corporation.
 3            Q.     What are -- the other two
 4   companies, how do you refer to them?
 5            A.     Novartis Finance Corporation or
 6   Novartis Finance, Novartis Services, Inc. or
 7   Novartis Services.
 8            Q.     Do you have a list at your
 9   office of the different employees who work for
10   Novartis Corp., Norvartis Services, or Novartis
11   Finance?
12            A.     I don't have that list, but
13   human resources would have that list.
14            Q.     And has that been an ongoing
15   list that's been maintained since Novartis
16   Corp. was formed back in 1997?
17            A.     I wouldn't say there's a formal
18   list the way you're thinking or seem to be
19   implying like there's a list.  When someone is
20   listed on the payroll system, if they ask for a
21   printout of who is on which payroll, that's how
22   they get that list.  So it's an available list.
23   But human resources should know, yes, which
24   companies the different people work for within
25   the Novartis corporate organization.

                                                    34

 1            Wayne Merkelson - Confidential
 2            Q.     And within the -- when you say
 3   "within the Novartis corporate organization,"
                      Page 30

Merkeson ASCII - 9-27-05

4    you're referring to those three companies?

5          A.    That is the three companies.

6          Q.    Okay.  Within those three

7    companies, you can also tell me, or human

8    resources could tell me, from '97 on, who all

9    the employees were on the payroll of the

10   different companies.  Correct?

11         A.    Yes.

12         Q.    Okay.  Does human resources at

13   Novartis Corporation or -- strike that.

14               The Novartis HR that you talked

15   about, human resources, is that a part of the

16   Novartis Corp., or one of the other two

17   companies?

18         A.    The employees in Novartis human

19   resources work for Novartis Finance

20   Corporation.  There are three professionals.

21         Q.    Who are they?

22         A.    Jim Robinson, William Flannery

23   and Grace Heller.

24         Q.    How long have they worked for

25   Novartis Finance Corp. in the HR department?

                                                35

1          Wayne Merkelson - Confidential

2          A.    Jim Robinson, since January 1,

3    1997.  I don't recall the date for Bill

4    Flannery, probably around the same.  And Grace

5    Heller is a new employee within the last five

6    years.

                   Page 31

Merkeson ASCII - 9-27-05

7          Q.      Who pays -- strike that.

8                  Which company pays these three

9    employees' pay checks?

10         A.      The paycheck for those three

11   employees would reflect Novartis Finance

12   Corporation.

13         Q.      What is Mr. Flannery's title?

14         A.      I don't know.

15         Q.      Does he work for Mr. Robinson?

16         A.      Yes.  He's responsible for

17   compensation and benefits, and I don't recall

18   his title.  Jim Robinson's title is vice

19   president, human resources.

20         Q.      And Grace Heller's?

21         A.      I don't know her title if she

22   has a title.  Neither Bill nor Grace are

23   officers of the corporation.

24         Q.      What address do these three

25   employees work out of currently?

36

1              Wayne Merkelson - Confidential

2          A.      All of them work at 608 Fifth

3    Avenue, New York, New York 10020.

4          Q.      How long have they been at 608

5    Fifth Avenue?

6          A.      Grace Heller, since she started

7    work.  Bill Flannery and Jim Robinson, since

8    they moved to New York from the Summit offices,

9    whenever those Summit offices were sold and

Merkeson ASCII - 9-27-05

10    they moved into Manhattan.

11              Q.    Is there a document or -- strike

12    that.

13                    Is there a chart that you have

14    or that you've seen at the Novartis corporate

15    group that you've talked about with the three

16    companies which lists all the employees and

17    their titles?

18              A.    I don't know if titles are

19    listed in any chart.  We have a phone -- an

20    internal phone directory.  That's about our

21    only chart that I know that lists employees.

22    I'm unfamiliar with charts that maybe HR has

23    produced that might show people's titles like

24    that.  I don't know.

25              Q.    So the phone directory that you

                                                      37


1              Wayne Merkelson - Confidential

2    have, what is that for?  Which groups or

3    companies?

4              A.    The corporate -- the corporate

5    organization, consisting of Novartis

6    Corporation, Novartis Services and Novartis

7    Finance Corporation, has its own phone list,

8    and it's some pages.

9              Q.    And how many employees are

10    currently on it?  Did you say roughly 100?

11              A.    Approximately 130.

12              Q.    Do you also have in that phone

                          Page 33

Merkeson ASCII - 9-27-05

13    directory, Novartis Pharmaceutical employees?

14            A.    No.

15            Q.    So when I refer to Novartis

16    Pharmaceuticals, I might say Novartis

17    Pharmaceuticals or NPC.  Is that okay?

18            A.    I'd prefer Novartis

19    Pharmaceuticals, please.

20            Q.    If you wanted to contact a

21    Novartis Pharmaceuticals employee, do you have

22    a phone directory in your office for those

23    employees?

24            A.    We used to have a printed phone

25    directory some years ago.  I think they went to

                                                          38

 1            Wayne Merkelson - Confidential

 2    a computerized phone directory.  So to find an

 3    employee, you need to go to an intranet web

 4    site of Novartis Pharmaceuticals to find their

 5    employees.

 6            Q.    And you have access to those --

 7    to any employee in the Novartis intranet

 8    system.  Right?

 9            A.    Well, you must type in --

10            MR. FITZPATRICK:  I'm going to

11    object as to form.  I don't really understand

12    the question.

13            Q.    Did you understand it?

14            A.    I can interpret it and answer.

15            Q.    Okay.  Go ahead.

Merkeson ASCII - 9-27-05

16          MR. FITZPATRICK:  Just make it

17    clear how you interpret it.

18          THE WITNESS:  Okay.

19          A.    I'm interpreting that you're

20    asking if I wish to find an employee, can I

21    find an employee.

22          Q.    Yes.

23          A.    And I was heading to explain

24    that in order to find an employee of a

25    particular company, we must get to their

39

1          Wayne Merkelson - Confidential

2    intranet web site.  I actually don't know how

3    personally to do it for most companies.  You

4    just have to have the name and type it in.  I

5    don't have many occasions to do that.

6          Q.    Okay.

7          A.    So I don't actually know, you

8    know, specifically.  But I know you can get

9    access to the intranet web site and locate an

10    employee by typing their name in once you're on

11    the web site.

12          Q.    This web site is a web site that

13    would contain Novartis Pharmaceutical

14    employees, Novartis Corporation employees?  How

15    widespread is the web site in terms of

16    employees?

17          A.    Oh, no.  Each company has their

18    own web site.

Page 35

Merkeson ASCII - 9-27-05

19          Q.      Right.

20          A.      Some web sites could have a

21  telephone directory that could cover whatever

22  that telephone directory covers.  I'm

23  unfamiliar with it.

24          Q.      To get into the Novartis

25  Pharmaceuticals web site, do you have to be a

                                                    40

1          Wayne Merkelson - Confidential

2  Novartis employee?

3          A.      Intranet site, I believe so.

4          Q.      So as long as you're one of the

5  members -- an employee of one of the Novartis

6  companies, whether it's your three companies

7  that you mentioned or a different company, you

8  can get access to that intranet?

9          A.      That's somewhat difficult.  I

10  actually don't believe that some companies'

11  people have access necessarily to other

12  companies' intranet web sites.  It's determined

13  by the individual company, which companies they

14  would allow access to their web site, and I

15  don't know actually at any company

16  particularly, what limitations.

17          The reason I know it's not

18  universal is persons at -- someone at Gerber

19  Products Company called me up looking for

20  access to a person at Novartis Pharmaceuticals

21  Corporation and they did not have access.  So

                    Page 36

Merkeson ASCII - 9-27-05

22    they called me up and asked if I can help them

23    find a person at Novartis Pharmaceuticals

24    Corporation.   This was in the tax department.

25            Q.    Did you find that person?

41

1            Wayne Merkelson - Confidential

2            A.    I did find that person.

3            Q.    And what resource did you use to

4    find that person?

5            A.    I knew how to go to the Novartis

6    Pharmaceuticals intranet web site, and then

7    went to the directory, telephone directory,

8    then punched that person's name in and then got

9    the phone number for this person at Gerber

10    Products.

11            Q.    Now, Novartis Finance owns

12    100 percent of the stock of Novartis

13    Pharmaceuticals.   Correct?

14            A.    That is correct.

15            Q.    So am I right that anyone at

16    Novartis Finance can get access to any

17    information for Novartis Pharmaceuticals'

18    employees?  Correct?

19            A.    Not necessarily, no.

20            Q.    Someone who is an officer or has

21    permission from Novartis Finance, in a certain

22    position of authority, would have access to

23    information about Novartis Pharmaceutical

24    employees.   Correct?

Page 37

Merkeson ASCII - 9-27-05

25          A.    No.


                                                        42


    1          Wayne Merkelson - Confidential

    2          Q.    Why not?

    3          A.    It's up to Novartis

    4   Pharmaceuticals Corporation to designate

    5   access, and it's not necessarily broadly open.

    6   Also, your question is talking broadly about

    7   Novartis Pharmaceuticals Corporation, but that

    8   corporation is made up of many departments and

    9   divisions and each department might have

   10   restrictions and access limitations and other

   11   security measures to protect data and

   12   information.  So access to data is not

   13   universal, or somehow Novartis Corporation, the

   14   corporate organization employees, do not have

   15   access to just anything anywhere.

   16          Q.    Can the president of Novartis

   17   Corporation -- that's who?  Mr. -- what's his

   18   name?  Who is the president?

   19          A.    Terry Barnett.

   20          Q.    Mr. Barnett, can he access any

   21   information he wants about Novartis

   22   Pharmaceuticals Corporation?

   23          A.    Absolutely not.

   24          Q.    And who has restricted him from

   25   accessing information at Novartis

Merkeson ASCII - 9-27-05

43

1          Wayne Merkelson - Confidential
2    Pharmaceuticals?
3                MR. FITZPATRICK:  Objection to
4    form.
5          A.    Someone at Novartis
6    Pharmaceuticals Corporation would be the party
7    that needs to grant access, open access.
8    Certainly Mr. Barnett has no access, for
9    example, to development projects or research
10   projects or financial data or anything else
11   that's not generally available to other
12   investors, for example, or the public.  We are
13   really very separate corporations, operating
14   quite separately.
15         Q.    And are you telling me that if
16   Mr. Barnett wants to get access to certain
17   information at Novartis Pharmaceuticals, he
18   cannot get it, is that what you're telling me,
19   as the 100 percent owner of Novartis
20   Pharmaceuticals?
21               MR. FITZPATRICK:  Objection as
22   to form.
23         A.    If Mr. Barnett wanted
24   information, he would probably call up the
25   president of Novartis Pharmaceuticals

44

1          Wayne Merkelson - Confidential

Page 39

Merkeson ASCII - 9-27-05

2  Corporation and ask for information, and

3  perhaps in hard copy, if he needed something,

4  he would get it as an investor or as a steward

5  of the company, because he's also a member of

6  the board of directors, or perhaps as a service

7  provider, where he provided some type of

8  service.

9          But he wouldn't just -- I mean,

10  do you give access in your law firm to

11  everybody in your firm of every document,

12  everything you do?

13      Q.    Are you aware of any instance

14  since you've been working at Novartis Corp.

15  where Mr. Barnett has not been able to access

16  information from its wholly-owned subsidiary,

17  Novartis Pharmaceuticals?

18          MR. FITZPATRICK:  Objection as

19  to form.  It assumes facts not in evidence.

20  There's no foundation.

21      A.    I would not know.

22      Q.    Okay.  So have you ever

23  discussed with any officer or any employee of

24  Novartis Corporation whether they could not

25  obtain any information from Novartis

45

1          Wayne Merkelson - Confidential

2  Pharmaceuticals that they needed?

3      A.    That they needed?

4      Q.    Yes.

Page 40

Merkeson ASCII - 9-27-05

5          A.     I have assisted obtaining
6    information from Novartis Pharmaceuticals for
7    Novartis corporate organization employees when
8    needed.  It is not necessarily generally
9    available, and employees, in fact, don't have
10   general access.  So sometimes they have to ask
11   for data and sometimes people answer and
12   sometimes people don't on a timely basis.  So
13   occasionally people will call me as their
14   general counsel and say, Look, I'm having
15   trouble getting this data, for example, for a
16   BE -- a form BE-13, government -- Commerce
17   Department data.  And people don't respond
18   timely, so I will call up and ask somebody to
19   please respond more timely and indicate why we
20   need the data on that time line.
21          A tax person, Keith Boudreau,
22   may need data from Novartis Pharmaceuticals
23   Corporation's tax department and it may not
24   arrive timely, and he may have called them and
25   said, Please send the data, and it doesn't

46

1          Wayne Merkelson - Confidential
2    arrive timely, so I have occasionally asked.
3          The IT department might have
4    difficulty making systems available to people
5    on a timely basis and I have had occasion to
6    call and say, Please get your system open and
7    operating for us so we can get our data timely

Merkeson ASCII - 9-27-05

8    to be able to file our documentation and

9    information on a timely basis.  That is a

10   constant struggle, I think, in many large

11   organizations.

12         Q.    So was there ever an instance

13   that you're aware of where Novartis Corp.,

14   Novartis Finance or Novartis Services was

15   unable to get information with your assistance

16   from the Novartis Pharmaceuticals when needed?

17         A.    Ultimately we get our job done

18   and do get our data, often on a timely basis,

19   not always.

20         Q.    What department is shown on

21   Plaintiffs' Exhibit 2A for Novartis

22   Corporation?

23         A.    This is the legal, tax and

24   insurance departments.

25         Q.    Is there a -- was there a

                                                    47

1         Wayne Merkelson - Confidential

2    document that you saw prior to 2004 with these

3    legal, tax and insurance departments?

4         A.    I have seen these charts for

5    various years.  I'm unfamiliar with them.

6    They're prepared generally with the assistance

7    of the top person listed up here and the HR

8    department.  I don't often see these charts.

9    They're internal human resources charts.

10         Q.    But as far as you believe, there

                        Page 42

Merkeson ASCII - 9-27-05

11    would be earlier HR charts for the legal, tax

12    going back to -- from 2004 to 1997.   Correct?

13              A.    I don't know, but I assume.

14              Q.    Now, Martin Henrich is at the

15    head of this chart.  How long has he been the

16    general counsel?

17              A.    He's not currently the general

18    counsel.  He is -- Jeff Benjamin is acting

19    general counsel now.

20              Q.    When did -- does Mr. Henrich

21    still work for Novartis?

22              A.    Mr. Henrich does not work for

23    Novartis corporate organization any more.

24              Q.    What company did he work for

25    when he worked at Novartis?

                                                    48

1              Wayne Merkelson - Confidential

2              A.    He worked for Novartis Finance

3    Corporation.

4              Q.    Any other companies?

5              A.    No.  He was paid by Novartis

6    Corporation.  He may have been an officer of

7    other corporations.

8              Q.    What other companies was he an

9    officer of?

10             A.    He was an officer, I have listed

11    here, of Novartis Corporation.  He was -- he

12    was secretary of Novartis Pharmaceuticals

13    Corporation.  He was the director of several

Merkeson ASCII - 9-27-05

14   corporations as well.

15        Q.    What director -- I mean, what

16   directorships did he hold?

17        A.    He was the director of Novartis

18   Services, Inc., I believe Tapaj, Inc.

19        Q.    Any other directorships?

20        A.    Not that I'm aware of.

21        Q.    How long was he a secretary of

22   Novartis Pharmaceuticals or NPC?  You called

23   it --

24        A.    Approximately five years.

25        Q.    From approximately 2000 or -- I

49

1          Wayne Merkelson - Confidential

2    don't know when he left.  When did he leave

3    Novartis?

4         A.    July -- he just left this

5    summer, I think July or August of this year,

6    and he started in May 2000.

7         Q.    Did he work at this New York

8    City Fifth Avenue address?

9         A.    Yes.

10        Q.    Did he ever work at any other

11   addresses?

12        A.    No.

13        Q.    How often, as the secretary of

14   Novartis Pharmaceuticals, would he go to

15   Novartis Pharmaceuticals?

16        A.    At the most, once or twice a

Page 44

Merkeson ASCII - 9-27-05

17    year.

18              Q.    And what office would he go to

19    when he went to Novartis Pharmaceuticals?

20              A.    He didn't have an office at

21    Novartis Pharmaceuticals so he would be a

22    visitor.  He probably would attend the board

23    meeting there, which is on the top floor of the

24    701 building at Novartis Pharmaceuticals' East

25    Hanover campus.  He may visit the general

                                                        50

1               Wayne Merkelson - Confidential

2     counsel of Novartis Pharmaceuticals Corporation

3     at the legal department offices in Novartis

4     Pharmaceuticals Corporation.

5               Q.    Where is that?

6               A.    In East Hanover, on the East

7     Hanover campus in the building next to Building

8     701.

9               Q.    Was he continually the secretary

10    of NPC, Novartis Pharmaceuticals, from 2000 to

11    2005?

12              A.    Yes.

13              Q.    Is there a list that you've seen

14    of the board of directors and the officers for

15    Novartis Pharmaceuticals from 1997 to the

16    present?

17              A.    Yes.

18              Q.    Who maintains that?

19              A.    The secretary of Novartis

                    Page 45

Merkeson ASCII - 9-27-05

20    Pharmaceuticals Corporation maintained that

21    list.  That would be -- Mr. Henrich would have

22    maintained the list and the corporate minute

23    books would reflect that list.

24            Q.    And where -- would the corporate

25    minute books and list of directors and officers

51

1            Wayne Merkelson - Confidential

2    be maintained in New York?

3            A.    Those minutes would be kept with

4    Mr. Henrich in New York.

5            Q.    And who has custody now of the

6    minute books of Novartis Pharmaceuticals?

7            A.    That would be Jeffrey Benjamin.

8            MR. FITZPATRICK:  Take a break.

9            (A recess was taken from 11:14 a.m.

10    to 11:35 a.m.)

11            (Plaintiffs' Merkelson Exhibits 3A,

12    3B and 3C:  Marked for identification.)

13            Q.    As a director of Novartis

14    Pharmaceuticals, Mr. Henrich was paid an annual

15    director's fee.  Correct?

16            A.    Mr. Henrich was never a director

17    of Novartis Pharmaceuticals Corporation.

18            Q.    I'm sorry.  As the secretary of

19    Novartis Pharmaceuticals, was Mr. Henrich paid

20    a fee for working for Novartis Pharmaceuticals,

21    or compensation?

22            A.    Mr. Henrich only received

Page 46

Merkeson ASCII - 9-27-05
23    compensation from Novartis Finance Corporation.

24    You know, Novartis corporate entities are

25    service companies.   We perform services for


                                                52


 1              Wayne Merkelson - Confidential

 2    companies besides being in stewardship, because

 3    we have our own shareholder, and for our

 4    investments.   And so stewardship, investments

 5    and services.   One of the services rendered is

 6    the service of being a corporate secretary.

 7    So, in fact, we have compensation between our

 8    companies, there's compensation paid between

 9    companies, but not to individuals.

10              Q.    Novartis -- which Novartis

11    Corporation company was paid by Novartis

12    Pharmaceuticals for Mr. Henrich's services as

13    secretary of Novartis Pharmaceuticals?

14              A.    I believe there was no

15    compensation in the case for the corporate

16    secretary function to assist Novartis

17    Pharmaceuticals Corporation.   Novartis Finance

18    Corporation, being the parent company and

19    having an investment and being a steward, had

20    assigned Mr. Henrich to act as corporate

21    secretary.

22              Q.    Okay.   So I -- the company -- in

23    other words, none of the three Novartis

24    corporations, Novartis Corp., Novartis Finance

25    or Novartis Services, was paid by Novartis

Merkeson ASCII - 9-27-05

53

1              Wayne Merkelson - Confidential
2    Pharmaceuticals for Mr. Henrich's services as
3    secretary of Novartis Pharmaceuticals from 2000
4    to 2005.  Is that correct?
5              A.    Not directly, that's correct.
6              Q.    Okay.  Mr. Henrich used his own
7    secretary at Novartis Services to prepare the
8    minutes.  Correct?
9              A.    I apologize.  You seem to be
10   mixing "secretary" as a service function versus
11   administrative assistant or secretary.
12             Q.    Let me use that term.  He
13   would -- Mr. Henrich would have used his
14   administrative assistant at Novartis Services
15   to prepare the minutes that he maintained at --
16   kept at his New York offices for Novartis
17   Pharmaceuticals from 2000 to 2005.  Correct?
18             A.    I don't know.
19             Q.    Okay.  Do you know if
20   Mr. Henrich had an administrative assistant
21   during the years 2000 to 2005?
22             A.    Yes.
23             Q.    Okay.  Did he ordinarily give
24   that person typing, or did he type himself,
25   Mr. Henrich?

54

Merkeson ASCII - 9-27-05

1              Wayne Merkelson - Confidential

2          A.      He typed himself.

3          Q.      So he may have maintained the

4    minutes himself.  You don't know.

5          A.      Correct.

6          Q.      Where is Mr. Henrich now?  What

7    company does he work for?

8          A.      Novartis International AG in

9    Basel, Switzerland.

10         Q.      So he moved his office to Basel.

11   Is that correct?

12         A.      He now works for Novartis

13   International AG in Basel, Switzerland.

14         Q.      As of July '05?

15         A.      I believe as of August.

16         Q.      Between Novartis International

17   AG and Novartis Corp., there is another

18   intermediary Swiss company.  Am I right?

19         A.      Can you repeat the question?

20         (The record was read.)

21         A.      No.

22         Q.      Is Novartis International NAG

23   the parent of Novartis International AG?

24         A.      Please repeat the question?

25              MR. FITZPATRICK:  You just

                                              55

1              Wayne Merkelson - Confidential

2    got -- I think turned it around.  Novartis AG

3    is the parent of Novartis International.

                    Page 49

Merkeson ASCII - 9-27-05

```
 4          A.     Can you repeat the question?
 5          Q.     Okay.  So is Novartis
 6  International AG the Swiss company that wholly
 7  owns Novartis Corporation?
 8          A.     No.
 9          Q.     Okay.  What owns Novartis
10  Corporation?
11          A.     Novartis Holding AG.
12          Q.     And what owns Novartis Holding
13  AG?
14          A.     Novartis AG.
15          Q.     Not Novartis NAG?  Is there a
16  company called Novartis NAG?
17          A.     No.
18          Q.     Okay.  So it's Novartis AG that
19  owns Novartis Holding AG, which in turn owns
20  holds Novartis Corporation.
21          A.     Correct.
22          Q.     What relationship is there
23  between Novartis International AG, that
24  Mr. Henrich went to work for, and the Novartis
25  Holding AG, if any?
```

56

```
 1          Wayne Merkelson - Confidential
 2          A.     They're affiliated companies.
 3          Q.     Okay.  And which companies own
 4  Novartis International AG that Mr. Henrich went
 5  to work for?
 6          A.     I believe it's Novartis AG.
```

Merkeson ASCII - 9-27-05

7          Q.    Okay.  When Mr. Henrich --
8    strike that.
9                Was Mr. Henrich employed or on
10   the board in any type of capacity working for
11   any of the Swiss companies while he worked at
12   Novartis Services and the New York Novartis
13   companies?
14         A.    No.
15         Q.    Okay.  Would Mr. Henrich report
16   to any of the Swiss companies from 2000 to
17   2005?  Or any people at the Swiss companies, I
18   should say.
19         A.    That's a -- I don't understand
20   that question.
21         Q.    Did Mr. Henrich have a
22   supervisor in Switzerland who he reported to
23   about the operations of Novartis Corporation?
24         A.    Okay, I'll explain.  Novartis
25   Corporation is a holding company that has a

                                                      57


1                Wayne Merkelson - Confidential
2    stewardship role and has investment in other
3    companies, as does Novartis Finance
4    Corporation.  And Novartis Holding AG has a
5    stewardship and investment role, as does
6    Novartis AG, the publicly-traded company.  The
7    chart that you had provided by personnel seems
8    to reflect functions rather than legal entity
9    structure.  And Mr. Henrich had an obligation
                        Page 51

Merkeson ASCII - 9-27-05

10    to report if there are material liabilities,

11    material damages, material costs in legal of

12    Novartis Corporation, to someone at -- in the

13    law department at Novartis International AG.

14    Functionally he would report these types of

15    investment or stewardship matters that relate

16    to SEC, U.S. Securities and Exchange

17    Commission, reporting.

18                MR. WITTELS:  Counsel, do you

19    have the minutes of NPC that were maintained by

20    Novartis Corporation at its offices, because I

21    would like to see those.

22                MR. PACE:  Well, I think I can

23    answer this.

24                MR. FITZPATRICK:  I want to know

25    before you answer it.

                                                    58

1          Wayne Merkelson - Confidential

2             (Counsel conferring.)

3                MR. FITZPATRICK:  We've got --

4    the client, Novartis Corporation, has in its

5    possession the minutes of Novartis

6    Pharmaceutical Corporation and we produced

7    anything that was called for that related to

8    those minutes.  I think it turned out nothing

9    was called for because the minutes were -- the

10    limitation was that the minutes would relate to

11    Corporation and that none of the Pharmaceutical

12    minutes for the period in question related to

Merkeson ASCII - 9-27-05

13    Corporation.

14              MR. WITTELS:  Okay, Vince.  I'd

15    ask to see those, notwithstanding what you've

16    put on the record here, because now we have

17    testimony on the record that the corporate

18    officer of Novartis Finance was also the

19    secretary of the board of directors of Novartis

20    Pharmaceuticals and maintained the minutes in

21    New York and his name would be on the minutes.

22    There's an interrelationship there between this

23    corporate officer who worked for Novartis Corp.

24    and Novartis Pharmaceuticals.  So -- I'm

25    entitled to all the minutes, so I'd like to see

59

1              Wayne Merkelson - Confidential

2    them.  If there's any relationship, that would

3    have been called for by request number 6.  We

4    asked for that.

5              MR. FITZPATRICK:  I don't think

6    it's called for and I'll take your request

7    under advisement.

8              MR. WITTELS:  I'd ask for that,

9    all the minutes, and unredacted.

10              MR. FITZPATRICK:  I'm not going

11    to give you all the minutes unredacted.

12              MR. WITTELS:  I think I'm

13    entitled to them.

14              MR. FITZPATRICK:  You're not

15    going to get that, so you might as well know

Merkeson ASCII - 9-27-05

16    that right now.  I'll consider whether I'll

17    give them to you at all.

18              MR. WITTELS:  I believe I'm

19    entitled to unredacted minutes, that there's no

20    basis to withhold those.

21              MR. FITZPATRICK:  How do you

22    know that?  Have you read one?  You don't know

23    what's in it.  How could you possibly know that

24    you're entitled to unredacted minutes?

25              MR. WITTELS:  We'll take it up

60

1              Wayne Merkelson - Confidential

2    at the appropriate time.

3         Q.    Bev Schellhammer worked for

4    Mr. Henrich as his administrative assistant.

5    Is that right?

6         A.    That's correct.

7         Q.    And who does she work for now?

8    If you know.

9         A.    She works in New Jersey for Joe

10   Kulak in health, safety and environment.

11        Q.    Who is Joe Kulak?

12        A.    He's a -- he works in Novartis

13   Services, Inc. as a vice president in health,

14   safety and environment.

15        Q.    Who has the list -- strike that.

16              Does Novartis Finance, its HR

17   department, have the list of where all the

18   Novartis Corp., Novartis Finance and Novartis

Merkeson ASCII - 9-27-05

19   Services employees are working?

20         A.    I explained earlier they can get

21   a list printed from the payroll of which

22   company they work for.

23         Q.    And would it also show the

24   location of those employees?

25         A.    No.


                                                    61


1          Wayne Merkelson - Confidential

2          Q.    But if we had the list, you

3    could tell me whether that person was in New

4    York or whether he was in New Jersey.  Correct?

5          A.    If the person were in New York

6    or New Jersey, yes.

7                MR. WITTELS:  Do you have that

8    list, Vince, of the employees for Novartis

9    Corp., so I can see where they're working?

10               MR. FITZPATRICK:  There is no

11   such list.

12               MR. WITTELS:  There's a payroll

13   list of the different people.  Do you have a

14   payroll list?

15               MR. FITZPATRICK:  No.  I don't

16   think there's even that.  He's saying he could

17   generate electronically a list.  You could get

18   various lists generated electronically and one

19   is one that would list those people.  No such

20   list has been generated.

