

**Ken Notaro**
12/18/2004 08:01 AM

To: Rick Slatin/CH/Novartis@PH, Joseph Bernauer/CH/Novartis@PH, MaryJo Coyle/CH/Novartis@PH, Mary OShea/CH/Novartis@PH, Theresa Rahming/CH/Novartis@PH, Susan Earl/CH/Novartis@PH, Diane Greco/CH/Novartis@PH, Kary Keen/CH/Novartis@PH, Chuck Puleo/CH/Novartis@PH, Dan Cullman/CH/Novartis@PH, Nancy Tomlinson/CH/Novartis@PH, Kolleen Bogutskie/CH/Novartis@PH
cc:
Subject: Thank You

Team,

I wanted to thank you for the Christmas gift which will definitely come in handy.

I am sorry that I had to leave early for my conference call but it was great to see everyone one last time as the Philadelphia market. It has been great having such a great group of people. I am very proud of our accomplishments especially what you did in 2003 as we became the number 1 market.

Congratulations to Dan on his new role and also to his acute care team. I look forward to seeing his team as well as my new LTC team on stage at the 2006 national sales meeting.

Happy Holidays,

Ken

Ken Notaro
Philadelphia Market Director
Voice Mail 800.622.2689 Ext. 4101
Office 732.528.7771

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

EARL 000339