Earl,Susan
115 Conestoga Trail
Sparta, NJ 07871

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

NOVARTIS CONSUMER HEALTH
I&B, OTC and MXT
2003 Benefit Statement

THIS STATEMENT REFLECTS YOUR CURRENT ENROLLMENT IN THE BENEFITS LISTED BELOW. PLEASE KEEP THIS FORM AS A REFERENCE FOR 2004 ANNUAL BENEFITS ENROLLMENT. ADDITIONAL ENROLLMENT MATERIALS WILL FOLLOW.

MEDICAL
PPO - Before Tax

COVERAGE
You + Two or More

DEPENDENT(S) COVERED:
Spouse      Earl,Joseph            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
Daughter    Chrans,Brittney        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
Son         Earl,Joseph J          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
Daughter    Earl,Jeanne L          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
Daughter    Earl,Natalie A.        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

DENTAL
Indemnity Dental Plan

You + Two or More

Spouse      Earl,Joseph            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
Daughter    Chrans,Brittney        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
Son         Earl,Joseph J          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
Daughter    Earl,Jeanne L          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

VISION
Currently Not Enrolled

LEGAL
Currently Not Enrolled

FLEXIBLE SPENDING ACCOUNT(S)
FSA - Health Care       Currently Not Enrolled
FSA - Dependent Care    Currently Not Enrolled

ANNUAL PLEDGE

DISABILITY INSURANCE(S)
LTD BUY-UP              Currently Not Enrolled

LIFE/AD&D INSURANCE(S)
Supplemental Life - 8X Pay
Spouse Life

COVERAGE
$ 497,000
$ 500,000

EARL 000279

NOVARTIS CONSUMER HEALTH
I&B, OTC and MNT
2003 Benefit Statement

Earl, Susan
115 Conestoga Trail
Sparta, NJ 07871

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

**THIS STATEMENT REFLECTS YOUR CURRENT ENROLLMENT IN THE BENEFITS LISTED BELOW. PLEASE KEEP THIS FORM AS A REFERENCE F ENROLLMENT. ADDITIONAL ENROLLMENT MATERIALS WILL FOLLOW.**

| | COVERAGE | DEPENDENT(S) COVERED: | |
|---|---|---|---|
| MEDICAL | | | |
| PPO - Before Tax | You + Two or More | Spouse | Earl, Joseph | 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 |
| | | Daughter | Chrans, Brittney | 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 |
| | | Son | Earl, Joseph J | 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 |
| | | Daughter | Earl, Jeanne L | 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 |
| | | Daughter | Earl, Natalie A. | 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 |
| DENTAL | | | |
| Indemnity Dental Plan | You + Two or More | Spouse | Earl, Joseph | 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 |
| | | Daughter | Chrans, Brittney | 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 |
| | | Son | Earl, Joseph J | 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 |
| | | Daughter | Earl, Jeanne L | 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 |

VISION
Currently Not Enrolled

LEGAL
Currently Not Enrolled

| FLEXIBLE SPENDING ACCOUNT(S) | | ANNUAL PLEDGE |
|---|---|---|
| FSA - Health Care | Currently Not Enrolled | |
| FSA - Dependent Care | Currently Not Enrolled | |

DISABILITY INSURANCE(S)
LTD Buy-Up          Currently Not Enrolled

| LIFE/AD&D INSURANCE(S) | COVERAGE |
|---|---|
| Supplemental Life - 8X Pay | $ 497,000 |
| Spouse Life | $ 500,000 |

EARL 000280