Report ID: NCHISUM

Novartis Consumer Health
INDIVIDUAL SUMMARY REPORT

| Associate | Earl, Susan |
|---|---|
| PRDP Rating | 3.2 |
| Merit Increase % | 4.00 |
| New Base Salary | $ 64,600.00 |
| New Base Salary Effective Date | 01-MAR-2004 |
| 2003 Target Bonus % | 10.00 |
| Individual Performance Modifier | 0.00 |
| B/U Performance Modifier | 60.00 |
| Final Bonus Amount (Gross) | 0.00 |
| Bonus Check Issue Date | 15-MAR-2004 |

Page No. 4
Run Date 03/09/2004
Run Time 09:52:35

EARL 000281