# Medical Nutrition

## Employees

## Speak!

**Employee Motivation & Satisfaction Survey**

# 1999

## *results*

Chrans,Susan
New York Region 405
827563

ℓ NOVARTIS

EARL 000169

RESULTS

## Survey Response Rates

The Employee Motivation and Satisfaction Survey was given to all Medical Nutrition employees. Medical Nutrition had a response rate of 72%, compared to a response rate of 85% for Novartis Consumer Health Worldwide.

## Strengths and Opportunities

The guidelines below have been used to determine whether survey results are strengths or opportunities. Results that do not meet either of these criteria are considered "midrange results."



|  | **Percent Favorable** | | **Percent Unfavorable** |
|---|---|---|---|
| **Strengths** | 65% or more | and | 20% or less |
| **Opportunities For Improvement** | | | 20% or more |

## Overall Results



| | % Favorable | % Unfavorable |
|---|---|---|
| Job Satisfaction | 70 | 13 |
| Working Conditions | 58 | 14 |
| Communication | 55 | 22 |
| Manager | 54 | 26 |
| Quality/Customer Service | 48 | 20 |
| Performance Management | 44 | 34 |
| Leadership | 42 | 27 |
| Company Overall | 42 | 28 |
| Operating Efficiency | 42 | 29 |
| Pay & Benefits | 41 | 25 |
| Cooperation | 41 | 30 |
| Involvement | 40 | 29 |
| Career Development | 36 | 38 |

Strength
Midrange
Opportunity

EARL 000170

# Tenure Comparison

Survey results are compared below by length of service and show satisfaction level by strengths, midrange scores and opportunities.

S  = Strength
—  = Midrange
O  = Opportunity

| | 1999 NCH Nutrition | < 1 Yr | | 3 – 6 Years | 6 – 10 Years | |
|---|---|---|---|---|---|---|
| Job Satisfaction | S | S | S | — | S | S |
| Working Conditions | — | S | S | — | S | — |
| Communication | — | S | S | — | O | — |
| Manager | — | S | — | O | — | O |
| Quality/Customer Service | O | S | — | O | O | O |
| Performance Management | O | S | — | O | O | O |
| Leadership | O | S | — | O | O | O |
| Company Overall | O | S | — | O | O | O |
| Operating Efficiency | O | — | — | O | O | O |
| Pay & Benefits | O | — | O | O | O | O |
| Cooperation | O | S | O | O | O | O |
| Involvement | O | S | O | O | O | O |
| Career Development | O | — | O | O | O | O |
| % Of Respondent Base | 95% | 8% | 19% | 19% | 12% | 37% |

# Comparison of Overall Results with NCH

Medical Nutrition's Overall Results are compared below to the overall results of Novartis Consumer Health employees in the USA and Worldwide.

S  = Strength
—  = Midrange
O  = Opportunity

| | 1999 NCH Nutrition | NCH USA | |
|---|---|---|---|
| Job Satisfaction | S | S | S |
| Working Conditions | — | — | — |
| Communication | — | O | O |
| Manager | — | — | — |
| Quality/Customer Service | O | — | — |
| Performance Management | O | O | O |
| Leadership | O | O | O |
| Company Overall | O | O | — |
| Operating Efficiency | O | O | O |
| Pay & Benefits | O | O | O |
| Cooperation | O | O | O |
| Involvement | O | O | O |
| Career Development | O | O | O |

EARL 000171

## Most Favorable Responses

Listed below are the top ten items that Medical Nutrition employees responded most favorably to and are considered **strengths**. The percentage of respondents who responded favorably to each item is also shown.

| Item | % Fav | Theme |
|------|-------|-------|
| Like the work I do | 86 | Job Sat |
| Rate quality of work done by group | 79 | Qual/Cust Svc |
| Understand how work helps NCH achieve goals | 76 | Job Sat |
| Employees informed about issues | 75 | Communication |
| Job uses skills and abilities | 70 | Job Sat |
| Have authority to make decisions needed to do job | 69 | Operating Effic |
| Rate safety of working conditions | 68 | Work Cond |
| Able to make routine decisions quickly | 67 | Operating Effic |
| My manager makes clear what's expected | 67 | Manager |
| Work gives feeling of accomplishment | 65 | |

## Most Unfavorable Responses

Listed below are the ten items that Medical Nutrition employees responded most unfavorably to and are considered **opportunities** for improvement. The percentage of respondents who responded unfavorably to each item is also shown.

| Item | % Unfav | Theme |
|------|---------|-------|
| Can trust what local senior mgmt says | 39 | Leadership |
| Local senior mgmt will take action on survey results | 40 | Leadership |
| Satisfied with career devt opportunities | 40 | Career Dev |
| Enough people to get work done | 44 | Operating Effic |
| Superior results are rewarded | 44 | Perf Mgmt |
| Compared to 12 months ago, my personal motivation is... | 44 | Co Overall |
| Satisfied with opportunity for better job within NCH | 44 | Career Dev |
| Pay vs pay in similar jobs in other organizations | 44 | Pay & Benefits |
| Know about openings for which I am qualified | 45 | Career Dev |
| Good communication between departments | 48 | Cooperation |



U NOVARTIS

EARL 000172



Dear Medical Nutrition Colleague,

Employee Motivation and Satisfaction is a top priority for Medical Nutrition. The recent employee opinion survey you completed has provided us with valuable feedback on our organization. A few weeks ago you received a summary of the Novartis Consumer Health worldwide survey results. **This leaflet provides you with a summary of the survey results specific to Medical Nutrition.**

Providing this information is a first step in our action planning. We will soon begin addressing your feedback in upcoming business reviews. And we are looking to engage employees in deciding what actions are necessary to address our priority areas: Quality/Customer Service, Leadership, Performance Management and Career Development.

I want to personally thank you for your survey feedback and assure you of our desire to make improvements based on what you've told us. Together, we can work to make Medical Nutrition a great place to work while we continue to contribute to the Company's success.

Mark Sponsler
COO Medical Nutrition

ʊ  NOVARTIS

EARL 000173

## Comparison of Overall Satisfaction with NCH

Employees were asked the following question: "Considering everything, how would you rate your overall satisfaction in Novartis Consumer Health at the present time?"



*The normative comparison is based on data from employees in major global organizations including, for example: Eli Lilly, Baxter, DowElanco, Boehringer Mannheim (now Roche Diagnostics), Ares Serono, Pillsbury. For example, +14 for Medical Nutrition means that compared to our competitors in our region, the employees of NCH Medical Nutrition are 14 percent less satisfied.*

## Priorities

Your leadership teams at Medical Nutrition and Consumer Health have studied your feedback and have selected the following priorities to address:

**Medical Nutrition:**
- Quality/Customer Service
- Leadership
- Performance Management
- Career Development

**NCH Worldwide:**
- Operating Efficiency
- Leadership
- Career Development

## Next Steps

- We will begin department specific meetings for your input, planning and action steps to determine ways to improve how we operate as a team;
- We will initiate quarterly business reviews to keep everyone informed of company performance and progress;
- We will create a specific and detailed plan to improve focus on our customers and customer service
- We will initiate a quarterly company newsletter to improve communication and business updates with everyone in both the field and in Minneapolis.

EARL 000174