Robinson - ASCII - 11-4-05

0150
```
 1            Confidential
 2  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 3
    04 Civ. 9194 (GEL)
 4  - - - - - - - - - - - - - - - - - - x
    AMY VELEZ, SONIA KLINGER, PENNI ZELINKOFF,
 5  MINEL HIDER TOBERTGA, MICHELLE WILLIAMS,
    JENNIFER WAXMAN-RECHT, KAREN LIGGINS,
 6  LORI HORTON, HOLLY WATERS, STEPHANIE CATES,
    WENDY PINSON and ROBERTA VON LINTEL,
 7
    Individually and on Behalf of Others
 8  Similarly Situated,
 9                         Plaintiffs,
10              v.
11  NOVARTIS CORPORATION and NOVARTIS
    PHARMACEUTICALS CORPORATION,
12
                         Defendants.
13  - - - - - - - - - - - - - - - - - - x
14                  CONFIDENTIAL
15
                    November 4, 2005
16                  10:02 a.m.
17
18            CONTINUED CONFIDENTIAL 30(b)(6)
19  DEPOSITION OF NOVARTIS CORPORATION BY JAMES D.
20  ROBINSON, taken by Plaintiffs, pursuant to Notice,
21  held at the offices of White & Case, 1155 Avenue of
22  the Americas, New York, New York, before Kathleen
23  Keefe, a Shorthand Reporter and Notary Public within
24  and for the State of New York.
25
0151
 1        James D. Robinson - Confidential
 2  A p p e a r a n c e s:
 3        SANFORD, WITTELS & HEISLER, LLP
              Attorneys for Plaintiffs
 4            2121 K Street, NW, Suite 700
              Washington, DC  20037
 5
        BY:   STEVEN L. WITTELS, ESQ.
 6
 7
        WHITE & CASE LLP
 8            Attorneys for Defendants
              1155 Avenue of the Americas
 9            New York, New York 10036-2727
10      BY:   JACK E. PACE, III, ESQ.
              ALISON R. KIRSHNER, ESQ.
11
12
        VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
13            Attorneys for Novartis Pharmaceuticals
              805 Third Avenue
14            New York, New York  10022
15      BY:   JONATHAN A. WEXLER, ESQ.
16
17      NOVARTIS PHARMACEUTICALS CORPORATION
              One Health Plaza
18            East Hanover, New Jersey  07936-1080
```
Page 1

```
                    Robinson - ASCII - 11-4-05
19          BY:    AMY L. BABAT, ESQ.
20
21          ALSO PRESENT:   SHEELA PRASAD, SANFORD,
22          WITTELS & HEISLER
23
24
25
0152
 1              James D. Robinson - Confidential
 2                    STIPULATIONS
 3              IT IS HEREBY STIPULATED AND AGREED, by
 4      and between the attorneys for the respective parties
 5      hereto, that all objections, except as to form,
 6      be reserved to the time of trial.
 7              IT IS FURTHER STIPULATED AND AGREED that
 8      the sealing and filing of the within deposition are
 9      hereby waived.
10              IT IS FURTHER STIPULATED AND AGREED
11      that the within deposition may be subscribed and
12      sworn to by the witness being examined before a
13      Notary Public other than the Notary Public before
14      whom this deposition was begun.
15
16
17
18
19
20
21
22
23
24
25
0153
 1              James D. Robinson - Confidential
 2      J A M E S   D.   R O B I N S O N, Having been duly
 3      sworn by the court reporter, testified on his oath
 4      as follows:
 5      EXAMINATION
 6      BY MR. WITTELS (CONTINUING):
 7              Q     Okay.  Good morning,
 8      Mr. Robinson.  As you know, we're continuing
 9      your deposition from, let's see,
10      September 28th.  I'm going to be following up
11      on questions.  Again, we'll try to get through
12      this as quickly as we can.  And just ask me to
13      clear up a question if it's not understandable
14      to you.  Okay?
15              A     Yes.
16              Q     Since our deposition, have you
17      reviewed any more documents in preparation for
18      today's continuation?
19              A     I've looked at my affidavit
20      again.  No documents.
21              Q     Did you read a copy of your
22      prior deposition?
23              A     Yes.
24              Q     Did you read a copy of anyone
25      else's deposition?
0154
 1              James D. Robinson - Confidential
 2              A     No.
 3              Q     Are you aware of the other
```

Robinson - ASCII - 11-4-05
```
 4   depositions that have taken place since yours?
 5       A     Yes.
 6       Q     Are you aware of any of the
 7   testimony that was given at those depositions?
 8       A     No.
 9       Q     Who have you met with in
10   connection with this continued deposition?
11       A     Mr. Pace.  Excuse me.  Just
12   Mr. Pace.
13       Q     Have you discussed the case with
14   anyone at any of the Novartis family companies
15   or anyone else since your last deposition?
16       A     No.  I remember our general
17   counsel asked me how my deposition went last
18   time and I said, Well, I think it went pretty
19   well.  But there was no detail.  He was just --
20           MR. PACE:  Obviously --
21       Q     Is that Mr. Merkelson?
22           MR. PACE:  By the way, let me
23   just jump in.  He asked just a general
24   question, a yes or no.  To the extent you're
25   talking to your in-house lawyers, it's
0155
 1       James D. Robinson - Confidential
 2   privileged about this case, so I'm going to
 3   instruct you not to answer it to the extent in
 4   answering these questions you need to divulge
 5   any communications with your lawyers.
 6           THE WITNESS:  Okay.
 7       Q     You can tell me who you spoke
 8   to.  I'm not asking for the content.  Who did
 9   you speak to?
10       A     Mr. Benjamin.
11       Q     Okay.  Anyone else?
12       A     No.
13       Q     Have you met with any of the
14   lawyers for Novartis Pharmaceutical since, or
15   talked to any of those lawyers who represent
16   Novartis Pharmaceutical since your last
17   deposition?
18       A     No.
19       Q     Were any of those Novartis
20   Pharmaceutical lawyers present in terms of
21   preparing you for this deposition?
22       A     No.
23       Q     Were they present or did any of
24   the Novartis Pharmaceutical lawyers prepare you
25   for the last deposition?  And by those I mean
0156
 1       James D. Robinson - Confidential
 2   from Vedder Price.
 3       A     No.
 4       Q     When I asked you at the last
 5   deposition who had assisted you in preparing
 6   the affidavit that you mentioned, you looked
 7   at, again, Exhibit 1, marked at the last
 8   deposition, you had originally said Mr. Pace
 9   and then had corrected that.  Do you remember
10   that answer?
11       A     Yes.
12       Q     Which lawyer from an outside
13   firm had helped you prepare this affidavit?
14           A     No one from an outside firm.
```
                              Page 3

Robinson - ASCII - 11-4-05

15        Q       Were you communicating with
16  outside counsel at the time this affidavit was
17  submitted in support of defendants' motion for
18  summary judgment?
19        A       No.
20        Q       Who were you communicating with?
21        A       One of our in-house attorneys.
22        Q       Who was that?
23        A       Mr. Rosenfeld.
24        Q       And what company does
25  Mr. Rosenfeld work for?
0157
1             James D. Robinson - Confidential
2         A       He works for Novartis Finance
3   Corporation.
4         Q       Is he in New York?
5         A       Yes.
6         Q       Who does he report to?
7         A       Mr. Benjamin.
8         Q       What's his first name?
9         A       Barry.
10        Q       Did you communicate with any
11  other lawyers, whether in one of the Novartis
12  companies or outside counsel, in preparing this
13  deposition -- this affidavit?
14        A       No.
15        Q       Did you communicate with any
16  outside counsel prior to preparing this
17  affidavit about any topic regarding this
18  lawsuit?
19        A       No.
20        Q       Did you communicate -- have you
21  communicated with Vedder Price or Vedder
22  Price's counsel in any fashion in preparing for
23  this deposition or preparing any aspect of this
24  case involving the Velez matter against
25  Novartis?
0158
1             James D. Robinson - Confidential
2         A       No.
3                 MR. PACE:  Object to the form of
4   the question.
5         Q       Do you understand my question?
6         A       Yes, I understand.  No.
7         Q       So you never met with any Vedder
8   Price lawyers?  You've never talked to them?
9   You don't know their involvement in any aspect
10  of this case?
11                MR. PACE:  Object to the form of
12  those questions.
13                MR. WITTELS:  Let me ask them
14  one at a time.
15        Q       Are you aware of when White &
16  Case was retained in this case to represent
17  Novartis Corporation?
18        A       Yes.
19        Q       When?
20        A       It was after this.  It was some
21  time after that when I met Mr. Pace,
22  Mr. Fitzpatrick.
23        Q       Is that the first time you'd
24  ever met Mr. Fitzpatrick, after you prepared
25  this affidavit?
                                    Page 4

Robinson - ASCII - 11-4-05

0159
```
 1            James D. Robinson - Confidential
 2       A    Yes.
 3       Q    And who directed you to meet
 4  Mr. Fitzpatrick?
 5            MR. PACE:  Object to form.  Lack
 6  of foundation.
 7       A    Mr. Benjamin.
 8       Q    Is this -- your affidavit is
 9  dated April 15th, '05.  How long after
10  preparing and submitting this affidavit did you
11  meet with Mr. Fitzpatrick?
12       A    I don't remember.  It was a
13  couple of months.  There was a time lapse
14  there.
15       Q    Did you have any involvement in
16  retaining the White & Case firm to represent
17  Novartis Corp. --
18       A    No.
19       Q    -- in defense of this
20  litigation?
21       A    No.
22            MR. WITTELS:  Off the record.
23       (Discussion off the record.)
24       Q    Do you know -- did you have any
25  discussion with anyone at Novartis about
```
0160
```
 1            James D. Robinson - Confidential
 2  retaining White & Case?
 3            MR. PACE:  Object to form.
 4  Vague and ambiguous.
 5       A    No.
 6       Q    Were you involved -- strike
 7  that.  Okay.
 8            So is it your testimony that
 9  Mr. Rosenfeld was the lawyer who prepared this
10  affidavit, Robinson Exhibit 1?
11            MR. PACE:  Object to form.
12  Mischaracterizes.
13       A    No.
14       Q    Who actually typed it up?
15       A    I don't know who typed it up.
16       Q    Who wrote it?
17       A    I remember writing it out in
18  longhand, specific points.
19       Q    And what did you do after you
20  wrote it in longhand?
21       A    I can't remember.
22       Q    Did you give it to
23  Mr. Rosenfeld, or did you give it to someone
24  else?
25       A    I can't remember.
```
0161
```
 1            James D. Robinson - Confidential
 2       Q    Do you know how it became
 3  finalized?
 4            MR. PACE:  Object to form.
 5       A    No, I don't.
 6       Q    What is the procedure that is
 7  followed at the Novartis country companies when
 8  a female Novartis Pharmaceutical employee
 9  complains to a representative or to someone at
10  Novartis Pharmaceutical human resources
```

Robinson - ASCII - 11-4-05

11  department?
12          MR. PACE:  Object to form.
13  Lacks foundation.
14      A    There's not a procedure.
15      Q    Okay.  What is the practice as
16  you understand it at Novartis family -- strike
17  that.
18          When I refer to "Novartis
19  country," I'm referring to all three companies,
20  the Novartis Finance, Novartis Services and
21  Novartis Corp., as you described them at the
22  last deposition.  Is that clear?
23      A    Yes.
24      Q    And if you want to further
25  delineate those companies and not just confine
0162
1           James D. Robinson - Confidential
2   your answer to all three companies, you just
3   tell me when you answer.  Is that clear?
4       A    Yes.
5       Q    What is the procedure at the
6   Novartis country companies, or practice, when a
7   female Novartis Pharmaceutical employee makes a
8   complaint to the NPC human resources
9   department?
10          MR. PACE:  Object to form.
11  Asked and answered and lacks foundation.
12          THE WITNESS:  Would you repeat
13  the question again?
14          (Record read.)
15      A    There's not a procedure.
16      Q    Or practice?
17      A    Or practice.
18      Q    What -- is the -- strike that.
19          Are any of the Novartis country
20  companies informed in any manner when a female
21  Novartis Pharmaceutical employee complains to
22  the NPC human resources about any alleged
23  unlawful activity?
24          MR. PACE:  Object to the form.
25      A    No.
0163
1           James D. Robinson - Confidential
2       Q    Are you informed by Novartis
3   Pharmaceutical HR when complaints regarding
4   civil rights, be it gender, be it race, are
5   made to Novartis Pharmaceutical?
6       A    No.
7       Q    Have you been -- were you made
8   aware in this case of the complaints brought by
9   a number of women complaining about gender
10  discrimination at Novartis Pharmaceutical that
11  led to this lawsuit?
12      A    Yes.
13      Q    How did you become aware that
14  women had been complaining to Novartis
15  Pharmaceutical about their treatment?
16          MR. PACE:  Object to the form of
17  the question.  Assumes facts not in evidence.
18      A    When it was published in the
19  news wires and I read it on our news line.
20      Q    When you say "our news line,"
21  are you talking about a Novartis internal news
                        Page 6

Robinson - ASCII - 11-4-05

22    line?
23          A    It's a clip -- it's a newspaper
24    service.  So whenever the company is mentioned,
25    you just -- the headline pops up and you just
0164
1            James D. Robinson - Confidential
2    go in and read the daily news.
3          Q    What service pops up on your
4    computer?
5          A    I think it's called News of the
6    Day, but I'm not even sure.
7          Q    Now, is this a news item on any
8    Novartis company?
9          A    Yes.
10          Q    What computer system are you on
11    that would enable that to occur?
12          MR. PACE:  Object to form.
13          A    Just the -- it's the company
14    computer system.
15          Q    Right.  Is that a Novartis
16    service that's provided to all the Novartis
17    companies?  In other words, if I'm at Novartis
18    Pharmaceuticals, I get the same service that
19    pops up, any Novartis-related article, and if
20    I'm at Novartis Corporation, I also would get
21    the same information?
22          MR. PACE:  Object to form.
23          A    Yes, as well as any of the other
24    Novartis companies.  It's all the same news
25    service.
0165
1            James D. Robinson - Confidential
2          Q    Is that across the company
3    intranet?
4          A    Yes.
5          Q    Who maintains the company -- the
6    Novartis intranet that would go to Novartis
7    Corp., Novartis Services, Novartis Finance and
8    Novartis Pharmaceutical?
9          MR. PACE:  Object to form.
10    Mischaracterizes.
11          A    I don't know who that person is;
12    I can't remember his name.  But he's from
13    Vedder Price.
14          Q    The first time you became aware
15    of any complaints by women about gender
16    discrimination related to this lawsuit was when
17    you read about it in the press.  Is that your
18    testimony?
19          A    Yes.
20          Q    No one from Novartis
21    Pharmaceuticals had ever communicated to you
22    that there had been EEOC charges filed by women
23    complaining of gender discrimination prior to
24    your reading that on the wires?
25          MR. PACE:  Objection.
0166
1            James D. Robinson - Confidential
2          Q    Was that your testimony?
3          MR. PACE:  Objection.  Asked and
4    answered twice now.
5          A    Yes.
6          Q    Have you, from 1996 to present,
                              Page 7

Robinson - ASCII - 11-4-05

```
 7  been notified at any time by any HR personnel
 8  at Novartis Pharmaceutical about any complaints
 9  about employees at Novartis Pharmaceutical
10  regarding gender, race, or any other alleged
11  discrimination?
12              MR. PACE:  Objection.  Vague.
13  Overbroad.
14         A    I can't remember.
15         Q    Do you believe that such
16  notification of complaints by employees at
17  Novartis Pharmaceuticals was made aware to you
18  over the years?
19              MR. PACE:  Object to the form of
20  the question.
21         A    No.  It's not my job.  They
22  wouldn't have any reason to do that.
23         Q    Does -- do any of the Novartis
24  country companies maintain any personnel
25  records for any Novartis Pharmaceutical
0167
 1        James D. Robinson - Confidential
 2  employees?
 3              MR. PACE:  Objection.  Lack of
 4  foundation.  Calls for speculation.
 5         A    No.
 6         Q    Do you, as the head of HR at
 7  Novartis Corporation, Novartis Financial and
 8  Novartis Services, have access to the personnel
 9  filings of Novartis Pharmaceutical employees?
10         A    No.
11         Q    Can you ask the personnel at
12  Novartis Pharmaceuticals for that access if you
13  want it?
14         A    I can ask, but that doesn't mean
15  I get it.  But I wouldn't have a reason to ask.
16         Q    Have you ever looked at any
17  personnel files of any Novartis Pharmaceutical
18  employees?
19         A    No.
20         Q    Have any of your staff members
21  to your knowledge looked at any personnel files
22  of any Novartis Pharmaceutical employees?
23         A    No.
24         Q    No, you're not aware of them
25  looking, or no, they've never looked?
0168
 1        James D. Robinson - Confidential
 2              MR. PACE:  Objection to form.
 3  Asked and answered.
 4         A    They don't have access to those
 5  files.
 6         Q    Well, Ms. Dipaolo has access to
 7  Novartis Pharmaceutical employee records.
 8  Correct?
 9         A    No.
10              MR. WITTELS:  Could you read the
11  question and answer back, please?
12         (Record read.)
13         Q    Are you telling me that
14  Ms. Dipaolo cannot look at any personnel
15  records of any Novartis Pharmaceutical employees?
16              MR. PACE:  Object to form.
17         A    I don't think so, because her
```

