# Novartis U.S. Corporations Organization, Major Companies

```
                        ┌──────────────────┐
                        │  N Corporation   │
                        └────────┬─────────┘
                                 │
                 ┌───────────────┴────────────────┐
        ┌────────────────┐              ┌──────────────────┐
        │ N. Finance     │              │ Novartis         │
        │ Corporation    │              │ Services, Inc.   │
        └────────┬───────┘              └──────────────────┘
                 │
   ┌─────────────┼─────────────┬──────────────────────────┐
┌──────────┐ ┌──────────┐  ┌──────────┐         ┌────────────────────┐
│ Geigy    │ │ Novartis │  │          │         │ Novartis           │
│ Life     │ │ Nutrition│  │          │         │ Pharmaceuticals    │
│ Insurance│ │ Corp.    │  │          │         │ Corporation        │
│ Company  │ │          │  │          │         └──────────┬─────────┘
└──────────┘ └──────────┘  │          │                    │
┌──────────┐ ┌──────────┐  │          │         ┌────────────────────┐
│ Geigy    │ │ Ciba     │  │          │         │ Novartis           │
│ Products │ │ Vision   │  │          │         │ Ophthalmics, Inc.  │
│ Company  │ │ Corp.    │  │          │         └────────────────────┘
└──────────┘ └──────────┘  │          │
             ┌──────────┐  │          │         ┌──────────┐  ┌────────┐
             │ Novartis │  │          │         │ Sandoz,  │  │Systemix│
             │ Consumer │  │          │         │ Inc.     │  │ Inc.   │
             │ Health,  │  │          │         └──────────┘  └────────┘
             │ Inc.     │  │          │
             └──────────┘  │          │
             ┌──────────┐
             │ Novartis │
             │ Animal   │
             │ Health   │
             │ U.S.,Inc.│
             └──────────┘
```

EXHIBIT 1
Pf's Merk
9/27/05
PENGAD 800-631-6989

Wayne P. Merkelson
September 27, 2005