**Westlaw Delivery Summary Report for CHAHBAZI,MEENOO 6395529**

| | |
|---|---|
| Your Search: | COMPANY-NAME(NOVARTIS & CONSUMER & HEALTH) |
| Date/Time of Request: | Wednesday, July 16, 2008 12:39 Central |
| Client Identifier: | NOVARTIS24 |
| Database: | CORP-NY |
| Lines: | 40 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson Reuters, West and their affiliates.

Westlaw.

3450333                                                                                                        Page 1

3450333

CORPORATE RECORDS & BUSINESS REGISTRATIONS

| | |
|---|---|
| This Record Last Updated: | 12/15/2006 |
| Database Last Updated: | 07-09-2008 |
| Update Frequency: | WEEKLY |
| Current Date: | 07/16/2008 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

THE FOLLOWING DATA IS NOT AN OFFICIAL RECORD OF THE DEPARTMENT OF STATE OR THE STATE OF NEW YORK AND WEST, A THOMSON BUSINESS IS NOT AN EMPLOYEE OR AGENT THEREOF. ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE INFORMATION PROVIDED HEREIN, ARE DISCLAIMED BY THE DEPARTMENT OF STATE.

## COMPANY INFORMATION

| | |
|---|---|
| Company Name: | **NOVARTIS CONSUMER HEALTH**, INC. |
| Process Name: | C/O CT CORPORATION SYSTEM |
| Process Address: | 111 EIGHTH AVENUE |
| | NEW YORK, NY 10011 |
| County: | ALBANY |

## FILING INFORMATION

| | |
|---|---|
| Identification Number: | 3450333 |
| Filing Date: | 12/15/2006 |
| State of Incorporation: | DELAWARE |
| Date Incorporated: | 12/20/1994 |
| Duration: | PERPETUAL |
| Status: | ACTIVE |
| Status Attained Date: | 12/15/2006 |
| Corporation Type: | PROFIT |
| Business Type: | FOREIGN BUSINESS CORPORATION |
| Where Filed: | DEPARTMENT OF STATE/DIVISION OF CORPORATIONS |
| | 41 STATE STREET |
| | ALBANY, NY 12231 |

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.