21               MR. WITTELS:  Vince, in order --

Merkeson ASCII - 9-27-05

22          Q.     In order, Mr. Merkelson, for the

23     company to make its payroll each month, it has

24     a list of employees.  It just doesn't invent

25     them each month.  Correct?


                                                    62


1               Wayne Merkelson - Confidential

2                    MR. FITZPATRICK:  Of course

3     there's a payroll list.

4                    MR. WITTELS:  So it's not

5     something they're creating for this litigation.

6          Q.     It's something on an ongoing

7     basis, who the employees are?

8          A.     Oh, no.  It would be

9     electronically held.  There's no printed-out

10     list every month, if you're implying there's a

11     printed list.

12          Q.     If it's electronic, it can be

13     printed.  Correct?

14          A.     I would think so.

15          Q.     Okay.  So there is a list,

16     electronic or that could be printed, of the

17     employees of the Novartis Corporation that's

18     maintained in the ordinary course of business.

19     Correct?

20          A.     Absolutely.

21          Q.     Okay.

22                    MR. WITTELS:  I would like that

23     list, please, Vince, so that I can question

24     this witness and other witnesses about who the
                         Page 56

Merkeson ASCII - 9-27-05

25    employees are and where they work.  I don't


63


1              Wayne Merkelson - Confidential
2    have those lists.  Do you have them?
3              MR. FITZPATRICK:  They don't
4    exist, so I don't have them.  You're asking us
5    to generates them.  Whether we'll generate one
6    or not, I'll consider.
7              MR. WITTELS:  What do you mean,
8    they don't exist?  He just said they exist.
9              MR. FITZPATRICK:  I understand.
10         (A recess was taken from 11:52 a.m.
11    to 11:59 a.m.)
12              MR. FITZPATRICK:  I learned
13    during the break that there is a list in
14    existence.  It's not the one that we've been
15    referring to as a list which is electronic
16    data, but there is a list that's a telephone
17    list that contains all of the names of all of
18    the employees, their telephone numbers and the
19    department they work for.  We're having that
20    e-mailed to us.
21              THE WITNESS:  I know the
22    companies they work for.  Sorry.
23              MR. FITZPATRICK:  And they'll
24    come on over soon.
25              MR. WITTELS:  Okay.


Page 57

Merkeson ASCII - 9-27-05

1           Wayne Merkelson - Confidential
2               Q.     The question I asked about
3       payroll data over time is an electronic
4       document that is maintained by Novartis
5       Services and indicates who is going to be paid
6       each week for the years '97 to the present.
7       Correct?
8               A.     No.
9               Q.     Okay.   Payroll data is
10      maintained for Novartis Corporation,
11      Novartis -- and Novartis Services and Novartis
12      Finance is maintained by who?  HR?
13              A.     The payroll department is -- the
14      payroll for the corporations are run as a
15      central service by Novartis Pharmaceuticals
16      Corporation.
17              Q.     Okay.   So Novartis
18      Pharmaceuticals in New Jersey runs the payroll
19      for Novartis Corporation, Novartis Services and
20      Novartis Finance.   Is that correct?
21              A.     Novartis Pharmaceuticals
22      Corporation runs the payroll as a central
23      service.
24              Q.     Okay.   And who is in charge of
25      the payroll department in Novartis

1           Wayne Merkelson - Confidential

Merkeson ASCII - 9-27-05

2  Pharmaceutical?

3          A.    I don't know.

4          Q.    Which office do they run the

5  payroll out of?

6          A.    I don't know.

7          Q.    Do you know what department

8  would run the payroll?

9          A.    The payroll department.

10         Q.    Okay.  So you don't know if it's

11  at Florham Park or if it's in East Hanover.

12  Correct?

13         A.    I don't know.

14         Q.    Is there some document that

15  would indicate who would know that?

16         A.    Is there a document?

17         Q.    In other words, if you were

18  trying to access who had that information, who

19  would you ask to see who is running payroll?

20         A.    I'd ask Jim Robinson.

21         Q.    And has Novartis Pharmaceuticals

22  been running the payroll for the Novartis

23  companies, Novartis Services, Novartis Corp.

24  and Novartis Finance, since 1997?

25         A.    I don't know.  Since 2000, yes.

66

1          Wayne Merkelson - Confidential

2          Q.    So to get the list of the

3  employees who Novartis Pharmaceuticals is

4  running payroll for to pay the Novartis Corp.,

Page 59

Merkeson ASCII - 9-27-05

5  Services and Finance employees, we'd have to

6  get that list from Novartis Pharmaceuticals.

7  Is that right?

8       A.    Yes.

9       Q.    Well, doesn't Novartis Corp.

10  know who its own employees are?

11       A.    Yes.

12       Q.    And where is that list of who

13  its employees are?

14       A.    Jim Robinson and his team would

15  have that list.

16       Q.    So they have a master list of

17  all Novartis Corp., Novartis Services and

18  Novartis Finance employees.   Correct?

19       A.    Yes.

20       Q.    And they update that and keep

21  that updated on a regular basis.   Correct?

22       A.    I don't know.

23            MR. WITTELS:   Well, before

24  tomorrow, if possible, Vince, I would really

25  like to get the list that Mr. Robinson

                                                      67

1            Wayne Merkelson - Confidential

2  maintains of the employees over time so that I

3  can ask him about those employees for the three

4  entities, Novartis Corp., Finance and Services,

5  so I have that in front of me.

6            MR. FITZPATRICK:   Yes.   If we

7  have it, we will.

Merkeson ASCII - 9-27-05

8              MR. WITTELS:  Thank you.

9         Q.    Now, you said that Mr. Henrich

10   also maintained a list of the board of

11   directors of Novartis Pharmaceuticals in his

12   New York office.  Have you seen a list of the

13   Novartis Pharmaceutical board of directors?

14        A.    I have.  I have seen such lists.

15        Q.    And you could walk down -- was

16   Mr. Henrich's office near yours?

17        A.    Yes.

18        Q.    So you could walk down to his

19   office and say, Hey, Martin, could I see the

20   list of the current directors of Novartis

21   Pharmaceuticals, and he could show it to you.

22   Correct?

23        A.    No.

24        Q.    Why not?

25        A.    We were a service organization,

                                              68

1              Wayne Merkelson - Confidential

2    and in fact the person who keeps these books is

3    a service provider in Novartis Finance

4    Corporation named Lorraine Williams.

5         Q.    Who?

6         A.    Lorraine Williams actually holds

7    and updates the putting in the papers and

8    keeping those types of records.  We don't do

9    that.

10        Q.    Who is "we"?

Merkeson ASCII - 9-27-05

11          A.      Not Martin Henrich nor myself

12     nor Jeff Benjamin nor any other attorney.  We

13     have a legal assistant named Lorraine Williams

14     who maintains this documentation.

15          Q.     Okay.  But she would get --

16     she's getting -- the minutes or the list of the

17     board of directors, she'd get that from

18     Mr. Henrich, who would provide her that

19     information to put into the books.  Correct?

20          A.      That's correct.

21          MR. WITTELS:  Vince, do you have

22     the list of the board of directors for Novartis

23     Pharmaceuticals that's maintained by Novartis

24     Corporation from 1997 to present?

25          MR. PACE:  It's been produced.

                                                        69

1          Wayne Merkelson - Confidential

2          MR. WITTELS:  Okay.

3          MR. FITZPATRICK:  We've got --

4     here, Steve.  This is the list.

5          MR. WITTELS:  Off the record.

6     (Discussion off the record.)

7     (Plaintiffs' Merkelson Exhibit 5:

8     Marked for identification.)

9          Q.     Let me show you Plaintiffs'

10     Exhibit 5, which is a Novartis -- entitled

11     "Novartis Pharmaceuticals Corporation Action by

12     Written Consent of Sole Shareholder," and at

13     the bottom it's signed Robert Thompson, vice

Page 62

Merkeson ASCII - 9-27-05

14    president of Novartis Finance Corp.

15          A.    Uh-huh.

16          Q.    This document is dated as of --

17    or executed as of September 1, 2000.  Could you

18    look at that document?  And it's also NPC 1.

19    Have you ever seen this document before?

20          A.    Yes.

21          Q.    Okay.  What is this document?

22          A.    This document is an action by

23    written consent of sole shareholder designating

24    the directors -- board of directors of Novartis

25    Pharmaceuticals Corporation.

70

1                Wayne Merkelson - Confidential

2          Q.    And the sole shareholder of

3    Novartis Pharmaceuticals Corporation is

4    Novartis Finance Corp., located in New York

5    City.  Correct?

6          A.    Correct.

7          Q.    Am I right that Novartis Finance

8    Corp. is the entity that decides who the

9    shareholders -- excuse me -- who the board of

10   directors of Novartis Pharmaceuticals will be?

11         A.    The shareholder elects the board

12   of directors.

13         Q.    And who is the shareholder which

14   elects the board of directors?

15         A.    The shareholder who elects the

16   board of directors is Novartis Finance

Merkeson ASCII - 9-27-05

17  Corporation.

18          Q.      And who at Novartis Corporation

19  decided in September of 2000 that the seven

20  names on this list would be the board of

21  directors of Novartis Pharmaceuticals?

22          A.      The Novartis Finance Corporation

23  board of directors had designated an officer of

24  Novartis Finance Corporation to take actions

25  for the -- as sole shareholder and investor in

71

1           Wayne Merkelson - Confidential

2  subsidiary companies.  Robert L. Thompson at

3  that time was designated as the officer who

4  could take such shareholder actions.

5          Q.      Did Mr. Thompson decide by

6  himself as to who the board of directors of

7  Novartis Pharmaceuticals should be?

8          A.      No.

9          Q.      Who else had input into who the

10  board of directors of Novartis Pharmaceuticals

11  would be as of 2000?

12          A.      Members of the board of

13  directors of Novartis Finance Corporation would

14  have input into the designation of directors of

15  other companies.

16          Q.      And would there be minutes of

17  Novartis Finance Corporation that would reflect

18  decisions by Novartis -- by Novartis Finance

19  Corporation to elect the -- or to designate and

Page 64

Merkeson ASCII - 9-27-05

20    name the individuals to the Novartis

21    Pharmaceuticals board?

22         A.    No.

23         Q.    Then what documents would exist

24    that would reflect or refer to decisions by the

25    Novartis Finance Corp. as to who should be on

72

1              Wayne Merkelson - Confidential

2    the Novartis Pharmaceuticals board of

3    directors?

4         A.    That would be telephone calls

5    and not done in a documentation.  There would

6    be no documentation.  That's why Mr. Thompson

7    would be designated as the person to gather

8    that information and take the shareholder

9    actions.

10         Q.    Are you saying that you are

11    certain, without any hesitation, that there is

12    absolutely no documentation, no e-mails, no

13    notes, no memos, no letters back and forth

14    between any of the directors or officers of

15    Novartis Finance Corporation with respect to

16    which persons would be named directors of

17    Novartis Pharmaceuticals?

18              MR. FITZPATRICK:   Objection as

19    to form.

20         A.    No.   The answer would be no.

21         Q.    You're not certain?

22         A.    I don't know what other people

Page 65

Merkeson ASCII - 9-27-05
23   have in their records.
24        Q.    Okay.  So you're not -- to your
25   knowledge, no one has looked to see if there's

                                                    73

1              Wayne Merkelson - Confidential
2    any documents that Novartis Finance Corp. might
3    have, or its personnel, with respect to who
4    would be designated a Novartis Pharmaceutical
5    director?
6         A.    I have looked.
7         Q.    You personally?
8         A.    I personally looked.
9         Q.    And whose records did you look
10   in?
11        A.    I looked in all Novartis
12   Financial Corporation records of the legal
13   department.
14        Q.    Did you look -- not all the
15   people on the Novartis Finance Corporation
16   board are lawyers, are they?
17        A.    No.
18        Q.    Does Novartis Finance
19   Corporation have its own board of directors?
20        A.    Yes.
21        Q.    Who is currently on the board of
22   Novartis Finance Corporation?
23        A.    Terry Barnett, Urs Naegelin,
24   Raymund Breu.
25        Q.    Is there an organization chart
                    Page 66

Merkeson ASCII - 9-27-05

74

1              Wayne Merkelson - Confidential
2    that you've seen for Novartis Finance
3    Corporation?
4            A.    No.
5            Q.    Is there some HR document like
6    the one we have produced today from HR with
7    respect to the legal, tax and insurance that's
8    similar for the Novartis Finance Corporation?
9            A.    As I explained, this chart is
10   including Novartis Finance Corporation.
11   Indeed, this is the legal department that
12   includes Novartis Finance Corporation and
13   Novartis Corporation.
14           Q.    Where on this chart, Exhibit 2A,
15   is Terrence Barnett, Raymond Breu and Urs
16   Naegelin?
17           A.    They're not members of the
18   legal, tax and insurance department.
19           Q.    So are there some separate
20   charts listing the structure and organization
21   of Novartis Finance Corp.?
22           A.    I don't know.
23           Q.    All right.  Could you please,
24   for Novartis Finance Corp., sort of do a
25   similar diagram to what you did here with

75

Page 67

Merkeson ASCII - 9-27-05

1               Wayne Merkelson - Confidential
2     respect to -- Exhibit 1, with respect to the
3     personnel, with Mr. Barnett at the top and the
4     major officers below on a chart, please?
5               A.     Of Novartis Finance Corporation?
6               Q.     Right.
7               A.     I keep legal organization
8     charts, and I think it's been explained to you
9     that I don't keep functional personnel charts.
10    But I can produce -- attempt to produce for
11    officers of Novartis Finance Corporation, a
12    chart as to who they are.  Yes, I'm prepared to
13    do that.
14              Q.     So you have that chart, a legal
15    chart, for Novartis Finance, you have it for
16    Novartis Corp. and for Novartis Services.
17    Correct?
18              A.     This is the legal, tax and
19    insurance department of Novartis corporate
20    entities: Novartis Corporation, Novartis
21    Services, Inc. and Novartis Finance
22    Corporation.
23              Q.     Okay.
24              A.     This is legal, tax and
25    insurance, your chart marked 2A, at

                                                      76

1               Wayne Merkelson - Confidential
2     November 2004.
3               Q.     But for the officers who are not

Merkeson ASCII - 9-27-05

4    mentioned on here, there's a separate chart you

5    said that you maintain.

6            A.    I don't maintain.

7            Q.    What did you just -- you have

8    legal organization charts for the officers of

9    Novartis Finance.   Correct?

10           A.    The concept, "legal organization

11   charts," this Exhibit 1 is a legal organization

12   chart.   This Exhibit 2A is a functional

13   organization chart.   You are mixing legal and

14   functional.   I apologize, but I don't

15   understand your question.

16           Q.    So there is no chart that you've

17   ever seen with a listing -- well, strike that.

18               Let me show you what we've

19   marked as 3A.   Take a look at this.   What is

20   3A?

21               MR. WITTELS:   3A is Bate stamped

22   1772 to 1774.   That's 3A, 3B and 3C.   At the

23   top it says "US Country Organisation" with an

24   "S."

25           Q.    And the -- directing your

77

1            Wayne Merkelson - Confidential

2    attention to the 3C, which is -- it says on

3    this one, "US & Canada Country Organisation,"

4    and at the bottom right, there's a logo that

5    says NOVARTIS.   What is this chart?

6            A.    This is a functional

Merkeson ASCII - 9-27-05

7    organization chart prepared in the human

8    resources department.

9            Q.    Of what company?

10            A.    Of Novartis Finance Corporation

11    or Novartis Corp. country organization.

12            Q.    All right.  Mr. Merkelson, which

13    HR department prepared this?  You said -- there

14    was an "or" in there.

15            A.    Can I answer?  There are three

16    people who are professionals in the human

17    resources department of the entire country

18    organization, consisting of Novartis

19    Corporation, Novartis Finance Corporation and

20    Novartis Services, Inc.  They work for Novartis

21    Finance Corporation.  They are Jim Robinson,

22    Dale Flannery and Grace Heller.  There is no

23    one else.  There is no multiple human resources

24    organization within the country organization;

25    it is those three professionals.  Therefore I

78

1            Wayne Merkelson - Confidential

2    am confused by your question.  I apologize.

3            Q.    When you call it the "country

4    organization," what does that term mean?

5            A.    In functional organization, the

6    country organization consists of personnel of

7    Novartis Corporation, Novartis Finance

8    Corporation and Novartis Services

9    Corporation -- Novartis Services, Inc.  These

Merkeson ASCII - 9-27-05

10    are service organizations.   Novartis Finance

11    Corporation and Novartis Corporation are the

12    investment stewardship holding companies.

13    Novartis Finance Corporation performs services

14    and people in it perform services.   Novartis

15    Services performs services, and Novartis

16    Corporation has employees who perform services.

17          Q.     Okay.   Do you know if, looking

18    back at the list of the board of directors of

19    Novartis Pharmaceuticals, that's Plaintiffs'

20    Exhibit number 5, if this list of the board of

21    directors of Novartis Pharmaceuticals has

22    remained the same from 2000 to 2005?

23          A.     Yes.

24          Q.     And are there separate lists

25    that are maintained at Novartis Corporation

79

1           Wayne Merkelson - Confidential

2    that show the names of the board of directors

3    year by year after 2000 to the present?

4          A.     Lists?

5          Q.     Yeah.   That is, lists from 2000.

6    Do they have an updated list yearly of the

7    board of directors of Novartis Pharmaceuticals

8    that's maintained at Novartis Corp.?

9          A.     I believe Exhibit 5 is the list

10    to which you refer.

11          Q.     I'm asking -- this is a list as

12    of 2000.   Are there not yearly lists that are

Merkeson ASCII - 9-27-05

13  maintained, showing updated --

14          A.    Okay.

15          Q.    As of 2001, as of 2002, et

16  cetera, showing who the board of directors are

17  on a yearly basis?

18          A.    A shareholder action is only

19  necessary when there's a change in the board of

20  directors.  We wouldn't necessarily have an

21  updated list.  I don't know if we produced one.

22          Q.    Okay.  Do you know if Bev

23  Schellhammer went to the board of directors'

24  meetings of Novartis Pharmaceutical with

25  Mr. Henrich?

                                                    80

1              Wayne Merkelson - Confidential

2          A.    She did not.

3          Q.    Do you know if any other

4  employees from the Novartis country

5  organization, the three companies you've talked

6  about, Novartis Corp., Novartis Services or

7  Novartis Finance, went to the board of

8  directors' meetings of Novartis Pharmaceutical?

9          A.    Yes, there would be two.

10          Q.    Who else?

11          A.    There would be Terrence Barnett

12  and there would be Urs Naegelin, who are

13  members of that board.

14          Q.    Terrence Barnett is the

15  president of and CEO of Novartis Corporation.

Merkeson ASCII - 9-27-05

16   Correct?

17            A.     That's correct.

18            Q.     Also the president and CEO of

19   Novartis Finance.  Is that correct?

20            A.     No, he's not.

21            Q.     Okay.   What are his other

22   positions besides being the president and CEO

23   of Novartis Corporation?

24            A.     He is a director of many

25   corporations, including Novartis

                                                        81

 1            Wayne Merkelson - Confidential

 2   Pharmaceuticals Corporation.  He is president

 3   of Novartis Services, Inc.  I believe that's

 4   it.

 5            Q.     What is his position, if

 6   anything, at Novartis Finance?

 7            A.     Employee.

 8            Q.     As what?  What title?

 9            A.     I don't believe he's an officer

10   of the Novartis Finance Corporation.

11            Q.     Is there a president of Novartis

12   Finance?

13            A.     Yes.

14            Q.     Who is that?

15            A.     Urs Naegelin is president of

16   Novartis Finance Corporation.

17            Q.     Now, you have, again, a legal

18   organization chart for Novartis Finance Corp.
                        Page 73

Merkeson ASCII - 9-27-05

19  Can you also obtain that and produce that?

20          A.    I apologize.  You don't appear

21  to understand.  This legal organization chart

22  is a legal organization chart.

23          Q.    The company's?

24          A.    I don't have functional

25  organization charts.


                                              82


1          Wayne Merkelson - Confidential

2          Q.    Who -- would HR have the

3  functional organization chart for Novartis

4  Finance?

5          A.    If they exist, I would think Jim

6  Robinson would have them.

7          MR. WITTELS:  I'd ask again if

8  you can get that beforehand, Vince.  It would

9  be a great asset in questioning.

10          MR. FITZPATRICK:  I will look at

11  these things and if they're easy to get.  But

12  you served discovery, there's been extensive,

13  extensive negotiation over that discovery, and

14  we've fulfilled everything that we agreed to

15  fulfill.  So I'm not going to just in general

16  take additional requests.  If you've got

17  something that's relatively easy for us to get,

18  as a courtesy I'll get it for you, but you're

19  not going to undertake to fulfill additional,

20  what are now out-of-time discovery requests.

21          MR. WITTELS:  A, they're not out

Merkeson ASCII - 9-27-05

22    of time, and B, this was called for.

23              MR. PACE:  Which request?

24              MR. WITTELS:  Obviously a

25    structure of Novartis Finance Corporation would


                                                    83


1              Wayne Merkelson - Confidential

2    have been called for.

3              MR. PACE:  Do you know which

4    request?  Is the -- we can talk during a break

5    if you'd like --

6              MR. WITTELS:  Yeah.  I don't

7    want to waste time in the deposition, but I

8    think these demands encompass Novartis Finance.

9              MR. FITZPATRICK:  We've given a

10   lot of careful thought to what we produced and

11   we've negotiated at great length with your

12   partner about this and we've come to an

13   understanding with her.  If we can easily do

14   that, we can easily do it, we will do it.  But

15   we're not going to engage in further discovery,

16   I think it is out of time.  You have a

17   discovery cutoff.

18             MR. WITTELS:  We can take that

19   up.  Okay, Vince?  But minutes of meetings of

20   the board of directors of Novartis

21   Pharmaceuticals that have the name of the

22   secretary, an employee of Novartis Corporation,

23   country organization employee, is certainly

24   germane and should have been produced.

Merkeson ASCII - 9-27-05
25              MR. FITZPATRICK:  You're in


                                                84


 1              Wayne Merkelson - Confidential
 2    negotiations with your own partner.   You
 3    weren't even there.
 4                    MR. WITTELS:  I know, Vince.
 5    That's not something we'd be giving up, so I
 6    don't even want to --
 7                    MR. FITZPATRICK:  That's fine.
 8    Let's move on.  You're the one who is asking
 9    for it on the record and persisting in these
10    things.  I'm being courteous to you.  The
11    discovery period is done.
12                    MR. WITTELS:  Vince, let's just
13    keep going.  Okay?  We can argue about these
14    things later.
15         Q.    What other companies -- does
16    Terry Barnett work for any of the Swiss
17    companies?
18         A.    No.
19         Q.    Is Terry Barnett a director or
20    officer of any of the Swiss companies or has he
21    been?
22         A.    Ever?
23         Q.    Yes.
24         A.    I don't know.
25         Q.    Who does Terry Barnett report


                        Page 76

Merkeson ASCII - 9-27-05

1            Wayne Merkelson - Confidential

2    to?

3            A.    The board of directors of

4    Novartis Corporation.

5            Q.    And which Swiss company does

6    Mr. Barnett report to?

7                  MR. FITZPATRICK:  Objection as

8    to form.

9            A.    None.

10            Q.    Which Swiss executive or officer

11    does Mr. Barnett report to?

12                  MR. FITZPATRICK:  Objection as

13    to form.  Lack of foundation.

14            A.    I don't understand the question.

15            Q.    Does Mr. Barnett report to any

16    individuals in Switzerland about the operations

17    of the Novartis country organization?

18            A.    To my knowledge, no.

19            Q.    Who would do reporting from the

20    Novartis country organization to the Swiss

21    companies?

22            A.    I don't understand the question.

23            Q.    Is there any information flow of

24    the operations of Novartis Corporation,

25    Novartis Finance or Novartis Services to the

1            Wayne Merkelson - Confidential

Merkeson ASCII - 9-27-05

2   Swiss companies?

3           A.      Yes.

4           Q.      And how does that occur?

5           A.      There is reporting for SEC

6   purposes, as I explained earlier, and if we,

7   meaning Mr. Henrich or Mr. Benjamin or myself,

8   obtain information through reporting

9   mechanisms, the stewardship mechanism of

10  reporting, liabilities for example, or cases

11  that might involve amounts in excess of a

12  million dollars, we would report them to a

13  member of the law department of Novartis

14  International AG for reporting, for

15  consolidated Novartis AG SEC reporting.

16          Q.      Have there been any board --

17  strike that.

18              Was there any resolution that

19  you know of of Novartis Pharmaceuticals

20  designating Mr. Benjamin as its secretary?

21          A.      I don't know.

22          Q.      How does one, to your knowledge,

23  become a secretary of the board of directors of

24  Novartis Pharmaceuticals?

25          A.      Novartis Finance Corporation, as

87

1           Wayne Merkelson - Confidential

2   sole shareholder, would take an action to

3   appoint -- to recommend the appointment of the

4   secretary to the board of Novartis

Page 78

Merkeson ASCII - 9-27-05

5    Pharmaceuticals Corporation.  The board of

6    Novartis Pharmaceuticals Corporation would then

7    elect the secretary.

8            Q.    So there would be a document

9    which would show that recommendation or

10    nomination of Mr. Benjamin to the secretary of

11    Novartis Pharmaceutical.  Correct?

12            A.    Not necessarily a written

13    document.  It could be an oral request.

14            Q.    And would the -- would there be

15    a recording in the minutes of Novartis

16    Pharmaceutical notating that Mr. Benjamin was

17    nominated and elected as a -- by Novartis

18    Finance Corp. to be a secretary of Novartis

19    Pharmaceuticals?

20            A.    If and when that happens, it

21    would be in the minutes.

22            Q.    Has it happened?

23            A.    No.

24            Q.    When is it due to happen?

25            A.    I don't know.

88

1            Wayne Merkelson - Confidential

2            Q.    Well, are you saying then that

3    Mr. Henrich is currently the secretary, or

4    there is no secretary of Novartis

5    Pharmaceutical?

6            A.    I believe Mr. Henrich resigned

7    from being secretary of Novartis

Page 79

Merkeson ASCII - 9-27-05

8    Pharmaceuticals Corporation in July or August

9    and therefore there is no secretary.

10            Q.    So would there have been a

11   notation in any minutes of Novartis

12   Pharmaceuticals, to your knowledge, of

13   Mr. Henrich's resignation?

14            A.    Yes.

15            Q.    Have you seen that?

16            A.    No.

17            Q.    Do you review minutes of

18   Novartis Pharmaceutical?

19            A.    No.

20            Q.    What documents, if any, do you

21   review on a regular or irregular basis of

22   Novartis Pharmaceutical?

23            A.    Because I was designated to give

24   a deposition here, I looked back at the minutes

25   of Novartis Corporation, which I am not

89

1             Wayne Merkelson - Confidential

2    secretary of and do not have occasion otherwise

3    to look at those minutes.  I am secretary of

4    Novartis Finance Corporation and Novartis

5    Services, Inc. and write those minutes and have

6    occasion to look back at what I've written.

7             Q.    And you've written those minutes

8    since 1997?

9             A.    I've written the minutes of

10   Novartis Finance Corporation since 1997.  For

Page 80

Merkeson ASCII - 9-27-05

11  Novartis Services, Inc., later, I believe 2001.

12          Q.      And did you review -- did you

13  see any mention in the -- strike that.

14                  You did not read all the minutes

15  of Novartis Finance or Novartis Services from

16  '97 to the present, correct, in preparation for

17  this deposition?

18          A.      I did read from 2001 forward as

19  designated to me.

20          Q.      What do you mean, as designated

21  to you?

22          A.      I was asked to review minutes

23  from 2001.

24          Q.      Did you read the entire minutes

25  from start to finish of Novartis Finance and

                                                    90

1                   Wayne Merkelson - Confidential

2   Novartis Services?

3           A.      Indeed, I did.

4           Q.      Okay.  Did you see any

5   references in Novartis Finance or in Novartis

6   Services' minutes to Novartis Pharmaceuticals?

7           A.      No, I did not.

8           Q.      So the word "Novartis

9   Pharmaceuticals" is never mentioned in any of

10  those minutes, is that what you're saying, from

11  2001 to present?