Page 8

Robinson - ASCII - 11-4-05
18    clients are all corporate employees.
19         Q      What does that mean?
20         A      Her clients are all my folks.
21         Q      And by "clients," what does
22    that -- can you describe what you mean by that?
23         A      She's the line HR person for all
24    the corporate employees in the U.S.  There's
25    about 150 people, and their personnel files are
0169
1              James D. Robinson - Confidential
2    all separate from all the other affiliates.
3    And so she only has access to those files of
4    her clients.
5         Q      So she can only look at
6    corporate employees' personnel files who work
7    for Novartis Corp, Novartis Finance, or
8    Novartis Services?  Is that what you're saying?
9         A      Yes.
10         Q      Can she look at corporate
11    personnel files for any other Novartis
12    companies?
13              MR. PACE:   Object to the form of
14    the question.
15         A      There are no corporate files for
16    any of the other Novartis companies.
17         Q      Does she have access to any
18    personnel records of employees who are not
19    corporate of Novartis Corporation, Novartis
20    Finance, or Novartis Services?
21         A      No.
22         Q      My series of questions to you
23    about your access to personnel records was
24    directed to Novartis Pharmaceutical employees.
25    If I asked the same series of questions about
0170
1              James D. Robinson - Confidential
2    your access to corporate officer personnel
3    records or at any level above employees at
4    Novartis Pharmaceuticals, would your answer be
5    the same, that you don't have access, or that
6    you do?
7              MR. PACE:   Objection.  Vague and
8    ambiguous.
9              THE WITNESS:   Could you repeat
10    that, please?
11         (Record read.)
12         A      No, I don't have access.
13         Q      Where are the records of
14    complaints kept by Novartis Pharmaceutical
15    employees?
16              MR. PACE:   Objection.  Calls for
17    speculation.
18         A      I don't know.
19         Q      Who has oversight of the
20    Novartis Pharmaceuticals' human resources
21    department?
22              MR. PACE:   Object to form.
23         A      The head of human resources.
24         Q      And that's currently
25    Ms. O'Hagan.  Correct?
0171
1              James D. Robinson - Confidential
2         A      Yes.
                                   Page 9

```
                    Robinson - ASCII - 11-4-05
 3          Q     Who has oversight above
 4  Ms. O'Hagan of the Novartis Pharmaceuticals'
 5  human resources department?
 6                MR. PACE:  Same objection.
 7          A     The CEO of the business
 8  affiliate.
 9          Q     Who is that?
10          A     Mr. Gorsky.
11          Q     And above Mr. Gorsky, who has
12  oversight of the Novartis Pharmaceuticals'
13  human resources department?
14                MR. WEXLER:  Objection to form.
15                MR. PACE:  Objection.  Assumes
16  facts not in evidence.
17          A     The board of Novartis
18  Pharmaceuticals Corporation.
19          Q     Isn't it correct that the head
20  of the human resources at Novartis Pharma AG in
21  Switzerland actually has oversight over the
22  Novartis Pharmaceuticals' human resources
23  department?
24                MR. WEXLER:  Objection.
25                MR. PACE:  Objection.  Calls for
0172
 1        James D. Robinson - Confidential
 2  speculation.
 3          A     No, I don't think so.
 4          Q     Do you know who Mr. Anthony is?
 5          A     Yes.
 6          Q     Who is he?
 7          A     He's the global head of human
 8  resources.
 9          Q     For what company?
10          A     Novartis Pharmaceuticals AG, I
11  believe it is.
12          Q     And isn't it correct that he is
13  actually overseeing the operation of the
14  American Novartis Pharmaceuticals' human
15  resources department?
16                MR. PACE:  Objection.  Asked and
17  answered.
18          A     Well, not the personnel files.
19          Q     I'm not asking about personnel
20  files.  I said the "human resources
21  department."
22                MR. PACE:  Same objection.
23          A     I wasn't following your line of
24  questioning.  On a very broad, global basis,
25  yes, he has strategic oversight.
0173
 1        James D. Robinson - Confidential
 2          Q     What does "strategic oversight"
 3  of the human resources department at Novartis
 4  Pharmaceuticals mean?
 5          A     Just ways of -- the way the
 6  human resource function is developed and
 7  managed in each of the Novartis Pharmaceutical
 8  affiliates worldwide in terms of some processes
 9  and systems and the way -- the culture behind
10  it and the way the function is practiced.
11                MR. PACE:  Counsel, before you
12  ask the next question, just -- I have to object
13  to this.  This is a topic that not only was
                         Page 10
```

Robinson - ASCII - 11-4-05

14  this witness not designated to testify on, but
15  that you've now had two other witnesses from
16  Novartis Pharmaceuticals testify on, and even
17  there it was outside the scope of the
18  deposition notice.
19              As you know, time is very
20  limited this morning.  And we accommodated you
21  by coming back and giving you the time that
22  you're entitled to, but to spend the time on
23  this is completely inappropriate and outside of
24  this witness' scope of knowledge, outside of
25  what we designated him for.
0174
1           James D. Robinson - Confidential
2              MR. WITTELS:  Okay.  I'll just
3  ask a few more questions in this area.
4              MR. PACE:  We'll see.
5          Q    Does Neil Anthony and his human
6  resources global department, as you described
7  it, have any development and management
8  direction of the Novartis country companies'
9  human resources department?
10         A    No.
11         Q    Do you or any members of the
12  Novartis country companies' human resources
13  department attend any of the meetings that are
14  conducted by Neil Anthony and his human
15  resources department?
16         A    No.
17         Q    Have you in the past gone to any
18  of the meetings conducted by Neil Anthony, or
19  training sessions conducted by him or anyone in
20  his group?
21              MR. PACE:  Objection.  Asked and
22  answered.
23         A    No.
24         Q    Do you communicate with Neil
25  Anthony on any type of basis?
0175
1           James D. Robinson - Confidential
2              MR. PACE:  Object to form.
3          A    No.
4          Q    When is the last time you had
5  any communication with him?
6          A    Some weeks ago.
7          Q    What was the topic of your
8  conversation or communication?
9          A    It had to do with his deferred
10  compensation plan.
11         Q    What aspect of Mr. Anthony's
12  deferred compensation plan would be germane to
13  a communication from you?
14         A    Well, I manage it for him.
15         Q    When you say "I" --
16         A    I mean my department, excuse me.
17         Q    -- you're talking about Novartis
18  Corporation --
19         A    Yes.
20         Q    -- and the other Novartis
21  country companies?
22              THE WITNESS:  Excuse me.  What
23  was the question?
24         (Record read.)
                            Page 11

```
                         Robinson - ASCII - 11-4-05
25            A     No.   Just in the United States.
0176
 1            James D. Robinson - Confidential
 2  Not in any other countries.
 3            Q     What I was asking was:  When you
 4  said that you manage Mr. Anthony's deferred
 5  compensation, you said, Novartis Corporation.
 6  Are you referring also to Novartis Finance and
 7  Novartis Services in terms of managing
 8  Mr. Anthony's deferred compensation?
 9            MR. WEXLER:  Objection.  Object
10  to the relevance of this inquiry, as Mr. Pace
11  pointed out.
12            A     His account is managed by --
13  within our department is all the primary kind
14  of interface is.
15            Q     When you say "our" --
16            A     I'm sorry.
17            Q     When you answer the question,
18  are you talking about all country companies?
19            A     Yes.
20            Q     Am I correct that the Novartis
21  country companies manage all deferred
22  compensation for all of the Novartis related
23  companies in the United States?
24            MR. PACE:  Object to form.
25            A     Well, "manage" is really the
0177
 1            James D. Robinson - Confidential
 2  wrong word.  We have a record-keeper and we're
 3  the interface between the employee and the
 4  record-keeper.
 5            Q     For all Novartis related
 6  companies in the United States.  Is that
 7  correct?
 8            A     Yes, who participate in the
 9  deferred compensation plan.
10            Q     Was the deferred compensation
11  plan a plan that was established by the
12  Novartis country companies?
13            MR. PACE:  Object to the form of
14  the question.
15            A     No.  Each company has its own
16  specific plan.
17            Q     Is that plan prepared by the
18  Novartis country companies?
19            MR. PACE:  Object to form.
20            A     There's a template that's
21  followed, but the plan is presented to the
22  affiliate and the affiliate chooses to --
23  whether or not it wants to have a deferred
24  compensation plan.  Some affiliates, I believe,
25  have chosen not to participate.  And then
0178
 1            James D. Robinson - Confidential
 2  the -- and then the local board of the
 3  affiliate decides whether it approves the plan
 4  document.
 5            MR. WITTELS:  Okay.  Off the
 6  record.
 7            (Discussion off the record.)
 8            (Robinson Exhibit 2:  Marked for
 9  identification.)
                                        Page 12
```

Robinson - ASCII - 11-4-05
10          Q     Mr. Robinson, let me show you
11   what we've marked as Defendants' Exhibit 2,
12   called the Novartis Deferred Compensation Plan,
13   effective January 1, 2003, NPC 99 through 123.
14   Can you take a look at this document and tell
15   me, have you seen it before?
16          A     Yes.
17          Q     Is this a deferred compensation
18   plan that was prepared by Novartis for Novartis
19   country companies?
20               MR. PACE:  Object to form.
21          A     No.  It was prepared by outside
22   counsel for the Novartis country organization.
23          Q     Okay.  So the deferred
24   compensation plan was prepared by outside
25   counsel at the direction of the Novartis
0179
1           James D. Robinson - Confidential
2    country companies.  Correct?
3           A     Yes.
4                MR. PACE:  Object to form.
5           A     Yes, but the reason was because
6    we want each of the business affiliates in the
7    U.S. to use the same plan, whether it be
8    Gerber, Ciba Vision, Animal Health, Novartis
9    Over The Counter, Novartis Pharmaceuticals.
10   Each of the affiliates uses the same -- a plan.
11   They're mirror plans, but each of the local
12   boards has to decide whether or not it wants to
13   participate.
14          Q     Why does the Novartis companies
15   want all of the affiliates, including Novartis
16   Pharmaceuticals, to use the same deferred
17   compensation plan?
18          A     Because we wouldn't want -- we
19   wouldn't want nine different deferred
20   compensation plans in the U.S.  It would just
21   be too disjointed and too unorganized to
22   manage, especially with -- the plans now have
23   to be managed very carefully and the
24   populations have to be examined every year.
25   And it's just -- this consistency is much
0180
1           James D. Robinson - Confidential
2    better on any sort of executive benefit like
3    this.
4           Q     When you say the populations
5    have to be managed very carefully, what
6    populations are you talking about?
7                MR. WEXLER:  Objection.
8    Mischaracterizes his testimony.
9                MR. PACE:  Same objection.
10          A     The populations that are
11   eligible for the deferred compensation plan in
12   each of the business affiliates.
13          Q     Who has to carefully monitor
14   those populations?
15               MR. PACE:  Object to form.
16          A     The participation is monitored
17   by the business affiliate.
18          Q     Does -- do the Novartis country
19   companies also monitor who's participating in
20   the deferred compensation plan?
                              Page 13

```
                    Robinson - ASCII - 11-4-05
21             MR. PACE:   Object to form.
22  Asked and answered.
23        A    No, we don't monitor who's
24  participating.
25        Q    Am I right that the Novartis
0181
1         James D. Robinson - Confidential
2   country companies administer the deferred
3   compensation plan for each of the affiliate
4   companies, including Novartis Pharmaceuticals?
5         A    Administer just in terms of
6   having one interface with the record-keeper
7   rather than nine different interfaces.
8         Q    The person at Novartis country
9   companies who administers the deferred
10  compensation plan is Bill Flannery.  Is that
11  correct?
12             MR. PACE:  Object to form.
13        A    Yes.
14        Q    How many companies -- strike
15  that.
16             Am I right that all the Novartis
17  Pharmaceutical companies, including the parent
18  and subsidiaries, have adopted the deferred
19  compensation plan that was prepared by the
20  Novartis country companies?
21             MR. WEXLER:   Objection to form.
22             MR. PACE:   Object to form.
23        A    I don't know.
24        Q    Are you aware of any Novartis
25  Pharmaceutical company that has not adopted and
0182
1         James D. Robinson - Confidential
2   does not use a deferred compensation plan
3   prepared by Novartis country companies?
4             MR. WEXLER:   Objection to form.
5             MR. PACE:   Same objection.
6             MR. WEXLER:   What is "any
7   Novartis Pharmaceutical company"?
8             MR. WITTELS:  I'm talking about
9   Novartis Pharmaceutical or any subsidiary of
10  Novartis Pharmaceutical.
11             MR. PACE:  I also object to your
12  characterization of the "plan."
13        Q    You can answer.
14        A    No.
15        Q    You're not aware of any company
16  that doesn't use the plan.  Is that correct?
17        A    Not a subsidiary of Novartis
18  Pharmaceuticals Corporation, but we do have
19  affiliates in the United States that have not
20  adopted the plan.
21        Q    How many?
22        A    I believe Sandoz is the only
23  one.
24        Q    Why didn't Sandoz adopt the
25  plan?
0183
1         James D. Robinson - Confidential
2             MR. PACE:   Objection.  Calls for
3   speculation.
4         A    I don't know.
5         Q    All right.  Did Bill Flannery
                    Page 14
```

Robinson - ASCII - 11-4-05

```
 6  ever work for Novartis Pharmaceuticals?
 7      A    Yes.
 8      Q    When was that?
 9      A    Well, I hired him I think in
10  1999, so before that he worked for Novartis
11  Pharmaceuticals Corporation.
12      Q    In what capacity did he work for
13  Novartis Pharmaceutical?
14      A    I think he was the head of
15  employee benefits.
16      Q    Now he works for all three
17  Novartis Pharmaceutical -- Novartis country
18  companies.  Is that right?
19      A    Yes, he does.
20      Q    Did Grace Heller ever work for
21  Novartis Pharmaceuticals?
22      A    No.
23      Q    Did any other employee who is
24  currently at Novartis country companies or
25  previously at Novartis country companies in the
```
0184
```
 1          James D. Robinson - Confidential
 2  HR department ever work at Novartis
 3  Pharmaceuticals?
 4          MR. PACE:  Object to form.
 5      Q    Do you want to have the question
 6  read back?
 7      A    Please.
 8      (Record read.)
 9      A    Yes.
10      Q    Who?
11      A    Elizabeth Kirck.  She's a
12  retiree who works for me part time through a
13  third-party contractor.
14      Q    Elizabeth Kirck works for
15  Manpower.  Is that right?
16      A    Yes, but I corrected that on my
17  errata sheet.  She works for Elite Personnel.
18      Q    How many years did Ms. Kirck
19  work for Novartis Pharmaceutical?
20      A    I don't know.
21      Q    Approximately what period of
22  time did she work for Novartis Pharmaceuticals?
23          MR. PACE:  Object to form.
24      A    Well, I think she was there --
25  she was there at the time of the merger and
```
0185
```
 1          James D. Robinson - Confidential
 2  then she came to work for me.  She retired in
 3  about '99 or 2000 and then she came to work for
 4  us part time, but I don't know how long she was
 5  there.
 6      Q    And what are her duties now with
 7  you at the Novartis country companies?
 8      A    She maintains my interface into
 9  the Novartis Pharmaceuticals' HRIS system and
10  the Novartis Pharmaceuticals' payroll system
11  and other administrative duties.
12      Q    What were her -- what was her
13  title and what were her duties when she was at
14  Novartis Pharmaceuticals?
15      A    I don't know.
16      Q    Did she have experience --
```

Page 15

                    Robinson - ASCII - 11-4-05
17    strike that.
18              What is the HR -- what is the
19    human resources system interface that you just
20    described?
21         A    It's the PeopleSoft system.
22         Q    Now, you said she maintains the
23    interface to Novartis Pharmaceuticals for the
24    PeopleSoft system.  Am I right?
25         A    Yes.
0186
 1         James D. Robinson - Confidential
 2         Q    Does that interface enable you
 3    to access information about employees who work
 4    for Novartis Pharmaceuticals?
 5              MR. PACE:  Object to form.
 6    Asked and answered.
 7         A    No.
 8         Q    What does the interface with the
 9    Novartis Pharmaceuticals' human resources
10    system enable you to access with respect to
11    Novartis Pharmaceutical employees or officers
12    or information?
13              MR. PACE:  Objection.  Lack of
14    foundation.  Mischaracterizes his testimony.
15         A    Nothing.
16         Q    What is the point of the
17    interface?
18         A    Because I use the interface -- I
19    don't have an HRIS system, so I use Pharma's
20    HRIS system and I use Pharma's payroll system.
21    So if I didn't use their system, I'd have to
22    create my own systems.
23         Q    So the HR system you use that is
24    NPC's is used to manage all of the Novartis
25    country employees?
0187
 1         James D. Robinson - Confidential
 2         A    Yes, sir, but there's a Chinese
 3    wall that is up there.
 4         Q    And who put this so-called
 5    Chinese wall up there?
 6         A    It's part of our operating
 7    policy.  They can't see any of my people and I
 8    can't see theirs and either can Mrs. Kirck.
 9         Q    The HR system and the HR payroll
10    system that you use that belong to Novartis
11    Pharmaceuticals are maintained by Novartis
12    Pharmaceuticals.  Is that correct?
13              MR. PACE:  Object to form.
14         A    I'm not sure.
15         Q    Does -- do any of the Novartis
16    country companies pay for use of the Novartis
17    Pharmaceuticals' HR system and/or the HR
18    payroll system?
19              MR. PACE:  Just one
20    clarification, and I apologize.  Do you mean
21    the HRS system?
22              MR. WITTELS:  HRS.
23              MR. PACE:  Okay.  That was what
24    I was objecting to.  Then I'll withdraw the
25    objection.
0188
 1         James D. Robinson - Confidential
                        Page 16

```
                    Robinson - ASCII - 11-4-05
 2          A     Well, I pay for the interface
 3   out of my budget each month, and that's --
 4   there may be other charges, I'm sure there are,
 5   but I don't know what they are.
 6          Q     What does HRS stand for?
 7          A     It's HRIS, human resource
 8   information system.
 9          Q     Now, you said at your earlier
10   deposition you have a monthly budget and in
11   that budget are expenditures to Novartis
12   Pharmaceuticals.  Correct?
13          A     Yes.
14          Q     Is there a line item in your
15   monthly budget as to what the expenses are for
16   Novartis Pharmaceuticals?
17          A     Yes.  From Novartis
18   Pharmaceuticals.
19          Q     What do you mean, "From"?
20          A     It's what I get charged each
21   month to use their HRIS and payroll system.
22          Q     Are there other items on the
23   budget that are from Novartis Pharmaceuticals
24   for items you must pay for at Novartis country
25   companies?
0189
 1          James D. Robinson - Confidential
 2          A     Not on my budget.
 3          Q     Are there items that Novartis
 4   country companies must pay for -- to Novartis
 5   Pharmaceuticals on someone else's budgets?
 6          MR. PACE:  Object to form.
 7          A     I don't know.
 8          Q     How much do you pay per month to
 9   Novartis Pharmaceuticals for the HRIS system
10   and the payroll system that NPC owns?
11          A     It's about $5,000 month.
12          Q     Are there any other items on the
13   Novartis country budget that you pay per month
14   or on any interim basis to Novartis
15   Pharmaceuticals?
16          MR. PACE:  Object to form.
17   Asked and answered.
18          A     No.
19          Q     How long has the -- strike that.
20          Before January of 2003, was
21   there a deferred compensation plan at Novartis
22   Pharmaceuticals Corp. that had been prepared by
23   the Novartis country companies?
24          MR. PACE:  Object to form.
25          A     Yes.
0190
 1          James D. Robinson - Confidential
 2          Q     Was it a prior version of this
 3   Exhibit 2?
 4          A     Yes.
 5          Q     How many years has there been a
 6   deferred compensation plan at Novartis
 7   Pharmaceuticals that had been prepared by the
 8   Novartis country companies?
 9          MR. PACE:  Object to form.
10          A     Since the merger and before.
11   There were deferred compensation plans at
12   Sandoz and at Ciba Guigey prior to 1996.
                                    Page 17
```

Robinson - ASCII - 11-4-05
13          Q      My question is:  After the
14  merger in 1996, have the Novartis country
15  companies always prepared the deferred
16  compensation plan that has been used by
17  Novartis Pharmaceuticals?
18          A      The mirror plan, the model plan,
19  yes.  But Novartis Pharmaceuticals has to --
20  its board has to accept the plan and vote on
21  it.
22          Q      But as far as you know, the
23  board of Novartis Pharmaceuticals has accepted
24  the plan offered by Novartis Corporation from
25  1996 to present.  Correct?
0191
1          James D. Robinson - Confidential
2          MR. PACE:  Objection.
3  Mischaracterizes.
4          A      I'm not sure.
5          Q      You mentioned that you are
6  responsible for Mr. Anthony's deferred
7  compensation plan.  Are you responsible for any
8  other employee or officer's plan, any parent of
9  Novartis Pharmaceuticals?
10          MR. WEXLER:  Objection to form.
11          A      I'm responsible in terms of the
12  relationship with the record-keeper.
13          Q      For what other companies besides
14  Novartis Pharmaceuticals and the U.S.
15  companies?
16          A      All the U.S. companies which
17  have adopted this plan.
18          Q      Who does Neil Anthony work for?
19          A      Neil Anthony works for -- I'm
20  not sure of the company, but he works in
21  Switzerland.
22          Q      So are there other Swiss
23  employees or officers who Novartis country
24  companies monitors or controls with respect to
25  their deferred compensation plan?
0192
1          James D. Robinson - Confidential
2          MR. PACE:  Objection as to
3  "monitors or controls."
4          A      Yes, if they're eligible to
5  participate in the plan.  Mr. Anthony
6  participates because he's a U.S. expatriate and
7  he's eligible to participate.
8          Q      What other employees participate
9  in the plan who are U.S. expatriates?  And I'm
10  talking about in any of the Novartis companies.
11          MR. PACE:  Same objection as
12  before.  This is far beyond what we're here for
13  today.
14          A      Mr. Anthony is one of many, many
15  people who are U.S. expatriates who participate
16  in the plan.
17          Q      How many?
18          A      Thirty?  I don't know the exact
19  number.
20          Q      Are there other expatriates who
21  used to work for any of the Novartis country
22  companies who Novartis country companies
23  administers with respect to their deferred
Page 18