12          A.      In Novartis Services, no.  In

13  Novartis Finance.  A loan to (sic) Novartis

                    Page 81

Merkeson ASCII - 9-27-05

14    Finance would be designated and recorded in the

15    minutes of Novartis Finance Corporation, loans

16    would be designated.

17          Q.    And what loans are you talking

18    about that were made to Novartis Finance?

19          A.    I believe none were during the

20    time period.

21          Q.    And what loans are you talking

22    about generally that would be designated in the

23    minutes of Novartis Finance relating to

24    Novartis Pharmaceutical?

25          A.    If a loan were made by Novartis

                                                        91

1           Wayne Merkelson - Confidential

2    Finance Corporation to Novartis

3    Pharmaceuticals, that would be an instance

4    where Novartis Pharmaceuticals Corporation

5    would appear in the minutes.  But as I stated,

6    from 2000 forward I don't believe there were

7    any.

8          Q.    Were there loans that you were

9    aware of from '97 to 2000 from Novartis Finance

10    to Novartis Pharmaceuticals?

11          A.    I can't recall.

12          Q.    Do you think there were?

13          A.    Yes.

14          Q.    And what were those loans for?

15          A.    Loans would be made for

16    operating needs of the corporation.

Merkeson ASCII - 9-27-05

17          Q.      And were those loans made -- how

18    much were those loans made for, what amount?

19          A.      I don't know.

20          Q.      Was it more than $10 million?

21          A.      Are you asking me to speculate?

22          Q.      No.  I'm asking you, to your

23    best recollection, what would approximately be

24    the amount of the loan.  Would it be more than

25    10?  Less than 10 million?

92

1              Wayne Merkelson - Confidential

2          A.      Novartis Finance Corporation

3    making loans to Novartis Pharmaceuticals

4    Corporation would be more than $10 million.

5          Q.      Would it be more than

6    $50 million?

7          A.      It would be more than

8    $50 million.

9          Q.      Are you aware of whether those

10    loans that Novartis Finance made to Novartis

11    Pharmaceuticals have been repaid?

12          A.      Loans from Novartis Finance

13    Corporation to Novartis Pharmaceuticals

14    Corporation were assigned some years ago to

15    Novartis Corporation; Novartis Corporation

16    holds loans between Novartis Corporation and

17    Novartis Pharmaceuticals Corporation.  The

18    assignment of Novartis Pharmaceuticals' loans

19    from Novartis Finance Corporation to Novartis

Page 83

Merkeson ASCII - 9-27-05

20  Corporation would be in those minutes.   And

21  that would be all I would know about.   And in

22  Novartis Corporation, there would be loans to

23  Novartis Pharmaceuticals Corporation in excess

24  of $1 billion.   Contributions to capital from

25  Novartis Finance Corporation to Novartis

93

1          Wayne Merkelson - Confidential

2  Pharmaceuticals Corporation would also be in

3  the minutes of Novartis Finance Corporation and

4  those would be also in excess or equal to a

5  billion dollars.

6          Q.     Would those -- would the minutes

7  of Novartis Corporation and Novartis Finance

8  Corporation state why those loans were being

9  made?

10          A.     No.

11          Q.     Would the -- are you aware of

12  whether Novartis Corporation made loans to

13  Novartis Pharmaceuticals from 2000 to the

14  current period?

15          A.     Yes.

16          Q.     Okay.   So who at Novartis

17  Finance decides to make loans to Novartis

18  Pharmaceutical?

19          A.     The president and board of

20  directors decide to make loans, generally at

21  the recommendation of the vice president and

22  treasurer of Novartis Finance Corporation.

Page 84

Merkeson ASCII - 9-27-05
```
23          Q.      Who is the vice president and
24   treasurer of Novartis Finance?
25          A.      Ken Schuster.
```

94

```
 1             Wayne Merkelson - Confidential
 2          Q.      How do you spell his last name?
 3          A.      S-c-h-u-s-t-e-r.
 4          Q.      And does Mr. Schuster hold any
 5   positions at Novartis Pharmaceuticals?
 6          A.      No.
 7          Q.      Has he from 2000 to the present?
 8          A.      I don't recall.
 9          Q.      Does the -- would the minutes of
10   Novartis Pharmaceuticals describe why these
11   loans were needed?
12          A.      I can't speculate.  I don't
13   know.
14          Q.      Would there be e-mails or
15   communications back and forth, if you know,
16   between Novartis Finance and/or Novartis Corp.
17   to personnel at Novartis Pharmaceutical about
18   the need for loans from Novartis Corp.?
19          A.      I believe phone conversations
20   would be more typical.
21          Q.      You're not aware -- no one has
22   looked for documents relating to documents
23   between the two companies, Novartis
24   Pharmaceuticals and the Novartis Corporation
25   group companies.  Correct?
```

Page 85

Merkeson ASCII - 9-27-05

95

1                    Wayne Merkelson - Confidential
2              A.     I don't know.
3              Q.     The financial records of
4    Novartis Corp. or the Novartis Corp. group
5    would show loans owing from Novartis
6    Pharmaceuticals.  Correct?
7              A.     Yes.
8              Q.     And Novartis Pharmaceuticals'
9    own financial records would show loans that are
10   owed to Novartis Corp.  Correct?
11             A.     Correct.
12             Q.     And there would be financial
13   notes explaining how much is owed as of certain
14   dates.  Correct?
15             A.     The loan documentation.  There
16   are loans themselves and loan documentation
17   themselves, loan agreements.
18             Q.     And who maintains the loan
19   agreements for the Novartis Corp. loans to --
20   well, originally may have been Novartis Finance
21   but later Novartis Corp. loans to Novartis
22   Pharmaceuticals?
23             A.     The treasury department
24   maintains the loan documentation as well as
25   myself.  I maintain the loan documentation as

96

Page 86

Merkeson ASCII - 9-27-05

1          Wayne Merkelson - Confidential
2    general counsel of Novartis Finance
3    Corporation.
4          Q.    Looking back at the Novartis
5    Corp. personnel chart from November '04, does
6    Jeff Benjamin, who is shown on 2A and 2B, work
7    for any other companies besides --
8          A.    I'm sorry.  I don't know to what
9    you refer.
10          MR. FITZPATRICK:  2A.
11          Q.    This is the legal -- functional
12    chart you said that HR prepares.  Correct?
13          A.    2A, Exhibit 2A?
14          Q.    2A and 2B.  He's on both.  What
15    companies does Jeff Benjamin work for?
16          A.    Novartis Finance Corporation, as
17    an employee of.
18          Q.    Does he have any other
19    positions?
20          A.    At?
21          Q.    At any of the Novartis
22    companies, group companies.
23          A.    At Novartis Corporation he is
24    vice president and deputy general counsel.  He
25    is vice president and assistant secretary of

                                              97


1          Wayne Merkelson - Confidential
2    Novartis Services, Inc.  That's it.
3          Q.    Does he have any employment
                    Page 87

Merkeson ASCII - 9-27-05

4   relationship with Novartis Pharmaceuticals?

5          A.     No.

6          Q.     Has he attended board meetings

7   to your knowledge of Novartis Pharmaceuticals?

8          A.     I don't know.

9          Q.     Looking back at the chart, the

10   country organization chart, 3C -- do you see

11   that?  Right above 2, there are various

12   departments in this organization chart.   What

13   are these different departments: public

14   affairs, et cetera, audit?

15          A.     There are departments referenced

16   in the chart, yes.

17          Q.     What companies are these

18   departments for?

19          A.     Okay.   Brenda Blanchard, public

20   affairs, is Novartis Services, Inc.   Jim Elkin,

21   government relations, is Novartis Services,

22   Inc.   Richard Gearhart, corporate intellectual

23   property, Novartis Services Inc.   Bob Gines,

24   internal audit, Novartis Services, Inc.   Tom

25   Hoxie, corporate intellectual property,

98

1          Wayne Merkelson - Confidential

2   Novartis Services, Inc.   Martin Henrich, legal,

3   tax and insurance, Novartis Finance

4   Corporation.   Sheldon Jones, public affairs and

5   communications, Novartis Services, Inc. in

6   2003, now works for Novartis Finance

Merkeson ASCII - 9-27-05

7   Corporation.  Julie Kane, health, safety,

8   environment, Novartis Finance Corporation.  Urs

9   Naegelin, finance, treasury investor relations,

10  Novartis Services, Inc.  Jim Robinson, human

11  resources, Novartis Finance Corporation.  Ross

12  Volk, security, aviation, Novartis Services,

13  Inc.  Paul Leger, legal Canada, I don't know

14  why he's on this chart.  I guess because it

15  says "Canada Country Organisation."  I don't

16  know who he works for.  I don't really know his

17  function.

18          Q.      Now, when you listed these

19  companies, are these the companies, Novartis

20  companies, that pay them, pay these

21  individuals?

22          A.      These are their employing

23  companies, correct.  They may also be officers

24  of other of the corporate entities.  They're

25  not officers to my knowledge, to my direct

99

1           Wayne Merkelson - Confidential

2   knowledge, of any other of the companies on

3   this list, 1, Exhibit 1.

4                   MR. FITZPATRICK:  You're saying

5   they're not officers of any company other than

6   those that you referred to as belonging to the

7   country organization?

8                   THE WITNESS:  Correct.

9           Q.      So the country organization, as

Merkeson ASCII - 9-27-05

10    we've gone over a few times, is made up of

11    Novartis Corp., Novartis Services and Novartis

12    Finance.  Correct?

13          A.    Correct.

14          Q.    And am I right that -- Julie

15    Kane, what is her title currently in the

16    Novartis country organization?

17          A.    None.   Julie Kane is not in the

18    country organization.

19          Q.    What's her title?

20          MR. FITZPATRICK:  She's gone

21    now.  Right?

22          Q.    She left the company?

23          A.    She left the corporate

24    organization.

25          Q.    When was that?

100

1          Wayne Merkelson - Confidential

2          A.    I don't recall.

3          Q.    Was it within the last year?

4          A.    Within the last two years.

5          Q.    So where are the lists for 2004

6    and 2005 for the U.S. and Canada country

7    organization?

8          A.    I don't know.

9          MR. WITTELS:  Are there such

10    lists?

11          MR. FITZPATRICK:  We've given

12    you what we've got.

Page 90

Merkeson ASCII - 9-27-05

13          A.     I don't know if they've ever

14    been produced.  I don't know.

15          Q.     To your knowledge are these

16    lists -- who maintains these?  HR?

17          A.     These are functional lists

18    maintained by human resources.

19          Q.     So I presume human resources has

20    the last two years.  Correct?

21          A.     I don't know.

22          Q.     You would think so?

23          A.     I don't know.

24          MR. WITTELS:  Do you have them,

25    counsel?

                                              101

1          Wayne Merkelson - Confidential

2          MR. FITZPATRICK:  I think if you

3    look at Exhibit 2A --

4          MR. PACE:  Our understanding is

5    that the charts, the charts and the files

6    were -- the charts 2A, 2B, 3A, 3B, 3C were the

7    charts covering those years.

8          MR. FITZPATRICK:  He's asking,

9    is there a chart that is --

10          MR. WITTELS:  I just need a

11    pretty simple answer.  Is -- the chart that's

12    listed as 2003, is there a chart like that for

13    2004?

14          MR. PACE:  It's my understanding

15    that the chart for 2004 is the one that takes a

Merkeson ASCII - 9-27-05

16    slightly different form, which is 2A and 2B.

17              MR. FITZPATRICK:  Right.

18              MR. WITTELS:  Well, okay.

19          Q.    Julie Kane was in what position

20    at NFC?

21          A.    When Julie Kane worked for

22    Novartis Finance Corporation, she was a vice

23    president of Novartis Corporation, she was head

24    of health, safety and environment for the

25    country organization, and she was paid by

                                                    102

1              Wayne Merkelson - Confidential

2    Novartis Finance Corporation.

3          Q.    Did she work for Novartis

4    Pharmaceutical?

5          A.    No.

6          Q.    Was she not a CEO and chief

7    executive as of July '05 for Novartis

8    Pharmaceuticals?

9          A.    CEO and chief executive?

10          Q.    Officer.  Is there a different

11    Julie M. Kane that's different from Julie Kane?

12    You don't know?

13          A.    No, I don't know.

14          Q.    Okay.  Let me show you --

15              (Plaintiffs' Merkelson Exhibit 6:

16    Marked for identification.)

17          A.    I'm ready.

18          Q.    Look at what's been marked as

Merkeson ASCII - 9-27-05

19    Plaintiffs' Exhibit 6, Merkelson, 6.  Have you

20    ever seen this I guess functional organization

21    chart for Novartis Pharmaceuticals as of

22    7/13/2005, NPC 77?

23           A.    No.

24           Q.    Do you know if it's accurate on

25    this chart when it states that Julie M. Kane is

103

1              Wayne Merkelson - Confidential

2    the CEO, chief executive officer, for Novartis

3    Pharmaceuticals?

4           A.    Julie Kane is not the CEO, chief

5    executive officer, of Novartis Pharmaceuticals

6    Corporation.  That is Paulo Costa, as shown on

7    that chart.

8           Q.    So what is her role, if any, as

9    of July '05 on this chart?

10           A.    I don't know.

11           Q.    Do you know if this is a

12    mistake?

13           A.    I don't know.

14                 MR. FITZPATRICK:  Since we know

15    it --

16                 MR. WITTELS:  Why don't you tell

17    us instead of keeping it a surprise.

18                 MR. PACE:  We understand from

19    Novartis Pharmaceuticals Corporation that those

20    that work in the CEO's office are designated on

21    this chart as CEO.  So in other words --

Merkeson ASCII - 9-27-05

22              MR. FITZPATRICK:  No.  They're
23  designated on this chart, as CEO, chief
24  executive office, that's the box, and in that
25  box appears the name of the person who works in

104

1                Wayne Merkelson - Confidential
2  that office.  So Julie M. Kane works in the
3  office of the chief executive, who is Paulo
4  Costa.
5          Q.    Is this Julie M. the same as the
6  Julie Kane who worked for NFC?
7          A.    I don't know.
8          Q.    Do you know Julie Kane?
9          A.    I do know Julie Kane.
10          Q.    Did she used to have an office
11  in New York, or did she have an office in New
12  Jersey?
13          A.    Well, this chart in 2005,
14  Exhibit 6, is in 2005.
15          Q.    Okay.
16          A.    If Julie left Novartis
17  Corporation in 2003 and the Novartis corporate
18  organization, she did then go to work for
19  Novartis Pharmaceuticals Corporation.
20          Q.    So there has to be some sort of
21  update to this chart marked as 3C showing who
22  took over health, safety and environment at
23  Novartis?
24          A.    Joe Kulak.

Merkeson ASCII - 9-27-05

25          Q.    And he's not on this exhibit,

                                                        105

1               Wayne Merkelson - Confidential
2     Merkelson 2A.
3          A.    I don't prepare the HR charts.
4     I'm sorry, I don't know.
5          Q.    So, Joe Kulak.  And where is Joe
6     Kulak's office again?
7          A.    He works for Novartis Services,
8     Inc.  He's in Building 105 at 180 Park Avenue,
9     Florham Park, New Jersey, and Bev Schellhammer
10    is his secretary.
11         Q.    So do you know if that's where
12    Julie Kane used to work, over at Building 105,
13    190 Park?
14         A.    She did not.
15         Q.    Where did she work?
16         A.    She worked at 608 Fifth Avenue,
17    New York, New York 10020.
18               MR. FITZPATRICK:  Are you
19    finished?
20               MR. WITTELS:  Why don't we take
21    a break now for lunch?
22               (A recess was taken for lunch from
23    from 12:57 p.m. to 1:57 p.m.)
24               (Plaintiffs' Merkelson Exhibit 4:  Marked
25    for identification.)

Merkeson ASCII - 9-27-05

1              Wayne Merkelson - Confidential
2              Q.    Mr. Merkelson, I'm going to show
3    you what we've marked as Plaintiffs' Exhibit 4,
4    which is a telephone list with the heading
5    Novartis Corporation, a three-page list that
6    your counsel produced during a break for lunch,
7    and ask if you can identify this document,
8    please.
9              A.    I can.   This is the Novartis
10   U.S. country organization telephone listing.
11             Q.    Okay.   Mike Barnes works in New
12   Jersey.  Correct?
13             A.    That's correct.
14             Q.    What office is he in?
15             A.    105 -- Building 105 at 180 Park
16   Avenue.  He's in the internal audit department.
17             Q.    That's Florham Park.   Right?
18             A.    That's correct.
19             Q.    Now, what does the internal
20   audit department do at Novartis?
21             A.    Internal audit is an operational
22   audit function.  They perform services at
23   various companies, both for the board of
24   directors for those companies, but often for
25   the companies themselves to actually do

107

1              Wayne Merkelson - Confidential

Merkeson ASCII - 9-27-05

2  service.  And as accountants, they can do

3  forensic accounting, they can try to figure out

4  whether or not the books and records are

5  correct.

6           Basically they work as a normal

7  internal audit function.  They look for

8  efficiencies, they look for opportunities to

9  make better efficiency.  And therefore they're

10  in Novartis Services and we do charge a service

11  fee for Novartis Services activities, including

12  for this department.

13           Q.    Now, Mike Barnes is paid by

14  which Novartis corp.?

15           A.    Novartis Services, Inc.

16           Q.    Okay.  Does Barnes work for any

17  other Novartis country companies?

18           A.    No.  He's not an officer either.

19           Q.    Is he an accountant?

20           A.    I don't know.

21           Q.    Who supervises Mike Barnes?  Is

22  that Bob Gines?

23           A.    That would be Bob Gines.

24           Q.    Bob Gines works in New Jersey as

25  well?

108

1           Wayne Merkelson - Confidential

2           A.    That's correct.

3           Q.    Okay.  Is he also Florham Park,

4  room 105 or Building 105?

Page 97

Merkeson ASCII - 9-27-05

5          A.    Yes, sir.

6          Q.    And what is Bob Gines' position?

7          A.    Bob Gines in Novartis Services,

8    Inc. is in charge of -- in charge of audits,

9    internal audit.

10          Q.    Is he an accountant?

11          A.    I believe he is.

12          Q.    Now, is he doing auditing for

13    Novartis Pharmaceutical?

14          A.    No.   In this particular

15    instance, no.   The internal audit department

16    doesn't audit Novartis Pharmaceuticals.   They

17    have their own internal audit department.

18          Q.    So what services -- excuse me.

19    What work is Bob Gines and the audit department

20    doing specifically for Novartis

21    Pharmaceuticals?

22               MR. WEXLER:   Objection to form.

23               MR. FITZPATRICK:   Objection as

24    to form.

25               MR. WEXLER:   Lack of foundation.

109

1          Wayne Merkelson - Confidential

2          A.    I'm not sure.   Honestly, I'm not

3    sure.

4          Q.    Does the audit department at

5    Novartis Services perform work for Novartis

6    Pharmaceuticals?

7          A.    On request of Novartis

Page 98

Merkeson ASCII - 9-27-05

8    Pharmaceuticals, their internal audit team or

9    their CFO, or their accounting team, the

10   internal audit team at Novartis Services, Inc.

11   could come in for special projects.  If, for

12   example, there's not enough staff to do

13   something, they can be asked to come in and

14   help out.

15          Q.    What address is the internal

16   Novartis Pharmaceutical audit department?

17          A.    Okay.  They are located in East

18   Hanover.

19          Q.    Who is the head of that, the

20   audit department for Novartis Pharmaceutical?

21          A.    I'm sorry, I can't recall.  I

22   don't know.  I can't recall.

23          Q.    So you're saying on special

24   projects or if requested by Novartis

25   Pharmaceutical, NSI, the Novartis Services,

110

1          Wayne Merkelson - Confidential

2    audit department will do work for Novartis

3    Pharmaceutical.  Correct?

4          A.    Yes.  For an arm's length fee,

5    yes, they will.

6          Q.    Do they have an ongoing contract

7    in existence to do work so that Novartis

8    Services will do work for Novartis

9    Pharmaceuticals?

10         A.    Yes, they do.  We have an

Merkeson ASCII - 9-27-05

11    operating services agreement between Novartis

12    Services, Inc. and --

13              MR. FITZPATRICK:  Take a minute.

14    Let me just ask him something.

15              (Witness and counsel conferring.)

16              A.    I'll finish the sentence.  There

17    is an operating services agreement between

18    Novartis Services, Inc. and Novartis

19    Pharmaceuticals Corporation.

20              (Plaintiffs' Merkelson Exhibit 7:

21    Marked for identification.)

22              Q.    Now, we've marked here

23    Plaintiffs' Exhibit 7, Merkelson, 7, an

24    operating service agreement made as of January

25    '03 between Novartis Services, Inc. and

                                                      111

1              Wayne Merkelson - Confidential

2    Novartis Pharmaceuticals.  It's NC 1921 to

3    1925.  Is this the operating service agreement

4    you were referring to that sets out the work or

5    the agreement between the two companies for

6    work that Novartis Services will do?

7              A.    Yes, it is.

8              Q.    Was there any operating service

9    agreement or something similar to that prior to

10    January '03 between Novartis country companies

11    and Novartis Pharmaceuticals?

12              A.    I believe so.

13              Q.    What was that called?

Merkeson ASCII - 9-27-05

14      A.      Operating service agreement.

15   Same title.

16      Q.      Was there -- the operating

17   service agreement, Plaintiffs' Exhibit 7, page

18   NC 1925, last page, is signed by yourself on

19   behalf of Novartis Services and by who as

20   general counsel on behalf of Novartis

21   Pharmaceuticals?

22              MR. WEXLER:  Objection to form.

23      A.      I don't understand the question

24   because --

25              MR. WEXLER:  General counsel.

112

1           Wayne Merkelson - Confidential

2      A.      Yeah.  You asked by who.

3   General counsel.

4      Q.      Okay.  You signed as general

5   counsel for NSI on Exhibit 7.  Who signed for

6   Novartis Pharmaceuticals as signatory to the

7   operating service agreement?

8      A.      I'm vice president and general

9   counsel of Novartis Services.  Any vice

10   president of Novartis Pharmaceuticals might

11   have signed this document.  I don't recognize

12   the signature and I don't recall who signed it.

13      Q.      Who was the general counsel back

14   in '03 for Novartis Pharmaceutical?

15      A.      Dorothy Watson.

16      Q.      Who is currently the general

Page 101

Merkeson ASCII - 9-27-05

17  counsel for Novartis Pharmaceutical?

18          A.      Dorothy Watson.

19          Q.      Is she employed by any other

20  company besides Novartis Pharmaceutical?

21          A.      Not to the best of my --

22  employed by any other?

23          Q.      Yeah.

24          A.      No.

25          Q.      Is she on the board of any other

113

1           Wayne Merkelson - Confidential

2   company?

3           A.      Not to my knowledge, no.

4           Q.      Is she a director of any

5   other --

6           A.      Not to my knowledge.

7           Q.      Is she on any Swiss companies?

8   Does she work for any of these Swiss Novartis

9   companies?

10          A.      No.

11          Q.      Is her office in New Jersey?

12          A.      Yes.

13          Q.      In East Hanover?

14          A.      Yup.

15          Q.      Why did Novartis Services and

16  Novartis Pharmaceuticals form this agreement?

17  What was the reason for it?

18          A.      Every operating company has an

19  operating services agreement with Novartis

Page 102

Merkeson ASCII - 9-27-05

20    Services in order to get services from Novartis

21    Services, Inc.

22         Q.    So how many such service

23    agreements does Novartis Services, Inc. have

24    with other Novartis companies?

25         A.    One with each major company.

114

1              Wayne Merkelson - Confidential

2         Q.    So, looking at Plaintiffs'

3    Exhibit 3, which is the -- strike that.

4              (Plaintiffs' Merkelson Exhibits 8A

5    through 8E:  Marked for identification.)

6         Q.    Let me show you what's been

7    marked Plaintiffs' Exhibit 8A through 8E.

8    Showing you what's been marked 8 through 8E,

9    all of these documents have different Bate

10    stamps and are entitled Novartis U.S.

11    organization charts.

12        A.    Uh-huh.

13        Q.    The first one, Bate stamped

14    NCORP 1389, is this a current chart of the

15    Novartis U.S. organization?

16        A.    Yes, that's the current

17    organization as of July 27th, 2005, after we

18    acquired Eon Labs, Inc.

19        Q.    Who is responsible for preparing

20    this chart?

21        A.    Myself, I am.

22        Q.    I asked you before if Novartis

Merkeson ASCII - 9-27-05

23    had -- Novartis Services had different

24    operating agreements.  You said it did with

25    major companies.  Could you tell from looking

                                                            115

1              Wayne Merkelson - Confidential

2    at this chart which other companies Novartis

3    Services has operating service agreements with?

4         A.    Yes.

5         Q.    Which companies?

6         A.    Gerber Products Company;

7    Novartis Nutrition Corporation; Novartis Animal

8    Health US, Inc.; Ciba Vision Corporation;

9    Novartis Consumer Health, Inc.;  Sandoz, Inc;,

10   Novartis Ophthalmics, Inc.;  Novartis

11   Pharmaceuticals Corporation.  And then between

12   Novartis Services within the corporate

13   organization, there's a cross-services

14   agreement.

15              MR. WITTELS:   Read back the

16   answer, please.

17        (Record read.)

18        Q.    Which company within the

19   Novartis country group is there a

20   cross-services --

21        A.    With both Novartis Corporation

22   and Novartis Finance Corporation.

23        Q.    Okay.  Using the audit people as

24   an example, who are at Novartis Services, Inc.

25   that we've just talked about, Mike Barnes and

                        Page 104

Merkeson ASCII - 9-27-05

116

```
 1              Wayne Merkelson - Confidential
 2    Bob Gines, would they be the audit people for
 3    NSI who would do work for the other companies
 4    you've just mentioned, Sandoz, et cetera?
 5              A.    Not all.  I believe Gerber
 6    Products Company has an internal audit team as
 7    well.  They're a larger company.  The smaller
 8    corporations don't have an internal audit team.
 9    So Novartis Nutrition Corporation, Novartis
10    Animal Health, Ciba Vision Corporation,
11    Novartis Consumer Health, Inc., Sandoz, Inc.,
12    Novartis Ophthalmics, Inc. don't have internal
13    auditors, so they do service more for them.
14    "More."  That doesn't mean they wouldn't be
15    called for special projects for any of the
16    companies.
17              Q.    So if I wanted to know what work
18    the audit department did from Novartis Services
19    for Novartis Pharmaceuticals during a given
20    year, what would I have to look at?
21              A.    I have no idea.
22              Q.    Is the -- is Novartis Services
23    paid a flat fee for the year regardless of what
24    work is done, or are they paid depending upon
25    what particular NSI services are done depending
```

117

Merkeson ASCII - 9-27-05

1          Wayne Merkelson - Confidential

2    upon whether it's security or audit?

3          A.    In fact, I'm the one who

4    determines it and I determine it after speaking

5    to the heads of these departments and asking

6    kind of late in the year, What have you done,

7    What kind of proportionate time have you spent.

8    I find out from the accounting department what

9    the costs and total for the year were, and then

10   I -- in consultation with the treasurer, Ken

11   Schuster, I then prepare and send out billings

12   on a gross number basis.  It's not detailed

13   item by item though.

14         Q.    So you speak to the heads of the

15   different -- what do you call them, NSI

16   groups or --

17         A.    Departments that services

18   functions.

19         Q.    So you would talk to Bob Gines

20   and say, Bob, how much time did you spend in

21   2004 on auditing for Pharmaceuticals, and he

22   would tell you what he did, how much money he

23   thinks he spent in terms of his operating

24   costs, how many people were working, et cetera?

25         A.    We don't get into that kind of

                                                         118

1          Wayne Merkelson - Confidential

2    detail.

3          Q.    Tell me then -- give me your
                    Page 106

Merkeson ASCII - 9-27-05

4      typical discussion with Bob Gines towards the

5      end of the year, what you would ask him and

6      what he told you, say for 2004, so you would

7      know how much to bill Pharmaceuticals.

8              A.      I might ask him, What proportion

9      of your time was spent for the various

10     companies, please describe it for me, estimate

11     it for me.

12             Q.      Okay.   Does he give you an oral,

13     or does it write it down?

14             A.      Oral.

15             Q.      So you make notes of the five or

16     six companies he does work for, like in a pie

17     chart kind of, and figure out how much to

18     allocate to each of those companies?