Robinson - ASCII - 11-4-05

24  compensation plan?
25          A    Yes.
0193
 1          James D. Robinson - Confidential
 2          Q    Who are those employees?
 3          A    Mr. Christian, who's head of
 4  security; Mr. Nash, who's head of HR for
 5  consumer products.  I can't think of anybody
 6  right -- Mr. Shannon I think is head of
 7  development or --
 8          Q    What companies do these
 9  gentlemen work for, Christian, Nash and
10  Shannon?
11          A    They work for a U.S. company.
12  They're a U.S. expatriate, but -- they're
13  seconded to a second company in Switzerland,
14  but they're eligible because they're U.S. based
15  employees who are on secondment to a foreign
16  assignment, so that's how they're eligible.
17          Q    Did you say consignment?
18          A    Assignment.
19          Q    They used -- these employees
20  used to work for one of the Novartis country
21  companies.  Correct?
22          A    Yes.
23          Q    Do you have a list in your
24  office of all the expatriates who used to work
25  for the Novartis country companies who now work
0194
 1          James D. Robinson - Confidential
 2  for other Novartis companies?
 3          A    No.
 4          Q    If you wanted to access
 5  information about the expatriate employees who
 6  used to work for Novartis country companies,
 7  what would you look up?
 8          MR. PACE:  Before you answer
 9  that, what does this have to do with anything?
10  What does this have to do with the relationship
11  between Corp. and Pharma?  We spent so much
12  time in the other depositions talking about
13  this, and we've given you a lot of leeway, even
14  this morning.  What does this have to do with
15  anything?
16          MR. WITTELS:  I think it's
17  germane to where they go, so I'm asking for
18  informational purposes.
19          MR. PACE:  Okay.  You can answer
20  that question, but I completely object.  This
21  is just an exercise to allow you to come in for
22  informational purposes to learn about the
23  various Novartis companies.  If that -- we
24  assumed that was your purpose and now it's
25  obviously clear that it is.  It's completely
0195
 1          James D. Robinson - Confidential
 2  inappropriate.
 3          THE WITNESS:  Could you repeat
 4  the question, please?
 5          (Record read.)
 6          A    I don't know what I would look
 7  up.
 8          Q    How do you know Mr. Christian,
                        Page 19

Robinson - ASCII - 11-4-05

```
 9  Nash and Shannon are part of -- are
10  ex-employees whose deferred compensation plan
11  you administer at the Novartis country
12  companies?
13              MR. WEXLER:  Objection.
14              MR. PACE:  Same objection.
15      A     Well, Mr. Christian is one of my
16  expatriates from the Novartis Services.
17  Mr. Shannon or Dr. Shannon, I'm just aware of
18  because there have been a lot of changes in the
19  law with deferred comp in the last few months
20  and I know that he called with some questions
21  about it.  And Mr. Anthony, the same.  He was
22  concerned because he had read about all the
23  changes and he called and asked for some more
24  information about it.  So those were just three
25  who came to mind.
0196
 1          James D. Robinson - Confidential
 2      Q     What other -- who set up the
 3  changes in the deferred compensation plan?  Was
 4  that from the Novartis country companies?
 5              MR. PACE:  Objection.  What
 6  changes are we talking about?  If we're talking
 7  about changes that were affecting people
 8  outside the country, it's completely outside
 9  this notice.  He's not answering the question.
10  That's it.  We've spent enough time on this.
11      Q     What changes were you talking
12  about?
13      A     The changes that were signed
14  into law by Congress.
15      Q     Did these affect the Novartis
16  Pharmaceutical employees as well as the
17  expatriate employees?
18      A     They affected everybody in any
19  company in the United States, in any company
20  that sponsors one.
21      Q     Do you have a -- strike that.
22              What are the names of the
23  employees who have gone from the Novartis
24  country company to work for Novartis
25  Pharmaceuticals or any of its subsidiaries?
0197
 1          James D. Robinson - Confidential
 2              MR. PACE:  Objection.  Form.
 3              MR. WEXLER:  Wasn't this asked
 4  and answered?
 5              MR. PACE:  Yes.  And duplicative
 6  of other depositions and interrogatory
 7  responses and other discovery.
 8      A     I can't think of anybody.
 9      Q     Do you have records at Novartis
10  country companies that show which employees
11  went from the country companies to Novartis
12  Pharmaceuticals?
13      A     Yes.
14      Q     What are those records?
15      A     They were supplied.
16      Q     To who?
17      A     I know that the records were
18  supplied.
19      Q     What are these records?
```

                                    Page 20

```
                    Robinson - ASCII - 11-4-05
20          A     Most of our employees who are --
21   transfer internally, come from Novartis
22   Pharmaceuticals because it's our largest
23   employer in the U.S.  So at some point I know I
24   was asked to put something together, who those
25   people were, and I can't remember when or who
0198
1           James D. Robinson - Confidential
2    it was.  It was just a handful of people.
3           Q     From Novartis Pharmaceuticals to
4    Novartis country companies?
5           A     Yes.
6           Q     And how about the other way,
7    from the country companies to Novartis
8    Pharmaceuticals?
9           A     I'm not sure about that one.
10          Q     Did you provide that list to
11   in-house counsel or out-of-house counsel?
12          A     I don't remember.
13          Q     Do you know who Sabine Moravi
14   is?
15          A     Yes.
16          Q     Did she not go from Novartis
17   country companies to Novartis Pharmaceuticals?
18          A     Not technically.
19          Q     What does that mean?
20          A     She's a Swiss expatriate on
21   assignment in the United States.  She was on
22   secondment.  She was under a contract under an
23   expatriate assignment to the U.S. and on
24   secondment to Novartis Services.  She wasn't my
25   employee.  She was really a Swiss employee over
0199
1           James D. Robinson - Confidential
2    here on foreign assignment, the reverse of what
3    we were talking about with Mr. Anthony and
4    Mr. Christian.
5           Q     What company was she on
6    consignment from?
7           MR. PACE:  Objection just to the
8    term "consignment."
9           Q     It's "assignment," excuse me.
10          A     There's a contract of employment
11   and then there's a secondment agreement, so --
12          Q     What is -- I've never heard of
13   this secondment agreement.  What is that?
14          A     Well, you do that with an
15   employee who is a foreign national.  I guess
16   it's because of their visa or something.  I
17   don't really know.
18          Q     What Swiss company did she work
19   for?
20          A     I don't know.
21          Q     When she came here to the U.S.,
22   did she work for NSI or any other Novartis
23   country companies?
24          A     She was on secondment to
25   Novartis Services, Inc. here in Manhattan.  No.
0200
1           James D. Robinson - Confidential
2    Wait a minute.  She would have been in Finance.
3    She was -- I think she was in Finance.
4           MR. PACE:  If you know.
                                        Page 21
```

Robinson - ASCII - 11-4-05

```
 5         A     I'm sorry.  I don't remember.
 6         Q     And she now works for Novartis
 7   Pharmaceuticals.  Is that right?  Or she's out
 8   on leave now, but she went over to Novartis
 9   Pharmaceuticals.  Is that right?
10         A     She went over there and her
11   assignment was transferred to Novartis
12   Pharmaceuticals.
13         Q     Okay.  Did -- go ahead.
14         MR. PACE:  Were you done?
15         A     She's a rare case.  I've never
16   had a U.S. expat in corporate go into Novartis
17   Pharmaceuticals.  So when you mentioned her
18   name, it just struck me.  She worked in our
19   investor relations department.
20         Q     Did Mike Moshier ever work for
21   Novartis Pharmaceuticals?
22         MR. PACE:  Object to form.
23         A     Yes.
24         Q     When was that?
25         A     Many years ago.  And I only know
0201
 1         James D. Robinson - Confidential
 2   that because I've known Mr. Moshier for many
 3   years and I know he did.
 4         Q     So he worked in the nineties,
 5   after the merger for Novartis Pharmaceuticals?
 6         A     Probably.
 7         Q     When did he come over to the
 8   Novartis country companies?
 9         A     He never worked -- I don't have
10   anything to do with him.  I just know him
11   professionally.
12         Q     Who does he work for?
13         A     He's in Pharma.
14         Q     He never worked at the country
15   companies in any fashion?
16         A     No.
17         Q     Did Ken Schuster ever work for
18   any of the Novartis Pharmaceutical companies or
19   affiliates?
20         A     Yes.
21         Q     Which company?
22         A     Novartis Pharmaceuticals
23   Corporation.
24         Q     Who does he work for now?
25         A     Novartis Finance Corporation.
0202
 1         James D. Robinson - Confidential
 2         Q     When did he come over from
 3   Novartis Pharmaceuticals to Novartis Finance?
 4   Referring to Mr. Schuster.
 5         A     Probably 2001, 2002.
 6         Q     What was Mr. Schuster's position
 7   in Novartis Pharmaceuticals?
 8         MR. PACE:  Object to form.
 9         A     I don't really remember.
10         Q     Did Mr. Naegelin ever work for
11   Novartis Pharmaceuticals?
12         A     Yes.
13         Q     When was that?
14         A     About the same time frame as
15   Mr. Schuster, I believe, until about 2000 or
```

Page 22

Robinson - ASCII - 11-4-05

```
16   2001.
17         Q      What was Mr. Naegelin's position
18   at Novartis Pharmaceuticals?
19                MR. PACE:  Object to form.
20         A      He was the CFO.
21         Q      And is he now the CFO of
22   Novartis country companies?
23                MR. PACE:  Object to form.
24         A      That's his title, yeah.
25         Q      What is Mr. Schuster's title
0203
 1          James D. Robinson - Confidential
 2   currently?
 3         A      Vice president and treasurer.
 4         Q      Of what companies?
 5         A      Novartis Finance Corporation.
 6         Q      Is it your understanding he was
 7   a treasurer at Novartis Pharmaceuticals?
 8                MR. PACE:  Objection.
 9   Objection.
10         A      No.
11                MR. PACE:  He said he doesn't
12   know.
13         A      There's no treasury function in
14   the business.
15         Q      Do you know what area he was in
16   when he was at Novartis Pharmaceuticals?  Mr.
17   Schuster.
18         A      Yes.
19                MR. PACE:  Objection.
20         Q      What area?
21         A      He was in finance.
22         Q      Do any other employees come to
23   mind who came from Novartis Pharmaceuticals to
24   Novartis country companies?
25         A      Yes.
0204
 1          James D. Robinson - Confidential
 2         Q      What other employees?
 3         A      A woman by the name of Jill
 4   Pozarek, P-o-z-a-r-e-k, in investor relations.
 5   My whole CIP function was at one time employed
 6   by Novartis Pharmaceuticals Corporation, and
 7   that's about 60 people approximately.  My
 8   aircraft department was at one time employed by
 9   Novartis Pharmaceuticals Corporation.  That's
10   about ten people.  And our new CEO used to be
11   employed by Novartis Pharmaceuticals Company.
12   I can't recall anymore specifically.
13         Q      What did Jill Pozarek do at NPC?
14         A      I don't know.
15         Q      What year did she come into
16   Novartis country companies?
17                MR. PACE:  If you know.
18         A      I don't know.
19         Q      Did you have anything -- any
20   involvement in hiring her over to Novartis
21   country companies?
22         A      Yes.
23         Q      What was your role?
24         A      I interviewed her for the open
25   position.
0205
```

Page 23

```
                    Robinson - ASCII - 11-4-05
 1              James D. Robinson - Confidential
 2         Q      Did you also interview Mr.
 3    Naegelin and Schuster before they came over to
 4    Novartis country companies?
 5         A      Yes.
 6         Q      What does -- the CIP department,
 7    what does that stand for?
 8         A      Corporate intellectual property.
 9         Q      Until what year was CIP part of
10    NPC?
11         A      Approximately 2003.
12         Q      What was the reason that the
13    corporate intellectual property department,
14    comprised of about 60 employees, became part of
15    the Novartis country companies?
16              MR. PACE:  Object to form.
17    Calls for speculation.
18         A      I don't know.
19         Q      Who authorized that change, from
20    CIP working for NPC to CIP working for Novartis
21    country companies?
22              MR. WEXLER:  Object to the form.
23              MR. PACE:  Same objection.
24         A      I don't know.
25         Q      Were you involved in discussions
0206
 1              James D. Robinson - Confidential
 2    about CIP becoming under the corporate country
 3    umbrella?
 4              MR. PACE:  Object to form.
 5              MR. WEXLER:  Objection.
 6         A      No.
 7         Q      Do you know who was in charge of
 8    that decision-making?
 9              MR. PACE:  Object to form.
10    Asked and answered.  Calls for speculation.
11         A      No.
12         Q      What was the reason the aircraft
13    department at NPC became part of the Novartis
14    country companies?
15              MR. PACE:  Objection.  Calls for
16    speculation.
17         A      I don't know.
18         Q      Who would know that?
19              MR. PACE:  Same objection.
20         A      I don't know.
21         Q      The CIP department has many of
22    the lawyers.  Is that correct?
23         A      Yes.
24         Q      And those are the lawyers who do
25    work for Novartis Pharmaceutical in terms of
0207
 1              James D. Robinson - Confidential
 2    all their patent and intellectual property
 3    work.  Is that correct?
 4              MR. PACE:  Objection.  Lacks
 5    foundation.  Lacks any basis.
 6         A      I'm not sure.
 7         Q      Who would know the answer to
 8    that?
 9              MR. PACE:  Calls for
10    speculation.  I object.
11         A      I don't know.
```

Page 24

Robinson - ASCII - 11-4-05

12          MR. PACE:  Before we pass it
13 over, we've been going over a little over an
14 hour now.  We'll be very quick, but can we take
15 just a five-minute break?  Is that okay?
16          MR. WITTELS:  Yes.  You're under
17 oath and are not allowed to discuss the case
18 with counsel.
19          (A recess was taken from 11:09 a.m.
20 to 11:18 a.m.)
21          (Robinson Exhibits 3 through 6:
22 Marked for identification.)
23          Q    Mr. Robinson, showing you what
24 we marked as Robinson Exhibit 3, entitled
25 "Enrollment Guide," Bate stamped NCORP 686 to
0208
1          James D. Robinson - Confidential
2 700, and it says on the second page, "This
3 enrollment guide summarizes the benefits and
4 service features available under various
5 Novartis Group Company benefits plans for
6 eligible employees," dot, dot, dot, and
7 includes Novartis Corp. and Novartis
8 Pharmaceuticals Corp.  Do you see that
9 document?
10          MR. PACE:  For completeness, it
11 says, "for eligible employees who participate
12 in the benefits programs of," and it continues.
13          MR. WITTELS:  I know, Jack, but
14 I can ask the questions how I want.  Thanks.
15          MR. WEXLER:  Is this Robinson 3?
16          MR. WITTELS:  Yes.
17          Q    Are you familiar with this
18 document?
19          A    Yes.
20          Q    Is this an enrollment guide
21 that's prepared by the Novartis country
22 companies?
23          A    No.
24          Q    Who prepares it?
25          MR. PACE:  Objection.  Calls for
0209
1          James D. Robinson - Confidential
2 speculation.
3          A    I don't know.
4          Q    Is it prepared by someone or
5 some entity at the direction of the Novartis
6 country companies?
7          A    No.
8          Q    Where did you get this document?
9          MR. PACE:  Objection to form.
10          A    It was sent to my home.
11          Q    This is a document that is sent
12 to all of the Novartis employees of the
13 companies listed on page 2 of it, NCORP 687.
14 Is that right?
15          MR. PACE:  Objection.  Calls for
16 speculation.
17          A    No.
18          Q    What is this?
19          A    There's some unionized
20 employees.  It's just eligible employees.  Some
21 of these unionized employees don't get this.
22          Q    Okay.  You have no idea who puts

                    Robinson - ASCII - 11-4-05
23  together this enrollment guide?
24          A    No.
25          Q    Is it prepared by Novartis
0210
 1          James D. Robinson - Confidential
 2  Pharmaceuticals?
 3          MR. PACE:  Objection.  Asked and
 4  answered.  Calls for speculation.
 5          A    I don't know.
 6          Q    Is this a document you believe
 7  that's prepared by Switzerland, one of the
 8  Novartis companies there?
 9          MR. PACE:  Objection.  Asked and
10  answered.  Calls for speculation.
11          A    I don't know.
12          Q    Turn to page NCORP 695, where
13  they refer, after the big black box, to calling
14  the Novartis benefits resource center and the
15  877 number.  Do you see that?
16          A    Yes, sir.
17          Q    Who maintains the Novartis
18  benefits resource center?
19          MR. PACE:  Objection.  Calls for
20  speculation.
21          A    Hewitt Associates.
22          Q    Who is that?
23          A    They manage -- they're the
24  outsourced manager of the employee benefits,
25  some of them, these benefits.
0211
 1          James D. Robinson - Confidential
 2          Q    Who selected Hewitt Associates
 3  to manage the employee benefits for the
 4  benefits listed in this enrollment guide?
 5          MR. PACE:  Objection.  Calls for
 6  speculation.
 7          A    I don't know.
 8          Q    Who pays the outsource company,
 9  Hewitt Associates, to manage the Novartis
10  benefits resource center?
11          MR. PACE:  Same objection.
12          A    I don't know.
13          Q    Where is the Novartis benefits
14  resource center?
15          MR. PACE:  Object to form.
16          A    I don't know.
17          Q    Were you involved in -- within
18  the past four or five years, in setting up or
19  part of a team that evaluated what benefits
20  plan should be standardized for the different
21  Novartis companies?
22          MR. PACE:  Object to the form of
23  the question.  Vague and ambiguous.  Lacks
24  foundation.
25          A    No.
0212
 1          James D. Robinson - Confidential
 2          Q    Were you part of any type of
 3  team that evaluated whether there should be
 4  standardized medical plans for the different
 5  Novartis companies?
 6          MR. PACE:  Same objection.
 7          A    No.
                                    Page 26