19             A.      I don't do a pie chart.  I do

20     make notes for myself and then pull together

21     department by department, and then sit down

22     with Ken Schuster and determine if the fee is

23     reasonable and then charge out the fee.

24             Q.      Have you been this person

25     responsible for that determination and

                                                         119

1              Wayne Merkelson - Confidential

2      allocation since Novartis Corp. and Novartis

3      Services started in '97?

4              A.      For at least the last five years

5      I've been doing it in that way.

6              Q.      Before that, do you know who did
                       Page 107

Merkeson ASCII - 9-27-05

7      it?

8                 A.     I did it before as well, but in

9      a different way.

10                Q.     How was it different?

11                A.     Ken Schuster wasn't working for

12     the corporation, so I might have done it with

13     somebody else, or -- maybe the controller or

14     the CFO.  I really, frankly, don't recall the

15     details.

16                Q.     So your only conversation to

17     determine how much to bill for is based on

18     talks with the heads of the different

19     departments?  Or do you go below the heads and

20     talk to people?

21                A.     I get the financial record of

22     what the cost to the department was from the

23     accounting department, from our controller,

24     currently Thomas Luscher, before that other

25     people, or someone who works for him, and on

                                                   120

1                 Wayne Merkelson - Confidential

2      the basis of that, those numbers, say, Okay,

3      this is what we have to allocate out.  And so

4      then talk to the heads of the departments and

5      find out in rough proportion by that department

6      what it should be.

7                 Q.     In other words -- Thomas

8      Luscher, is that the controller for Novartis

9      Services?

Merkeson ASCII - 9-27-05

```
10          A.    That's corporate organization
11     again.  He's controller of Novartis Finance
12     Corporation.  He works for Novartis Finance
13     Corporation.
14          Q.    So he -- does he give you at the
15     end of the year or near the end of the year, a
16     spreadsheet or financial records showing all
17     the costs for the three Novartis country
18     companies?  Correct?
19          A.    No.  I said by departments.
20     Remember, we're a services group of
21     departments.
22          Q.    So he'll give you all the
23     different department costs: salary, overhead,
24     travel, all those things?
25          A.    I don't get the detail.  Just
```

                                                    121

```
1          Wayne Merkelson - Confidential
2     the total.
3          Q.    He'll give you the total, okay.
4     And what form do you get them in?  Are they
5     audited financials?  Are they --
6          A.    No.
7          Q.    How do you get them?
8          A.    I get --
9          Q.    Summary totals?
10          A.    -- some type of Excel
11     spreadsheet or sheet from him.
12          Q.    Okay.
```
                         Page 109

Merkeson ASCII - 9-27-05

13          A.    Which I don't retain, by the

14   way.

15          Q.    Presumably he keeps them.

16   Right?

17          A.    I hope.

18          Q.    Okay.  So you then have a gross

19   number for the different departments, and then

20   you will talk to Bob Gines, or, picking a name

21   out, Urs Naegelin in the finance, treasury

22   department?

23          A.    No, I don't talk to Urs Naegelin

24   about this.

25          Q.    Well, using -- let's say using

                                                    122

1          Wayne Merkelson - Confidential

2    2003 as an example on Plaintiffs' Exhibit 3C,

3    you had talked to Bob Gines and -- can I pick

4    another person -- Ross Volk, security?

5          A.    Yeah, that's a good example.

6          Q.    So you would talk to those two

7    people and you'd have their total numbers and

8    costs for that department and then you'd ask

9    them how much work -- Ross, how much work did

10   your people do for Novartis Pharmaceuticals,

11   and he'd tell you.  And based on what he told

12   you, you'd then come up with a number with your

13   financial person, Mr. Schuster.  Right?

14          A.    I discuss with Mr. Schuster as a

15   sanity check to make sure it's reasonable.
                    Page 110

Merkeson ASCII - 9-27-05

16    Yes, the answer is I work with them.  Remember,

17    some functions are stewardship and some

18    functions are services.  Some functions are

19    investment service and investment functions.

20    So we only bill out services.

21              Q.    So if -- let me understand using

22    an example.  If -- Bob Gines, if his costs have

23    been a million dollars for the year in audit,

24    would you then bill out a million dollars to

25    the various companies at which you have

123

1              Wayne Merkelson - Confidential

2    operating service agreements?

3              A.    If the operating services cost

4    and not stewardship expenses or investment

5    expenses were a million dollars, yes, that

6    would be billed out.

7              Q.    And how would you -- in using

8    the audit, how do you determine what's

9    stewardship versus investment versus services?

10             A.    In the conversation I discuss

11    some of the nature of the projects, whether or

12    not it was requested to, for example, look at

13    the -- to look at the -- whether there might

14    have been fraud done in the company or if there

15    had been some other type of financial -- you

16    know, management mistake or something.  That

17    would be in the nature of stewardship and that

18    would be a service that we'd render for the

Merkeson ASCII - 9-27-05

19  shareholder, which in this case is, you know,
20  Novartis Finance Corporation.  So that might be
21  a cost that Novartis Corporation, Novartis
22  Finance Corporation, Novartis Services would
23  bear.  That wouldn't be billed to an operating
24  company.  That's in the nature of stewardship.
25              Service would be in the nature

124

1               Wayne Merkelson - Confidential
2   of they're looking for better efficiency or
3   whatever.  You go in and help them out and look
4   at what they've done and say, Well, you can do
5   it in this streamlined way or this better way
6   or whatever.  And that would be a service and
7   it would be charged out as service.
8         Q.    Does the audit department have
9   authority to look at the books and records of
10  Novartis Pharmaceutical and say, Look, I need
11  to audit this because there seems to be some
12  question and I want to see if we can better
13  streamline it?  Can they make those decisions?
14        A.    Operational audits, they can't
15  do.  That would be done at the request of the
16  individual companies.  Stewardship audits could
17  be done at the request of members of the boards
18  of directors of the companies or, in the
19  alternative, by the shareholder.
20        Q.    So if NSI or the Novartis
21  country companies have a question about some of
                    Page 112

Merkeson ASCII - 9-27-05

22    the financials at Novartis Pharmaceutical, they
23    could authorize an audit to be done by the
24    Novartis -- the NSI audit team.   Right?
25              A.    Novartis Finance Corporation, a


                                                    125


1              Wayne Merkelson - Confidential
2    shareholder, could ask the internal audit
3    department to check on something within the
4    financials and they'd give notice to the
5    finance department and one of these other
6    companies, operating companies, and say, We'll
7    go send our internal auditors to take a look.
8              Q.    What records would we need to
9    see to, in fact, learn if Novartis Financial,
10   which -- excuse me -- Novartis Finance or
11   Novartis Services in fact authorized some type
12   of action in a stewardship role of Novartis
13   Pharmaceuticals?
14             A.    I don't know.  I don't know.
15             Q.    Would the board of directors'
16   minutes indicate whether Novartis Services -- I
17   mean by this minutes of Novartis Corporation or
18   of Novartis Services and/or Novartis Finance
19   Corp., state whether one of those three
20   companies' boards authorized actions to be
21   performed at Novartis Pharmaceuticals?
22             A.    It doesn't have to be done at a
23   board level.  A board member could just put a
24   phone call in.  I don't know if there would be
                    Page 113

Merkeson ASCII - 9-27-05

25    a record of what you're referring to.

126

1            Wayne Merkelson - Confidential
2            (Witness and counsel conferring.)
3       Q.    There's another person on page 2
4   of Exhibit 4 of your phone list, Mikus, at the
5   top.  Is that another person in the audit
6   department in Florham Park, Building 105?
7       A.    Yes.  That's another internal
8   auditor working for Bob Gines.
9       Q.    Going down a little further,
10  Gyayathri Narayan.
11      A.    I don't know this individual,
12  but they would work for Bob Gines.  I want to
13  say it's a woman, but I'm not sure.
14      Q.    But at Florham Park, Building
15  105?
16      A.    Yes.  Definitely a Novartis
17  Services, Inc. employee.
18      Q.    And then further down, Rajen
19  Sanghani, another audit person at Building 105
20  in Florham Park?
21      A.    Yes, or a cubby, one of these
22  workstations.  I have a better word,
23  "workstation."
24      Q.    Cornelia Stoeckli, another
25  person at Florham Park, 105?

Page 114

Merkeson ASCII - 9-27-05

127

1           Wayne Merkelson - Confidential

2           A.      I assume a male in the internal

3    audit department.

4           Q.      And Cynthia Wieder, another

5    person at Florham Park, Building 105?

6           A.      Also Ed Valeriano and Cynthia

7    Wieder.

8           Q.      Okay.  All of these people in

9    the audit department of Novartis Services work

10   for Bob Gines in New Jersey.  Correct?

11          A.      Yes.

12          Q.      And who do the -- who does Bob

13   Gines report to?  Mr. Barnett the president and

14   CEO of Novartis?

15          A.      Well, actually I think -- in the

16   case of Bob Gines, although I don't know what

17   our HR charts show, I think in the case of the

18   head of internal audit, there's also a direct

19   reporting line to the board of directors, or

20   there should be, so Mr. Gines would be a report

21   also to the board.  However, for -- also I

22   believe operationally he does report to Terry

23   Barnett as president and CEO of the country

24   organization, functional employee.

25          Q.      When you said Bob Gines reports

128

1           Wayne Merkelson - Confidential

Merkeson ASCII - 9-27-05

2  to the board, which board does he report to?

3        A.      In the case of Bob Gines, I

4  believe he would report to the Novartis

5  Corporation board as head of internal audit.

6        Q.      Are there any audit personnel at

7  Novartis Corp. in New York?

8        A.      No.  And it's Novartis Finance

9  Corporation in New York.

10       Q.      Are there any Novartis corporate

11 employees in the New York office at Fifth

12 Avenue?

13       A.      There are officers of Novartis

14 Corporation at 608 Fifth Avenue.

15       Q.      Who are they?

16       A.      That would include Terry Barnett

17 as president and CEO, Urs Naegelin as executive

18 vice president and CFO, Jim Robinson as vice

19 president of human resources.  We're talking in

20 New York.  Right?

21       Q.      Yeah.

22       A.      Before Martin Henrich left, it

23 would have included Martin Henrich.  Right now

24 it would include Jeff Benjamin, vice president

25 and acting as general counsel, and Sheldon

                                              129

1        Wayne Merkelson - Confidential

2  Jones as vice president of public affairs and

3  communications.  That's everybody in New York.

4        Q.      So is this the complete number

                    Page 116

Merkeson ASCII - 9-27-05

5   of officers who work for the Novartis

6   Corporation in New York?

7           A.      Novartis Finance Corporation.  A

8   few of them work for Novartis Services, Inc.

9   But they are in New York.  I'm referring to the

10  officers who are in New York.  And then

11  obviously on this chart you have some officers

12  who are in other offices.

13          Q.      How many employees are there

14  total of Novartis Corp. in New York?

15          A.      Of Novartis Corporation?

16          Q.      Yeah.

17          A.      Employees?  None.

18          Q.      None are in New York?

19          A.      No employees are in New York.

20  Officers are in New York.  No employees.  Not

21  one of the officers who is in New York is an

22  employee of Novartis Corporation.

23          Q.      All right.  And the officers,

24  the ones you just listed --

25          A.      The officers in New York are the

                                                    130

1           Wayne Merkelson - Confidential

2   ones I just listed -- I apologize -- and

3   myself.  I'm an officer as a vice president and

4   associate general counsel and I am in New York.

5           Q.      How many support staff are there

6   in New York City?

7           A.      For Novartis Finance Corporation

Merkeson ASCII - 9-27-05

8    in New York City?

9            Q.      Yeah.

10           A.      I don't know.  I can't -- I'd

11   have to guess.  I'd rather not guess.  We could

12   figure it out if we went through the chart item

13   by item.

14           Q.      So the 212 numbers on Exhibit 4

15   for the phone listing are the people who work

16   in New York?

17           A.      Yes, sir.

18           Q.      This listing includes support

19   staff and officers, includes everyone?

20           A.      It includes support staff,

21   officers and employees who work in departments

22   which are in New York.

23           Q.      Okay.  And you also have

24   people -- strike that.  Okay.

25                   Now, do any of -- the audit

131

1                Wayne Merkelson - Confidential

2    people whose names we just mentioned on

3    Plaintiffs' Exhibit 4, the phone listing, do

4    any of those people work for Novartis

5    Pharmaceuticals?

6            A.      No.

7            Q.      Are any of them loaned out?

8    Other than providing services as part of NSI,

9    are any of them loaned out to actually work for

10   Novartis Pharmaceuticals?

Merkeson ASCII - 9-27-05

11        A.     Loaned out?

12        Q.     Okay.

13        A.     No.

14        Q.     Do any of the audit staff for

15   NSI report to anyone at Novartis

16   Pharmaceuticals?

17        A.     No.  There's no report to anyone

18   at Novartis Pharmaceuticals.  There is a shared

19   employee, but I don't see her listed here.

20        Q.     And who is that?

21        A.     Lisa -- I can't remember her

22   last name.

23        Q.     And what is her job?

24        A.     She works part time in HR.  I

25   found her.  Lisa Dipaolo in human resources.

                                                   132

1             Wayne Merkelson - Confidential

2    She's also a professional in HR and assists

3    with recruiting and interviewing, and she works

4    part time also for Novartis Corporation

5    occasionally.

6         Q.     So she is a part-time employee

7    for Novartis Corp.  And is she a full-time

8    employee for some other company?

9         A.     No.  I believe she works part

10   time for Novartis Pharmaceuticals Corporation

11   and she works part time for Novartis

12   Corporation.

13        Q.     And how long has she been in

                    Page 119

Merkeson ASCII - 9-27-05

14  that position?

15       A.    Very short time.  Less than a

16  year.

17       Q.    Was there any employee prior to

18  Ms. Dipaolo who worked either part time or full

19  time for both the Novartis country company and

20  Novartis Pharmaceuticals?

21       A.    Never before to my knowledge.  I

22  was unaware of this until this came up.

23       Q.    When did it come up?

24       A.    In this -- I had looked at the

25  deposition responses or the interrogatory

                                                            133

1            Wayne Merkelson - Confidential

2  responses and saw this.  I was unaware of this.

3       Q.    Interrogatory response of who?

4       A.    I thought that Lisa Dipaolo was

5  paid as a service provider and we would pay

6  Novartis Pharmaceuticals Corporation, that she

7  worked full time for Novartis Pharmaceuticals

8  Corporation and we just paid a service.  For

9  example, she did some work for me to help me

10  and help me recruit an employee who came to

11  work for me.  So I thought she worked for

12  Novartis Pharmaceuticals Corporation, and when

13  this came up, I was informed that she worked

14  part time working for Novartis Corporation.  I

15  was unaware of that.  I thought it was just a

16  service.

Page 120

Merkeson ASCII - 9-27-05

17          Q.     Her office is in New Jersey in

18   Florham Park, or somewhere else?

19          A.     In East Hanover.  We clearly do

20   not have space for her in New York.  She does

21   not have an office in New York.

22          Q.     So is she in the HR department

23   of Novartis Pharmaceuticals in East Hanover?

24          A.     I believe she is.  She's a

25   junior employee who works in recruiting.


                                                    134


1           Wayne Merkelson - Confidential

2           Q.     And who does she report to?

3           A.     I don't know.

4           Q.     And what work did she do for you

5    in terms of trying to find an employee for you?

6           A.     She assisted in the recruiting

7    effort to try to locate appropriate people and

8    advertise for resumes and the like and

9    interviewing people, to pre-screen and

10   screening that they didn't have any, I don't

11   know, criminal past or other -- you know,

12   anything else that would perhaps interfere with

13   their performance in the job or qualify them

14   for the job.  Background check and

15   double-checking they had worked for what they

16   claimed on their resume, things like that.

17          Q.     And was Lisa Dipaolo finding you

18   an administrative person, a lawyer, or what

19   type of person?

                     Page 121

Merkeson ASCII - 9-27-05

20          A.     She assisted in a tax lawyer

21    recruitment.

22          (Reporter interrupted.)

23          (A recess was taken from 2:41 p.m.

24    to 2:52 p.m.)

25          Q.     Now, when did Ms. Dipaolo start

135

1          Wayne Merkelson - Confidential

2    helping you recruit the tax person?

3          A.     Last year.

4          Q.     2004?

5          A.     '04.

6          Q.     What part of the year?

7          A.     Early in the year, like

8    February.

9          Q.     How long had she been on board

10    at Novartis Corp.?  Do you know?

11          A.     I didn't know she was involved,

12    on board at Novartis Corp.

13          Q.     Okay.  How long had she been

14    working?  You thought she was at Novartis

15    Pharmaceutical?

16          A.     (Witness nodding.)

17          Q.     That's a yes?

18          A.     Yes.

19          Q.     How long had she been in

20    Novartis Pharmaceutical prior to February of

21    '04?

22          A.     I don't know.

Page 122

Merkeson ASCII - 9-27-05

23          Q.      Was she there in '03?

24          A.      I don't know.

25          Q.      Had you ever spoken to her

136

1               Wayne Merkelson - Confidential

2       before February of '04?

3               A.      No.

4               Q.      How did she come to be assigned

5       to work with you to find a tax person?

6               A.      Jim Robinson informed me that

7       she'd help me.

8               Q.      So did she report to Jim

9       Robinson?  Do you know?

10              A.      I don't know.

11              Q.      Did you discuss with Ms. Dipaolo

12      what type of a person you would want and what

13      type of person you needed?

14              A.      Yes.

15              Q.      Did you -- okay.  Had you

16      previously worked with people in the HR

17      department at Novartis Pharmaceuticals to get

18      new employees?

19              A.      Never.

20              Q.      When you thought that she was

21      working for -- what was it that made you assume

22      she had been working for Novartis

23      Pharmaceuticals when she first started working

24      with you?

25              A.      Her phone number was a Novartis

Merkeson ASCII - 9-27-05

137

1              Wayne Merkelson - Confidential
2    Pharmaceuticals' phone number.  It still is.
3              Q.    781-8938?
4              A.    973-781-8938.
5              Q.    That's a number that rings right
6    into Novartis Pharmaceuticals human resources
7    department?
8              A.    I know it's a Novartis
9    Pharmaceuticals Corporation telephone number
10   and extension.
11             Q.    What makes it a Novartis
12   Pharmaceuticals number and extension?
13             A.    The 973-781.  And then the
14   rest -- see, the other -- 973-7812, for
15   example, that is Edgar Butz.  That's a Novartis
16   Corporation or Novartis Services, Inc. phone
17   number in that building, 105.  That's in
18   Building 105.  But her phone number isn't
19   there.  It's -- you see not a 2-0, so it's not
20   a 781-2 number.  It's a 781-8 number.  And I
21   don't know what that is.  If you look, the
22   others would be different.
23             Q.    Well, what is it -- what other
24   numbers indicate that the number is a Novartis
25   Pharmaceutical number?

138

Merkeson ASCII - 9-27-05

1           Wayne Merkelson - Confidential
2           A.     Hers is the only one.   The rest
3   of these are all Novartis Services and Novartis
4   Finance or Novartis' Corporation Washington
5   D.C. office, New York, Building 104, Building
6   105.   The 104 numbers, for example in CIP, if
7   you look at CIP, Margaret Hulbert for example,
8   that's in Building 104.
9           Q.     At Florham Park?
10          A.     In Florham Park.
11          Q.     So she, Dipaolo, has a 781-89
12  number.   Is -- a 781-8 number, does that mean
13  that's it's a Pharmaceutical number?
14          A.     No, because CIP -- for example,
15  Richard Gearhart, the head of that department,
16  he is located -- you see 973-781-8089.   He is
17  CIP and he's in Building 104.   So Lisa has a
18  different set of -- a different number.
19          Q.     Are there any other numbers on
20  this from 973 that are Pharmaceutical numbers?
21  Can you look at all the 973 numbers?
22          A.     I will look and tell you.
23                 No, there are no other
24  Pharmaceutical phone numbers here, none.
25          Q.     Now, when -- where was Lisa

                                                     139


1           Wayne Merkelson - Confidential
2   Dipaolo trained in HR at Novartis?   Do you
3   know?   Was she trained in the Corp.?   Was she
                    Page 125

Merkeson ASCII - 9-27-05

4    trained at Pharmaceutical?

5            A.    I don't know.

6            Q.    Do you know what the procedure

7    is for training HR people at the two companies

8    or three companies?

9            A.    I don't know.

10           Q.    Do you know if Novartis Finance,

11   Novartis Services or Novartis Corp. have an HR

12   training program that's similar or in any way

13   part of the Pharmaceuticals' --

14           A.    I don't know.

15           Q.    -- HR training?

16           A.    I'm sorry.  I don't know.

17           Q.    Do you know what documents are

18   used when a new employee comes on board at

19   Novartis Corporation and signs on with respect

20   to HR?  Do they use Novartis Corporation

21   documents?  Do they use Novartis Pharmaceutical

22   documents?  Or you don't know?

23           A.    I don't know.  I haven't done

24   that in 16 years.  I'm sorry.  I don't know.

25           Q.    Do you know what percent of her

                                                            140

1            Wayne Merkelson - Confidential

2    time Lisa Dipaolo spends at Novartis Corp.

3    versus Novartis Pharmaceuticals?

4            A.    I don't know.

5            Q.    Do you know, would Mr. Robinson

6    know that?

                        Page 126

Merkeson ASCII - 9-27-05

7           MR. FITZPATRICK:  Speculating.

8           A.    I don't know.

9           Q.    Okay.  Did Lisa Dipaolo find any

10    other employees for Novartis Corporation that

11    you're aware of?

12          A.    She -- I believe she assisted in

13    a secretary search but they didn't hire.  She

14    may have assisted in the secretary search where

15    they did hire.  I believe she assisted in that,

16    in a secretarial/administrative assistant

17    search for Novartis Finance Corporation.

18          Q.    When was that person hired?

19          A.    In 2005.

20          Q.    What was that person's name who

21    was hired?

22          A.    Linda Rubino.

23          Q.    R-u-b-i-n-o?

24          A.    R-u-b-i-n-o.

25          Q.    Can you think of any other

                                                          141

1           Wayne Merkelson - Confidential

2     employees who Lisa Dipaolo helped recruit to

3     any of the Novartis country companies?

4           A.    Not that I know of.

5           Q.    When you give a bill to Novartis

6     Pharmaceuticals for services, do you send a

7     gross bill, or do you itemize or show the

8     allocations for the particular departments that

9     did work at Novartis Finance or finance

Merkeson ASCII - 9-27-05

10    services for Novartis Pharmaceuticals?

11         A.    It's a gross bill.

12         Q.    But you have in your own

13    possession or your accounting person has the

14    breakout of what would be allocated to the

15    different departments, and that comprises the

16    gross bill.  Correct?

17              MR. FITZPATRICK:  Can we hear

18    that, please?

19         (Record read.)

20         A.    I would be responsible -- if a

21    taxing authority were to question the

22    allocation, I'd be responsible to defend it.

23         Q.    That wasn't my question though.

24    Do you have a listing or a spreadsheet showing

25    the actual breakout for the different

142

 1         Wayne Merkelson - Confidential

 2    departments who you billed for on behalf of NSI

 3    to Novartis Pharmaceuticals?

 4         A.    No.

 5         Q.    Who keeps that?

 6         A.    I would.  I don't have it.

 7         Q.    What do you do with it?

 8         A.    I toss it.  Once I bill it,

 9    that's the bill.

10         Q.    So as far as you know though,

11    Mr. Schuster may maintain the breakout, so if

12    there's ever a question as to what each

Page 128

Merkeson ASCII - 9-27-05

13    department did, that would be available.

14    Correct?

15            A.      No.

16            Q.      Take a look at the operating

17    service agreement, Exhibit 7.

18            A.      Uh-huh.

19            Q.      And look at -- well, before I

20    ask you the question, am I right that -- am I

21    right that it's the obligation of both NSI,

22    Novartis Services, and Novartis Pharmaceuticals

23    to maintain descriptions of the actual services

24    rendered?  Correct?

25            A.      That's correct.  When I have the

143

1            Wayne Merkelson - Confidential

2    conversation with the department heads, I ask

3    them to keep track of what they did and be

4    prepared to defend it.  But the nature of the

5    services that are rendered and the nature of

6    the functions that are done by department are

7    done by that department and they have the

8    obligation to stand forward and defend it later

9    on as to what they did.

10            With respect to the allocation

11    of their costs, we can reconstruct, if we need

12    to, their costs, because when we do that

13    work -- remember, we do it at the end of the

14    year but not when the year is over.  But when

15    the year is over, then we have a complete set

Merkeson ASCII - 9-27-05

16    of financials and we at that point could prove

17    it, for example, to tax authorities.  If

18    Pharmaceuticals, for example, was questioning a

19    bill, they would let us know that they're

20    questioning the bill and we would discuss it

21    and, if necessary, provide details.  That has

22    never been necessary.

23              Q.    So when -- you say each party

24    keeps the description.  So the audit head at

25    NSI, Novartis Services, he'll keep a

144

1              Wayne Merkelson - Confidential

2    description of what he does?

3              A.    True.

4              Q.    The different -- the head of

5    security will keep a description of what work

6    he did.  Is that correct?

7              A.    They're expected to.

8              Q.    And what's the record retention

9    policy for Novartis country organization?

10             A.    For those functions that do

11    services that are billed, specific billed

12    services, they should keep them for five -- I

13    ask them to keep them for five years.

14             Q.    Which of the companies on

15    Exhibit 8 that Novartis Services has operating

16    service agreements with does Novartis Services

17    provide the most work for during the year?

18             A.    It actually varies.  Depends on

Merkeson ASCII - 9-27-05

19    the year.

20         Q.    In 2004, what was the big --

21    which company did Novartis Services perform the

22    most work for?

23         A.    Included in Novartis Services is

24    the airplane and the security services.  That's

25    a large expense of the group.  It depends on

145

1              Wayne Merkelson - Confidential

2    the -- heavily on the use of the airplane, and

3    so therefore that has a lot of impact on the

4    billing.  In a given year it could be any

5    company.  In 2004, as I recollect, Novartis

6    Pharmaceuticals Corporation was billed the most

7    for services.

8         Q.    What about 2003?

9         A.    Actually, it could have been

10    Gerber Products or Novartis Pharmaceuticals.

11    They're both very large companies that get

12    services.

13         Q.    What about 2002?

14         A.    Some time ago, the ag

15    businesses, crop protection, were very heavy

16    users of airplanes and other services.  And so

17    I'd be speculating; I don't recall.

18         Q.    Is there -- you have a yearly

19    list of the different amounts billed for all

20    the companies.  Correct?

21         A.    I don't keep that list.  The

Merkeson ASCII - 9-27-05

22   bills are sent and then they're recorded.

23          Q.      So would Schuster or one of your

24   accounting people have a list of the breakouts

25   of the amounts paid by each of the companies

146

1                Wayne Merkelson - Confidential

2    under the service agreements year by year?

3           A.     They should.

4           Q.     When you say use of airplanes,

5    what are you talking about?

6           A.     Tapaj, Inc. and Novartis

7    Services have airplanes, and so they may, as a

8    service, rent those out to people for use.

9           Q.     So Novartis Pharmaceuticals, you

10   said, is a heavy user of airplanes provided by

11   Novartis Services, Inc. to transport their

12   people around?

13          A.     Or Tapaj, Inc.

14          Q.     Or Tapaj, Inc.?

15          A.     Yes.

16          Q.     You're talking about instead of

17   taking commercial airlines, you'd pay Novartis

18   Services to transport people for travel around

19   the world for meetings and things like that?

20   Or are you talking about --

21          A.     That's a broad question the way

22   you asked it.

23          Q.     Does Novartis Services provide

24   airplanes to transport material, or is it only

Page 132

Merkeson ASCII - 9-27-05

25    personnel?

147

1            Wayne Merkelson - Confidential

2        A.    Personnel.

3        Q.    When payment is made by Novartis

4    Pharmaceuticals, who do they make payment to

5    under the operating agreement?

6        A.    Of course if Novartis Services

7    Inc. bills them, they pay Novartis Services,

8    Inc.

9        Q.    And what bank does Novartis

10    Services, Inc. use?

11        A.    Novartis Services, Inc., like

12    many other companies, has accounts at Citibank,

13    Citicorp.

14        Q.    And what bank does Novartis

15    Corporation use?

16        A.    The -- all the corporate

17    entities share the same bank account for

18    receipts and the same bank account for payment.