Robinson - ASCII - 11-4-05

8       Q      Were you part of any type of an
9  evaluatory group or ad hoc committee that
10  looked into what sort of benefits or medical
11  plans should be set up for Novartis companies,
12  including Novartis Corp., Novartis
13  Pharmaceuticals?
14              MR. PACE:   Same objections.
15       A      No.
16       Q      Who would know what person or
17  company is responsible for writing and setting
18  up this enrollment guide marked as Robinson 3?
19              MR. PACE:   Object to form.
20  Calls for speculation.
21       A      I don't know.
22       Q      What is the Novartis investment
23  program?
24              MR. PACE:   Object to form.
25       A      That's the 401K savings plan.
0213
1           James D. Robinson - Confidential
2       Q      Who administers the Novartis
3  401K savings plan?
4       A      Well, each of the affiliates
5  administers it.
6       Q      Who set up the 401 savings plan
7  that each of the affiliates administers?
8       A      Each affiliate set up its own
9  plan.
10       Q      Is there some master template
11  that emanates from one of the Novartis country
12  companies?
13              MR. PACE:   Object to form.
14       A      No.
15       Q      Are you familiar with the type
16  of 401K plan that's used by Novartis
17  Pharmaceuticals?
18       A      Yes.
19       Q      How are you familiar with that?
20       A      That's the one I participate in.
21       Q      Do the Novartis country
22  companies have their own 401K plan?
23       A      No.
24       Q      Why do you participate in the
25  Novartis Pharmaceuticals' 401K plan?
0214
1           James D. Robinson - Confidential
2       A      Just because it makes sense,
3  based on our small size, to participate in
4  their 401K plan.
5       Q      Why do the Novartis country
6  company employees participate in the 401K plan
7  of Novartis Pharmaceuticals and not some other
8  Novartis company?
9              MR. PACE:   Object to form.
10       A      Because at the time we made the
11  decision, it was -- we felt like it was the
12  plan that best suited our needs.
13       Q      What about it best suits your
14  needs?
15       A      Well, for one thing, most of our
16  internal moves come from Novartis
17  Pharmaceuticals because it's our largest
18  affiliate, and it just makes that transfer,

Page 27

Robinson - ASCII - 11-4-05
19  intercompany transfer, easier if they go from
20  the same plan.  Whereas if I bring in people
21  from Consumer Health and Ciba Vision and
22  Gerber, which I've done, it's a totally
23  separate plan and they just start over in a new
24  plan, which -- anyway.  It's just that most of
25  my pool of applicants come from Novartis
0215
1          James D. Robinson - Confidential
2   Pharmaceuticals.
3          Q     When you say your "pool of
4   applicants" --
5          A     Internal applicants.
6          Q     -- you're talking about who
7   would then come and work for Novartis country
8   companies comes from Novartis Pharmaceuticals.
9   Is that correct?
10         A     Yes.
11         Q     Who administers the 401K plan of
12  Novartis Pharmaceuticals?
13         A     Fidelity.
14         Q     Who is the contact person at
15  Novartis Pharmaceuticals who's in charge of the
16  401K plan?
17         A     For Novartis Pharmaceuticals?
18         Q     Right.
19         A     I'm not sure.  I don't know.
20         Q     So the plan that you enroll in,
21  what is the title of it?  Does it say Novartis
22  Pharmaceuticals 401K?
23         A     I'm not sure.
24         Q     Is there some document that you
25  have to fill out and you get that to
0216
1          James D. Robinson - Confidential
2   participate?
3          A     It's been so long, I just can't
4   remember.
5          Q     When your employees come over
6   and start at one of the Novartis country
7   companies, you have them fill out the forms to
8   join a 401K plan.  Correct?
9          MR. WEXLER:  Objection to
10  foundation.
11         A     Yes.  But if they come from
12  Pharma, they don't have to fill out a form
13  because they are already in that plan.  If they
14  come from Gerber or Ciba Vision or OTC, they
15  have to fill out a form because each of those
16  companies has a separate plan.  We just have
17  adopted the Pharma plan to use.  It just
18  facilitates the transfers coming from Pharma.
19  Most of our transfers are from Pharma because
20  they have such a huge population base.
21         Q     And if you're a new employee at
22  one of the Novartis country companies, you have
23  to fill out a 401K plan enrollment form.
24  Correct?
25         A     Yes.
0217
1          James D. Robinson - Confidential
2          Q     And you get statements every
3   month showing what plan you're in.  Correct?
                                    Page 28

                    Robinson - ASCII - 11-4-05
 4              A      Quarterly.
 5              Q      And those statements say,
 6    Novartis Pharmaceutical 401K plan.  Is that
 7    correct?
 8                    MR. PACE:  Objection.
 9    Mischaracterizes.  Lack of foundation.
10                    MR. WEXLER:  Asked and answered.
11              A      I'm not sure which.  The Web
12    page just said Novartis.
13              Q      The Web page for what?
14              A      With Fidelity.
15              Q      Is that the Novartis with the
16    Novartis logo?
17              A      I'm not sure.  I believe it has
18    the logo.  They don't customize the Web page.
19    So if you're with Ciba Vision, it still says
20    Novartis.  If you're with Novartis
21    Pharmaceutical Corporation, it still says
22    Novartis.
23                    MR. WITTELS:   Read that question
24    and answer back, please.
25              (Record read.)
0218
 1          James D. Robinson - Confidential
 2              Q      Does the Novartis country
 3    company offer any life insurance to its
 4    employees?
 5              A      Yes.
 6              Q      Is that through its own plan, or
 7    through a plan from Novartis Pharmaceuticals?
 8              A      No.  We've adopted the Novartis
 9    Pharma life insurance plans.
10              Q      Again, is that -- can you enroll
11    where you go to the Web page to enroll, or some
12    other way?  Do you know?
13              A      I'm sorry, I don't know.
14              Q      Now, what about the medical and
15    dental plan offered by Novartis country
16    companies? Is that a Novartis Pharmaceutical
17    medical and dental plan?
18              A      Yes.
19              Q      If you need to see -- strike
20    that.
21                    Do the Novartis country
22    employees go to the doctors on site at Novartis
23    Pharmaceuticals?
24                    MR. PACE:  Object to form.
25              A      Yes.
0219
 1          James D. Robinson - Confidential
 2              Q      And how many people are there
 3    who are part of the medical team for Novartis
 4    Pharmaceuticals?
 5                    MR. PACE:  Object to form.
 6              A      I'm not sure.
 7              Q      I know you said you worked with
 8    the head of the medical department, Dr. --
 9              A      Mauceri.
10              Q      Is his staff in Florham Park, or
11    is it in East Hanover?
12              A      I think he's at both sites.
13    Most of his people are in East Hanover.
14              Q      So if a Novartis country
                              Page 29

Robinson - ASCII - 11-4-05

15  administrative employee needs medical
16  attention, he'll go to Dr. Mauceri or his staff
17  in New Jersey.  Is that right?
18          MR. PACE:  Object to form.
19      A    If they wish.
20      Q    They're part of the plan that
21  offers coverage or medical treatment by Dr.
22  Mauceri and his staff at Novartis
23  Pharmaceuticals.  Correct?
24          MR. PACE:  Object to the form of
25  the question, particularly as to the word
0220
1           James D. Robinson - Confidential
2   "plan."  You can answer.
3       A    It's part of my agreement with
4   utilizing their HR function.  The pieces that
5   we utilize in Dr. Mauceri's clinic is part of
6   our services agreement that we have with
7   Novartis Pharmaceuticals Corporation.
8       Q    Does Novartis Services or any of
9   the other Novartis country companies pay
10  Novartis Pharmaceuticals for any medical
11  services provided by Dr. Mauceri or his
12  Novartis Pharmaceuticals medical employees?
13      A    I don't know.
14      Q    Are the Novartis country
15  companies also getting dental coverage from a
16  Novartis Pharmaceutical plan?
17          MR. PACE:  Object to form.  Same
18  characterization of "plan."
19      A    Yes.
20      Q    Have you yourself gone to New
21  Jersey to use the medical or dental facilities
22  offered by Novartis Pharmaceuticals?
23          MR. WEXLER:  Objection.
24          MR. PACE:  Same objection.
25      A    No.
0221
1           James D. Robinson - Confidential
2       Q    Let me show you what we've
3   marked as Robinson Exhibit 4, which is the
4   Novartis Pharmaceuticals Corp. disability plan
5   effective January of '00, NPC 124 to NPC 142.
6   Ask you to look at it and tell me if you're
7   familiar with this disability plan.
8       A    Yes.
9       Q    Is this a disability plan that
10  the Novartis country companies prepared for
11  Novartis Pharmaceutical?
12      A    No.
13      Q    Who prepared the Novartis
14  disability plan that we're looking at, Exhibit
15  4?
16          MR. WITTELS:  Object to form.
17  The use of the word "Novartis."  Lacks
18  foundation.
19      A    I don't know.
20      Q    Does Novartis -- do the Novartis
21  country companies have their own disability
22  plan?
23      A    No.  We follow this when we
24  adopted this plan.
25      Q    So the plan I'm looking at for

Robinson - ASCII - 11-4-05

0222
1              James D. Robinson - Confidential
2    Novartis Pharmaceuticals Corporation is the
3    same plan for Novartis country employees?
4        A    Yes.
5        Q    Do you have a different title to
6    the disability plan that Novartis country
7    company employees use, or is it the same plan
8    that we're looking at, Robinson Exhibit 4?
9        A    I'm not sure.
10       Q    But the -- if you're disabled,
11   you go -- a Novartis country employee goes
12   through the NPC disability plan that's
13   described in this document, Exhibit 4.
14   Correct?
15              MR. PACE:  Objection.  Form.
16              MR. WEXLER:  Objection to form.
17       A    The terms of this plan would
18   apply to my disabled employees.
19       Q    Why did the Novartis country
20   companies adopt the NPC corporation disability
21   plan?
22       A    Ease of administration.  The
23   plan is competitive and would meet our needs.
24       Q    How long has or have the
25   Novartis country companies been using the NPC
0223
1              James D. Robinson - Confidential
2    disability plan?
3        A    Since 1/1/97.
4        Q    What is the reason that the
5    Novartis country companies adopted the NPC
6    disability plan as opposed to some other
7    affiliate or company's disability plan?
8        A    Because the short-term piece is
9    tied to the payroll.  I think the short-term
10   piece is self-insured.  And we use the payroll
11   department of Novartis Pharmaceuticals
12   Corporation.  So if I used another payroll
13   department, it would -- so that's
14   self-administered.  That's one reason.
15              And the other reason is because
16   the medical department at Novartis
17   Pharmaceuticals Corporation has some oversight
18   responsibility for short-term disabilities, and
19   we use their medical department.
20       Q    Let me show you what we marked
21   as Robinson Exhibit 5, entitled "Novartis
22   Pharmaceuticals Corp. Restoration Plan
23   Effective 1/1/98," NPC 81 to NPC 98.  Can you
24   look at that and tell me if you're familiar
25   with this document?
0224
1              James D. Robinson - Confidential
2        (Pause.)
3        Q    Are you familiar with this
4    document?
5        A    Yes.
6        Q    What is it?
7        A    It's a non-qualified -- IRS
8    non-qualified plan that restores certain
9    benefits that are above the government caps on
10   qualified benefits.
                                    Page 31

Robinson - ASCII - 11-4-05

11          Q     Is this restoration plan a
12   document that one of the Novartis country
13   companies prepared?
14          A     No, sir.
15          Q     Was it prepared at the direction
16   of any Novartis country companies?
17          A     No.
18          Q     Who prepared it?
19          A     I don't know.
20          Q     Does the restoration plan apply
21   to Novartis country employees?
22          A     Yes, it does.
23          Q     Did Novartis country adopt this
24   restoration plan for its own use?
25          A     Yes.
0225
1          James D. Robinson - Confidential
2          Q     That's been since January of
3   '98, or before?
4              MR. PACE:    And I just interpose
5   an objection before the witness answered that
6   last question to the use of the word "plan" as
7   my objections before.    But you can, of course,
8   answer.
9              THE WITNESS:    I'm sorry.    What
10  was the question again?
11          (Record read.)
12          A     Well, the merger was on 1/1/97,
13  so something had to be in effect between 1/1/97
14  and 1/1/98.   I don't know where that is.    But
15  the plan in essence has not changed since
16  1/1/97.
17          Q     Why did the Novartis country
18  companies adopt the Novartis Pharmaceuticals
19  Corp. restoration plan?
20          A     Okay.    Because most of the plan
21  is unfunded, so when I have -- and my employees
22  retire under the Novartis Pharmaceuticals'
23  pension plan and I use the Novartis
24  Pharmaceuticals' payroll system.    So when I
25  have an employee who retires and has a
0226
1          James D. Robinson - Confidential
2   non-qualified, unfunded benefit, it has to be
3   paid by the Novartis Corporation payroll
4   department each month, hence the reason I
5   adopted the Novartis Pharmaceuticals'
6   restoration plan.
7          Q     Take a look at Robinson Exhibit
8   6, please.    This is titled, "The Manager's
9   Guide Executive MBA program and Executive
10  Education," NCORP 200 to 206.    Are you familiar
11  with this manager's guide?
12          A     No.
13          Q     Are you aware of whether
14  Novartis country employees participated in the
15  executive MBA program offered by Novartis
16  companies?
17              MR. PACE:    Object to form.
18  Lacks foundation.
19          A     Yes, and they don't.
20          Q     Do you know why?
21          A     We haven't adopted this program.
                                    Page 32

Robinson - ASCII - 11-4-05

22  We have our own program, but I wouldn't use
23  this program.
24          Q    When you say "We," you're
25  talking about the Novartis country companies
0227
1           James D. Robinson - Confidential
2   has its own MBA executive program?
3           A    Yes.
4           Q    Why haven't you adopted this NPC
5   program?
6           MR. PACE:  Object to form.
7           A    It's just -- it would be too --
8   my MBA program is much more ad hoc.  We
9   wouldn't give ourselves to all of this
10  regulation in here, and some of the provisions
11  of this program wouldn't fit in my population.
12  And -- excuse me.  Most of my employees have
13  graduate degrees anyway and it would be an
14  exception rather than the rule before we would
15  sponsor an employee for an MBA who already had
16  a graduate degree.
17          Q    Have you ever, over the years
18  from '96 to 2005, been involved in any
19  investigation of any complaints by Novartis
20  Pharmaceutical officers, directors, or
21  employees with respect to anything job related?
22          MR. WITTELS:  Object to form.
23          A    I can't recall.
24          Q    You can't recall whether it
25  happened, or you're saying it could have and
0228
1           James D. Robinson - Confidential
2   you just don't remember?
3           MR. PACE:  Object to form.
4           A    I just don't know.
5           Q    You're saying it could have
6   happened?
7           MR. PACE:  Same objection.  He's
8   answered it.
9           A    I don't know.
10          Q    Has the HR department at
11  Novartis Pharmaceuticals, be it the head or any
12  of the employees under that, consulted you over
13  the years from '96 to present with respect to
14  any issues about Novartis Pharmaceutical
15  employees?
16          MR. PACE:  Object to form.
17          A    I can't recall.
18          Q    Have you ever offered any advice
19  or suggestions to anyone at Novartis
20  Pharmaceuticals about how to handle employee
21  grievances, employee disputes, or employee
22  issues?
23          MR. PACE:  Object to the form.
24          A    I can't recall.
25          Q    Do you participate at monthly
0229
1           James D. Robinson - Confidential
2   meetings of the Novartis Pharmaceuticals' human
3   resources department?
4           MR. WEXLER:  Objection.  Lacks
5   foundation.
6           MR. PACE:  Same objection.
                        Page 33

Robinson - ASCII - 11-4-05

```
 7            A    No.
 8            Q    Do they not have a monthly
 9   meeting at which you call in where there's an
10   executive committee of Novartis
11   Pharmaceuticals' HR and you participate in
12   those discussions?
13            MR. PACE:  Objection.  Lack of
14   foundation.
15            A    Yes.
16            Q    What is that meeting called?
17            A    It's an acronym, HRBT or
18   something like that.  I don't know what it even
19   stands for.
20            MR. WITTELS:  Could you read
21   back the last question and read back the
22   answer?
23            (Record read.)
24            Q    Why did you answer no when I
25   asked you if you participated in monthly
0230
 1            James D. Robinson - Confidential
 2   meetings of the Novartis human resources?
 3            MR. PACE:  Objection.  You're
 4   mischaracterizing his testimony, and that's an
 5   inappropriate question.
 6            A    Because I thought you said
 7   Novartis Pharmaceuticals Corporation.
 8            Q    As opposed to what?
 9            A    This HR team meeting is broader
10   than -- it would be other people who are on
11   this call or in this meeting outside of
12   Novartis Pharmaceuticals Corporation.
13   That's -- I didn't mean to mislead you.  I
14   just -- the first question sounded like you
15   meant some sort of monthly staff meeting of
16   Novartis Pharmaceuticals Corporation, not a
17   broad meeting of senior HR practitioners.
18            MR. PACE:  And he wasn't saying
19   you were misleading him.
20            THE WITNESS:  I'm sorry.
21            Q    Who participates at the Novartis
22   human resources meeting that you participate
23   in?
24            MR. PACE:  Object to form.
25            A    Okay.  It's the head of HR of
0231
 1            James D. Robinson - Confidential
 2   Novartis Pharmaceuticals Corporation and her
 3   direct reports, and then there other are HR
 4   people, including myself, who are users of the
 5   Novartis Pharmaceuticals Corporation
 6   infrastructure.
 7            Q    Who are the other people like
 8   yourself who use the NPC infrastructure?
 9            MR. PACE:  Object to form.
10   Calls for speculation.
11            A    Let's see.  One of them would
12   be -- somebody from NIBRI in Cambridge
13   participates.  There's someone there from
14   Oncology, which is managed separately, and tech
15   ops, which is managed separately, and myself.
16   We're -- I think we're more just ex officio
17   than actually members of this committee.  But
```

Page 34

Robinson - ASCII - 11-4-05

18  since the committee discusses HR policies which
19  typically we adopt, then it behooves us to
20  listen in to the meeting so we'll know if
21  Pharma is recommending to change a policy.
22          MR. PACE:   Could the reporter
23  just read back the question that he was just
24  answering?  Could the reporter read back the
25  question?
0232
1          James D. Robinson - Confidential
2          (Record read.)
3          MR. PACE:   Okay, thank you.
4      Q     How long have you been
5  participating at these monthly HR policy
6  meetings?
7          MR. PACE:   Objection to form.
8          MR. WEXLER:   Objection to
9  characterization.
10          MR. PACE:   Precisely.
11      A     About a year.
12      Q     Are there minutes of the
13  meetings that are distributed, or memos of what
14  went on at these meetings that are distributed
15  to you after the meeting?
16      A     I'm not sure.
17      Q     Do you get some kind of agenda?
18      A     We get an agenda, yes.
19      Q     Is that before or after the
20  meeting?
21      A     Before.
22      Q     Do you get anything after which
23  summarizes what went on at the meetings?
24      A     I'm not sure.
25      Q     Do you participate by speaking
0233
1          James D. Robinson - Confidential
2  at these meetings?
3      A     If it's a topic at the meeting
4  that pertains to me and my workforce, yes.
5      Q     Describe to me all the topics in
6  the last year that would apply to you that you
7  would speak about.
8          MR. PACE:   Objection.
9  Overbroad.  It's an unreasonable question.  But
10  you can try to answer.
11      A     One topic recently had to do
12  with Pharma's changing its pension plan the
13  first of the year.  And since my people are
14  under the Pharma retirement benefits, any new
15  employees that are beginning in January will go
16  into the new Pharma retirement plan, so that's
17  something that -- a topic that I needed to know
18  about.  So a lot of it is benefits related.
19  Actually, most of the things that I would
20  listen to would be benefits related.
21          We had a presentation on the new
22  rates we're going to charge employees for all
23  the health and welfare benefits in 2006, which
24  directly affects my people.  So -- I think
25  Pharma is changing its disability plan too,
0234
1          James D. Robinson - Confidential
2  next year, I know they are, and it just went to
Page 35