19    And they would be at different banks; I don't

20    recall the details.  But Novartis --

21        Q.    Sorry.

22        A.    But Citicorp is one of the main

23    banks.

24        Q.    So Citicorp is one of the main

25    banks for receipt and for payments of the

Merkeson ASCII - 9-27-05

148

```
 1              Wayne Merkelson - Confidential
 2    Novartis country companies, the three
 3    companies.  Correct?
 4              A.    Yes, it is.
 5              Q.    And what is the main bank for
 6    Novartis Pharmaceuticals?
 7              A.    They may have a New Jersey bank
 8    or other lockbox banks or other banks.  I don't
 9    know.  I don't know.
10              Q.    Who would know that?
11              A.    People at Novartis
12    Pharmaceuticals Corp.
13              Q.    When payroll is administered by
14    Novartis Pharmaceuticals for the Novartis
15    country companies, what bank is payroll drawn
16    on?
17              A.    I don't know.
18              Q.    Is it Citicorp?
19              A.    I honestly don't know.  It may
20    be.  I don't know.
21              Q.    When you send out a bill, is it
22    on Novartis Services' -- is it on Novartis
23    Services' letterhead?
24              A.    Yes.  I'm an officer of Novartis
25    Services and it does go out on Novartis
```

149

```
 1              Wayne Merkelson - Confidential
```

Merkeson ASCII - 9-27-05

2   Services' letterhead or a memo format, billing

3   memo format.

4        Q.    Is the logo "Novartis" used on

5   all of the letterheads?

6        A.    The Novartis logo for Novartis

7   Services should be on the Novartis Services

8   letterhead, yes.

9        Q.    Is that a different logo than

10  Novartis Corp.?

11       A.    No.

12       Q.    What does the logo look like?

13       A.    You said is it different than

14  Novartis Corp.  I said no.  So it's the same.

15       Q.    So what I'm asking is -- why

16  don't you look at Exhibit 2A, which is the

17  legal, tax, insurance document for Novartis

18  Corp.

19       A.    Okay.

20       Q.    The logo I'm talking about is at

21  the bottom right.  Is that the Novartis logo?

22       A.    That's the logo in black and

23  white.

24       Q.    Is that the same logo that's

25  used on Novartis Pharmaceutical letterhead?

150

1        Wayne Merkelson - Confidential

2        A.    Can you show me Novartis

3   Pharmaceuticals' letterhead?

4             MR. FITZPATRICK:  If you know.

Page 135

Merkeson ASCII - 9-27-05

5       A.      I don't know.

6       Q.      Have you seen communications

7   from Novartis Pharmaceuticals to you?

8       A.      I assume I have.  It's

9   embarrassing to say.  I assume so.

10      Q.      Okay.  Who was it who determined

11  there was a need for Novartis Services to

12  perform the various services for Novartis

13  Pharmaceuticals as opposed to Novartis

14  Pharmaceuticals performing them for themselves

15  or for itself?

16      A.      Novartis Pharmaceuticals

17  Corporation of course determines -- it's a very

18  large company with plenty of people.  They can

19  do many services themselves.  There are some

20  functions where there are specialty people who

21  can do things that they don't choose to staff

22  or to have full-time people doing, or maybe

23  with particular expertise, such as in security

24  or in health, safety and environment, or

25  internal audit specialists.  And they don't

                                                    151

1           Wayne Merkelson - Confidential

2   choose to staff for it and so we can provide

3   the staff and charge for it.

4       Q.      Well, let's -- you mentioned

5   security.  The head of security in 2003,

6   according to your document 3C, was Ross Volk.

7   Correct?

Merkeson ASCII - 9-27-05

8       A.      Yup.

9       Q.      Now, Ross Volk's office as the

10  head of security for Novartis Services is in

11  New Jersey at Florham Park.  Is that right?

12      A.      Ross Volk's current office --

13  and I think it's on the chart here.  Exhibit 4

14  reflects I believe his office is in Florham

15  Park, Building 105.  I was looking because

16  perhaps he was with the aviation department in

17  the aviation building.  If he's not there now,

18  he's expected to move there so that he and the

19  aviation people would be in the same building

20  in Airport Road in Morristown.

21              MR. FITZPATRICK:  Before there's

22  any question pending, could I just take a break

23  for a minute?

24          (A recess was taken from 3:15 p.m.

25  to 3:24 p.m.)

152

1           Wayne Merkelson - Confidential

2       Q.      Let me just start you on the

3   first page of Plaintiffs' Exhibit 4 again,

4   which is the Novartis Corp. listing of the

5   employees with their phone numbers.  Going down

6   to Greg Buccarelli, what office is -- well,

7   what office is Mr. Buccarelli in, the East

8   Hanover, or the Florham Park?

9       A.      Florham Park, Building 105.

10      Q.      Mr. Buccarelli is in the finance

Page 137

Merkeson ASCII - 9-27-05

11   department reporting to who?

12           A.    He reports to Urs Naegelin.

13           Q.    Does he work for NSI?

14           A.    He does work for NSI, Novartis

15   Services, Inc.

16           Q.    And what jobs does he do for

17   Novartis Pharmaceutical?  What did he do in

18   2004?  What's he been doing in 2005?

19           A.    He actually doesn't.  He's in

20   charge of the SOX office; that's the

21   Sarbanes-Oxley work of the corporation, that

22   office.  And their work is not charged out.

23   It's stewardship work.  It's not charged out to

24   the companies.

25           Q.    Okay.  Is Edgar Butz also in the

153

1             Wayne Merkelson - Confidential

2   finance department in Florham Park at Building

3   105?

4           A.    Yes.  He works with

5   Mr. Buccarelli in SOX.

6           Q.    Reporting again to Urs Naegelin?

7           A.    He reports to Buccarelli.

8           Q.    And Urs Naegelin is a board

9   member of Novartis Pharmaceuticals and a board

10   member of Novartis Corporation.  Correct?

11           A.    Urs Naegelin is not a board

12   member of Novartis Corporation.  He's the

13   executive vice president and CFO of Novartis

Merkeson ASCII - 9-27-05

14  Corporation.  He's president of Novartis

15  Finance Corporation.

16          Q.      But he is a board member for

17  Novartis Pharmaceuticals.  Correct?

18          A.      He's a board member of Novartis

19  Pharmaceuticals.

20          Q.      And he has been since 2000.

21  Correct?

22          A.      According to the record you

23  showed me, yes.

24          Q.      Do companies normally, as far as

25  you know from your corporate and legal

154

1               Wayne Merkelson - Confidential

2  background, try to elect board members who are

3  independent of the company?

4          A.      Normally publicly-traded

5  corporations at the publicly-traded level have

6  board members who are independent of the

7  company, the majority.  Internal other

8  companies will use the boards as a mechanism to

9  have the stewardship review and to have the

10  investment review also available.

11          Q.      So am I right that there are no

12  independent board members at all of Novartis

13  Pharmaceutical from 2000 to the present?

14          A.      That is correct.

15          Q.      So all of the board members of

16  Novartis Pharmaceutical, starting with the

Page 139

Merkeson ASCII - 9-27-05

17    first one, Thomas Ebeling -- he's the chairman

18    of Novartis AG.  Correct?

19            A.    No.

20            Q.    Thomas Ebeling is -- what are

21    his positions at Novartis Pharmaceutical?

22            A.    I'm so sorry.  He's chairman of

23    Novartis Pharmaceuticals Corporation.  I don't

24    know his other roles, but I believe he had

25    Novartis Pharma AG.

155

1              Wayne Merkelson - Confidential

2            Q.    Is there a Novartis

3    Pharmaceuticals European division?

4            A.    No.

5            Q.    And does -- Novartis

6    Pharmaceuticals, do they -- strike that.  Okay.

7              MR. FITZPATRICK:  You should

8    elucidate on that first answer.  I'm telling

9    you not to volunteer, but you'd better answer.

10              THE WITNESS:  In the interest of

11    time.

12              MR. FITZPATRICK:  There's no

13    division.  There is a corporate entity.  So why

14    don't you --

15              THE WITNESS:  Novartis Pharma AG

16    is a separate legal entity.

17            Q.    Right.  Novartis Pharma AG is a

18    separate legal entity which is part of Novartis

19    AG?

Merkeson ASCII - 9-27-05

20          A.    No.  It is a separate legal

21    entity, which means it's not part of Novartis

22    AG.  It is a wholly-owned subsidiary of

23    Novartis AG.

24          Q.    And who does Reto Brandli work

25    for?

156

1               Wayne Merkelson - Confidential

2          A.    Reto Brandli works for Novartis

3    International AG.

4          Q.    Is Novartis AG a wholly-owned

5    subsidiary of Novartis AG?

6          A.    Please repeat the question.

7          Q.    Sorry.  Novartis AG wholly owns

8    Novartis International AG.  Correct?

9          A.    To my knowledge, yes.

10          Q.    Raymond Breu, what company does

11    he work for?

12          A.    Dr. Breu works for Novartis

13    International AG.

14          Q.    Does he sit on the boards of any

15    other companies?

16          A.    I'm not familiar in detail to

17    answer.

18          Q.    We were given --

19               MR. WITTELS:  Let me mark this.

20          (Plaintiffs' Merkelson Exhibit 9:

21    Marked for identification.)

22          Q.    Showing you what's been marked

Page 141

Merkeson ASCII - 9-27-05

23    as Plaintiffs' Exhibit 9, a listing at the top,

24    "Novartis Corporation," showing you a listing

25    of election of the board of directors of

157

1              Wayne Merkelson - Confidential

2    Novartis Corporation as of February '02, Bate

3    stamped NCORP 1586 to 1587.  Have you seen this

4    document before today?

5         A.    Yes.

6         Q.    Now, I asked you about Raymond

7    Breu.  And by looking at this document, does it

8    refresh you that, in fact, Raymond Breu is both

9    a director of Novartis Pharmaceuticals and a

10    director of Novartis Corporation from 2002 to

11    the present?

12         A.    Yes.

13         Q.    Is Raymond Breu on the board of

14    directors of any other companies?  If you know.

15         A.    I don't know.

16         Q.    Now, Novartis Holding AG is the

17    company that decided which board members would

18    sit on Novartis Corporation.  Correct?

19         A.    It's listed as sole shareholder,

20    and so this was a shareholder action.

21         Q.    Who is the secretary of Novartis

22    Corporation?

23              MR. FITZPATRICK:  Of Novartis

24    Corporation?

25              MR. WITTELS:  Correct.

Merkeson ASCII - 9-27-05

158

1              Wayne Merkelson - Confidential
2         A.    I believe there's no -- in 2005,
3     right now, after Martin Henrich resigned, there
4     is no one in that role, has been designated in
5     that role yet.  Martin Henrich was, until his
6     resignation, since 2000.
7         Q.    He was the secretary of Novartis
8     Corp. and the secretary of Novartis
9     Pharmaceuticals.  Correct?
10        A.    That's correct.
11        Q.    Martin Henrich was.  Correct?
12        A.    Correct.
13        Q.    Was Martin Henrich also the
14    secretary of Novartis Finance?
15        A.    No.
16        Q.    Who was?
17        A.    I was.
18        Q.    And are?
19        A.    And continue to be.
20        Q.    Okay.  And who is the secretary
21    of Novartis Services, Inc.?
22        A.    I am.
23        Q.    And were you in that position
24    from 1997 on?
25        A.    No.

159

Merkeson ASCII - 9-27-05

1           Wayne Merkelson - Confidential

2           Q.      When did you start in Novartis

3    as the secretary?

4           A.      I believe 2001.

5           Q.      Now, do Reto Brandli or Raymond

6    Breu have any offices in New York or New

7    Jersey?

8           A.      They do not.

9           Q.      Does Terry Barnett have an

10   office in New Jersey?

11          A.      He does not.

12          Q.      Did he have an office in New

13   Jersey?

14          A.      He did not, never has.

15          Q.      Does Paulo Costa have any

16   offices besides East Hanover, New Jersey?

17          A.      No.  Well, I don't know.  He

18   works for Novartis Pharmaceuticals Corporation

19   and I don't know.

20          Q.      Does he have any other titles

21   other than CEO of Novartis Pharmaceuticals

22   Corporation and being a board member of

23   Novartis Pharmaceutical?

24          A.      Well, it was announced in the

25   last week that he's -- effective October 1st,

160

1           Wayne Merkelson - Confidential

2    he's moving from Novartis Pharmaceuticals

3    Corporation, where he will no longer have an

Page 144

Merkeson ASCII - 9-27-05

4   operating role, to become CEO -- president and

5   CEO of Novartis Corporation, replacing

6   Mr. Barnett at October 1st, 2005.

7           Q.    Is that considered a promotion?

8                 MR. FITZPATRICK:  Don't

9   speculate.

10          A.    I don't know.

11          Q.    I mean, would you consider it an

12  advancement in your career if you were promoted

13  from CEO of Novartis Pharmaceuticals to the CEO

14  of Novartis Corporation?

15          A.    I would.

16          Q.    Why?

17          A.    Why not?

18          Q.    No.  I'm saying, what about

19  being president of Novartis Corporation would

20  be considered better in terms of job tasks as

21  opposed to Novartis Pharmaceuticals?

22                MR. FITZPATRICK:  Let me

23  interject here.  This is too far.  This is a

24  deposition about corporate separateness.  This

25  cannot possibly deal with that subject.

161

1           Wayne Merkelson - Confidential

2                 MR. WITTELS:  It does deal with

3   it.

4                 MR. FITZPATRICK:  I'm going to

5   direct him not to answer it.

6                 MR. WITTELS:  You're not allowed
                  Page 145

Merkeson ASCII - 9-27-05

 7    to.

 8                MR. FITZPATRICK:  I'm doing it.

 9    If you want to take it up in court and explain

10    why you asked this question, do.

11          Q.    Who will be replacing Mr. Costa,

12    if you know, as CEO of Novartis

13    Pharmaceuticals?

14          A.    Alex Gorsky, the present chief

15    operating officer, will become CEO and

16    president of Novartis Pharmaceuticals

17    Corporation.  Mr. Costa will have no operating

18    title or role in Novartis Pharmaceuticals

19    Corporation.

20          Q.    Will Mr. Costa remain on the

21    board of Novartis Pharmaceuticals?

22          A.    To my knowledge, yes.

23          Q.    And will Thomas Ebeling remain

24    the chairman of Novartis Pharmaceuticals'

25    board?

                                                    162

 1              Wayne Merkelson - Confidential

 2          A.    Yes.

 3          Q.    What position is Mr. Barnett

 4    going to take?  If you know.

 5          A.    Mr. Barnett will move to Europe

 6    and be retiring within a year.

 7          Q.    Will he be working for any

 8    Novartis companies before he retires?

 9          A.    I don't know.

Merkeson ASCII - 9-27-05

10          Q.    Will Mr. Costa be working for

11   any of the Swiss companies?

12          A.    No.

13          Q.    Will he be on the boards of any

14   Swiss companies?

15          A.    No.

16          Q.    What company -- strike that.

17                Who made the determination that

18   Paolo Costa should be promoted from CEO of

19   Novartis Pharmaceuticals to CEO of Novartis

20   Corporation?

21                MR. FITZPATRICK:  Answer it of

22   personal knowledge, please, only personal

23   knowledge.

24          A.    I can't answer the question in

25   the form you asked it.

163

1              Wayne Merkelson - Confidential

2          Q.    What's wrong with the form?

3          (Record read.)

4          A.    These are different jobs, so I

5    don't see it as a promotion.  A promotion

6    implies you're in the same company.  We have

7    separate legal entities in our group.  They are

8    completely separate companies.  As you know,

9    there are some members of the board who are the

10   same in the two companies, but otherwise they

11   operate completely separately.  Mr. Costa

12   negotiated to have a role in the Novartis

Merkeson ASCII - 9-27-05

13    Corporation and presumably has a contract.  He

14    negotiated for that contract.  It is not a

15    promotion.  It is a change of job.  Like you

16    and I would go and interview at another law

17    firm or in some other job, or I would interview

18    at some other corporation, so did he.

19              Mr. Barnett reached retirement

20    age and chose to retire.  The job was

21    discussed.  Mr. Costa presumably asked for it.

22    That's speculation; I'll be speculating here.

23    And they negotiated and he -- with the board,

24    and he wanted the job and he got the job.

25        Q.    Are you finished?  Are you

164

1              Wayne Merkelson - Confidential

2    finished with your answer?

3              MR. FITZPATRICK:  He's finished.

4        A.    Yes, sir.

5              MR. WITTELS:  Okay.  Move to

6    strike that answer as not answering my

7    question, completely nonresponsive.

8        Q.    Do you know who -- which people

9    at any of the Novartis companies had any input

10    into the decision that Mr. Costa would become

11   CEO of Novartis Corporation?

12        A.    The board of directors of

13   Novartis Corporation, once alerted that

14   Mr. Barnett would be retiring, needed to fill a

15   CEO job.  They considered internal and external

Merkeson ASCII - 9-27-05

16    candidates and after discussions with

17    Mr. Costa, some representatives of the board of

18    directors determined to hire Mr. Costa in this

19    job.

20         Q.    Are there minutes of Novartis

21    Corporation that refer to Mr. Costa being hired

22    as the CEO of Novartis Corporation?

23         A.    The next board meeting is in

24    November.  I don't believe so.

25         Q.    When was the announcement made

                                                   165

1              Wayne Merkelson - Confidential

2    by Mr. Barnett that he would be stepping down

3    or wanted to retire?

4         A.    After the last board meeting.

5         Q.    Which was when?

6         A.    In the spring.

7         Q.    When you used the words Novartis

8    "considered internal and external candidates,"

9    what's an internal candidate for Novartis?

10         A.    An internal candidate for

11    Novartis would be someone who would work for

12    one of the Novartis affiliates.  An external

13    candidate would be someone who worked not for a

14    Novartis affiliate.

15         Q.    What company does Paul Herrling

16    work for?

17         A.    Now you've got me.  I apologize,

18    I don't know.

                    Page 149

Merkeson ASCII - 9-27-05

19                    MR. FITZPATRICK:  Who are we
20    talking about now?
21                    THE WITNESS:  Paul Herrling.
22          Q.    He's at the Basel office.  Would
23    it be safe to assume that he's either with
24    Novartis International AG or Novartis AG?
25                    MR. FITZPATRICK:  Too broad an

166

1              Wayne Merkelson - Confidential
2    assumption.
3          A.    I don't know.
4          Q.    Now, Urs Naegelin is -- you
5    described his different roles at Novartis
6    Corporation and Novartis Pharmaceutical.  Does
7    he have an office at Novartis Pharmaceutical?
8          A.    No.
9          Q.    Are any of the board members at
10    Novartis Pharmaceutical who are not Novartis
11    Pharmaceutical employees?  I guess that would
12    only have been Mr. Costa.  Are any of them paid
13    by Novartis Pharmaceuticals or Novartis
14    Corporation for their work as Novartis
15    Pharmaceutical board members?
16          A.    No.
17                    MR. FITZPATRICK:  Were we
18    referring to -- okay.  Exhibit 5?
19          Q.    Now, what does the health,
20    safety and environment group of the Novartis
21    country companies, Novartis Corp., Novartis
                    Page 150

Merkeson ASCII - 9-27-05

22   Services and Novartis Finance, do?

23        A.   In the country organization,

24   Novartis Services, Novartis Finance, Novartis

25   Corp., they're in Novartis Services.  And those

                                                    167

1              Wayne Merkelson - Confidential

2    two individuals, I believe Greg Hill and Joe

3    Kulak -- and I believe that's it -- they are

4    expert at regulatory matters relating to

5    environmental, for example, cleanups or spills,

6    OSHA matters or things relating to safety and

7    health conditions.

8         Q.   And what work did they do in

9    2005 so far for Novartis Pharmaceutical as part

10   of the health, safety and environment group?

11        A.   I don't know.

12        Q.   Do you know what health, safety

13   and environment did in 2004 for Novartis

14   Pharmaceutical?

15        A.   I believe they assisted in

16   reviewing permits and they -- permit

17   applications for Novartis Pharmaceuticals.  I

18   believe they did not do much for

19   Pharmaceuticals in 2004.  They worked mostly

20   for other companies.

21        Q.   And assist in reviewing

22   environmental permits?

23        A.   Environmental permits.

24        Q.   Okay.  Where are their offices

Merkeson ASCII - 9-27-05

25     in New Jersey?

168

1                  Wayne Merkelson - Confidential

2          A.     They're in 105 in Florham Park.

3          Q.     Mark Hennion, is he in Florham

4     Park in security in Building 105?

5          A.     Yes.   Unless he moved with Ross

6     Volk to the airplane building, yes, he'd be

7     there, likely in a workstation.

8          Q.     On the -- looking at the second

9     page of Exhibit 4, the phone listing, going

10    down to tax and insurance, Mr. Todd Onjack.

11         A.     Uh-huh.

12         Q.     He worked for what individual

13    who headed tax and insurance for Novartis

14    Services?

15         A.     He works for me.

16         Q.     Okay.

17         A.     And he is in tax and -- the

18    legal entity is Novartis Services, Inc.

19         Q.     What work does he do for

20    Novartis Pharmaceuticals?

21         A.     He prepares the consolidated tax

22    return not for Novartis Services -- yes, for

23    Novartis Services on behalf of Novartis

24    Services, Novartis Finance, Novartis

25    Corporation, the consolidated tax return,

Merkeson ASCII - 9-27-05

1          Wayne Merkelson - Confidential
2    including information from all the operating
3    companies.
4          Q.    So he gathers the information
5    from Novartis Pharmaceuticals so that you can
6    prepare the tax return for Novartis country
7    companies?
8          A.    No.  What happens is, when you
9    have a certain degree of ownership and you're a
10   large corporate group, you file a consolidated
11   tax return.  The U.S. consolidated tax return
12   requires pro forma tax returns for each of the
13   companies.  He would prepare a pro forma for
14   Novartis Corporation, Novartis Services, Inc.
15   and then Novartis Finance Corporation, and then
16   gather the data, the pro forma returns
17   themselves, from the other companies to make
18   one consolidated tax return.
19         Q.    So Novartis Pharmaceuticals does
20   not file its own tax return?
21         A.    It's filed through the three
22   Novartis Corporations.  The federal income tax
23   return is filed consolidated, but Novartis
24   Pharmaceuticals Corporation has their own tax
25   department and they prepare a pro forma return.

170

1          Wayne Merkelson - Confidential

Page 153

Merkeson ASCII - 9-27-05

2  They use that pro forma federal return also to

3  file all their state and local income tax

4  returns.  And they also have, of course, many

5  other tax returns that must be filed as an

6  operating company, such as sales and use tax

7  returns, property tax returns and the like.

8        Q.    But the federal income tax at

9  the consolidated level for Novartis -- excuse

10  me.  Strike that.

11              The taxes that are paid to the

12  federal government by Novartis Pharmaceutical

13  are paid through the consolidated return that

14  Novartis Corporation prepares.  Correct?

15        A.    No.  It doesn't work that way.

16        Q.    Okay.  Novartis -- Novartis

17  Services prepares a consolidated tax return

18  that includes information from Novartis

19  Pharmaceutical that is paid to the federal

20  government.  Correct?

21        A.    That's correct.

22        Q.    Okay.  And Novartis Services

23  bills Novartis Pharmaceuticals for the work

24  that it performs in preparing the consolidated

25  tax return that includes the Novartis

171

1              Wayne Merkelson - Confidential

2  Pharmaceutical information.  Correct?

3        A.    No.  The tax department does not

4  bill for the services, unh-unh.

Page 154

Merkeson ASCII - 9-27-05

5          Q.     But --
6          A.     That's more of a stewardship
7    role.
8          Q.     But even though they don't bill
9    for it, Novartis Services is performing that
10   work in preparing a consolidated tax return on
11   behalf of Novartis Pharmaceuticals.   Correct?
12         A.     No.
13         Q.     Well, Novartis Pharmaceutical --
14   is Novartis Pharmaceuticals working with -- is
15   Mr. Onjack an attorney?
16         A.     No.
17         Q.     Are Novartis Pharmaceutical
18   personnel working with Mr. Onjack to help
19   prepare the consolidated tax return of Novartis
20   Services?
21         A.     No.
22         Q.     What information does Mr. Onjack
23   gather -- strike that.
24                Does Mr. Onjack gather the pro
25   forma returns of Novartis Pharmaceuticals and

                                             172


1                Wayne Merkelson - Confidential
2    then use those to prepare the consolidated tax
3    return for Novartis Services, Inc. and the
4    other Novartis companies?
5          A.     Yes.
6          Q.     Is Mr. Onjack at the Florham
7    Park 105 building?

                       Page 155

Merkeson ASCII - 9-27-05

8          A.     Yes, he is.

9          Q.     Where is Ms. Kelly Parlapiano

10    who works for security for NSI, what building?

11         A.     Like Mark Hennion, she's either

12    still in 105 or will have moved to the airport

13    building.

14         Q.     Is Mr. Greg Philips in finance

15    in Florham Park?

16         A.     Greg Philips is the third of the

17    SOX team and sits with Mr. Buccarelli and

18    Mr. Butz.  He's in Building 105.

19         Q.     Where is Adrian Roman in

20    security?

21         A.     Adrian Roman in security works

22    in Florida.

23         Q.     What company does he work for?

24         A.     Novartis Services, Inc.

25         Q.     Does he do any work for Novartis

173

1          Wayne Merkelson - Confidential

2    Pharmaceuticals?

3          A.     Absolutely not.

4          Q.     Now, Bev Schellhammer, who we

5    spoke about before, is she in Florham Park?

6          A.     Yes.  She works for Joe Kulak in

7    Building 105 at Florham Park.

8          Q.     And Borden Schofield?

9          A.     Borden Schofield is the head of

10   aviation and he's at 9 Airport Road in

Page 156

Merkeson ASCII - 9-27-05
11  Morristown, New Jersey.

12          Q.    And that is the aviation that,

13  again, we talked about earlier, providing

14  planes to Novartis Pharmaceuticals if they need

15  them.  Correct?

16          A.    That's correct.  He works for

17  Ross Volk.

18          Q.    Now, how many square feet is the

19  Florham Park facility?

20          A.    It's a large building.  I think

21  it's a huge building.  Building 105 I had

22  estimated earlier as 200,000 square feet.

23          Q.    And you said out of the 200,000,

24  you thought about 3,000 was used by Novartis

25  country or group employees.  Correct?

174

1          Wayne Merkelson - Confidential

2          A.    Yeah, I think that's correct.

3  It's still correct.

4          Q.    And of the remaining 197,000

5  square feet, is that all occupied by Novartis

6  Pharmaceutical employees?

7          A.    I believe it's the oncology

8  business unit in Novartis Pharmaceuticals

9  Corporation that occupies virtually the rest of

10  the space.

11          Q.    The HR department of Novartis

12  Pharmaceuticals is in the Florham Park office?

13          A.    I don't know.

Page 157

Merkeson ASCII - 9-27-05

14          Q.      How many employees of Novartis

15   country group are at the East Hanover office?

16          A.      None.   Country?   None.

17                  MR. WITTELS:   Why don't we take

18   a five or 10-minute break?

19                  MR. FITZPATRICK:   While you're

20   doing it, Steve, this is what Jim Robinson

21   turned out in terms of trying to come up with a

22   list.  It doesn't go back in time.   That's

23   another list of these employees and it's more

24   comprehensive.

25                  MR. PACE:   You asked for whether

                                                        175


1                   Wayne Merkelson - Confidential

2    a list existed in HR.  It didn't exist in HR,

3    but the computer was able to spit out the data

4    it contained, which is all of this, which is

5    all of the employees of either Finance, Corp.

6    or Services, and they're, I guess, as defined

7    in that little legend in the upper right-hand

8    corner.

9                   MR. FITZPATRICK:   It looks

10   like -- to us like this list doesn't include

11   the intellectual property people.

12                  THE WITNESS:   It says CIP, some

13   intellectual property people.  I'm here.   The

14   rest are there.

15                  MR. FITZPATRICK:   Let's go off.

16                  (A recess was taken from 4:03 p.m.

                         Page 158

Merkeson ASCII - 9-27-05

17   to 4:44 p.m.)

18        (Plaintiffs' Merkelson Exhibit 10:

19   Marked for identification.)

20        Q.    I was told by your counsel off

21   the record while we had the break that you

22   could not identify which of those employees was

23   in Florham Park, Building 105.  Is that right?