Robinson - ASCII - 11-4-05
```
 3  the Pharma board.  Because it's real technical,
 4  I wouldn't understand it unless a benefits
 5  expert explained it to me.  It has to do with a
 6  carve-out or something or other.
 7        Q      Are there any other meetings or
 8  informational sessions that you participate in
 9  with Novartis Pharmaceuticals' HR?
10        A      Yes.
11        Q      What are those meetings or
12  gatherings?
13        A      We have a meeting three times a
14  year.  It's the Novartis leadership team.  I
15  think it is, something like that.
16        Q      What is that, the leadership
17  team?
18        A      It's sponsored by the head of
19  human resources.
20        Q      The head of what company and
21  where?
22        A      Novartis AG.  And we meet three
23  times a year.  It's a global meeting.  And the
24  head of human resources for Novartis
25  Pharmaceuticals Corporation in East Hanover
0235
 1        James D. Robinson - Confidential
 2  participates and is a member of this team.
 3        Q      Is this -- when you said headed
 4  by AG, this is the head of all global --
 5        A      Intergalactic, yeah.
 6        Q      And these meetings are held all
 7  over the place, including Europe, in
 8  Switzerland?
 9        A      We have two meetings in Basel
10  and another meeting at another European city.
11  I think it's in Stockholm in 2006.
12        Q      What is the purpose of these
13  Novartis leadership team meetings?
14        A      Probably networking,
15  benchmarking, sharing best practices.
16        Q      Are materials handed out at
17  these meetings?
18        A      Yes.
19        Q      Do you keep copies of those
20  materials?
21        A      I don't.  Not typically, no, I
22  don't.
23        Q      Are the best practices that are
24  described at these meetings practices that you
25  are instructed to follow at the Novartis
0236
 1        James D. Robinson - Confidential
 2  country companies and the other Novartis
 3  affiliated companies?
 4           MR. PACE:  Object to form.
 5        A      Not -- not instructed to follow
 6  typically.  It's just more like, This is, you
 7  know, what HR in Germany is doing.  It's
 8  working good for them, so they're going to give
 9  a presentation on it and you can decide whether
10  or not it might make sense for you, or
11  something like that.
12        Q      Are there meetings with Novartis
13  Pharmaceutical that you have apart from the
```
Page 36

Robinson - ASCII - 11-4-05

14  global meeting you just talked about and apart
15  from the monthly meeting you call in at with
16  Novartis HR people?
17          A    No.
18          Q    How often do you speak to the HR
19  department at Novartis Pharmaceutical?
20              MR. WEXLER:  Objection to form.
21          Q    And by the "department," I mean
22  the head or any employees there.
23          A    Sporadically.
24          Q    And how often do you e-mail back
25  and forth between you and the head or any HR
0237
1               James D. Robinson - Confidential
2   employees at Novartis Pharmaceuticals?
3               MR. PACE:  Objection.  Asked and
4   answered.
5          A    It would be very sporadic.  Just
6   if there was an issue or incident or something.
7          Q    What would be an incident or
8   issue that would cause you to e-mail or
9   communicate back and forth with Novartis
10  Pharmaceuticals?
11         A    Well, it would be if I had a pay
12  problem.  I'm hiring somebody, there's an
13  issue, a pay issue.  I use some of their
14  relocation services, not all of them -- I have
15  my own relocation manager -- if I'm
16  transferring somebody to Novartis
17  Pharmaceuticals or they're transferring
18  somebody to me.
19         Q    Does global, at these meetings,
20  describe how to handle employee complaints or
21  grievances?
22         A    No.
23             MR. WEXLER:  Objection to form.
24             MR. PACE:  I'm just unclear
25  who's talking right now.  Are you done with the
0238
1               James D. Robinson - Confidential
2   question?
3               MR. WITTELS:  If you guys pay
4   attention, you'll be following the questions
5   and answers.
6               MR. PACE:  You're kidding me.
7               MR. WITTELS:  I'm not kidding
8   you.  He answered the question.
9               MR. PACE:  I object and so does,
10  I think --
11             MR. WEXLER:  I object as well.
12             MR. PACE:  To that last
13  question.  For the record, we interposed
14  objections.
15         Q    Are there any discussions at any
16  of the global meetings about what to do when an
17  employee brings a lawsuit?
18         A    No.
19         Q    Are there any discussions or
20  guidelines or procedures or any type of
21  training on how to handle personnel at these
22  global meetings?
23             MR. WEXLER:  Objection to form.
24             MR. PACE:  Object to form.
                            Page 37

                    Robinson - ASCII - 11-4-05
25          A    No.
0239
1              James D. Robinson - Confidential
2          Q    So best practices doesn't
3    involve administration of personnel?
4              MR. PACE:  Object to form.
5              MR. WEXLER:  Objection to form.
6              MR. PACE:  It's argumentative
7    too.
8          A    Not when we're in 140-plus
9    countries, each with its own legal system.
10         Q    When you participate at these
11   monthly meetings with the HR department at
12   Novartis Pharmaceuticals, do they discuss
13   issues of grievances and employee issues --
14             MR. PACE:  Objection.
15         Q    -- that are not related to
16   benefits?
17             MR. PACE:  Object to form.
18         A    No.
19         Q    You've never been on a
20   conference call or any type of meeting with
21   anybody from Novartis Pharmaceuticals' HR where
22   employee issues not related to benefits have
23   been discussed?  Is that your testimony?
24             MR. PACE:  Objection.  Asked and
25   answered.
0240
1              James D. Robinson - Confidential
2          A    No.
3          Q    No, you don't recall employee
4    issues ever being discussed?  Is that what
5    you're saying?
6              MR. PACE:  Objection.  Asked and
7    answered.
8          A    No.
9          Q    Were you involved in the
10   selection of the new HR department head at
11   Novartis Pharmaceuticals?
12             MR. PACE:  Object to form.
13         A    No.
14         Q    Were you aware that there was a
15   selection process or a search process for a new
16   head of the Novartis Pharmaceuticals' HR
17   department?
18         A    Yes.
19         Q    When did you become aware of
20   that?
21         A    When I knew the job was open.
22         Q    When did it become open?
23         A    When the other one resigned.
24         Q    Who was that?
25         A    Mrs. Cunningham.
0241
1              James D. Robinson - Confidential
2          Q    When did Ms. Cunningham resign?
3          A    This past summer, I believe.
4          Q    And how did you get notification
5    that Ms. Cunningham had resigned from head of
6    HR at NPC?
7              MR. PACE:  Object to form.
8          A    There was a memo that went out
9    from the CEO, I think, saying she'd resigned.
                        Page 38

Robinson - ASCII - 11-4-05
```
10          Q      From the CEO of NPC?
11          A      I believe so.  Or it was a press
12  release or something.  There was something in
13  writing.
14          Q      Are you on some e-mail
15  distribution list where you get information
16  about internal activities at NPC?
17          A      No.
18          Q      Well, are you on an e-mail list
19  or distribution list of different business
20  activities at NPC?
21          A      All of the affiliates.  It's
22  whatever is on the news line in the morning,
23  that comes up in this internal news and
24  external news.
25          Q      So internal news is distributed
0242
1              James D. Robinson - Confidential
2   about all the different Novartis companies,
3   including Novartis Pharmaceuticals and the
4   Novartis country companies.  Is that it?
5           A      I believe so.
6           Q      Who prepares the internal news?
7           A      I'm not sure.
8           Q      Where is it prepared out of?
9           A      I'm not sure.
10          MR. PACE:  Object to form.
11          Q      Is that done by Novartis
12  Pharmaceuticals?
13          MR. PACE:  Object to form.
14  Calls for speculation.
15          A      I'm not sure.
16          Q      When -- after you learned that
17  Ms. Cunningham had resigned, what involvement
18  did you have in looking for her successor for
19  her?
20          MR. PACE:  Objection.
21          MR. WEXLER:  Objection.
22          MR. PACE:  Lack of foundation.
23  Assumes facts not in evidence.
24  Mischaracterizes a direct answer to a previous
25  question.
0243
1              James D. Robinson - Confidential
2           Q      Go ahead.  You can answer.
3           A      No involvement.
4           Q      Did you interview any of the
5   candidates for the head of HR after
6   Ms. Cunningham -- for Ms. Cunningham's
7   position?
8           A      No.
9           Q      Did anyone from Novartis country
10  companies interview any of the candidates for
11  Ms. Cunningham's replacement as head of HR at
12  NPC?
13          MR. PACE:  Objection.  Calls for
14  speculation.
15          A      I don't know.
16          Q      Do you think that there are
17  officers or directors of Novartis country
18  companies who interviewed the replacement
19  candidates for Ms. Cunningham as head of HR at
20  NPC?
```
Page 39

```
                    Robinson - ASCII - 11-4-05
21                 MR. PACE:   Objection.  Calls for
22   speculation.  Asked and answered.
23          A     I wouldn't think so.
24          Q     Were you not made aware that --
25   of the selection of the replacement for
0244
 1          James D. Robinson - Confidential
 2   Ms. Cunningham as head of HR at NPC?
 3                 MR. PACE:   Object to the form of
 4   the question.
 5          A     Yes.
 6          Q     Who made you aware of that?
 7          A     Dr. Botkatzky-Geiger.
 8          Q     Is he the head of HR for all the
 9   Novartis companies in Europe?
10                 MR. PACE:   Object to form.
11          A     The world.
12          Q     How did he notify you that a new
13   HR person had been selected for NPC?
14          A     Telephone.
15          Q     Why did he call you?
16                 MR. PACE:   Objection.  Calls for
17   speculation.
18          A     To advise me that we had a new
19   head of HR in Pharma.
20          Q     Why would that be of interest to
21   you?
22                 MR. PACE:   Same objection.
23          A     Because it would be one of my
24   key HR peers and somebody I'd work with in the
25   U.S.  And so he would tell me if the new HR --
0245
 1          James D. Robinson - Confidential
 2   we just had an HR of Ciba Vision hired and he
 3   called to tell me that because I work in the
 4   United States and this person does too.
 5          Q     Did you call -- did you have any
 6   involvement in ensuring that the paperwork for
 7   the new HR person as head of NPC was in order?
 8                 MR. WEXLER:  Objection to form.
 9                 MR. PACE:   Same objection.
10          A     Just one aspect of the BI we do
11   from the outside, the background investigation.
12          Q     Describe what you mean by doing
13   a background investigation on people of that
14   level.
15          A     So -- the security function is a
16   corporate function, so at some point I
17   reminded, I think it was specifically Judy
18   O'Hagan, that she had to remember to do a BI on
19   Mr. Batlaw because he was coming from the
20   outside.  But that was after I had been
21   informed that he had been hired.  I think it
22   was before the public announcement.
23          Q     So the security function, you're
24   saying, is a corporate function that's
25   performed by Novartis country companies?
0246
 1          James D. Robinson - Confidential
 2          A     Typically, yeah.  Pharma has its
 3   own security function too.  I'm not sure what
 4   the relationship is, but I do think the Pharma
 5   security function does the background
                                    Page 40
```

Robinson - ASCII - 11-4-05

6   investigations on its own people.
7        Q    Why is the security function
8   something that is administered or run by
9   Novartis country companies for employees?
10            MR. PACE:  Object to form.
11   Calls for speculation.
12        A    I don't know.
13        Q    Are you in charge of that
14   security function or seeing that it's
15   performed?
16        A    No, sir.
17        Q    Is that part of the checklist
18   that you follow when you have new employees
19   coming on, making sure that the security
20   function is followed for the different
21   companies under the country company umbrella?
22            MR. PACE:  Object --
23            MR. WITTELS:  Objection.
24            MR. PACE:  -- to form.  Lack of
25   foundation.  Vague and ambiguous at several
0247
1        James D. Robinson - Confidential
2   points.
3            THE WITNESS:  I'm sorry.  What
4   was the question again?
5            (Record read.)
6        A    No.  There's no checklist.  I
7   just took it upon -- because Mrs. O'Hagan is an
8   acting head of HR, I just took it upon myself
9   to remind her that the level of the new head of
10   an HR coming from outside, we perform
11   background investigations.  And it was just, By
12   the way, I need to remind you of this.  It
13   wasn't in any official capacity.  But I think
14   she already knew that anyway, so -- it all
15   happened very fast, as I recall.
16        Q    Was Ms. O'Hagan considered for
17   the position of HR head?
18            MR. PACE:  Object to form.
19   Calls for speculation.
20        A    I don't know.
21        Q    Who was the head of HR before
22   Ms. Cunningham?
23            MR. PACE:  I object.  Further,
24   this is duplicative of another witness'
25   testimony.
0248
1        James D. Robinson - Confidential
2        A    Mr. Rots, I believe.  R-o-t-s.
3        Q    Did you have any involvement in
4   Mr. Rots' selection as HR head?
5        A    No.
6        Q    Do you know who Peter Watts is?
7   Am I saying that right?
8        A    Yes.
9        Q    Was he the previous HR head at
10   NPC?
11        A    Yes.
12        Q    Did you have any involvement in
13   his selection as HR head?
14        A    No.
15        Q    Did you have any involvement at
16   all in Mr. Anthony's selection as head of HR at

Page 41

```
                    Robinson - ASCII - 11-4-05
17   NPC?
18              MR. WEXLER:  Objection to form.
19              MR. PACE:  Same objection.
20         A    No.
21         Q    Do you know who Mr. Banner is,
22   Rick Banner?
23         A    Oh, Bonner.
24         Q    Bonner?
25         A    Yes.
0249
 1              James D. Robinson - Confidential
 2         Q    Did he leave the Novartis
 3   companies, or stay within Novartis?
 4         A    He's no longer with Novartis.
 5         Q    And is Mr. Watts or Mr. Rots in
 6   Novartis in any company, or are they outside?
 7         A    I believe they're both gone.
 8         Q    Was anyone from Novartis country
 9   involved in the selection of the various heads
10   of HR over the years?  Do you know?
11              MR. PACE:  Object to form.
12   Calls for speculation.
13         A    No.
14         Q    You don't know?
15         A    No.  We weren't involved.
16         Q    Do you receive any type of
17   report or memos from the HR department at NPC
18   relating to its personnel?
19              MR. PACE:  Object to form.
20   Vague and ambiguous.
21         A    No.
22         Q    Were you at Novartis country
23   companies in charge of a Best Place to Work
24   survey?
25         A    I'm sorry.  Will you rephrase
0250
 1              James D. Robinson - Confidential
 2   that?
 3              MR. PACE:  Repeat it, or
 4   rephrase it?
 5              THE WITNESS:  Repeat it.
 6         (Record read.)
 7              MR. PACE:  Object to form.
 8         A    Is that "you" singular or "you"
 9   plural?
10         Q    "You," Novartis country
11   companies.
12         A    Plural.  Yes.
13         Q    Okay.  What was your involvement
14   in that, the Best Place to Work survey?
15         A    Well, I'm on the committee to
16   try to get us on the Best Places to Work list.
17         Q    To get who on the Best Places to
18   Work list?
19         A    Novartis U.S.
20         Q    That would include NPC and any
21   other Novartis company?
22         A    Yes.  You can't get on the list
23   by affiliate; you can only go in in the U.S. as
24   a whole.  So no -- Novartis Pharmaceuticals
25   can't get on the list by itself, or Gerber
0251
 1              James D. Robinson - Confidential
                         Page 42
```

```
                    Robinson - ASCII - 11-4-05
 2  Products Company can't get on the list by
 3  itself.
 4           Q      What do they have to get on the
 5  list under?
 6           A      Novartis, Novartis U.S.
 7  Everybody has to go in.
 8           Q      Who is the head of Novartis
 9  U.S.?  Isn't that Novartis Corporation?
10           MR. PACE:  Object to form.
11           Q      Is that right?
12           A      Yes.
13           Q      So you, as the head of Novartis
14  Corporation, are on this committee to get
15  Novartis Corp. listed as the best place to
16  work --
17           MR. WEXLER:  Objection to form.
18           Q      -- which would include the
19  subsidiaries and its company?
20           MR. PACE:  Objection to form.
21  Mischaracterizes the testimony.
22           A      It would be Novartis and all of
23  its affiliates in the U.S.
24           Q      You aren't including the
25  Novartis parent, are you?  Or are you?
0252
 1           James D. Robinson - Confidential
 2           MR. PACE:  Object to form.  What
 3  does "Novartis" mean?
 4           MR. WITTELS:  Novartis and all
 5  of its operating affiliates in the U.S. is how
 6  the list is completed.
 7           Q      And how long have you been head
 8  of this committee?
 9           A      I'm not the head of it.
10  Mr. Jones.
11           Q      What company does he work for?
12           A      Novartis Finance Corporation.
13           Q      What's his position?
14           A      He's head of communications and
15  external affairs.  I believe -- external
16  relations, I think it is.  I can't remember
17  what the title is.
18           Q      Is there anyone from a
19  non-Novartis country company on the committee?
20           A      Yes.
21           Q      And how many people?
22           A      I don't know.
23           Q      More than one?
24           A      I believe it's just one.
25           Q      How many committee members are
0253
 1           James D. Robinson - Confidential
 2  there from the Novartis country company?
 3           A      Three maybe.  Three, four.
 4           Q      Has the committee gathered
 5  information from the various operating
 6  companies in the U.S.?
 7           A      Yes.
 8           Q      What are you doing with that
 9  data?
10           MR. PACE:  Object to form.
11  Lacks foundation.
12           A      It was submitted to the Best
                         Page 43
```

                        Robinson - ASCII - 11-4-05
13  Places to Work Institute.
14          Q    Are there any -- do any of the
15  surveys ask questions about gender issues?
16                  MR. PACE:  Object to form.
17  Vague and ambiguous.
18          A    No.
19          Q    Is there a set questionnaire
20  that was distributed to Novartis employees in
21  the U.S.?
22                  MR. PACE:  Object to form.
23          A    Yes.
24          Q    And who -- was it one?  Has it
25  been done more than once, or just once this
0254
1           James D. Robinson - Confidential
2   year?
3           A    Twice.
4           Q    Okay.  Was last year's data ever
5   submitted to any entity to try to get on the
6   list?
7           A    Yes.
8           Q    What happened?
9           A    Didn't get on the list.
10          Q    Do you know why?
11          A    Nope.
12                  MR. PACE:  Objection.
13          Q    Where is that published, the
14  Best Place to Work?
15          A    Fortune Magazine.
16          Q    Are the results of those surveys
17  gathered in any one place?
18          A    Yes.
19          Q    Are they -- do you gather the
20  data by company, so Novartis Pharmaceuticals
21  would have its own responses and -- what
22  other -- Nutrition would have its own
23  responses?
24          A    I don't think so, no.  It's
25  consolidated.
0255
1           James D. Robinson - Confidential
2           Q    Is Novartis Corp. -- do you
3   administer Nutrition, their business?
4                  MR. PACE:  Objection.  Vague and
5   ambiguous as to "administer" and as to "their
6   business."
7           A    No.
8                  MR. PACE:  Counsel, before --
9   you're still on this.  Before you switch
10  topics, whenever it might be appropriate to
11  take a quick last break of the morning?
12                  MR. WITTELS:  Okay.
13          (A recess was taken from 12:26 p.m.
14  to 12:42 p..m.)
15          Q    Let me show you what we marked
16  as O'Hagan 2, which is titled, Salary-Title
17  Transfer Change Form Codes and Descriptions.
18  Would you take a look at that?
19                  MR. PACE:  Are there extras in
20  that Redweld, perchance?
21                  MR. WEXLER:  I just brought the
22  originals and one set.  I can't locate one.
23                  MR. PACE:  Okay.
                        Page 44