24        A.    Correct.

25        Q.    How many employees are there of

176

1             Wayne Merkelson - Confidential

2    Novartis Services or Novartis Finance who work

3    in Florham Park 105?

4        A.    No, no.  Novartis Finance

5    employees are only in Manhattan, and having

6    counted on that list, which I believe was

7    correct, it's 29 employees.  There were three

8    employees of Novartis Corporation.  And so the

9    remainder, which amounts into the 130s, you

10   know, plus or minus 130, is Novartis Services,

11   Inc.  And the variance mostly is in the

12   corporate intellectual property group; it goes

13   up and down.

14        Q.    And how many of the Novartis

15   Services employees in the corporate

16   intellectual property group work in the Florham

17   Park office?

18        A.    They're all in Building 104, all

19   of them.  There are intellectual property

Page 159

Merkeson ASCII - 9-27-05
```
20   people in some of the other affiliates, but
21   they don't work for Novartis Services, Inc.
22           Q.      About how many people work for
23   corporate intellectual property in Building 104
24   for NSI?
25           A.      Something like 55 or more.
```

                                                          177


```
 1              Wayne Merkelson - Confidential
 2           Q.      Fifty-five?
 3           A.      Persons.
 4           Q.      People who are paid by Novartis
 5   Services work in the Florham Park Building 104?
 6           A.      That's right.
 7           Q.      How big is the 104, Building
 8   104, facility?
 9           A.      It's about the same size as
10   Building 105, but I don't know much about it.
11   It's probably 200,000 square feet also, but I
12   don't know that much about it.
13           Q.      So you don't know how much of
14   that is taken up by the 55 or so NSI employees?
15           A.      I don't know.
16           Q.      And these NSI employees, are
17   they doing work for Novartis Pharmaceuticals?
18                   MR. PACE:  Object to form.
19           A.      Novartis Services and the
20   corporate intellectual property works for --
21   they work for all the operating companies,
22   including Novartis Pharmaceuticals Corporation.
```
                         Page 160

Merkeson ASCII - 9-27-05

23          Q.     Is there -- is there a separate
24    lease that -- strike that.
25                 Who is -- which company's name

178

1                Wayne Merkelson - Confidential
2    is on the lease at Florham Park 105?
3          A.     To my knowledge, it's Novartis
4    Pharmaceuticals Corporation.
5          Q.     So Novartis Corp. is not on the
6    lease at all?
7          A.     No.
8          Q.     Correct.  So Novartis Services
9    people who work in that building, are they in
10   separate offices designated Novartis Services,
11   or is it all mixed in together?
12         A.     No, no.  Novartis Corporation
13   and Novartis Services.  Novartis Services has a
14   little separate door office.  Novartis
15   Corporation, the three people that are Novartis
16   Corporation, it shows on the -- there's a sign
17   that says "Novartis Corporation."  Novartis
18   Services occupies the rest of that space and
19   that says "Novartis Services, Inc."  And they
20   are in a contiguous space, one little area of
21   that entire building.  They're all together in
22   that large building.
23         Q.     But they're not separated by
24   walls from the other Novartis Pharmaceutical
25   people?

Merkeson ASCII - 9-27-05

179

```
1              Wayne Merkelson - Confidential
2          A.      Indeed, they are.  Actually,
3      they are.  There are -- actually, there is a
4      wall literally around the Novartis
5      Corporation/Novartis Services office space.
6      They have their own -- perhaps their own
7      entrance.  When I come out of the elevator,
8      there's a sign that shows you to go to the
9      right there, and then you walk down a little
10     corridor and then you actually have to go in
11     off a corridor to get in there.  In one case,
12     there's a locked door and in one case there's
13     just an entry area.  But it's separated from
14     the rest of the oncology people who are out
15     there.
16         Q.      Is there no entrance way from
17     the Novartis Services and Novartis Corp. area
18     to Novartis Pharmaceutical?
19         A.      When you walk back to the main
20     corridor, there's nothing that would prevent a
21     Novartis Corporation/Novartis Services employee
22     from not walking down, for example, to the
23     bathrooms, which are near the elevators, and
24     walking onto a Novartis Pharmaceuticals' area.
25         Q.      Is there a lunchroom facility
```

180

Page 162

Merkeson ASCII - 9-27-05

1               Wayne Merkelson - Confidential

2    there?

3          A.     Downstairs on the first floor

4    there is a cafeteria and -- there's a lunchroom

5    area downstairs on the first floor or on the

6    Level P floor.

7          Q.     Is that operated by Novartis

8    Pharmaceuticals?

9          A.     I don't think so.  I think it's

10   a third-party service provider that comes in

11   and provides -- sells lunch.

12         Q.     What services -- does Novartis

13   Pharmaceuticals have a separate lease with

14   Novartis Services or Novartis Corp. at its

15   Florham Park facility?

16         A.     I believe there's an oral

17   understanding of the charging per year for the

18   use of the space.  It's an oral understanding.

19   We wouldn't go to the effort of making a formal

20   lease in this instance; the space is too small.

21         Q.     And how much is paid -- how much

22   is paid per year by Novartis Pharmaceutical --

23   by Novartis Services to Novartis

24   Pharmaceuticals?

25         A.     I don't know.

                                                   181

1               Wayne Merkelson - Confidential

2          Q.     Who pays that money?

3          A.     It's an arm's length fee and

Merkeson ASCII - 9-27-05

4    it's done by accounting under Urs Naegelin, who

5    would have negotiated the amount.

6          Q.    So does he change the amount

7    each year as to what Novartis Services is going

8    to pay?

9          A.    I don't think so.

10          Q.    What do they pay per year?

11          A.    I don't know.

12          Q.    Have you ever seen any

13    accounting documents showing an accounting

14    entry for payment by Novartis Services for the

15    space that has Florham Park at Building 105?

16          A.    No.

17          Q.    How did you learn there was an

18    oral agreement?

19          A.    I've asked as their general

20    counsel, "Do you want me to write a document?"

21          Q.    Who has the oral agreement?  Who

22    is it between, which people?

23          A.    Urs Naegelin as CFO and Gary

24    Rosenthal as CFO of Novartis Pharmaceuticals

25    Corporation.

                                              182

1          Wayne Merkelson - Confidential

2          Q.    What other facilities does --

3    Building 105, does Novartis Services and

4    Novartis Corp. have access to?

5                MR. FITZPATRICK:   Objection as

6    to form.

                    Page 164

Merkeson ASCII - 9-27-05

7          Q.      Do you know if there's -- for

8    instance, are there copy machines?  Are there

9    computers at Novartis Services?

10         A.      No, no, no.  Novartis

11   Corporation has its own copier machines and its

12   own computers and whatnot.  So, no, that's in

13   our offices.  I'm sorry.  I'll speak louder.

14         Q.      So Novartis Services, do they

15   have their own separate computer services

16   company for their computers, or do they use the

17   Novartis Pharmaceutical people to service their

18   computers?

19         A.      There is a service.  And that's

20   one where in many large corporations you'd

21   expect.  The greater concentration of a group,

22   something like IT, you'll take the larger group

23   and then you'll have the services in a

24   cross-services agreement like we have, you'll

25   have that other company render services.  So in

183

1          Wayne Merkelson - Confidential

2    that instance, like in payroll, you know, 130

3    people for 7 or 8,000 payroll, Novartis

4    Pharmaceuticals Corporation does render some IT

5    assistance services.  They may set up the

6    computers and make sure they're running.

7          Q.      And is there any payment that's

8    made by Novartis Services to NPC, Novartis

9    Pharmaceutical, for the IT services?

Merkeson ASCII - 9-27-05

10          A.    Oh, yes.

11          Q.    And where is that documented?

12          A.    This would be -- again, it's an

13  oral agreement as to the billing amount, but

14  it's definitely billed and then paid by

15  Novartis Corporation.

16          Q.    You say "billed."  Is it billed

17  orally, or is it billed in writing?

18          A.    No.   Novartis Pharmaceuticals

19  Corporation would bill that in writing.

20          Q.    And who from Novartis Services

21  pays that bill?

22          A.    Accounting, under Thomas

23  Luscher, would pay the bill.

24          Q.    What other bills are received by

25  Novartis Services from Novartis Pharmaceuticals

                                                184


 1          Wayne Merkelson - Confidential

 2  in connection with that office space in a year?

 3          A.    I can't recall anything else.

 4          Q.    So is there a bill that's

 5  generated from the Novartis Pharmaceuticals for

 6  the lease of the office space, or is that,

 7  again, just orally?  You don't know?

 8          A.    I don't know.

 9          Q.    And Thomas Luscher is the one

10  who would have knowledge of what amounts are

11  paid?

12          A.    True.
                    Page 166

Merkeson ASCII - 9-27-05

13          Q.     He's the accountant at which

14   company?

15          A.     Novartis Corporation, Novartis

16   Finance Corporation.

17          Q.     What about for the space at

18   Florham Park Building 104?  Is there a separate

19   lease for that, or is there, again, some sort

20   of oral agreement?

21          A.     I don't know.

22          Q.     Who would know that?

23          A.     Thomas Luscher would know.

24          Q.     Do you know how much he's paid

25   on a yearly basis for that?

                                                    185

1            Wayne Merkelson - Confidential

2           A.     No.

3           Q.     You said "cross-services

4    agreement."  Is there some written agreement

5    between Novartis Pharmaceutical and Novartis

6    Services other than the operating service

7    agreement, or is that what you're referring to?

8           A.     I think it's the operating

9    services agreement, Exhibit 7, that -- you

10   referred me to that, the services agreement

11   that covers this.

12          Q.     You're saying that covers

13   payments both ways?

14          A.     Yes, it does.  I believe article

15   6 covers that.

                        Page 167

Merkeson ASCII - 9-27-05

16          Q.      And -- okay.  All of the bills

17   then that pass between the parties during a

18   given year are maintained by Novartis Finance

19   Corp. and the respective accounting department

20   at Novartis Pharmaceutical.  Correct?

21          A.      Yeah.  The accounting department

22   in Novartis Corporation and Novartis Finance

23   Corporation has the obligation to keep track of

24   the budget and the billings to Novartis.

25                  MR. WITTELS:  I'd ask for those

186

1           Wayne Merkelson - Confidential

2    bills.  I think they probably were asked for

3    before, but I'd like to see all the bills back

4    and forth between the companies.

5                   MR. FITZPATRICK:  They have

6    either not been asked for, or by agreement

7    aren't being sought.  But it's okay, we'll get

8    them.

9           Q.      Novartis -- when you determine

10   at the end of the year on behalf of Novartis

11   Services how much you're going to bill Novartis

12   Pharmaceutical for the various services that

13   your departments have performed for Novartis

14   Pharmaceutical, do you decide that without any

15   input by Novartis Pharmaceuticals as to how

16   much you're going to charge them?  Correct?

17          A.      They have the opportunity to

18   review the bill and see if it makes sense to

Merkeson ASCII - 9-27-05

19  them in light of what they know, the services
20  that have been rendered to them.  That would be
21  under, again, the CFO.  And, yes, they do have
22  that opportunity.  In fact, in this agreement
23  it kind of indicates they can consider it and
24  get back to us.  Sometimes people have called
25  me up and discussed -- including from

                                                   187


 1          Wayne Merkelson - Confidential
 2  Pharmaceuticals, and said, What's in there, and
 3  I tell them.
 4          Q.     Have you ever changed a bill
 5  that you prepared for Novartis Services that
 6  you sent to Novartis Pharmaceuticals?
 7          A.     To Novartis Pharmaceuticals, no.
 8          Q.     So no one has ever questioned a
 9  bill enough to ask you on behalf of Novartis
10  Services to change the amount that you charged
11  them for services?
12          A.     From Novartis Pharmaceuticals
13  Corporation, no.
14          Q.     And you don't tell them -- you
15  don't tell Novartis Pharmaceuticals in advance
16  how much you're going to bill them.  You just
17  decide that at the end of the year.  Correct?
18          A.     It is discussed at the beginning
19  of the year, actually, during budgets, so there
20  is a budget mechanism.  We do have -- people
21  have a sense of what's going on, for example,
                        Page 169

Merkeson ASCII - 9-27-05

22  what services are likely to be rendered or not.

23  And so there is a sense -- people have a sense

24  of what they're -- you know, more or less the

25  conversation is, Is it going to change much

188

1               Wayne Merkelson - Confidential

2  next year, Is it going up, Are the costs going

3  up, What's going on, so that their budget

4  system, people can budget appropriately.

5               These are arm's length billings

6  and so they -- people want to know.  They have

7  a budget, they have to keep track of their

8  stuff.  So, yeah, they do ask the question and

9  we do give them a sense.  I see the budget and

10  then I'll say, Looks like it's going to be

11  roughly the same, depending on what services

12  are especially rendered.  You'll know if you

13  ask for something different or new, that it

14  might change.

15          Q.     When you say there's budgeting,

16  what sort of budgeting is done by Novartis

17  Corp. or Novartis Services for Novartis

18  Pharmaceuticals?

19          A.     None is done for them.  We

20  budget for Novartis and Services Corp.

21          Q.     So when you prepare budgets at

22  the beginning of the year for your different

23  departments, do you then -- you would prepare

24  in that budget how much you think that

Page 170

Merkeson ASCII - 9-27-05

25    department might have to spend for Novartis

189

1           Wayne Merkelson - Confidential
2    Pharmaceuticals.  Is that right?
3           A.    Budgeting is generally done in
4    the August/September/October time frame,
5    finalizing towards November.  So it's not the
6    beginning of the year.  Okay?  We -- in
7    Novartis Services, Novartis Finance
8    Corporation, Novartis Corporation, we budget
9    for our company.  For people at Novartis
10   Pharmaceuticals Corporation as an example or
11   some of the other companies, Gerber's as an
12   example, they prepare their own budget.  They
13   will call up and say, You've performed services
14   this year, you're going to send us a bill.  Is
15   it going to be dramatically different from last
16   year and what does it look like the next year.
17   And we'll consider based on what we've spent
18   during the year and what's gone on and give
19   them an estimate and suggest that, yes, it
20   should be much the same and, yes, some of the
21   billed services are changing.
22          Q.    So are you saying that the
23   departments for Novartis Services fairly
24   consistently bill the same amount year after
25   year to Novartis Pharmaceuticals?

Merkeson ASCII - 9-27-05

```
 1              Wayne Merkelson - Confidential
 2         A.    Well, let me point out to you
 3    that the departments that bill are security and
 4    aviation that we talked about; internal audit;
 5    health, safety and environment; and the
 6    Washington D.C. group.
 7         Q.    Okay.
 8         A.    Those services do vary depending
 9    on, for example, what legislation is going on,
10    depending on what airplane usage is going on,
11    depending on what security matter may be looked
12    at, depending on what health, safety and
13    environment matters may come up.  So there is
14    some variance.  And like I said to you, in a
15    given year, theoretically Novartis
16    Pharmaceuticals Corporation, which is, of
17    course, our largest corporation, huge
18    corporation certainly, you would expect they
19    would get a large bill, as they would use a lot
20    of services.  But in fact they may not because
21    they have so large a group themselves they may
22    not always necessarily use all the services and
23    another company may need more.
24                Because the airplane is such a
25    large item and because Novartis Services and
```

191

```
 1              Wayne Merkelson - Confidential
```

Page 172

Merkeson ASCII - 9-27-05

2  Novartis Tapaj are the only companies with

3  airplanes, that tends to overshadow and may

4  explain why -- Novartis Pharmaceuticals, which

5  has a heavy use of the airplane, why they might

6  pay more.

7          But if you took that aside and

8  then just took the actual services of the rest

9  of the service functions that are billed, they

10 may not be the largest user at all and they may

11 not get the largest bill.

12         Q.    How much did Novartis pay to

13 Novartis Services in 2004 under the operating

14 agreement?

15         A.    Including Tapaj, they paid about

16 $18 million.  That's not including the patent

17 and trademark department.  I don't do that

18 billing.  I don't know what that is.

19         Q.    Who does that?

20         A.    That's done by the patent and

21 trademark people.

22         Q.    And who heads that?

23         A.    That's Richard Gearhart.

24         (Witness and counsel conferring.)

25         Q.    Do you want to change your

                                              192

1          Wayne Merkelson - Confidential

2  answer after --

3          A.    No.

4          Q.    -- talking to your counsel?

                    Page 173

Merkeson ASCII - 9-27-05

5    Okay.

6              The companies that are part of

7    the Novartis Services, security, internal

8    audit, HS&E, health, services (sic)

9    environment, these companies have a fairly

10   close working relationship with the people at

11   Novartis Pharmaceutical who they're working

12   with.  Is that correct?

13             MR. WEXLER:  Objection to form.

14             MR. FITZPATRICK:  Can we hear

15   that back?

16        (Record read.)

17             MR. FITZPATRICK:  Objection as

18   to form.

19        A.    Yeah.   The question is

20   relatively inaccurate, worded in inaccurate

21   words.  You used the words health safety (sic).

22   I'm sorry.  It's so -- I can't give an answer

23   based on the question as asked.  If you could

24   rephrase or restate it, please?

25        Q.    The companies that do work for

                                              193

1              Wayne Merkelson - Confidential

2    Novartis that are -- strike that.

3              The departments at Novartis

4    Services that do work for Novartis

5    Pharmaceuticals, are these -- the heads of

6    these departments communicating on a regular

7    basis with the different departments at

                    Page 174

Merkeson ASCII - 9-27-05

8   Pharmaceuticals who they might be doing work

9   for?

10          A.    As well as -- yes, and as well

11   as other Novartis entities that they may do

12   work for, of course.

13          Q.    So there's an information flow

14   back and forth between these companies as to

15   work that might be needed by Pharmaceuticals,

16   work that Novartis Services might decide they

17   want to do for Novartis Pharmaceuticals.

18   Correct?

19          A.    Within their areas, yes.

20          Q.    And the company has its own

21   intranet e-mail.  Am I right?  Within the

22   company, you can e-mail back and forth between

23   Novartis -- between the Novartis country group

24   and groups and Novartis Pharmaceuticals.

25   Correct?

194

1          Wayne Merkelson - Confidential

2                MR. FITZPATRICK:  I'm going to

3   object as to form and ask that the question be

4   read back.

5          (Record read.)

6                MR. FITZPATRICK:  I think you

7   need to define what "company" is.

8          Q.    Well, am I right that Novartis

9   Services is part of a larger Novartis intranet

10   service?  Correct?

                    Merkeson ASCII - 9-27-05
11          A.    Okay.  Each company has an

12   intranet page, intranet data system.  I believe

13   there is an IT group who services that, what

14   you call network.  So the answer is, there is a

15   way to communicate by e-mail among the Novartis

16   legal entities, across legal entities,

17   affiliates if you will, yes.

18          Q.    So you can just e-mail within

19   the company that outsiders cannot see, from

20   Novartis Services to Novartis Pharmaceutical

21   people.  Correct?

22          A.    I really don't know.  I

23   apologize.  I'm not a technical person in that

24   regard.  I don't know the answer to that.

25          Q.    Do you ever get e-mails from

                                                    195


1            Wayne Merkelson - Confidential

2    Novartis Pharmaceutical people?

3           A.    Oh, yeah.

4           Q.    And you e-mail them back.

5    Correct?

6           A.    I do.

7           Q.    And who is maintaining the

8    intranet organization --

9           A.    The server.

10          Q.    -- or technology?

11          A.    I don't know.

12          Q.    Does Novartis -- do Novartis

13   corporate officers get involved in the

                    Page 176

Merkeson ASCII - 9-27-05
14    budgeting for Novartis Pharmaceutical?

15            A.      Definitely not.

16            Q.      Do the Novartis Corporation

17    board members who are also on the board of

18    Novartis Pharmaceuticals get involved in

19    budgeting decisions for Novartis

20    Pharmaceuticals?

21            A.      Okay.  I'm going to answer the

22    question.

23            Q.      You need to look at the

24    document?

25            A.      No.  The board members in any

196

1             Wayne Merkelson - Confidential
2     company approve the budget that their operating

3     company proposes to the board.  So when an

4     operating group of people put together a

5     budget, like the CFO or the CEO of a company

6     put together their budget, they have a plan,

7     they have a budget, they propose it to their

8     board of directors.  The board of directors

9     members do review it and then would approve the

10    budget.  They may not approve the budget or

11    they may suggest changes to the budget.  Does

12    that answer your question?

13            Q.      So the Novartis corporate -- the

14    Novartis board members or officers who are also

15    part of the Novartis Pharmaceuticals board,

16    Barnett, Breu --

Merkeson ASCII - 9-27-05

17          A.    No, no.  Dr. Breu is not a

18  Novartis Corporation employee or officer.

19          Q.    Isn't he on the board of

20  Novartis Corporation?

21          A.    Yes.  Oh, you're saying the

22  common board members.

23          Q.    Yes.

24          A.    There are two, three.

25          Q.    Yes.  You have three board

197

1          Wayne Merkelson - Confidential

2  members from Novartis Corporation, Ebeling,

3  Barnett and Breu, as well as an officer of

4  Novartis Corporation who sit on the Novartis

5  Pharmaceuticals board.  Correct?

6          A.    That's correct.

7          Q.    And these four people who work

8  on the Novartis Corporation who are affiliated

9  as either board members or an officer in

10  Novartis Corporation approve budgets of

11  Novartis Pharmaceuticals.  Correct?

12          A.    On submission from Novartis

13  Pharmaceuticals as a board member of Novartis

14  Pharmaceuticals, they would consider and

15  approve or disapprove of the budget.

16          Q.    Are you aware of what input

17  Mr. Ebeling has had into any of the operations

18  of Novartis Pharmaceuticals?

19          A.    I really am not.

Merkeson ASCII - 9-27-05
20        Q.    Do you know what role he plays
21  in deciding where Novartis Pharmaceuticals is
22  going to go in terms of its strategies and drug
23  sales, drug planning?
24        A.    I am not.  I'm just not aware of
25  it.

198

1          Wayne Merkelson - Confidential
2          Q.    When -- who made the decision
3  that Novartis Pharmaceuticals would purchase
4  Novartis Ophthalmics?  How was that decided?
5          A.    I will, of course, state what I
6  know to tell you.  Mr. Costa and someone who
7  works in Novartis Pharmaceuticals Corporation
8  believed that the products sold by Novartis
9  Ophthalmics were more closely aligned --
10  because they're prescription products, they're
11  more closely aligned with the Pharmaceuticals
12  business.  They suggested to Mr. Barnett and I
13  believe to the board members of Novartis
14  Corporation or Novartis Finance Corporation, so
15  maybe Dr. Breu, that that business was more
16  closely aligned with Pharmaceutical.
17              It was agreed -- it was looked
18  into, it was agreed, and then the Novartis
19  Finance Corporation agreed to sell the stock of
20  Novartis Ophthalmics to Novartis
21  Pharmaceuticals Corporation.
22                  At the same time that action was

Page 179

Merkeson ASCII - 9-27-05

23    taken, it was looked at and realized that the

24    affiliation holding of Novartis Pharmaceuticals

25    Corporation of Ciba Vision Corporation was not

199

1            Wayne Merkelson - Confidential

2    really related because Ciba Vision Corporation

3    was more of a device company.  They didn't sell

4    prescriptions.  They sell contact lenses.  So

5    it was decided that was not affiliated and

6    Novartis Pharmaceuticals suggested that they

7    sell that company back to Novartis Finance

8    Corporation, and again it was looked at and it

9    was agreed by the board and we purchased it.

10           Q.    So when you say "agreed by the

11   board," agreed by the board of Novartis Corp.,

12   or agreed by Novartis Services?

13           A.    Finance Corp. agreed to it.

14           Q.    So would there be minutes of

15   Novartis Finance Corp. which reflected

16   discussions with Novartis Pharmaceutical people

17   about sales back and forth and purchases of

18   Novartis Ophthalmics?

19               THE WITNESS:  Can I ask my

20   counsel --

21               MR. PACE:  We provided them with

22   any reference in the minutes of Finance to

23   Pharma within the relevant time period, I think

24   beginning of 2001.

25           A.    So, yes.  The answer is you've

Page 180

Merkeson ASCII - 9-27-05

```
 1              Wayne Merkelson - Confidential
 2    been provided that in the minutes.
 3              Q.    You didn't give us the minutes.
 4    You gave us resolutions.
 5              A.    Those are the minutes.
 6              MR. PACE:  If there was a
 7    reference in the minutes, you got the minutes.
 8    If there's --
 9              A.    That is the minutes.  I believe
10    I wrote them, so it is in the minutes.
11              Q.    I don't want to tell you your
12    business here.  So why don't we --
13              (Plaintiffs' Merkelson Exhibits
14    11 through 14:  Marked for identification.)
15              MR. FITZPATRICK:  I think -- we
16    had a little confusion as to the exhibits, I
17    think, because Exhibit 10 is a document that I
18    thought was a list of the employees of what
19    we've been calling the country organization
20    companies and it turns out it's not.  So I was
21    mistaken.
22              Q.    Can you show -- before you go
23    back -- just to clear this up on Exhibit 10,
24    this list, are all these employees -- Novartis
25    Corp., Novartis Services or Novartis Finance
```

Merkeson ASCII - 9-27-05

1              Wayne Merkelson - Confidential
2    employees current or ex?
3              A.    I believe that all the Finance
4    and corporate employees are correctly stated
5    here.  I don't know what the CSV stands for,
6    and don't recognize so many of the names that
7    might be CIB that I'm uncomfortable; I wouldn't
8    know all the intellectual property people.  So
9    I don't know if that's completely accurate.
10             Q.    This is Exhibit 10 you're
11   looking at?
12             A.    I don't believe it's -- I don't
13   believe that this is accurate, to state that
14   they refer to CSV as Novartis Services
15   employees.  I believe it's not accurate.
16             Q.    The Novartis intellectual
17   property employees, are they all lawyers who
18   work at 104, Building 104?  Are there other --
19             A.    I believe in the patent area --
20   you can be a patent agent and not necessarily a
21   licensed attorney to work in patents.  Also
22   there are legal assistants, paralegals and many
23   other professionals who work with intellectual
24   property who are not attorneys.
25             Q.    And are they in a common space

                                                    202


1              Wayne Merkelson - Confidential
2    at Building 104 with Novartis Pharmaceuticals,
3    or are they in a separate space?  How does that

Merkeson ASCII - 9-27-05

 4    work?

 5              A.      They have a separate department.

 6    There's a door.  And it's a whole department

 7    and it's in a separate section of the

 8    building -- 55 people is a lot of people --

 9    including offices and workstations and a larger

10    space.

11              Q.      Now, are they doing the patent

12    work and intellectual property work for

13    Novartis Pharmaceuticals?

14              A.      Among other things, they do the

15    patent, the intellectual property work for

16    Novartis Pharmaceuticals.

17              Q.      Does Novartis Pharmaceuticals

18    have its own patent department?

19              A.      No.

20              Q.      Does it have its own

21    intellectual property department?

22              A.      No.

23              Q.      So all of the patent and

24    intellectual property questions that come up

25    are done by Novartis Services employees,

                                                            203

 1              Wayne Merkelson - Confidential

 2    correct, for Novartis Pharmaceuticals.

 3    Correct?

 4              A.      Yes.  If Novartis

 5    Pharmaceuticals people have intellectual

 6    property questions, they would go to Novartis

Merkeson ASCII - 9-27-05

7   Services people or presumably maybe to outside

8   counsel.  They wouldn't come, for example, to

9   Novartis Corporation or Novartis Finance

10  Company.  They'd go to that --

11          Q.    To Novartis Services?

12          A.    To Novartis Services.

13          Q.    Who is the head of Novartis

14  Services' patent and intellectual property

15  group?

16          A.    That would be Richard Gearhart.

17          Q.    He's not on this 2004 listing

18  from Exhibit 2.  Correct?

19          A.    Let's see.  I believe that he

20  is.  Exhibit 3C.

21          Q.    Okay.  How much is paid -- how

22  much was paid in 2004 by Novartis

23  Pharmaceuticals for intellectual property and

24  patent issues?

25          A.    I said I have no idea.  It's

                                                        204

1           Wayne Merkelson - Confidential

2   billed and handled by Richard Gearhart and his

3   team.

4           Q.    So he would have a record of how

5   much he billed for that year to Novartis

6   Pharmaceuticals?

7           A.    Yes.

8           Q.    Do you have any idea?  Is it

9   more than a million dollars for 2004?