Robinson - ASCII - 11-4-05

```
24          Q     Have you looked at that?
25          A     Yes, sir.
0256
 1               James D. Robinson - Confidential
 2          Q     Is this a Novartis country
 3     document?
 4          A     Well, we use it, yes.
 5          Q     Was it prepared by Novartis
 6     country for employees who were transferring
 7     back and forth and to be filled out by the
 8     different companies where they're transferring
 9     from or going to?
10          A     No.
11          Q     Who prepared it?
12          A     Novartis Pharmaceuticals, I
13     believe.
14          Q     Do -- does the Novartis --
15     strike that.
16               Do the Novartis country
17     company -- strike that.
18               Does Novartis country monitor
19     the headcount of the Novartis Pharmaceutical
20     employees?
21               MR. PACE:  Object to form.
22          A     No.
23          Q     Do you at Novartis country
24     companies report your headcount to any parent
25     company?
0257
 1               James D. Robinson - Confidential
 2               MR. PACE:  Object to form.
 3          A     No.
 4          Q     Do you monitor the budget of --
 5     "you," the country companies, monitor the
 6     budgets of Novartis Pharmaceuticals?
 7          A     No.
 8          Q     Do you keep these forms at
 9     Novartis country company when an employee
10     transfers to you from Novartis Pharmaceuticals?
11               MR. WEXLER:  Objection to form.
12               MR. PACE:  Objection to form.
13          A     I'm sorry.
14               THE WITNESS:  What was the
15     question?
16               (Record read.)
17          A     No.
18          Q     Where are the forms shown --
19     were used in O'Hagan 2 for an employee
20     transferring from Novartis Pharmaceuticals to
21     Novartis country companies, go?
22               MR. PACE:  Object to form.
23          A     I think a new form is created
24     when they transfer, this form.
25          Q     What page are you on?
0258
 1               James D. Robinson - Confidential
 2          A     Page 2.
 3          Q     That's what I'm saying.  What
 4     happens to these forms when an employee
 5     transfers to your organization?
 6          A     To me?  It's filled out and then
 7     I sign it and then the changes are made in the
 8     HRIS system.
```

Page 45

Robinson - ASCII - 11-4-05

```
 9            Q     Do you at HR Novartis country
10   companies keep a record of all the changes
11   within the Novartis group companies?
12                  MR. PACE:  Object to form.
13            A     No.
14            Q     Would you have a record at
15   Novartis country companies of all the changes
16   within Novartis Pharmaceuticals of all its
17   employees to or from Novartis Pharmaceuticals?
18            A     Yes.
19            Q     And why do you at Novartis
20   country companies have records for employees
21   who go to or from Novartis Pharmaceuticals?
22                  MR. PACE:  Object to the form.
23                  THE WITNESS:  Would you read
24   over that again, please?
25            (Record read.)
0259
 1            James D. Robinson - Confidential
 2            A     If they go from the country
 3   companies to Novartis Pharmaceuticals or vice
 4   versa, then they would -- one of these forms
 5   would have to be created because they're going
 6   from one business entity to another business
 7   entity.  So I would have a record on either the
 8   going in or the coming in.
 9            Q     And what about employees who
10   transfer to other -- from Novartis
11   Pharmaceuticals to other Novartis companies not
12   the country companies?  Do you keep a record of
13   that?
14            A     No, I wouldn't have anything
15   like that.
16            Q     Have you seen this Profit
17   Protection Plan Approval form, marked as
18   O'Hagan 7 before, that has signature lines for
19   various executives, including Mr. Costa and
20   Ebeling?
21            A     No.
22            Q     Are you aware that Mr. Ebeling
23   was monitoring headcount at Novartis
24   Pharmaceutical?
25                  MR. WEXLER:  Objection to form.
0260
 1            James D. Robinson - Confidential
 2                  MR. PACE:  Objection.  Lack of
 3   foundation.
 4            A     No.
 5            Q     Let me show you what's marked as
 6   O'Hagan 9, called The Work Number.  Have you
 7   seen this before?
 8            A     Yes.
 9            Q     Are you aware of who established
10   this work number under which an employee of one
11   of the Novartis companies listed, including
12   Novartis Pharmaceuticals and Novartis Corp.,
13   could call in, or someone other than them could
14   call in to get verification of employment?
15            A     No.
16            Q     Is this administered -- did
17   Novartis country companies set up this 800
18   number?
19            A     No.
```

Page 46

```
                    Robinson - ASCII - 11-4-05
20          Q     Who did?
21          MR. PACE:  Objection.
22          A     I don't know.
23          Q     Okay.  Show you what was marked
24   O'Hagan 12, called a Glossary of Common Terms.
25   Have you seen that before?
0261
1                James D. Robinson - Confidential
2           A     Yes.
3           Q     Okay.  What is this document?
4           A     This is terms we use in our OTR
5    process, organization and talent review.
6           Q     Who prepared this document?
7           MR. PACE:  Object to form.
8    Calls for speculation.
9           A     I don't know.
10          Q     These common terms, are they in
11   a manual that the Novartis country company
12   uses?
13          MR. PACE:  Object to the form of
14   the question.
15          A     It's not a manual, but we use
16   the terms.  It's all on the Internet.
17          Q     Are these HR talent reviews?
18          A     No.
19          Q     Who is -- what are these terms?
20   What are they used for within the HR department
21   or some other department?
22          A     All departments, all employees.
23          Q     So all employees are supposed to
24   use those terms in evaluating employees?
25          MR. PACE:  Objection.  Lack of
0262
1                James D. Robinson - Confidential
2    foundation.
3           A     In terms of discussing your
4    talent, you're supposed to use the terms.
5           Q     And, again, where do these terms
6    emanate from for discussing talent in
7    employees?  Is that from Novartis in
8    Switzerland, Novartis Pharma Switzerland, or
9    some other entity?
10          MR. PACE:  Again, objection.
11   Calls for speculation.  Asked and answered.
12   But you may answer.
13          A     These come from Switzerland.
14          Q     From which entity?
15          A     I'm not sure.
16          Q     And is this Novartis -- do you
17   believe it's the Novartis AG, where Mr. Ehrgan
18   (ph.), the name we couldn't pronounce, is from?
19   Is that right?
20          MR. PACE:  Objection.  Calls for
21   speculation.
22          A     I believe so.
23          Q     So performance, management,
24   leadership development processes are developed
25   at the HR level, the global HR in Switzerland.
0263
1                James D. Robinson - Confidential
2    Is that fair to say?
3           MR. PACE:  Objection.
4    Mischaracterizes.
```

Robinson - ASCII - 11-4-05

```
 5        A      Yes.  And there's a reason for
 6  that, because we want some processes -- this is
 7  a -- that is so overridingly important to
 8  Novartis globally that it should -- to some
 9  extent it has to be standardized across the
10  world, especially in terms of definitions and
11  how you approach that sort of thing.
12        Q      Are reviews of employees done in
13  a standardized way?
14               MR. PACE:  Object to form.
15        A      Yes.
16        Q      Are -- those reviews of
17  employees, are they conducted pursuant to
18  guidelines that are -- emanate from
19  Switzerland?  Fair to say?
20               MR. PACE:  Objection.
21        A      To some extent, yes.
22        Q      To what extent?
23        A      We use one form all over the
24  world; everybody's evaluated under the same
25  criteria in all of our countries.
0264
 1           James D. Robinson - Confidential
 2        Q      Who prepared that form?
 3               MR. PACE:  Objection.  Calls for
 4  speculation.
 5        A      I don't know.
 6        Q      The form emanates however, from
 7  Novartis HR global?
 8               MR. PACE:  Objection.
 9        A      Yes.
10        Q      Are there other forms that
11  emanate from global that are used in evaluating
12  performance of employees in the United States?
13               MR. PACE:  Objection.  Vague and
14  ambiguous.
15        A      The performance management form,
16  the OTR form; those are the only two forms I
17  can think of.
18        Q      Are there other forms that you
19  use at Novartis country companies for
20  evaluating employee performance?
21        A      No.
22        Q      Are there any forms that
23  Novartis Pharmaceuticals uses in addition or
24  different from the performance management form
25  and the OTR form --
0265
 1           James D. Robinson - Confidential
 2               MR. WEXLER:  Objection.
 3               MR. PACE:  Objection.  Calls for
 4  speculation.
 5        Q      -- in evaluating employees'
 6  performance?
 7        A      I don't know.
 8        Q      Do you review the performance
 9  management forms and the OTR forms of Novartis
10  Pharmaceutical employees?
11               MR. PACE:  Object to form.
12        A      No.
13        Q      Have you over the years had
14  occasion to review either the performance
15  management form or the OTR forms of NPR
```

Page 48

Robinson - ASCII - 11-4-05

16  employees?
17            MR. PACE:  Did you mean NPC?
18            MR. WITTELS:  NPC.
19            MR. PACE:  Objection.  Asked and
20  answered.
21        A    Yes.
22        Q    For what reason?
23        A    When they were applying for a
24  job opening in my business entity.
25        Q    Have you seen any of the
0266
1            James D. Robinson - Confidential
2  evaluation forms of any of the plaintiffs who
3  are alleging gender discrimination in this
4  lawsuit?
5        A    No.
6        Q    Have you conducted any type of
7  investigation or had anyone at your direction
8  conduct any investigation into whether any of
9  the allegations of gender discrimination in
10  this lawsuit have merit?
11        A    No.
12        Q    Have you consulted with anyone
13  from HR or any other department about the
14  allegations in this lawsuit with respect to
15  employee grievances?
16            MR. PACE:  Object to form.
17        A    No.
18        Q    Are you aware of what the
19  employees, the female employees in this
20  lawsuit, are contending?
21        A    Yes.
22        Q    And how did you gain that
23  knowledge?
24        A    I read their complaint, and I
25  saw -- I read about it in the newspaper on that
0267
1            James D. Robinson - Confidential
2  news story, I think it was in the Star Ledger,
3  that comes online.
4        Q    Other than that, have you had
5  any other information other than a complaint
6  and a news article about the allegations in
7  this complaint?
8        A    I remember seeing something on
9  television about it on the news shot; I think
10  it was the day the complaint was filed or
11  something.
12        Q    Is that the extent of your
13  knowledge?  Is that correct?
14        A    Yup.
15        Q    Showing you Exhibit 13, called
16  Staffing Services Contacts.  Have you ever seen
17  this document before?  This is marked as
18  O'Hagan 13.
19        A    No, not specifically.
20        Q    This is a document that's
21  maintained at Novartis country companies?
22            MR. PACE:  Object to form.
23        A    No.
24        Q    Do the Novartis country
25  companies monitor the diversity statistics,
0268
            Page 49

```
                   Robinson - ASCII - 11-4-05
 1          James D. Robinson - Confidential
 2   including race and gender, for different
 3   companies under the Novartis country companies'
 4   umbrella?
 5               MR. PACE:  Object to form,
 6   "monitor" and "umbrella."
 7          A     We fill out the forms, yes.  We
 8   don't monitor, but we submit the forms to
 9   the government because we file a consolidated
10   EEO report in the United States.
11          Q     So who's responsible at Novartis
12   country companies for gathering that
13   information about diversity?
14               MR. PACE:  Object to form.
15          A     A lady who works for me.
16   Margaret Taylor is her name.
17          Q     So the diversity -- how does
18   Margaret Taylor go about gathering the
19   information --
20          A     She gets the information --
21          Q     Let me finish.
22          A     Okay.
23          Q     How does Ms. Taylor go about
24   gathering the information for diversity from
25   the different subsidiary companies of the
0269
 1          James D. Robinson - Confidential
 2   Novartis company so that you can report to the
 3   government the consolidated diversity number?
 4          A     She gets the forms in from the
 5   EEOC and then she sends the forms out to the
 6   EEO compliance person in each of the affiliates
 7   to fill out.
 8          Q     "She" being?
 9          A     Ms. Taylor.
10          Q     So she would send it to
11   Ms. Dickson.  And Ms. Dickson is an NPC --
12          A     Yes, sir.
13          Q     And she would gather all the
14   data from the different subsidiary companies of
15   the Novartis country companies and that
16   information would be collated in some fashion.
17   Is that correct?
18          A     Uh-huh.
19          Q     Is that a yes?
20          A     Excuse me, yes.
21          Q     Who would actually collate all
22   the data regarding diversity that's obtained by
23   the Novartis country companies from its
24   subsidiaries?
25          A     For the consolidated report?
0270
 1          James D. Robinson - Confidential
 2   I'm sorry.
 3          Q     Yes.
 4          A     Yes, Mrs. Taylor does that.
 5          Q     Do you review that report before
 6   it goes out?
 7          A     Yes.
 8          Q     Do you edit it?
 9               MR. PACE:  Object to form.
10          A     No.  I mean, it is what it is.
11   There's no editing.  I mean --
                      Page 50
```

Robinson - ASCII - 11-4-05

12          Q     Do you at the Novartis country
13  companies provide any guidance in terms of
14  memos, procedures, policies and the like,
15  regarding diversity to your subsidiary
16  companies?
17                MR. PACE:  Object to form.
18                MR. WEXLER:  Objection.
19          A     No.
20          Q     Do you know which Novartis
21  company, if any, provides any guidance to the
22  Novartis country companies or any subsidiary of
23  the Novartis country companies with respect to
24  diversity issues, including gender and race?
25                MR. WEXLER:  Objection to form.
0271
1                 James D. Robinson - Confidential
2                 MR. PACE:  Calls for
3   speculation.
4           A     No.
5           Q     Do you get information at
6   Novartis country companies regarding diversity
7   and race that Novartis wants you to follow?
8                 MR. PACE:  Object to form.
9   Vague and ambiguous.
10          A     No.
11          Q     Do the Novartis country
12  companies have any policy about gender
13  discrimination?
14          A     Yes.
15          Q     And where are they kept?
16          A     They're displayed.
17          Q     Have you had any input into
18  writing any policies and procedures about
19  gender discrimination?
20          A     Yes.
21          Q     What do you do with those
22  policies and procedures?
23          A     It's presented to my board and
24  the board approves it and it's posted in my
25  break rooms.
0272
1                 James D. Robinson - Confidential
2           Q     And are those policies and
3   procedures also posted or disseminated to any
4   of the subsidiary companies of Novartis country
5   company?
6                 MR. WEXLER:  Objection to form.
7           A     No.  These are my policies.
8           Q     Does Novartis Pharmaceuticals
9   have any policies with respect to gender
10  discrimination?
11                MR. PACE:  Objection.  Calls for
12  speculation.
13          A     I don't know, but I'm sure they
14  do.
15          Q     You've never seen them?
16          A     No, I've never seen them.
17          Q     Are there any guidelines that
18  came down from Novartis, the Novartis parent in
19  Switzerland, about gender discrimination that
20  you've seen?
21                MR. PACE:  Objection.  Vague and
22  ambiguous.
                      Page 51

Robinson - ASCII - 11-4-05
23          A    We're signatories of the U.N.
24  global compact which prohibits gender
25  discrimination, along with a lot of other
0273
1              James D. Robinson - Confidential
2   things.  So Novartis AG signed off on that and
3   then that was distributed in the U.S., along
4   with child labor and living wage and everything
5   else.
6              MR. WITTELS:   Actually, let's
7   mark this as Exhibit 7.
8              (Robinson Exhibit 7:  Marked for
9   identification.)
10          Q    Have you seen before today this
11  Novartis Pharmaceuticals' Alertline 800 number
12  regarding ethical or legal concerns, marked as
13  Robinson 7, NCORP 576 to 577?
14          A    No.
15          Q    Are you aware that there is an
16  800 number that employees of Novartis
17  Corporation or the Novartis Group can call if
18  they have issues?
19              MR. WEXLER:  Objection.
20              MR. PACE:  Objection.  Objection
21  to your characterization of "Corporation."
22              THE WITNESS:  Could I hear the
23  question again?
24          (Record read.)
25          A    Yes.
0274
1              James D. Robinson - Confidential
2          Q    How did you become aware that
3   there's an 800 number?
4          A    This isn't my 800 number.  I
5   have a separate 800 number and I have a
6   separate policy.  So --
7          Q    Which 800 number is this for
8   that's listed on Novartis Robinson 7?
9          A    I think this is the number for
10  Novartis Pharmaceuticals employees.  I have a
11  separate number.
12          Q    Did you set up -- "you" being
13  Novartis country company, set up its own 800
14  number?
15          A    Yes.
16          Q    Have you ever had a shared 800
17  number for legal or ethical concerns with
18  Novartis Pharmaceutical?
19          A    No, I don't think so.
20          Q    Does Novartis country companies
21  do any background checks, other than the
22  security, on Novartis Pharmaceutical new hires?
23              MR. PACE:  Objection.
24  Mischaracterizes his prior testimony directly.
25          A    No.
0275
1              James D. Robinson - Confidential
2          Q    Is the security clearance that's
3   obtained through -- that's necessary for a new
4   hire something that is initiated by Novartis
5   Corp. country companies for Novartis
6   Pharmaceutical employees?
7              MR. WEXLER:  Objection to form.
                    Page 52

Robinson - ASCII - 11-4-05
```
 8                     MR. PACE:  Object to form.
 9          A     No.
10          Q     Do you at Novartis country
11   companies get the results of any physical, drug
12   screening, background checks on Novartis
13   Pharmaceutical employees?
14          A     No.
15          Q     What about security clearance
16   information?  Does Novartis country companies
17   obtain that for NPC employees?
18          A     No.
19          Q     Do you have any discussion with
20   Novartis Pharmaceuticals' HR about its staffing
21   needs in the HR department?
22                     MR. PACE:  Object to the form of
23   the question.
24          A     No.
25          Q     Have you had such discussions
0276
 1              James D. Robinson - Confidential
 2   over the years with the HR department of NPC
 3   about its staffing needs?
 4                     MR. PACE:  Object to form.
 5   Asked and answered.
 6          A     No.
 7              (Robinson Exhibit 8:  Marked for
 8   identification.)
 9          Q     Let me show you what was marked
10   as Novartis number 8, which is apparently an
11   advertisement, NCORP 1149.  Ask you if you've
12   seen this ad before.
13          A     No.
14          Q     Does Novartis country companies
15   place ads for employees in the Novartis group
16   of companies in the United States?
17                     MR. PACE:  Object to form.
18          A     No.
19          Q     Who would have placed this ad,
20   called "Join Novartis," with the Web site
21   reference joinnovartis.com?
22                     MR. PACE:  Objection to form.
23   Calls for speculation.
24                     MR. WEXLER:  Steve, do you have
25   another one?
0277
 1              James D. Robinson - Confidential
 2              (Handing.)
 3                     MR. WITTELS:  Sorry.
 4                     MR. WEXLER:  Thank you.
 5          A     I don't know who placed this ad.
 6          Q     Would that be -- do you believe
 7   that the global Novartis group is placing ads
 8   for employees in the United States?
 9                     MR. PACE:  Objection.  Asked and
10   answered.  Calls for speculation.
11          A     No.  Was this ad in the United
12   States?
13          Q     Is Novartis Nutrition a company
14   that reports to Novartis country companies?
15          A     No.
16          Q     Do you administer any of the
17   plans for Novartis Nutrition?
18                     MR. PACE:  Object to form.
```
Page 53