Merkeson ASCII - 9-27-05

10          A.    It would be more than a million

11   dollars, yes.

12          Q.    Would it be more than $5

13   million?

14          A.    I don't know.

15          MR. WITTELS:   I ask for that

16   record, counsel, for how much was billed by the

17   intellectual property/patent department,

18   called -- what's it called -- called corporate

19   intellectual property, to Novartis

20   Pharmaceuticals for 2004 and earlier, and if

21   there's any bill yet, I'd ask for that.

22          MR. PACE:   Just for the record,

23   this too, like all the other services charged

24   for, we've discussed at length during the meet

25   and confer.   To the extent you're propounding

                                                    205

1          Wayne Merkelson - Confidential

2    new requests, we'll take them under advisement.

3          Q.    While you have that Exhibit 3 in

4    front of you, where you just looked at the head

5    of the corporate intellectual property, the

6    2003 document, 3C -- do you have that?

7          A.    Uh-huh, yes.

8          Q.    What services, if any, does

9    public affairs provide, headed here by Brenda

10   Blanchard, to Novartis Pharmaceutical?

11          A.    Brenda Blanchard is in the

12   Washington D.C. office of Novartis Services,

Merkeson ASCII - 9-27-05

13  Inc. and with Jim Elkin, also in the Washington

14  D.C. office, they deal with government and

15  regulatory agencies.  They may -- Novartis

16  Pharmaceuticals Corporation has their own

17  employees in Washington, D.C. who deal with the

18  government and regulatory agencies.  So I don't

19  know if they rendered any particular service

20  for them in the last two years that would have

21  been billed.

22          Q.    Do you know if they did any --

23  provided any services that they didn't bill for

24  in terms of the other types, not -- you don't

25  use the word "services," but in the other

206

1          Wayne Merkelson - Confidential

2  capacities?

3          A.    They may have performed services

4  for other affiliates in those years more than

5  Novartis Pharmaceuticals Corporation because

6  Novartis Pharmaceuticals Corporation has their

7  own staff down in Washington, D.C.  So they may

8  not have.  But I say "may" because there may

9  have been some incidental things that they may

10  have done that we didn't bill for, you know,

11  within a particular meeting or --

12              MR. FITZPATRICK:  Are you

13  speculating now?

14              THE WITNESS:  No, no.

15              MR. FITZPATRICK:  I mean --

Merkeson ASCII - 9-27-05

16              THE WITNESS:  I had the

17    discussion with Jim and with Brenda as to what

18    they did.  We decided it was so de minimus we

19    didn't want to bill for it, so I'm kind of

20    explaining that.

21              Q.    A discussion in the past year or

22    two when you were deciding what to bill?

23              A.    Yes.

24              Q.    What do you remember Brenda and

25    Jim telling you they did for Pharma, if

                                                          207

1              Wayne Merkelson - Confidential

2    anything?

3              A.    They may have had meetings with

4    government agencies where they were

5    representing Sandoz, Inc., the generic company,

6    but Pharmaceutical matters also came up and the

7    prescription industry.  So they have worked on

8    what you would refer to as "lobbying work"

9    where that also came up for Pharmaceuticals,

10    but it was so de minimus that it wasn't billed.

11              Q.    In prior years before 2002 or

12    2003 and before, do you know if there was

13    billing by either of these groups, public

14    affairs, government relations, for work

15    provided to Pharmaceuticals?

16              A.    I cannot recall.

17              Q.    What is -- on this 3C, list of

18    the -- of Novartis group, you have another

Merkeson ASCII - 9-27-05

19    corporate intellectual person, Tom Hoxie.  Is

20    that person in a separate group from Richard

21    Gearhart?

22           A.    Tom Hoxie managed intellectual

23    property litigation.  So -- he was not a report

24    to Richard Gearhart, but a report to Terry

25    Barnett, so he was listed separately there.


                                                        208


1           Wayne Merkelson - Confidential

2           Q.    Does the intellectual

3    property -- corporate intellectual property

4    group decide which products might need patent

5    protection or intellectual property protection

6    and advise Novartis Pharmaceuticals of that

7    during the year?

8           A.    That question is -- I think I

9    understand the question.  And the answer to

10    your question is -- I'll just say is yes.

11          Q.    So -- okay.

12          (Record read.)

13          Q.    And by "intellectual property,"

14    I was talking, of course, about the Novartis

15    Services intellectual property group.  Correct?

16    You understood that?

17          A.    Yes.

18          Q.    Okay.  Does the Novartis

19    Services public affairs and communications

20    department provide work for Novartis

21    Pharmaceuticals?

Merkeson ASCII - 9-27-05

22          A.     No.   Actually, that is more for

23   public announcements and public things that we

24   would have where we also have to send a

25   regulatory notice to the SEC or where Novartis

209

1                Wayne Merkelson - Confidential

2    AG might make a public announcement and they

3    ask us to disseminate it in the United States,

4    so we perform a service for Novartis AG in

5    public communications.  We may also do a

6    communication itself of Novartis Corporation,

7    you know, we've bought or sold something, or

8    Novartis Finance Corporation, we've bought or

9    sold something.  That's the kind of thing that

10   they get involved in.

11               They don't do, to my knowledge,

12   anything -- and, by the way, it's not a billed

13   service.  None of -- I mentioned the services

14   that were done and that wasn't one of them.

15   That's not a billed service to Novartis

16   Pharmaceuticals Corporation at all.

17          Q.     So this public affairs is

18   something that you would be providing, "you"

19   being Novartis Services, would be providing.

20   Is that Novartis Services or Novartis Corp.?

21          A.     That's Novartis Finance Corp.

22          Q.     So Novartis Finance Corp. is

23   providing a service to its parent company in

24   Switzerland, the Novartis AG or the Novartis

Merkeson ASCII - 9-27-05

25    International.   Correct?


210


1              Wayne Merkelson - Confidential
2              A.      It's more of a kind of a reverse
3    stewardship.  You must make announcements.  The
4    SEC requires that you put out announcements
5    timely and appropriately in the United States,
6    and so Novartis AG retains Novartis Finance
7    Corporation in investor relations and in public
8    affairs and communications to make sure to get
9    out the necessary data to the public and to
10   make sure the announcements are properly
11   disseminated.
12             Q.      Julie Kane was in health,
13   safety, environment until recently at Novartis
14   Services.  Is that right?
15             A.      She was.  She personally had
16   been in Novartis Finance Corporation, but her
17   team was in Novartis Services, and then the
18   Novartis Services team in health, safety,
19   environment does bill for services.
20             Q.      And what would they do?  What
21   sort of things?
22             A.      You asked that question a while
23   ago.  If you go back to the record, I'm sure we
24   can read it back.
25             Q.      Did -- the things that Julie

Merkeson ASCII - 9-27-05

```
 1            Wayne Merkelson - Confidential
 2   Kane was doing at Novartis Services while she
 3   was employed by Novartis Finance, she was doing
 4   on site at Novartis Pharmaceuticals for them?
 5            A.    Step back.  We -- to my
 6   knowledge, if you're a service provider --
 7   Julie Kane is a lawyer by trade.  If you're a
 8   service provider, you may attend meetings at
 9   your client's offices, if you do work for them,
10   you might.  But her offices were in New York
11   and of course most of the time she performed
12   her services in New York.
13            Q.    Do you know how often she used
14   to go to New Jersey?
15            A.    No, I don't know.  I don't know.
16            Q.    The finance, treasury, investor
17   relations department that in 2003 was headed by
18   Urs Naegelin --
19            A.    Not a billed service.
20            Q.    -- what work was performed for
21   Novartis Pharmaceuticals by that group?
22            A.    To that extent, that group acts
23   as the bank for the group.  So they make loans
24   or arrange them, whether it's from Novartis
25   Corporation on Novartis Finance Corporation,
```

```
 1            Wayne Merkelson - Confidential
```

Merkeson ASCII - 9-27-05

2  and collect interest on an arm's-length basis

3  from any of the companies that needed working

4  capital or long-term money.  So we also would

5  determine as an investor how much capital to

6  put in the company so that each of our

7  companies are properly capitalized, have

8  adequate resources to meet their needs cash

9  flow wise.  And that's the principal work that

10  they did in the -- in that area of finance.

11       Q.     So did Urs Naegelin and his

12  group decide whether Novartis Pharmaceuticals

13  was properly capitalized and whether it might

14  need infusions of capital and loans?

15       A.     Once a year we look at the

16  capitalization of a company to determine if we

17  wish to add to their capital, and then

18  occasionally, if there's a major acquisition or

19  some other major thing going on, we'll look

20  again to see if they need additional capital,

21  and, if necessary, we'll make a contribution of

22  capital, as you have in your minutes you gave

23  me here in Exhibit 11.

24             And also we'll look -- many

25  times the companies will come to us to borrow

213

1             Wayne Merkelson - Confidential

2  money.  They decide if they want to do long

3  term or short term.  And we'll evaluate it and

4  offer rates at the long-term rate and

Page 192

Merkeson ASCII - 9-27-05
5    short-term rate.  They'll set up their loans
6    with us.  Their CFOs will discuss what their
7    capital needs are and we'll make sure that
8    they're adequately capitalized as a shareholder
9    and as an investor in the company.
10              Q.    So in terms of the operations of
11   Novartis Pharmaceutical, with Mr. Naegelin as a
12   board member of Novartis Pharmaceutical and
13   also an officer of Novartis Finance.  Is that
14   right?
15              A.    That's right.
16              Q.    He would be making a
17   determination as to whether, on a yearly basis,
18   Novartis Pharmaceuticals needed capital.  And
19   you said, in fact, Exhibit 11 shows what?  A
20   loan infusion that year?
21              MR. WEXLER:  Objection to form.
22              MR. FITZPATRICK:  Your form is
23   just --
24              Q.    Am I right that -- describe
25   what -- let me see Exhibit 11, because I don't

                                              214


1              Wayne Merkelson - Confidential
2    have a copy.
3              Counsel just gave us 11, 12, 13
4    and 14, which are the minutes.  These are
5    minutes that you pulled, I guess during lunch,
6    in response to our question about
7    capitalization, or minutes from Novartis
                    Page 193

Merkeson ASCII - 9-27-05

8   Finance showing transactions with Novartis

9   Pharmaceuticals.  Is that right?

10              MR. PACE:  Yes.

11              MR. FITZPATRICK:  That's right.

12      A.      That is correct.

13      Q.      And Plaintiffs' Exhibit 11 shows

14   that Novartis Finance Corporation decided to

15   contribute $1 billion to the capital of

16   Novartis Pharmaceuticals Corporation on or

17   about July 23rd of '05.  Is that correct?

18      A.      That's correct.

19      Q.      And that decision, that Novartis

20   Pharmaceuticals needed a billion dollars of

21   capital contribution, is something that was

22   decided by Novartis Finance Corp.  Is that

23   correct?

24      A.      Upon request of Novartis

25   Pharmaceuticals Corp., Novartis Finance Corp.

215

1              Wayne Merkelson - Confidential

2   evaluated their debt and equity position and

3   determined that they needed additional equity

4   and contributed a billion dollars to the equity

5   of the company as an investor.

6       Q.      Did you also say before that

7   Novartis Finance Corporation evaluates on a

8   yearly basis whether companies who are its

9   subsidiaries need capital infusions or not for

10   operating capital?

Page 194

Merkeson ASCII - 9-27-05

11    A.    Correct.  We look at their

12    capitalization once a year.

13        Q.    So do you have -- at Novartis

14    Corp., do you do meetings where you go over the

15    budgets of the different subsidiary companies,

16    including Novartis Pharmaceuticals?

17        A.    No.  They submit a working

18    capital plan for the year, each company showing

19    what their working capital would be at each

20    month of the year.  On their estimates and on

21    the basis of their working capital, we evaluate

22    whether or not they need capital as a capital

23    contribution or as loans.

24        Q.    So when you say "we," you're

25    talking about Novartis Finance and/or Novartis

216

1        Wayne Merkelson - Confidential

2    Services, or Novartis Finance?

3        A.    Novartis Finance only.  And I'm

4    speaking -- referring, when I say "we," to Ken

5    Schuster, myself, Carl Briscoe and Urs

6    Naegelin.

7        Q.    So you four at Novartis Finance

8    Corp. will look at the operating plans that are

9    submitted to you by Novartis Pharmaceutical?

10       A.    No.

11       Q.    The budgeting plans?

12       A.    No.

13       Q.    What documents do you look at

Page 195

Merkeson ASCII - 9-27-05

14    when you're determining whether --

15            A.    Their working capital estimates

16    for the following year.

17            Q.    Okay.  And how often do you get

18    their working capital estimates, you at

19    Novartis Finance Corp.?

20            A.    I don't get it.  Carl Briscoe

21    gets it.

22            Q.    What's his position at Novartis

23    Finance?

24            A.    He's assistant treasurer.  Not

25    an officer.

217

 1            Wayne Merkelson - Confidential

 2            Q.    And he's under Urs Naegelin?

 3            A.    He works for Ken Schuster, the

 4    treasurer.

 5            Q.    So these gentlemen get the

 6    working capital estimates from Novartis

 7    Pharmaceutical and you have an evaluation by

 8    the treasurer and the finance person,

 9    Mr. Naegelin, and then they have a meeting with

10    you and you decide whether Novartis

11    Pharmaceutical needs additional working

12    capital.  Correct?

13            A.    No, not -- that they need a

14    capital infusion, not working capital.

15            Q.    A capital infusion provides

16    capital so that you can have working capital.

Page 196

Merkeson ASCII - 9-27-05

17    Correct?  Is that correct?

18         A.    Not necessarily.

19         Q.    Okay.  Well, I mean, if you take

20    money as capital and you infuse it into a

21    company, that could provide working capital so

22    the business can operate.  Correct?

23         A.    It could.

24         Q.    Okay.  When you have these

25    meetings about deciding whether Novartis

                                                      218

1              Wayne Merkelson - Confidential

2    Pharmaceutical should have additional working

3    capital put into it, do you have meetings where

4    there's minutes kept or where you keep notes of

5    the meetings in deciding what to do in terms of

6    adding working capital?

7         A.    I take some notes on a chart of

8    their debt, their equity and their cash flow,

9    their debt-to-equity ratio, and on that basis

10   we make our decisions and our recommendations,

11   including, if we want, companies -- if we ask

12   companies to pay dividends to us.

13             We make our recommendations and

14   then we go back to the companies and inform

15   them that we recommend they pay a dividend or

16   we recommend they accept a contribution of

17   capital or we suggest they take long-term or

18   short-term debt as they choose, and then they

19   come back to us and tell us what they want to

Merkeson ASCII - 9-27-05

20  do.  We don't agree or disagree and then we

21  implement it with this kind of documentation

22  that you see.

23          MR. WITTELS:  Off the record.

24          (Discussion off the record.)

25          Q.    What other loans were made,

219

1          Wayne Merkelson - Confidential

2  looking at 12, 13, 14, from the minutes in

3  terms of monies to Novartis Pharmaceuticals

4  during the past few years by Novartis Finance?

5  This is 14.

6          A.    I don't recollect.  There is a

7  commercial paper program which is the working

8  capital program; that's short-term loans,

9  short-term kind of day-to-day money.  I don't

10  believe that's in the minutes, looking at the

11  minutes.  I don't believe any other long-term

12  loans remain by Novartis Finance Corporation to

13  Novartis Pharmaceuticals Corporation from

14  Novartis Finance Corporation.

15          Q.    You said they're short-term

16  loans.

17          A.    There is a commercial paper

18  program between Novartis Finance Corporation

19  and all of the American -- U.S. operating

20  companies in which they make short-term --

21  basically it's commercial paper backed loans to

22  the affiliates.

Merkeson ASCII - 9-27-05

23          Q.     Is that mentioned in any of the
24   minutes?
25          A.     Maybe from seven, eight years

                                                    220

1               Wayne Merkelson - Confidential
2    ago.  Not current.
3          Q.     Okay.
4                 MR. WITTELS:  I would ask,
5    counsel, that you produce the financial records
6    that were provided to Novartis Finance on a
7    yearly basis, as well as any records
8    reflecting -- other than the final records, the
9    minutes, but any records before that in which
10   Novartis Finance decided to authorize the loan
11   of the billion dollars to Novartis
12   Pharmaceuticals.
13                THE WITNESS:  There was no loan
14   for a billion dollars.
15                MR. FITZPATRICK:  There was no
16   loan.
17          Q.     What was the transaction?
18                MR. WITTELS:  Excuse me.  Of
19   working capital, infusion of working capital.
20   Sorry.  I'm talking about the working capital
21   infusion.
22                MR. FITZPATRICK:  I'll take it
23   under consideration.
24          Q.     Are -- how often does the
25   Novartis Pharmaceuticals board meet?

Merkeson ASCII - 9-27-05

221

1              Wayne Merkelson - Confidential
2         A.    I don't know.
3         Q.    How often does the Novartis
4    Corporation board meet?
5         A.    I believe three times a year.
6         Q.    And where does it meet?
7         A.    I believe in New York City.
8         Q.    Does it ever meet in New Jersey?
9         A.    I don't know.
10        Q.    And how often does Novartis
11   Finance Corp. have board of directors'
12   meetings?
13        A.    Mostly we operate with unanimous
14   consents or telephone meetings.  We rarely have
15   an active board meeting.
16        Q.    And you mentioned there were
17   three Novartis Corp. employees in New Jersey.
18   Who are those again?
19        A.    Keith Boudreau.
20        Q.    Those are the human resources
21   people?  No, I'm sorry.
22        A.    Tax and insurance.  And their
23   secretary.
24        Q.    Just name them again, I'm sorry,
25   the three people who were working for Novartis

222

Page 200

Merkeson ASCII - 9-27-05

1          Wayne Merkelson - Confidential

2    Corp. in New Jersey.  Boudreau?

3          A.    Marianne Francisco and Marinell

4    Sullivan.

5                MR. WITTELS:  Let's take a

6    break.

7          (A recess was taken from 5:42 p.m.

8    to 5:49 p.m.)

9          Q.    Looking at Exhibit 5, a list of

10   Novartis Pharmaceuticals' board of directors,

11   do you know if any of these --

12         A.    I'm getting there.  Go ahead.

13         Q.    Do you know if any of these

14   directors who are also board members of

15   Novartis Corporation, Ebeling, Barnett or Breu,

16   or Naegelin as a Novartis Corp. officer, are on

17   any committees of Novartis Pharmaceutical?

18         A.    They are not.

19         Q.    Is Paulo Costa on any committees

20   of any of the Novartis Services, Novartis

21   Finance or Novartis Corporation?

22         A.    No.

23         Q.    Were -- okay.  Do you know if

24   Ebeling, Barnett, Breu or Naegelin participated

25   in business-making decisions at Novartis

                                              223

1          Wayne Merkelson - Confidential

2    Pharmaceuticals during the year?

3          A.    That were not done at the board

                    Page 201

Merkeson ASCII - 9-27-05

4    of directors, you mean?

5         Q.    Right.

6         A.    I don't believe so.  No, there

7    would not have been.

8         Q.    Do you know if Thomas Ebeling

9    had ongoing contact with Paolo Costa, the head

10   of Novartis Pharmaceuticals, during the year?

11        A.    I personally don't know it.  I

12   imagine they --

13             MR. FITZPATRICK:  Don't

14   speculate.

15        A.    I don't know it.

16        Q.    So you have no idea then whether

17   they were communicating and talking about

18   strategy and business decisions?

19        A.    I just don't know.

20        Q.    Did -- what purchase decisions

21   did Novartis Pharmaceuticals need to get the

22   permission from Novartis Financing?

23             MR. FITZPATRICK:  If any.

24   Objection as to form.

25        A.    No, no.  The answer to your

                                                    224

1         Wayne Merkelson - Confidential

2    question is none.

3         Q.    What business operations did

4    Novartis Pharmaceuticals Corp. need to gain the

5    permission or authority from Novartis Finance,

6    Novartis Corp. or Novartis Services?
                  Page 202

Merkeson ASCII - 9-27-05

7                MR. WEXLER:   Objection to form.

8         A.    I don't know.

9         Q.    None that you're aware of?

10        A.    None.

11        Q.    Could Novartis Pharmaceuticals

12   unilaterally decide to buy a business without

13   the permission of Novartis Finance Corp. or

14   Novartis Service Corp. or Novartis Corp.?

15        A.    And its board of directors, yes.

16        Q.    You're saying Novartis

17   Pharmaceuticals Corp. could buy a new, separate

18   company without getting the permission of its

19   board?

20        A.    Or even its shareholder.

21        Q.    Is that what you're saying?

22        A.    They need -- the Novartis

23   Pharmaceuticals Corporation needs permission of

24   their board to buy and sell companies.   They do

25   not need the permission of their shareholder to

                                                        225

1             Wayne Merkelson - Confidential

2    buy and sell companies.

3         Q.    How do you know that?

4         A.    Because they have, as all

5    corporations have, articles of incorporation

6    and bylaws, and therefore within those articles

7    of incorporation and bylaws, they have the

8    authority to buy and sell, they have the

9    authority to act.   When they step forward to do
                    Page 203

Merkeson ASCII - 9-27-05

10   that, they may need to borrow money.

11                  MR. FITZPATRICK:  You're

12   speculating.

13                  THE WITNESS:  No, I'm not.

14                  MR. FITZPATRICK:  It's not

15   responsive.

16                  THE WITNESS:  Okay.  That's

17   different.

18                  MR. WITTELS:  Let me mark as

19   Exhibit 15, a one-page document, NCORP 1767,

20   headed -- looks like an e-mail to Maria

21   Gencarelli with the name Kenneth Wagner at the

22   top, 5/25/05.

23                  (Plaintiffs' Merkelson Exhibit 15:

24   Marked for identification.)

25                  Q.    Let me show you what we've

                                                                                  226

1                  Wayne Merkelson - Confidential

2    marked as Plaintiffs' Exhibit 15.  Is this an

3    e-mail or -- do you know what this is?

4                  A.    I actually don't know what it

5    is.

6                  Q.    Okay.  Do you know who Kenneth

7    Wagner is?

8                  A.    No.

9                  Q.    Do you know who Maria Gencarelli

10   is?

11                 A.    No.

12                 Q.    How about Burgess Abu or Abu
                              Page 204

Merkeson ASCII - 9-27-05

13  Small?

14        A.    No, I don't know.

15        Q.    How about Robert Secoli?

16        A.    I believe that Robert Secoli is

17  in record retention management or was in record

18  retention management at Novartis

19  Pharmaceuticals Corporation and arranges record

20  retention for a number of the companies.

21        Q.    Do you know, when it refers to

22  "Q2 Allocation for Services," what that means

23  by looking at the document?

24        A.    Second quarter allocation of

25  services.  Record retention, they're charging

227

1            Wayne Merkelson - Confidential

2   Novartis Corp. corporate and it's going into an

3   account, and then they're also charging

4   Novartis Consumer Health, Inc. for record

5   retention services.  We pay an arm's-length

6   service fee to keep boxes of our records within

7   the Novartis Pharmaceuticals' record retention

8   storage; I believe it's $3 a box per month.

9         Q.    "We" being who?

10        A.    Novartis Finance Corp., Novartis

11  Services and Novartis Corporation.  Depending

12  on how many boxes they have.  We are charged in

13  total for the corporate on a corporate

14  allocation.  Similarly, Novartis Consumer

15  Health.  So I know about the records retention.

Merkeson ASCII - 9-27-05

16    I don't know about -- I don't know what Q2 mail

17    services is.  I don't know what that is.

18          Q.    So where are the records kept?

19          A.    That's embarrassing.  At a

20    warehouse somewhere in New Jersey.

21          Q.    So those records are -- belong

22    to Novartis corporate, as you talked about it?

23          A.    Novartis Corporation, Novartis

24    Services, Novartis Finance Corporation.

25          Q.    The country Novartis.

228

1          Wayne Merkelson - Confidential

2          A.    Uh-huh.

3          Q.    The country organization.  And

4    you pay a fee to Novartis Pharmaceuticals, who

5    is keeping the records?

6          A.    Retaining the records, making

7    sure they're secure, just holding them in the

8    warehouse, but making sure they're secure,

9    being able to locate them.  We can call them

10   back, they come back in a day or two.  And we

11   pay for that service an arm's length fee of $3

12   per box.

13         Q.    And Novartis Pharmaceutical is

14   maintaining all of your stored records.

15   Correct?

16               MR. FITZPATRICK:  Objection as

17   to form.  That's awfully broad.

18         Q.    All the records that go into
                 Page 206

Merkeson ASCII - 9-27-05

19    storage are from Novartis country group?
20         A.    All the ones that we have in
21    Novartis Pharmaceuticals Corporation would be
22    reflected in the billing.  But we don't have to
23    actually use or do use Novartis Pharmaceuticals
24    for record retention.  In fact, we don't only
25    use Novartis Pharmaceuticals for record

229

 1         Wayne Merkelson - Confidential
 2    retention, "we" being Novartis Finance
 3    Corporation, Novartis Services, Inc. and
 4    Novartis Corporation.
 5         Q.    Who would be paying the
 6    insurance at the New Jersey Florham Park
 7    facilities for the building?
 8         A.    Who would be paying for
 9    insurance for the building?  What insurance for
10    the building are you referring to?
11         Q.    For the office space.  Don't you
12    have to maintain insurance at the building?
13         A.    Such as fire and theft?
14         Q.    Sure.
15         A.    Novartis Corporation has the
16    insurance department and Marianne Francisco
17    would work to have the requisite insurance
18    policies in place.  Those policies are then
19    sold back to the different corporations and
20    they would make their payments on their
21    insurance costs.
                    Page 207

Merkeson ASCII - 9-27-05

22      Q.      To Novartis Corp.?

23      A.      No.  It's -- Novartis

24  Corporation would place the insurance, get the

25  policies as the professional in insurance, and

230

1               Wayne Merkelson - Confidential

2   then each of the companies would get their own

3   policies and bills.

4       Q.      So did Novartis Corp. charge a

5   fee to Novartis Pharmaceuticals for placing the

6   insurance as a, quote, professional?

7       A.      We look at the tax and the

8   insurance service within Novartis Corporation

9   as more of a stewardship function than a

10  billable service.  Novartis Finance Corporation

11  pays Novartis Corporation for that work because

12  they're the most -- they own the stock, and

13  Novartis Finance Corporation collects its money

14  from the financing fees, the spread on our cost

15  of capital versus what we loan to the

16  subsidiaries.  So we collect more interest in

17  than we pay out and that covers the costs of

18  operation, including for Marianne Francisco.

19      Q.      As a lender of money to your --

20  to Novartis Pharmaceuticals, for instance, cost

21  of capital, the interest spread is what pays

22  for the non-paying services that you provide at

23  Novartis Services?

24      A.      The things that really relate

Merkeson ASCII - 9-27-05

25    more to stewardship type services than

231

1            Wayne Merkelson - Confidential
2    operating services for which we charge.  We
3    would want our companies to have the best rate
4    on insurance.  By doing it on a group basis, we
5    can get a more favorable rate.  And we would
6    want them to be insured, obviously, since we
7    have a large investment in the company to
8    assure that they are covered.  If something
9    goes wrong, we have that covered.
10           Q.    So Novartis Corp. is obtaining
11    all of the insurance products that Novartis
12    Pharmaceutical needs at its different offices
13    throughout the United States.   Correct?
14           A.    No.   Novartis Pharmaceuticals
15    Corporation has to assure that each of their
16    offices is properly covered and would be
17    covered in the policies.   Novartis Corporation
18    would place the insurance, bidding, obtaining
19    the coverages and assure that their -- and make
20    sure that their affiliates have coverage.
21           Q.    And who at Novartis Corp. is
22    performing that function of placing of
23    insurance?
24           A.    Marianne Francisco.
25           Q.    And she's doing that, you said,

Merkeson ASCII - 9-27-05

232

```
 1            Wayne Merkelson - Confidential
 2   for the affiliates, but she's doing it also for
 3   Novartis Pharmaceuticals and all of its
 4   insurance needs.  Correct?
 5            A.    No.   There's an insurance person
 6   at Novartis Pharmaceuticals who handles the
 7   insurance at Novartis Pharmaceuticals and
 8   Marianne performs the service at Novartis
 9   Corporation.
10            Q.    For Novartis Pharmaceuticals?
11            A.    No, for Novartis Corporation,
12   which is offered in conjunction to all the
13   companies, that they have the central purchase
14   of insurance to keep the rates low.  So we do
15   central purchasing of insurance.  When you say
16   it's for the Novartis Pharmaceuticals
17   Corporation, the Novartis Pharmaceuticals
18   Corporation has their own insurance people.  So
19   effectively Novartis has agreed that they're --
20   that they'll get a better rate by doing it as a
21   group and so they participate in it.  It's a
22   little different to use the terminology you
23   used.
24            Q.    When you say "participate"
25   however, Novartis Corp. is out there, you said,
```

233

```
 1            Wayne Merkelson - Confidential
```

Page 210

Merkeson ASCII - 9-27-05

2  as an expert.  They have the "expertise," you

3  used the term, in insurance.  Correct?