Robinson - ASCII - 11-4-05

19      A      The same plans we would for any
20  other affiliate, yes.  The answer to that is
21  yes.
22      Q      And those are the same plans
23  that we went over earlier?
24      A      Yes.
25      Q      Is there a dependent care
0278
1           James D. Robinson - Confidential
2  spending plan that's separate that Novartis
3  country companies administers?
4           MR. PACE:  Object to form.
5  Vague and ambiguous.
6      A      I don't know.
7      Q      Do you in Novartis country
8  companies place any ads for employees who would
9  work at Novartis Pharmaceuticals?
10      A      No.
11      Q      Do you place any ads for
12  employees who would work at any of the Novartis
13  companies?
14      A      Only my own companies.  No.
15      Q      You only advertise for employees
16  for Novartis country companies?
17      A      Yes, yes.
18      Q      If you're looking for employees
19  within Novartis country companies, am I right
20  that the first place you look is internally
21  within Novartis, and in particular, Novartis
22  Pharmaceutical?
23           MR. PACE:  Objection.  Lack of
24  foundation.
25      A      We look internally, but not in
0279
1           James D. Robinson - Confidential
2  particular to Novartis Pharmaceuticals.  We
3  would look at each of the business affiliates
4  equally.
5      Q      So an announcement goes out from
6  Novartis country companies to all the
7  affiliates that you're looking for employees if
8  you have a vacancy?
9      A      It's on the Internet.
10      Q      On the Novartis intranet?
11      A      Internet.  We use both.
12      Q      But that's something that only a
13  Novartis affiliated company employee could look
14  at.  Correct?
15           MR. PACE:  Object to form.
16      A      No.  Most of our jobs are posted
17  on the Internet also.
18      Q      But I'm asking -- you said you
19  first look at Novartis employees.
20      A      Right.
21      Q      Do you first post it within a
22  company intranet so that the Novartis company
23  employees have first crack at a job opening?
24           MR. PACE:  Objection to that
25  characterization.
0280
1           James D. Robinson - Confidential
2      A      I post my jobs simultaneously,
3  but the internal intranet people would have the
Page 54

Robinson - ASCII - 11-4-05

```
 4   first crack.
 5           (Robinson Exhibit 9:  Marked for
 6   identification.)
 7           Q     Looking at Exhibit 9, which is
 8   "Human Resources Planning and Development," do
 9   you see the list of the names on the two pages?
10           A     Yes.
11           Q     Can you tell me if any of these
12   are Novartis country company employees?
13           A     No, none of them are country
14   employees.
15           Q     Were any of these employees on
16   this list at any of the Novartis country
17   companies at any time?
18                 MR. PACE:  Object to form.
19           A     No, none of them have ever been.
20           Q     Who determines the -- strike
21   that.
22                 Do you at HR in Novartis country
23   companies report your HR function up to
24   Novartis AG companies?
25                 MR. PACE:  Object to form.
0281
 1           James D. Robinson - Confidential
 2           A     No, not -- no.
 3           Q     Well, who's your HR boss?
 4                 MR. PACE:  Object to form.  Lack
 5   of foundation.
 6           A     It would be Dr.
 7   Botkatzky-Geiger.
 8           Q     Is that who you will report HR
 9   activities to?
10           A     Yes, sir.
11           Q     How often do you report to him?
12                 MR. PACE:  Just an objection to
13   form.  He's already said no to your prior
14   question about reporting.
15           A     Twice a month.
16           Q     What type of reports do you send
17   to Dr. Geiger?
18                 MR. PACE:  Object to form.
19           A     I just have a phone call with
20   him.
21           Q     And what activities or what
22   aspects of HR do you report to Dr. Geiger twice
23   a month?
24                 MR. PACE:  Again, just as
25   before, this escapes me, how this has anything
0282
 1           James D. Robinson - Confidential
 2   to do with this case.  We've talked about this
 3   over and over again.  It's duplicative of other
 4   unnecessary questions and other irrelevant
 5   testimony and questions.
 6           A     Just HR-related projects that I
 7   might be working on that he would want to be
 8   updated on.
 9           Q     Does Dr. Geiger tell you -- tell
10   you or instruct you on certain activities and
11   projects that he wants done?
12           A     He asks for my support, yes.
13           (Robinson Exhibit 10:  Marked for
14    identification.)
```

Page 55

Robinson - ASCII - 11-4-05

```
15          Q      Have you seen this Exhibit 10
16  before, which is a one-page welcome sheet
17  marked NCORP 1176, with a dear new associate
18  letter from Thomas Ebeling?
19          A      No.
20          Q      When a new employee starts at a
21  Novartis country company, do they get a welcome
22  letter from one of the senior executives?
23              MR. PACE:  Object to form.
24          A      They get an offer letter.  No.
25          Q      Is there any master manual or
0283
 1          James D. Robinson - Confidential
 2  employee manual that they get when they join
 3  Novartis country companies?
 4              MR. PACE:  Object to form.
 5          A      No, unh-unh.  I believe the
 6  patent department has a little brochure they
 7  give to new employees just as an on-boarding
 8  type of exercise, but -- welcome to the
 9  corporate intellectual property department.
10  But that's all I can recall.
11          (Robinson Exhibit 11:  Marked for
12  identification.)
13          Q      Showing you what was marked as
14  Plaintiffs' Exhibit 11.  This is titled
15  "External Executive Coaching Guidelines," NCORP
16  123 through 143.  Have you ever seen this
17  document before?
18          A      No.
19          Q      Are you aware of whether
20  Novartis country companies use coaching
21  guidelines for its executives that have been
22  developed by Novartis Pharmaceutical?
23          A      No.
24          Q      Do you have any guidelines for
25  coaching executives at Novartis
0284
 1          James D. Robinson - Confidential
 2  Pharmaceuticals -- Novartis country companies?
 3          A      No.
 4          Q      Do you know if this is a
 5  Novartis country company document?
 6          A      This isn't my document.
 7          Q      How do you know that?
 8          A      Because I don't have the 19-page
 9  document that -- I don't have anybody who could
10  even do this.
11          Q      Do you or has anyone at the
12  country companies ever done any coaching,
13  executive coaching, for its own employees?
14              MR. PACE:  Object to form.
15          A      I outsource that.
16          Q      And who does executive coaching
17  at Novartis Pharmaceuticals?  Do you know?
18              MR. PACE:  Objection.  Calls for
19  speculation.
20          A      I don't know.
21          Q      Were you responsible at all for
22  Julie Kane moving from Novartis country
23  companies to NPC?
24          A      Yes.
25          Q      In what way?
```

Page 56

Robinson - ASCII - 11-4-05

0285
```
 1              James D. Robinson - Confidential
 2          A     Well, I was her HR person, and I
 3   knew it was time for her to have -- she'd been
 4   in corporate her whole career.  It was time for
 5   her to rotate out, and we looked around for
 6   opportunities for her all over.  And I'd been
 7   talking to her about it for probably two years.
 8          Q     Did she ever work for both NPC
 9   and Novartis country companies?
10              MR. PACE:  Object to form.
11   Vague.
12          A     At the same time?
13          Q     Correct.
14          A     No.
15          Q     Do you -- are you looking --
16   strike that.
17              Have you looked for other
18   Novartis country company employees to find them
19   work at Novartis Pharmaceutical?
20              MR. PACE:  Object to form.
21          A     No.  We would look for the
22   opportunity more so than the company.  So Julie
23   had other opportunities also outside of
24   Novartis Pharmaceuticals.  Just that this one
25   was the one that was the best fit for her.
```
0286
```
 1              James D. Robinson - Confidential
 2          Q     Rachel King is one of the
 3   government affairs people at Novartis country
 4   companies.  Is that right?
 5          A     No.  Rachel King is no longer
 6   with the company.
 7          Q     Where did she go?
 8          A     She left the company.
 9          Q     Left Novartis?
10          A     Yes.
11          Q     What about Skip Ragland?  Is he
12   still with Novartis country companies?
13          A     No.  He retired.
14          Q     What about Sheldon Jones?  Is he
15   still with Novartis country companies?
16          A     Yes.
17          Q     Did he ever work at Novartis
18   Pharmaceuticals?
19          A     No.
20          Q     Did he do any public affairs
21   work for Novartis Pharmaceutical?
22          A     No.
23          Q     Is Burt Rosen still with
24   Novartis country company?
25          A     No.
```
0287
```
 1              James D. Robinson - Confidential
 2          Q     Where did he go?
 3          A     I believe he's at Purdue now.
 4          Q     Who is Brenda Blanchard?
 5              MR. PACE:  Counsel, we're trying
 6   here --
 7              MR. WITTELS:  I have about five
 8   minutes more.
 9              MR. PACE:  We're over time.
10              MR. WITTELS:  I appreciate it.
```
Page 57

```
                    Robinson - ASCII - 11-4-05
11                MR. PACE:  Make it quick.
12        Q     Who's Brenda Blanchard?
13        A     She's in our government affairs
14   office in Washington.
15        Q     Did she ever work for Novartis
16   Pharmaceutical?
17        A     Yes.
18        Q     When was that?
19        A     I think when she was first
20   hired, probably about three or four years ago.
21        Q     How long has she worked for
22   Novartis Pharmaceutical?
23        A     She works for me now.  She
24   doesn't work for them.
25        Q     How long did she work for them?
0288
1                James D. Robinson - Confidential
2         A     Probably a year.
3         Q     In what area?
4         A     She was in the government
5    liaison job.  It's a policy job, health care
6    policy job, in Washington.
7         Q     What about Jim Elkin?  Is he
8    still with Novartis country company?
9         A     Yes.
10        Q     Did he ever work for Novartis
11   Pharmaceutical?
12        A     Yes.
13        Q     What position?
14        A     I think he was a sales manager.
15        Q     What does he do now?
16        A     He's head of the Washington
17   office.
18        Q     Does Richard Gearhart work for
19   Novartis country companies?
20        A     Yes.
21        Q     Did he ever work for Novartis
22   Pharmaceutical?
23        A     No.
24        Q     Does Tom Hoxie work for Novartis
25   country company?
0289
1                James D. Robinson - Confidential
2         A     No.
3         Q     Who does he work for?
4         A     I think he works for White &
5    Case now.  I can't remember specifically
6    somebody told me that.  He's gone.
7         Q     Does Debi Tinsley-Rogers work
8    for Novartis country company?
9         A     No.
10        Q     Did she ever?
11        A     Yes.
12        Q     Where does she work now?
13        A     Some law firm in Los Angeles.
14        Q     Did she ever work for Novartis
15   Pharmaceuticals?
16        A     No.
17        Q     Does Marianne Francisco work for
18   Novartis country companies?
19        A     Yes.
20        Q     Did she ever work for Novartis
21   Pharmaceuticals?
```

```
                   Robinson - ASCII - 11-4-05
22         A    I don't think -- maybe -- I
23    don't think so ever.  She may have worked for
24    one of the Pharma companies before the merger,
25    but never for Novartis Pharmaceuticals.
0290
 1            James D. Robinson - Confidential
 2         Q    Did James Yu ever work for
 3    Novartis Pharmaceuticals?
 4         A    No.
 5         Q    What about Keith Boudreau?
 6         A    No.
 7         Q    Todd Anjay (ph.)?
 8         A    No.
 9              MR. PACE:  I think it's been
10    five minutes.
11         Q    Paul Legere, did he work for
12    Novartis Pharmaceuticals?
13         A    He's Canadian.  No.
14              MR. WITTELS:  This is my last
15    three questions.
16         Q    Have you had any -- have you
17    given any training sessions to anyone at
18    Novartis Pharmaceuticals about how to handle
19    employee relations?
20              MR. PACE:  Object to form.
21         A    No.
22         Q    Have you ever given any advice
23    or direction to anyone at NPC about how to
24    handle employee relations or training for NPC
25    employees?
0291
 1            James D. Robinson - Confidential
 2              MR. WEXLER:  Objection.  Asked
 3    and answered.
 4              MR. PACE:  Same objection.
 5         A    No.
 6         Q    Have you ever had any joint
 7    training between Novartis country company
 8    employees and NPC employees?
 9              MR. PACE:  Object to form.
10         A    My new hires, I send them to
11    their benefits training for the first day of
12    employment; I think it's every Monday.  If I
13    have a new hire, I send them to that so they'll
14    learn about the employee benefits.
15         Q    Over at NPC?
16         A    Yes.
17         Q    And they go there in New Jersey.
18    Is that right?
19         A    Yes.
20              MR. WITTELS:  Okay, thank you.
21              THE WITNESS:  Yes, sir.
22              MR. PACE:  I have a couple
23    questions.
24              MR. WITTELS:  You have no time
25    left.
0292
 1            James D. Robinson - Confidential
 2              MR. PACE:  I know.  I'll have to
 3    be -- I'm squeezing myself.
 4    EXAMINATION
 5    BY MR. PACE:
 6         Q    Mr. Robinson, thank you for your
```

Robinson - ASCII - 11-4-05

```
 7  time today and before.  I just have a couple
 8  questions.
 9          A    Yes, sir.
10          Q    I'm showing you a copy of what I
11  believe was O'Hagan 12.
12              MR. PACE:  My copy is just mine
13  with the number 12 on it.  For reference we can
14  show him the other copy.
15          Q    But is this the document that
16  you were shown before?
17          A    Yes.
18          Q    Okay.  And did you testify that
19  this is a document that contains terms that are
20  used by one or more Novartis companies in
21  connection with evaluating employees?
22              MR. WITTELS:  Objection to the
23  form.  Leading your own witness.
24          A    Yes.
25          Q    Is this form used by any -- by
0293
 1          James D. Robinson - Confidential
 2  your company to decide whether any of your
 3  employees should be considered, for example, a
 4  high potential candidate as described in this
 5  document?
 6          A    Yes.
 7          Q    Okay.  Does this -- does this
 8  document -- what do you mean by high potential
 9  candidates?
10          A    We use a common language all
11  over the world to define a high potential
12  candidate regardless of what country the
13  employee works in.  A high potential candidate
14  is defined by the person who meets these three
15  bullets underneath the definition of the word.
16  So if I'm in Japan or in the U.S. or in Bolivia
17  or Germany, I have to define a high potential
18  employee the same way.
19          Q    So this contains the terminology
20  that you use?
21          A    Yes.  It's a common language.
22          Q    Is this document used to
23  determine whether or not an individual employee
24  should get promoted?
25          A    No.
0294
 1          James D. Robinson - Confidential
 2          Q    Is this document used to
 3  determine what an individual employee's
 4  evaluation should be?
 5          A    No.
 6          Q    You can put it down.
 7              During your deposition you were
 8  asked about -- some questions about office
 9  buildings, I believe in Florham Park, New
10  Jersey, that were used by NPC.  Is that right?
11          A    Yes.
12          Q    You were also asked questions
13  about whether employees of Novartis Corporation
14  or Novartis Services also worked in the same
15  buildings as NPC employees.  Do you remember
16  that?
17          A    Yes.
```

Page 60

                         Robinson - ASCII - 11-4-05
18          Q      And you were also asked whether
19   there were signs designating the areas of the
20   building where Corp. employees and Service
21   employees worked versus NPC employees.  Do you
22   remember that?
23          A      Yes.
24          Q      Since your initial deposition,
25   have you done any further investigation in your
0295
1           James D. Robinson - Confidential
2    capacity as a 30(b)(6) witness on these issues?
3           A      Yes.
4           Q      What have you done?
5           A      I called one of the people who
6    works out there and asked her to give me more
7    detail about the signage because it came up in
8    my last deposition.
9           Q      Whom did you call?
10          A      A lady by the name of Beverly
11   Shellhammer.
12          Q      Who is Beverly Shellhammer?
13          A      She is the administrative person
14   in the safety, health and environment
15   department.
16          Q      Does she work in Florham Park?
17          A      Yes.
18          Q      What did you learn in your
19   discussion with Beverly Shellhammer?
20          A      She told me -- she described the
21   office space in the building and how our people
22   were located and the signage in the building.
23          Q      What did she tell you about the
24   signage in the building?
25          A      She told me that there was
0296
1           James D. Robinson - Confidential
2    particular signage at each entrance of the
3    building, on the ground floor, patio level and
4    on the parking lot level when you walk in the
5    building by the elevators that say each of our
6    companies, Novartis Finance and --
7                  MR. WITTELS:  I object to the
8    hearsay, just so it's clear.
9           A      -- Novartis Corporation.
10                 MR. WITTELS:  I object to the
11   answer.  Move to strike.  It is calling for
12   hearsay from someone else.
13          Q      Did you learn anything about the
14   signage in the buildings?
15                 MR. WITTELS:  Objection.  Same
16   objection to what he learned from someone else.
17          A      Yes.  There's signage in the
18   office areas that denote particular rooms that
19   belong to employees or workplace spaces of
20   employees of the Novartis group of companies
21   that I support.
22          Q      Did you learn anything in your
23   capacity as a Rule 30(b)(6) witness about
24   whether the Novartis Corporation employees or
25   Novartis Service employees work in separate
0297
1           James D. Robinson - Confidential
2    areas of that building?
                         Page 61

                          Robinson - ASCII - 11-4-05
3          A    Yes, they are separated --
4               MR. WITTELS:   Objection.
5   Objection again to what he learned from someone
6   else.
7               MR. PACE:   Okay.
8          Q    Your answer?
9          A    Yes, they do work in separate
10  spaces that are separated by walls, and in one
11  case, I think there's a glass -- there's a
12  door.
13         Q    Are there any signs at these
14  separate areas designating which employees work
15  in these areas?
16         A    Yes.
17              MR. WITTELS:   Objection.   Same
18  objection.
19         Q    And what do the signs say?
20              MR. WITTELS:   Objection.   Same
21  reason, learning this from a third-party
22  hearsay source.
23              MR. PACE:   Right.   As a 30(b)(6)
24  witness, it's an interesting objection.   But go
25  ahead, answer.
0298
1               James D. Robinson - Confidential
2          A    They say Novartis Corporation or
3   Novartis Finance Corporation.   And there's even
4   a sign on the conference room, For the Use of
5   Novartis Corporation Employees.
6          Q    You said "Novartis Finance
7   Corporation."   Does Novartis Finance
8   Corporation --
9          A    I'm sorry.   I meant Novartis
10  Services, not Novartis Finance.
11              MR. WITTELS:   Gets confusing.
12  Right?
13              MR. PACE:   He's not answering
14  your questions at this point.   I think you
15  discussed that.
16         Q    You were asked today about your
17  communications with HR employees at Novartis
18  Pharmaceuticals Corporation.   Do you remember
19  that?
20         A    Yes.
21         Q    You also said that you might --
22  and this is in my notes and tell me if I'm
23  getting this wrong -- you might talk to them if
24  a pay issue comes up.   Do you remember saying
25  that?
0299
1               James D. Robinson - Confidential
2          A    Yes.
3          Q    What did you mean by that?
4          A    I meant that I use their payroll
5   system.   And so if one of my people has a pay
6   error or the raise didn't go into effect on the
7   right date or something, that's what I meant by
8   "pay issue."
9          Q    Do you or any of the employees
10  of your human resources department ever tell
11  NPC's HR department what policies they should
12  adopt?
13         A    No.
                          Page 62