4          A.      The services that we bill for in

5  the services function, they have unique

6  expertise.  In the case of tax or insurance or,

7  for that matter, other functions that are not

8  billed, either -- we're in the central position

9  to do it, not because we have unique expertise.

10  In the case of insurance, we don't happen to

11  have unique expertise.  Novartis

12  Pharmaceuticals Corporation has an insurance

13  department which also has expertise.

14          Q.      How many insurance policies a

15  year does Novartis -- does Novartis Corp. help

16  obtain for Novartis Pharmaceuticals?

17          A.      I don't know the details.

18          Q.      Who would know that?

19          A.      Marianne Francisco.

20          Q.      And she would maintain all of

21  the communications back and forth between her

22  and the Novartis Pharmaceuticals people in

23  terms of obtaining insurance.  Correct?

24          A.      Yes.

25                  MR. WITTELS:  I would request

234

1          Wayne Merkelson - Confidential

2  that information from Pharmaceuticals and

3  Novartis Corp.

4                  MR. FITZPATRICK:  What exactly

Page 211

                        Merkeson ASCII - 9-27-05
5    is the information?

6                    MR. PACE:  Counsel, what

7    information?

8                    MR. WITTELS:  The communications

9    back and forth in terms of obtaining insurance

10   and the insurance policies.

11                   MR. FITZPATRICK:  No.

12                   MR. PACE:  We discussed this in

13   our written responses, and as Wayne just -- the

14   witness has provided additional details.  It's

15   unclear what else you're asking for.

16                   MR. WITTELS:  I'm asking for the

17   backup to see what amount of insurance was

18   placed, what discussions were back and forth,

19   and the communications between the Novartis

20   Corp. and Novartis Pharmaceuticals with respect

21   to insurance.

22                   MR. FITZPATRICK:  You had a lot

23   of time to ask all that.  You had a document

24   request.  You had interrogatories to be served

25   by a certain time.


                                                          235


1              Wayne Merkelson - Confidential

2                    MR. WITTELS:  Counsel --

3                    MR. FITZPATRICK:  Let me finish.

4    I'm not going to go and undertake further

5    discovery at this point.  I won't look for

6    those things.  Where there are discrete things

7    that are easy to get or financial things that

                        Page 212

Merkeson ASCII - 9-27-05

 8   come out of this deposition, that's a different

 9   story.  But I'm not going to just reopen

10   discovery here.

11              MR. WITTELS:  Discovery is not

12   closed, but that's another subject.

13              MR. PACE:  You can check the

14   schedule.

15              MR. FITZPATRICK:  When you can

16   ask interrogatories, when you can serve

17   documents, there's been serious negotiations

18   about it.  You didn't participate in it.  Your

19   partner did.

20              MR. WITTELS:  Counsel, I don't

21   want to muck up the record with it.

22              MR. FITZPATRICK:  But you're

23   telling us what's called for and what's not

24   called for, and you say --

25              MR. WITTELS:  Counsel, can we

                                                    236

 1          Wayne Merkelson - Confidential

 2   talk about it off the record?  It's not germane

 3   to what we're doing now.

 4              MR. FITZPATRICK:  No.  And

 5   everything else we're doing here is germane to

 6   the issues in this case?  You're wasting our

 7   time.  You spent half an hour on some girl who

 8   is a human resources person.

 9              MR. WITTELS:  Can you keep your

10   gratuitous comments to yourself, please?

                Page 213

Merkeson ASCII - 9-27-05
11              MR. FITZPATRICK:  No.
12              MR. WITTELS:  I want the record
13    to reflect that my deposition is being impeded
14    here.  I'm trying to ask my questions and
15    instead I'm getting speeches from defense
16    counsel.
17              MR. FITZPATRICK:  And this is a
18    deposition that's been going on for how long?
19    How much time did you spend talking about
20    totally irrelevant subjects?  Now, fine, I'll
21    shut up.  Please conclude this deposition,
22    because it's not going any more than about half
23    an hour.
24              MR. WITTELS:  Are you finished?
25              MR. FITZPATRICK:  I'm not going

                                                    237


1              Wayne Merkelson - Confidential
2    to answer that.
3         Q.    Does Novartis Corporation
4    prepare any deferred compensation plans for its
5    subsidiaries, including Novartis
6    Pharmaceuticals?
7         A.    I don't know.
8         Q.    What is deferred compensation?
9    Do you know?  Do you know what a deferred
10    compensation plan is?
11         A.    Yes, sir.  Deferred compensation
12    is when compensation isn't paid immediately but
13    is to be paid in the future.
                    Page 214

Merkeson ASCII - 9-27-05

14          Q.      Does Novartis -- who at Novartis

15   Corp. has familiarity with the preparing of

16   deferred compensation plans?

17          A.      Jim Robinson.

18          Q.      So you're not aware of whether

19   Novartis Pharmaceuticals adopted any plans that

20   were prepared by Novartis Corporation with

21   respect to deferred compensation?

22          A.      No, sir.

23          Q.      Do you know, what is a

24   restoration plan?

25          A.      The Novartis restoration plan in

238

1          Wayne Merkelson - Confidential

2   the pension and the 401K restores amounts to

3   employees that are not payable into a qualified

4   plan because they reached the qualified plan

5   limits.  So the excess over the qualified plan

6   limits is funded back to the employee's

7   accounts in the restoration plan.

8                 MR. WITTELS:  Could you read

9   that back?

10         (Record read.)

11         Q.      Do you know if Novartis

12   Corporation prepared restoration plans for

13   Novartis Pharmaceuticals Corporation?

14         A.      I don't know.

15         Q.      Who would know that?

16         A.      Jim Robinson.

Merkeson ASCII - 9-27-05

17          Q.     Are you aware of whether or not

18   Novartis Corporation prepared any disability

19   plans for Novartis Pharmaceutical?

20          A.     No.

21          Q.     Do you know if Novartis

22   Corporation prepares employee benefits plans

23   for its different subsidiaries or affiliate

24   companies?

25          A.     No.


239


1              Wayne Merkelson - Confidential

2          Q.     Is that something Jim Robinson,

3   again, would know?

4          A.     I believe so.

5          Q.     What functions does the human

6   resources department provide at Novartis

7   Corporation?

8          A.     This isn't a billed function.

9   Mostly it's stewardship.  I don't know the

10   details.

11          Q.     Does Novartis -- strike that.

12              MR. WITTELS:  Why don't we take

13   five minutes and I'll sort of probably wrap it

14   up in the next 20 minutes.  All right?

15              MR. FITZPATRICK:  Yeah.

16          (A recess was taken from 6:15 p.m.

17   to 6:25 p.m.)

18          Q.     Does a representative of

19   Novartis Pharmaceuticals appear at all of the

Page 216

Merkeson ASCII - 9-27-05

20    Novartis Corporation board meetings?

21            A.    No.

22            Q.    How often does Novartis

23    Pharmaceutical send someone to the Novartis

24    Corporation board meeting?

25                  MR. WEXLER:  Objection to form.

                                                    240

1                  Wayne Merkelson - Confidential

2                  MR. PACE:  Objection to form.

3    Lack of foundation.

4            A.    I actually don't know if the

5    Novartis Corporation as an investor asks their

6    subsidiaries to make reports on the results of

7    what's going on.  They will attend the board

8    meetings at the request of the board.

9            Q.    Do you know if Novartis

10    Pharmaceuticals has -- either its CEO or other

11    employees have appeared in Novartis Finance

12    board meetings?

13            A.    They have not.

14            Q.    And does Novartis

15    Pharmaceuticals send any representatives or

16    have any of its executives appeared at Novartis

17    Services for the meetings?

18            A.    They have not.

19            Q.    What reports has the CEO of

20    Novartis Pharmaceutical made to the board of

21    Novartis Corp.?

22                  MR. WEXLER:  Objection.  Form.

Merkeson ASCII - 9-27-05
23            MR. PACE:  Objection to form.

24  Lacks foundation.

25            A.    I don't know.


                                              241


 1            Wayne Merkelson - Confidential

 2            Q.    Have you read the minutes of the

 3  board of directors of Novartis Corp. before

 4  today?

 5            A.    I have looked back at the

 6  records of Novartis Corporation to find

 7  officers and directors and read the minutes of

 8  Novartis Finance Corporation and Novartis

 9  Services.

10            Q.    But not the Novartis Corp.

11  minutes?

12            A.    Not every page.

13            Q.    So you don't know what

14  particular issues the CEO, Paulo Costa, would

15  have reported to Novartis Corporation at board

16  meetings.  Correct?

17            A.    Only issues relating to Novartis

18  Corporation as an investor.

19            Q.    You weren't at all these

20  meetings.  Correct?

21            A.    I've been at none of the

22  meetings.

23            Q.    None of the Novartis Corp.

24  meetings?

25            A.    Not one since 1997.

                        Page 218

Merkeson ASCII - 9-27-05

242

1              Wayne Merkelson - Confidential
2                   MR. WITTELS:   Let me just mark
3      as the next number, the "Novartis Corporation
4      Meeting of the Board of Directors" from March
5      '04; June, 23, '04; November '04, Bates stamped
6      NCORP 1567 to 1583.  And March 16th, '05.
7      Sorry.  Four dates.
8                   MR. PACE:   Just for the record,
9      they weren't produced as one document, and
10     you're treating them for purposes of this
11     deposition as one document, but that's fine.
12                  (Plaintiffs' Merkelson Exhibit 16:
13     Marked for identification.)
14          Q.     Now, did you review these
15     minutes before today?
16          A.     Yes, I did.
17          Q.     Okay.  Did you review an
18     unredacted copy of these minutes?
19          A.     Yes, I did.
20          Q.     And what was contained in the
21     redactions on 1568, 1569 and 1570?
22          A.     I don't know.
23          Q.     Well, what is -- what
24     information is reported in the board of
25     directors' meeting minutes?

243

Merkeson ASCII - 9-27-05

1           Wayne Merkelson - Confidential

2           A.    I didn't take the minutes and I

3     don't recall having looked at volumes of stuff.

4     I don't recall specifically.

5           Q.    Do you have any recollection as

6     to any of the information that was provided in

7     any of the redacted sections of these minutes?

8                 MR. FITZPATRICK:  We have an

9     agreement as to what to provide, and they are

10    to provide the minutes redacted in the form

11    they are.  So I don't know --

12                MR. WITTELS:  Is this

13    confidential though for some reason, this

14    information?

15                MR. FITZPATRICK:  Any of it is

16    going to be confidential, yes.

17                MR. WITTELS:  I'm asking, the

18    information that's redacted, is there

19    attorney/client privilege on it?

20                MR. FITZPATRICK:  I'm not going

21    to get -- we've already cut a deal with Lisa --

22                MR. WITTELS:  I'm not sure.

23                MR. FITZPATRICK:  I am.

24          Q.    What reports were received from

25    Mr. Costa on Novartis -- on Novartis

                                                    244

1           Wayne Merkelson - Confidential

2     Pharmaceuticals, including oncology and

3     ophthalmology?

                    Page 220

Merkeson ASCII - 9-27-05

4          A.     I would like to recourse that we
5    are an investor in a variety of companies, and
6    what we get from them, as they said here, is a
7    report on results of operations, performance of
8    their companies, key issues and initiatives
9    they do.  The rest of our meetings, which they
10   may not even be attending -- they may be asked
11   to leave, because they come at the invitation
12   of the board.  Well, also at the board meeting,
13   for example, we might talk about corporate
14   compliance and compliance issues.  We might
15   talk about training.  We might talk about
16   acquisitions if the company is considering
17   them.  We might talk about other things that
18   have nothing whatsoever to do with Novartis
19   Pharmaceuticals Corporation.  And these people,
20   once they report on their operations, generally
21   leave; they're not even at the meeting.
22          So I -- I am not surprised that
23   there's lot of redaction, because the types of
24   thing that would be here in the minutes would
25   reflect, for example, if we are -- if we

                                                        245

1          Wayne Merkelson - Confidential
2    entered into a lease somewhere, you know, not
3    at Pharmaceuticals, but at somewhere else.
4          Q.     Let me just interrupt you just
5    to try to cut it short.
6          A.     Yeah.
                    Page 221

Merkeson ASCII - 9-27-05

7         Q.      Are you talking about things you

8   know that were written in here, or are you just

9   speculating?

10        A.      What I'm talking about in

11  2004 -- remember, I said I read the unredacted

12  minutes.

13              MR. FITZPATRICK:  But I don't

14  know what you're talking about, "the unredacted

15  minutes."  Okay?  We have an agreement with

16  counsel --

17              THE WITNESS:  Okay, okay.

18        Q.      Were the reports -- was there

19  information in the minutes about reports that

20  Mr. Costa gave on Novartis Pharmaceuticals,

21  including oncology and ophthalmology?

22        A.      Definitely not.

23        Q.      Do you know whether Mr. Costa

24  reported to Novartis Corp. any information

25  about hiring, promotion, EEOC, employees that

                                                    246

1              Wayne Merkelson - Confidential

2   he had, or you don't know?

3         A.      Clearly not.

4         Q.      Do you know whether he talked

5   about those issues?

6         A.      I know they're not in the

7   minutes and I know they were not in the

8   minutes.

9         Q.      Was -- any information about

Merkeson ASCII - 9-27-05

10   employees, employment statistics, payroll or

11   different staffing for different issues, was

12   that ever reported by Mr. Costa to anyone at

13   Novartis Corp.?

14          A.   That would not be of the nature

15   of something that would be reported in the

16   operations as an investor.  Remember, these are

17   very large companies.

18               MR. FITZPATRICK:  He just asked

19   you -- please.

20               THE WITNESS:  Sorry.

21               MR. FITZPATRICK:  Listen to his

22   question and just answer that question.  Okay?

23               THE WITNESS:  Sorry.

24          Q.   Do you know what role, if any,

25   any of the board members at Novartis

247

1          Wayne Merkelson - Confidential

2   Pharmaceuticals, Mr. Ebeling, Barnett, Breu or

3   Naegelin, played in terms of hiring and

4   employment decisions at Novartis

5   Pharmaceuticals?

6          A.   At the Novartis Corporation?

7          Q.   No.  I'm asking what role the

8   board members, Ebeling, Barnett, Breu and

9   Naegelin, played in terms of employment

10   decisions at Novartis Pharmaceuticals.  If you

11   know.

12          A.   There's only one executive at

Page 223

Merkeson ASCII - 9-27-05

13    Novartis Pharmaceuticals Corporation the board

14    has, and that's their direct report.  That

15    would be the CEO job.  Those four people that

16    you mentioned would be involved, for example,

17    in selecting the CEO, next CEO from the COO

18    job; that would be their role.

19         Q.    Do you know if they make any

20    other decisions, employment-related decisions?

21         A.    That would not need to go to the

22    board and I do not believe it went to the

23    board.

24         Q.    What accounting company or

25    accountants does Novartis Pharmaceutical use?

                                                    248

1              Wayne Merkelson - Confidential

2         A.    The Novartis U.S. group has had

3    external auditors.  Is that the question you're

4    asking?

5         Q.    Yes.  Which external auditors?

6         A.    PricewaterhouseCoopers.

7         Q.    And that is for Novartis Corp.,

8    Novartis Services and Novartis Finance?

9         A.    Yes.

10         Q.    And which external auditors does

11    Novartis Pharmaceuticals use?

12         A.    All the U.S. group companies use

13    PricewaterhouseCoopers.

14         Q.    So they have access to all the

15    financials of all the U.S. companies that are

Page 224

Merkeson ASCII - 9-27-05

16    under the Novartis Corporation rubric.

17    Correct?

18              MR. FITZPATRICK:  Objection as

19    to form.

20         A.    I don't know.

21         Q.    Does Pricewaterhouse prepare

22    separate financial statements for Novartis

23    Pharmaceuticals?

24         A.    No.

25         Q.    Do they prepare any type of

249

1              Wayne Merkelson - Confidential

2    financial reporting that is then utilized by

3    Novartis Corporation?

4         A.    No.

5         Q.    What does Pricewaterhouse do in

6    terms of auditing for Novartis Pharmaceuticals?

7         A.    Auditors don't prepare financial

8    statements.  They review them and they express

9    their opinion as to their accuracy; that's what

10   they do.

11        Q.    So of the financial statements

12   that were prepared, obviously -- okay, prepared

13   by Novartis Pharmaceuticals and were reviewed

14   by Pricewaterhouse, which financial statements

15   did Pricewaterhouse review of Novartis

16   Pharmaceuticals on a yearly basis?

17        A.    I don't know.

18        Q.    What financials are provided by

Merkeson ASCII - 9-27-05

19    Novartis Pharmaceuticals to Novartis
20    Corporation, Novartis Services or Novartis
21    Finance on an ongoing basis?
22         A.    None.
23         Q.    Well, don't they provide tax
24    information?  Isn't that considered financial?
25         A.    No.   A pro forma federal income

250

1              Wayne Merkelson - Confidential
2    tax return is not a financial statement.  It's
3    a tax return.
4         Q.    So is there any financial
5    reporting that is any financial report -- let
6    me rephrase that.
7              Are there any financial reports
8    that are prepared by Pharmaceutical that are
9    sent, distributed, disseminated to Novartis
10   Corp., Novartis Services or Novartis Finance?
11        A.    That are ultimately disseminated
12   to Novartis Corporation or Novartis Finance or
13   Novartis Services?
14        Q.    Right.
15        A.    Yes.
16        Q.    And what are the names of those
17   reports?
18        A.    I can't recall the internal
19   numbering system, but they are in the nature of
20   general ledger and book internal -- excuse
21   me -- international accounting system books and

Merkeson ASCII - 9-27-05

22   records.  I don't remember the names.

23       Q.    Is there a list somewhere that

24   would describe those reports that Novartis

25   Pharmaceutical provides to Novartis Corp.?

251

1            Wayne Merkelson - Confidential

2        A.    No.

3        Q.    And who --

4            MR. FITZPATRICK:  Wait a minute.

5    Hold on.  Hold on.

6            (Witness and counsel conferring.)

7            MR. FITZPATRICK:  Okay.

8        Q.    All right.  After talking to

9    counsel, do you want to change or clarify your

10   answer at all?

11       A.    I'd like to explain Novartis AG

12   is a publicly-traded company, its stock is

13   publicly traded.  The companies are requested

14   to report under international accounting

15   standards.  Those standards have certain

16   standardized reports which are requested by

17   Novartis AG financial department to people to

18   report.  In fact people at Pharmaceuticals

19   prepare whatever these reports are -- I don't

20   know what they are -- prepare them and submit

21   them.

22           Because they're an independent

23   company, they submit them up to Novartis AG and

24   to that finance department.  Novartis AG in

Page 227

Merkeson ASCII - 9-27-05

25    turn shares some reports -- not all -- some

252

1              Wayne Merkelson - Confidential

2    reports to Novartis Corporation, so some data

3    becomes available to Novartis Corporation from

4    Novartis AG.  So -- and to answer your

5    question, because you asked if they submit them

6    to Novartis Corp. and all that, the answer is

7    no, they don't, because they submit them to AG.

8              But you then asked, does

9    Novartis Corp. get those reports, and the

10   answer is -- or do you obtain that information.

11   And the answer is yes, we obtain it, but we get

12   it from Novartis AG.  There is no consolidation

13   in the United States of financial reporting.

14   Each company -- and they report in a general

15   ledger mechanism, not what you and I would look

16   at if we looked at a publicly-traded

17   shareholder report.  We don't have those types

18   of reports, they don't get issued, so there's

19   nothing that looks like something people see in

20   the United States.

21             For example, when I look at the

22   Merk annual report, we don't produce those,

23   because, first of all, international accounting

24   standards don't require, don't have those

25   systems, and secondly, they're not needed for

Merkeson ASCII - 9-27-05

253

1          Wayne Merkelson - Confidential
2    anybody in the United States.  So we don't have
3    them.
4          Q.     Does Novartis Corp. make any or
5    assist Novartis Pharmaceuticals in any
6    decisions relating to marketing?
7          A.     No.
8          Q.     Do any of the Novartis group
9    companies assist Novartis Pharmaceuticals with
10   respect to marketing decisions?
11         A.     No.
12         Q.     Other than the -- do the
13   Novartis companies, Services, Finance, or
14   Corp., receive reports from Novartis
15   Pharmaceuticals about their sales and
16   operations on an ongoing basis?
17         A.     No.  We prepare a form BE-13 for
18   the Department of Commerce where we must report
19   sales by NAICS codes -- don't ask me what NAICS
20   stands for; I don't remember offhand -- and
21   whatever that classification code system is
22   that must be reported to the Department of
23   Labor.  We ask for that data from each of our
24   corporations.  We compile the data in our
25   accounting department in Novartis Finance

254

1          Wayne Merkelson - Confidential
Page 229

Merkeson ASCII - 9-27-05

2    Corporation in New York and then submit that to

3    the U.S. Department of Commerce.  I believe

4    that's done once or twice a year.

5            Q.    And what information do you get

6    from Novartis Pharmaceuticals in order to

7    prepare your BE-13?

8            A.    I think things like -- I know

9    things like sales data, number of employees.

10           Q.    What departments at

11   Pharmaceuticals provides that to you?

12           A.    The finance department provides

13   the data.

14           Q.    To who?  To you?

15           A.    No.  To the -- to someone who

16   works for Thomas Luscher in accounting.

17           Q.    What is the e-mail address of

18   people who are at Novartis Corp. in finances or

19   services?  Not your e-mail address in

20   particular, but is it a dot something?  Is

21   it --

22           A.    You mean dot com?

23           Q.    Yes.  Merkelson at something?

24           A.    At novartis.com.

25           Q.    So your address is -- I mean,

255

1            Wayne Merkelson - Confidential

2    I'm not going to e-mail you, but what would

3    your address be?

4            A.    Wayne.merkelson@at novartis.com.

Page 230

Merkeson ASCII - 9-27-05

5          Q.     And what would Paulo's e-mail

6     address be?

7          A.     I apologize.  I don't know.

8          Q.     Would it be also -- Novartis

9     Pharmaceutical employees, did they also have

10    the novartis.com?

11         A.     Today?  There are people who

12    know better than I.  I'm not sure.  They used

13    to be pharma.novartis.com, but maybe now it's

14    novartis.com.

15         Q.     So as far as you know, it's

16    uniform, the use of the e-mails?

17         A.     I don't know.

18                MR. WITTELS:   That's it for now.

19    Thanks.

20                MR. PACE:  We have one thing on

21    the record.  I understand we're near finally

22    finalizing the protective order in this case,

23    and pursuant to that protective order and the

24    understanding between counsel, until we sign

25    it, this transcript is designated as

256

1          Wayne Merkelson - Confidential

2     confidential under that protective order by

3     Novartis Corporation.

4          (Time noted:  6:49 p.m.)

5

6

7

Merkeson ASCII - 9-27-05

8

9      _____

10     WAYNE P. MERKELSON, ESQ.

11

12     Subscribed and sworn to

13     before me this    day

14     of         2005.

15

16     _____

17

18

19

20

21

22

23

24

25

257

1           Wayne Merkelson - Confidential

2                 I N D E X

3   Witness:                              Page

4   Wayne P. Merkelson

5       By Mr. Wittels:                     4

6

7                 E X H I B I T S

8   Plaintiffs'
    Merkelson     Description              Page
9
        1         corporate organization    13
10                chart

Page 232

| 11 | 2A | Merkeson ASCII - 9-27-05<br>organization chart, legal<br>tax and insurance, 11/04 | 30 |
| 12 | | | |
| 13 | 2B | organization chart, legal<br>tax and insurance, 4/05 | 30 |
| 14 | 3A | US Country Organisation<br>chart, 2001 | 51 |
| 15 | | | |
| 16 | 3B | US Country Organisation<br>chart, 2002 | 51 |
| 17 | 3C | US Country Organisation<br>chart, 2003 | 51 |
| 18 | | | |
| 19 | 4 | telephone listings | 105 |
| 20 | 5 | Novartis Pharmaceuticals Corp.,<br>Action by Written Consent of<br>Sole Shareholder, 9/1/2000 | 69 |
| 21 | | | |
| 22 | 6 | Novartis Pharmaceuticals<br>organization chart, 7/13/05 | 102 |
| 23 | 7 | 1/1/03 Operating Services<br>Agreement | 110 |
| 24 | | | |
| 25 | 8A-8E | Novartis U.S. Organization<br>charts | 114 |

258

| 1 | | Wayne Merkelson - Confidential | |
| 2 | | E X H I B I T S | |
| 3 | Plaintiffs'<br>Merkelson | Description | Page |
| 4 | | | |
| 5 | 9 | Novartis Corp., Action<br>by Written Consent of<br>Sole Shareholder, 2/11/02 | 156 |
| 6 | | | |
| 7 | 10 | Novartis U.S. Country<br>Organization Employees by<br>Company | 175 |
| 8 | | | |
| 9 | 11 | Novartis Finance Corporation<br>Action by Consent of All<br>Directors, 7/1/05 | 200 |
| 10 | | | |
| 11 | 12 | Novartis Finance Corporation<br>Unanimous Written Consent of<br>Board of Directors, 12/16/03 | 200 |
| 12 | | | |
| 13 | 13 | Novartis Finance Corporation`<br>Unanimous Consent of,<br>Directors, 1/20/03 | 200 |

                    Merkeson ASCII - 9-27-05
14
      14          Novartis Finance Corporation  200
15                Unanimous Consent of,
                  Directors, 9/23/02
16
      15          Wagner e-mail, 5/25/05          225
17
      16          Novartis Corporation, minutes 242
18                of meetings of the board of
                  directors, 3/17/04, 6/23/04,
19                11/17/04, 3/16/05

20

21

22

23

24

25

                                                      259

 1            Wayne Merkelson - Confidential
 2                C E R T I F I C A T E
 3    STATE OF NEW YORK  ) ss
 4    COUNTY OF NEW YORK )
 5            I, KATHLEEN A. KEEFE, a  Notary Public
 6    within and for the State of New York,
 7    do hereby certify:
 8            That WAYNE P. MERKELSON, the
 9    witness whose deposition is hereinbefore
10    set forth, was duly sworn by me and that
11    such deposition is a true record of the
12    testimony given by such witness.
13            I further certify that I am not
14    related to any of the parties to this
15    action by blood or marriage, and that
16    I am in no way interested in the outcome
                    Page 234

Merkeson ASCII - 9-27-05

17   of this matter.

18         IN WITNESS WHEREOF, I have hereunto

19   set my hand this 3rd day of October, 2005.

20         _____

21         KATHLEEN KEEFE

22

23

24

25

260

1            Wayne Merkelson - Confidential

2                 E R R A T A

3         I wish to make the following changes, for the

4    following reasons:

5    PAGE LINE
6    ____ ____    CHANGE:  _____
              REASON:  _____

7    ____ ____    CHANGE:  _____
              REASON   _____
8

9    ____ ____    CHANGE:  _____
              REASON   _____

10   ____ ____    CHANGE   _____
              REASON   _____
11

12   ____ ____    CHANGE   _____
              REASON   _____

13   ____ ____    CHANGE   _____
              REASON   _____
14

15   ____ ____    CHANGE   _____
              REASON   _____

16   ____ ____    CHANGE   _____
              REASON   _____
17

18   ____ ____    CHANGE   _____
              REASON   _____

19   ____ ____    CHANGE   _____
              REASON   _____

```
                    Merkeson ASCII - 9-27-05
20
         ____ ____   CHANGE    _____
21                   REASON    _____

22       ____ ____   CHANGE    _____
                     REASON    _____
23       ____ ____   CHANGE    _____
                     REASON    _____
24       ____ ____   CHANGE    _____
                     REASON    _____
25
```