Robinson - ASCII - 11-4-05

14      Q      Do you ever tell them how to
15  respond to an employee complaint?
16      A      No.
17      Q      Do you ever communicate with any
18  NPC HR employees to discuss whether to hire or
19  fire any NPC employee?
20      A      No.
21      Q      During your deposition you were
22  asked about certain M&A work, your work in
23  connection with M&A activity of certain
24  Novartis companies.  Do you remember that?
25      A      Yes.
0300
1            James D. Robinson - Confidential
2      Q      And that included Novartis
3  Pharmaceuticals as one of those companies.  Do
4  you remember that?
5      A      Yes.
6      Q      You testified, did you, that the
7  company to which the business may or may not be
8  sold may not always get involved in the
9  analysis of whether the merger or acquisition
10  should take place.  Do you remember that?
11      A      Yes.
12      Q      Why doesn't the company into
13  which the business might be sold always get
14  involved in that analysis of whether to go
15  forward with the merger or acquisition?
16      A      Typically it's because the
17  company would not have the people with the
18  skill set to do the due diligence, or there
19  would be matters of confidentiality they
20  wouldn't want disclosed at the company.
21      Q      Do these deals that you work on
22  always get finalized?
23      A      No.
24      Q      You were asked in your
25  deposition about the affidavit that you
0301
1            James D. Robinson - Confidential
2  submitted in support of an earlier motion in
3  this case.  Do you remember that?
4      A      Yes.
5      Q      Okay.  We have a copy if you
6  need to look at it to answer any of this.
7            During your deposition you were
8  asked about a statement in your affidavit about
9  whether Novartis Corporation and Novartis
10  Pharmaceuticals Corporation have separate bank
11  accounts.  Do you remember that?
12      A      Yes.
13      Q      And you testified that you
14  weren't aware whether -- you weren't aware
15  which specific banks Novartis Pharmaceuticals
16  Corporation used for its bank accounts.  Do you
17  remember that?
18            MR. WITTELS:  Objection to what
19  he testified.  The record speaks for itself.
20      A      Yes.
21      Q      And you also testified that you
22  weren't aware what specific bank Novartis
23  Corporation used.
24            MR. WITTELS:  Objection to what

Robinson - ASCII - 11-4-05
25   he testified.
0302
1                  James D. Robinson - Confidential
2            A    Yes.
3            Q    How do you know that, according
4    to your affidavit, Novartis Corp. and Novartis
5    Pharmaceuticals Corporation have separate bank
6    accounts?
7                  MR. WITTELS:  Objection to that.
8            A    It's just that -- based on my
9    long experience with the company and being in
10   executive meetings over the period of years, I
11   just -- I know that we maintain different bank
12   accounts for each of the affiliates in the U.S.
13           Q    And do you know whether Novartis
14   Corporation and Novartis Pharmaceuticals
15   Corporation have a shared bank account?
16                 MR. WITTELS:  Objection.
17           A    They don't have a shared bank
18   account.  That would be against the policy.
19           Q    You were asked today about your
20   participation, your involvement in a Best Place
21   to Work survey.  Do you remember that?
22           A    Yes.
23           Q    And you described that each
24   individual Novartis company does not submit a
25   separate application for the Best Places to
0303
1                  James D. Robinson - Confidential
2    Work Survey, but rather it's submitted on
3    behalf of all Novartis companies.  Is that what
4    you said?
5            A    Yes.
6            Q    Why is that?  Why don't you
7    submit individual applications for each
8    individual company?
9            A    Because the Best Places to Work
10   Institute won't accept individual applications.
11   The whole process started with Ciba Vision, who
12   submitted an application a few years ago.  And
13   it was during -- when the institute was looking
14   into it, they ruled that Ciba Vision was not --
15   was owned by Novartis, and they rejected them
16   outright.  And then Pharma a few months later
17   came along and said, We want to do this too.
18   So then we went back to Pharma and said, Well,
19   evidently you can't do it by yourself because
20   Ciba Vision just got thrown out, so if we want
21   to do this we, have to go in as all the
22   Novartis consolidated companies in the U.S.
23           Q    Whose requirement is it that you
24   submit a joint application?
25           A    The Best Places to Work
0304
1                  James D. Robinson - Confidential
2    Institute.
3                  MR. PACE:  I have no further
4    questions.
5    EXAMINATION
6    BY MR. WITTELS:
7            Q    Did you go over these lists of
8    questions with your counsel before today's
9    deposition?

                                    Page 64

Robinson - ASCII - 11-4-05

10          A     Which questions?
11          Q     The questions he asked you at
12   the beginning about separation of -- about the
13   office structure in New Jersey.
14               MR. PACE:  Let me just
15   interpose.  To the extent you can answer the
16   question without disclosing our communications,
17   our advice to you as your lawyers, you can
18   answer the question.  I don't know that that's
19   possible.  But to the extent the question calls
20   for the substance, that's privileged and I'm
21   going to instruct you not to answer.
22          A     I won't answer that.
23          Q     So in other words, you had a
24   discussion with counsel about topics to cover
25   during today's deposition.  Correct?
0305
1            James D. Robinson - Confidential
2                MR. PACE:  Objection.  I repeat
3    my instruction.  He is entitled to ask, he's
4    right, whether we told you -- we talked about
5    your testimony, told you what to testify, et
6    cetera.  If you can answer that question, you
7    can go ahead.  But if you need to talk about
8    the substance, you can't answer the question.
9                THE WITNESS:  Repeat the
10   question?
11          (Record read.)
12          A     No, that's not true.
13          Q     Well, you had a discussion about
14   covering the issue of the workspace in New
15   Jersey.  Correct?
16          A     I told him that we were going to
17   call Mrs. Shellhammer and she was going to tell
18   me the signage in case it came up again today,
19   because last time we spent a long time
20   discussing the signage.
21          Q     Now, at whose direction did you
22   call Ms. Shellhammer?  Is it yourself, or your
23   counsel?
24               MR. PACE:  Objection.  To the
25   extent you can answer this question without
0306
1            James D. Robinson - Confidential
2    disclosing any request by you for legal advice
3    or our advice in this case, if you have to say
4    any of that to answer this question, I instruct
5    you not to answer.  If you can answer the
6    question without disclosing your request for
7    advice or our advice, go ahead.
8          A     Well, I know Ms. Shellhammer and
9    I've known her for many years and I would call
10   her about other things.
11          Q     That wasn't my question.  My
12   question was:  Who decided to call
13   Ms. Shellhammer, you or counsel.
14               MR. PACE:  Objection.  This
15   is -- you can ask him about his preparation, as
16   you have, as a 30(b)(6) witness and as he's
17   required.  The company designated this witness
18   on certain topics.  You've inquired about them.
19   You didn't tell us that you were asking him
20   only questions of his personal knowledge.  You
                    Page 65

Robinson - ASCII - 11-4-05
21  wanted him as a 30(b)(6) witness, as a company
22  representative.
23              MR. WITTELS:  That's not what
24  I'm asking.
25      Q    Can you answer the question?
0307
1          James D. Robinson - Confidential
2              MR. PACE:  Again, same
3  instruction.  If, to answer that question, you
4  need to disclose your request for advice or our
5  advice in this case, I'm instructing you not to
6  answer.  To the extent you can answer that
7  question without disclosing your request for
8  advice or our advice, you can try to answer.
9      A    I'm not acknowledging any more
10  questions.  I would -- I think my time is up.
11      Q    Your counsel brought up an issue
12  and I'm allowed now to follow up on it.  You're
13  under oath here.
14              MR. PACE:  He's allowed to ask
15  about the factual basis for this.
16      Q    Did you or did counsel decide to
17  call Ms. Shellhammer after the last deposition?
18              MR. PACE:  Same instruction as
19  before.  If you can't --
20              MR. WITTELS:  We've had the
21  instruction, counsel.  Let him answer.  He
22  remembers the instruction.  Let him answer or
23  he's not going to get out of here.
24              MR. PACE:  You're asking --
25              MR. WITTELS:  He's heard your
0308
1          James D. Robinson - Confidential
2  instruction.  Okay?
3      Q    Can you answer the question?
4              MR. PACE:  And the same
5  instruction applies as a 30(b)(6) witness to
6  the extent --
7              MR. WITTELS:  Counsel, you're --
8              MR. PACE:  -- without
9  disclosing --
10             MR. WITTELS:  We're not going to
11  get out of here because you're just obstructing
12  the deposition.  He's heard your instruction
13  five times.
14      Q    Answer the question.
15             MR. PACE:  And he's heard your
16  question five times.
17             To the extent you can answer
18  that question without disclosing advice or your
19  request for advice, you can try to answer it.
20  He is entitled to ask about the factual basis
21  for your testimony and your investigation as a
22  30(b)(6) witness.  But if you can't answer that
23  question without disclosing your request for
24  advice or our advice, then I instruct you not
25  to answer.
0309
1          James D. Robinson - Confidential
2              THE WITNESS:  Could you read the
3  question again to me, please?
4          (Record read.)
5      A    I don't recall.
                        Page 66

Robinson - ASCII - 11-4-05

```
 6        Q     Isn't it a fact that you
 7   discussed your deposition and what went on in
 8   your last deposition with counsel?
 9        A     No.
10        Q     Isn't it a fact that you went
11   over these questions with counsel before the
12   testimony today?
13             MR. PACE:  Objection.  He has
14   already said he did not go over the topics or
15   his testimony, and he just answered your other
16   questions now the third time.
17        Q     Did you answer yes or no?
18             MR. PACE:  Asked and answered.
19   He's already answered that.  But you can
20   answer.
21        A     No, not questions.
22        Q     How long did you prepare for
23   today's deposition, for this continued
24   deposition, whether it was today or another
25   day?
```

0310

```
 1        James D. Robinson - Confidential
 2        A     We've had a couple of meetings.
 3        Q     For how long?
 4        A     A few hours.
 5        Q     Were you aware that during the
 6   middle of the deposition, you are not allowed
 7   to talk with your counsel about the subject
 8   matter of your testimony?
 9             MR. PACE:  Let me just -- that's
10   not right at all.  The fact is this deposition
11   was closed and the transcript --
12             MR. WITTELS:  This deposition
13   was not closed, counsel, and you violated the
14   rules under the federal rules by talking to
15   this witness when he was still under oath and
16   questioning.  And we're going to bring it up
17   with the judge, because you knew it was an open
18   deposition.  In fact, Mr. Vince Fitzpatrick
19   said on the record -- his last questions, and
20   I'll read them into the record -- I will read
21   it into the record here.
22             MR. PACE:  I can read it for
23   you.
24             MR. WITTELS:  "I'm persuaded
25   that David didn't" -- this is Mr. Fitzpatrick.
```

0311

```
 1        James D. Robinson - Confidential
 2   "Why don't we break now," he said:  "I'm
 3   persuaded that David didn't understand, so
 4   we'll just have to reconvene at another time.
 5   This witness is too tired to continue.  We'll
 6   set up another convenient date to resume."
 7             The deposition was not closed
 8   and you spoke to the witness improperly under
 9   the federal rules.
10             MR. PACE:  Let me just --
11             MR. WITTELS:  Okay?  For hours,
12   he just testified.
13             MR. PACE:  Right.  And he
14   said -- and we understand that you asked him,
15   did we discuss his testimony.  He said no.  Did
16   we discuss the topics of any of these
```

Page 67

                    Robinson - ASCII - 11-4-05
17  questions?  No.  You asked him already, did we
18  discuss any of these questions.  He said no.
19                  MR. WITTELS:  Okay.
20          Q       What did you discuss --
21          (Reporter interrupted.)
22                  MR. PACE:  Just so we're clear,
23  what I meant by that -- because I think we're
24  actually agreeing on this.  What I meant was,
25  for the record, the court reporter circulated
0312
1               James D. Robinson - Confidential
2   the transcript, we got copies of the transcript
3   after this deposition.  We got copies and I
4   read it.  We got transcripts and an errata
5   sheet was filled out, which you're getting a
6   copy of, obviously.
7                  MR. WITTELS:  We don't have it
8   before today's deposition, do we?
9                  MR. PACE:  I don't think it's
10  been finalized.  I think we were actually
11  agreeing; that's what I meant.
12          Q       So what was discussed during
13  these hours of testimony?  What issues?
14          A       There weren't any issues.  I did
15  the errata sheets, I corrected my previous
16  deposition.  A notary came in, I notarized each
17  page, and we called Mrs. Shellhammer.
18          Q       You called again?
19          A       Yes.
20          Q       So you've spent hours preparing
21  for this deposition today.  Correct?
22          A       No, not today.
23          Q       Not today, but for continued
24  deposition, meeting with your counsel.
25  Correct?
0313
1               James D. Robinson - Confidential
2           A       No, I never spent hours.  But
3   between the time I met with Mr. Pace when we
4   first started and the time that I had been here
5   today, we had been together a few hours.
6                  MR. PACE:  Before you get a
7   question out, let me emphasize we've gotten
8   discovery requests since then asking for his
9   documents.  A lot of things have happened in
10  this case, asking for Mr. Robinson's documents,
11  in between part 1 and part 2.
12          Q       And these questions that you
13  were asked by Mr. Pace are questions that you
14  had gone over with Mr. Pace before today's
15  deposition.  Isn't that a fact?
16                  MR. PACE:  Objection.  Asked and
17  answered.
18          Q       Isn't that a fact?
19                  MR. PACE:  You're intimidating
20  the witness.
21                  MR. WITTELS:  He has to answer
22  truthfully under oath.  Okay?  And he started
23  answering when you interrupted him, telling me
24  that some of the questions had been answered.
25                  MR. PACE:  You're harassing the
0314
1               James D. Robinson - Confidential
                        Page 68

Robinson - ASCII - 11-4-05

2  witness.  He answered the question already.
3  You're asking him the same question over and
4  over again.
5              MR. WITTELS:  I want a truthful
6  answer.  He's under oath.  Sworn testimony.
7          Q     Did you go over any of these
8  questions, any of the questions that were asked
9  by your counsel prior to today's deposition?
10  Yes or no.
11             MR. PACE:  I object again.  He
12  has answered this question.  He has already
13  told you his answer.  And to the extent to
14  answer this question, which has now been asked
15  for the fifth or sixth or more time again --
16  and I apologize for you being kept here,
17  Mr. Robinson.  But to the extent that in
18  answering this question you need to disclose
19  your request for advice or our advice to you or
20  Novartis Corporation in connection with this
21  case, I instruct you not to answer.
22          A     I don't recall any specific
23  questions.
24          Q     Do you remember generally there
25  was a script of -- there was a script or
0315
1          James D. Robinson - Confidential
2  general outline of questions that Mr. Pace was
3  going to ask you at the end of this deposition?
4  Correct?
5              MR. PACE:  Same objection.
6  Asked and answered.  Same instruction.
7          A     No, I don't think so.
8          Q     No.  Did you discuss --
9              MR. PACE:  Hold on.  Did you get
10  his answer?  Let him finish his --
11             COURT REPORTER:  I have his
12  answer.
13          Q     And did you not know that you
14  were going to be asked questions about your
15  conversations with Ms. Shellhammer?
16          A     No, I didn't know that.
17          Q     So you just --
18          A     I know you made a big issue of
19  it last time I was here, because I didn't know
20  what the signage was, so I thought I'd better
21  check it out.
22          Q     So if I didn't ask it, Mr. Pace
23  just happened to ask it without having that
24  planned?
25             MR. PACE:  Wait a minute.  I
0316
1          James D. Robinson - Confidential
2  don't understand that question.  He just
3  answered why he talked to her and what they
4  said.  He gave you the full basis and he
5  testified about the whole conversation.  He's a
6  30(b)(6) witness.  Again, this is silly.
7          Q     What else did you discuss with
8  Mr. Pace?
9              MR. PACE:  Same objection and
10  same instruction.  You're a 30(b)(6) witness.
11          A     I don't remember.  The errata
12  sheets, my corrections that I made.
                    Page 69

```
                      Robinson - ASCII - 11-4-05
13          Q     What are the other corrections?
14          A     There was some spelling.  I used
15  a couple of incorrect terms.  And that's all I
16  remember.
17                MR. WITTELS:  I want it on the
18  record that there was an improper
19  communication.  And we'll have to discuss this,
20  what to do about it.
21                MR. PACE:  For the record, we
22  invite that discussion.  The questions and
23  answers were clear about our discussions.
24                MR. WITTELS:  I don't think they
25  were.
0317
 1          James D. Robinson - Confidential
 2                MR. PACE:  I'm not done, Steve.
 3  Hold on.  And the record is clear, it speaks
 4  for itself.  The witness has been more than
 5  cooperative in answering questions about his
 6  preparation as a 30(b)(6) witness, and it is
 7  perfectly clear.  And I object to the
 8  harassment of this witness at the end of this
 9  deposition.  It was completely inappropriate.
10  We're going to be taking it up with the Court
11  as appropriate going forward.  Cooperation
12  cannot continue to be a one-way street in this
13  case, Steve.
14                For the record, because of the
15  documents that were used in the testimony under
16  the protective order, we designate this portion
17  of the deposition as confidential.
18     (Time noted: 2:00 p.m.)
19
20
21
22
23
24
25
0318
 1          James D. Robinson - Confidential
 2
 3          _____
 4          JAMES D. ROBINSON
 5
 6          Subscribed and sworn to
 7          before me this    day
 8          of         2005.
 9
10          _____
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Robinson - ASCII - 11-4-05

```
24
25
0319
 1              James D. Robinson - Confidential
 2                      I N D E X
 3   Witness:                                    Page
 4   James D. Robinson                           153, 304
 5         By Mr. Wittels:
 6         By Mr. Pace:                          292
 7
 8                   E X H I B I T S
 9   Robinson       Description                  Page
10      2           Novartis Pharmaceuticals     178
                    Deferred Compensation Plan
11
        3           Enrollment Guide             207
12
        4           Novartis Pharmaceuticals     207
13                  Disability Plan
14      5           Novartis Pharmaceuticals     207
                    Restoration Plan
15
        6           Manager's Guide              207
16
        7           Novartis Pharmaceuticals     273
17                  Alertline
18      8           Novartis employment ad       276
19      9           Human Resources Planning &   280
                    Development
20
       10           Ebeling letter to new        282
21                  associates
22     11           External Executive Coaching  283
                    Guidelines
23
24
25
0320
 1              James D. Robinson - Confidential
 2                   C E R T I F I C A T E
 3   STATE OF NEW YORK  ) ss
 4   COUNTY OF NEW YORK )
 5          I, KATHLEEN A. KEEFE, a Shorthand
 6   Reporter and Notary Public within and for the
 7   State of New York, do hereby certify:
 8          That JAMES D. ROBINSON, the
 9   witness whose deposition is hereinbefore
10   set forth, was duly sworn by me and that
11   such deposition is a true record of the
12   testimony given by such witness.
13          I further certify that I am not
14   related to any of the parties to this
15   action by blood or marriage, and that
16   I am in no way interested in the outcome
17   of this matter.
18          IN WITNESS WHEREOF, I have hereunto
19   set my hand this 10th day of November, 2005.
20
21
22          _____
23                   KATHLEEN KEEFE
24
25
```

Robinson - ASCII - 11-4-05

```
0321
   1        James D. Robinson - Confidential
   2             E R R A T A
   3        I wish to make the following changes, for the
   4   following reasons:
   5   PAGE LINE
        ____ ____    CHANGE:   _____
   6                 REASON:   _____
   7   ____ ____    CHANGE:   _____
                     REASON    _____
   8
        ____ ____    CHANGE:   _____
   9                 REASON    _____
  10   ____ ____    CHANGE    _____
                     REASON    _____
  11
        ____ ____    CHANGE    _____
  12                 REASON    _____
  13   ____ ____    CHANGE    _____
                     REASON    _____
  14
        ____ ____    CHANGE    _____
  15                 REASON    _____
  16   ____ ____    CHANGE    _____
                     REASON    _____
  17
        ____ ____    CHANGE    _____
  18                 REASON    _____
  19   ____ ____    CHANGE    _____
                     REASON    _____
  20
        ____ ____    CHANGE    _____
  21                 REASON    _____
  22   ____ ____    CHANGE    _____
                     REASON    _____
  23   ____ ____    CHANGE    _____
                     REASON    _____
  24   ____ ____    CHANGE    _____
                     REASON    _____
  25
```